## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF KENTUCKY
London Division

In re:

   Michael Jason Williams

      Debtor.

Case No. 24-60490
Chapter 11

### Notice of Appearance

Bradley M. Nerderman, enters an appearance in this matter on behalf of Paul A. Randolph, Acting United States Trustee, and requests service of all electronic notifications under the Court's Case Management and Electronic Case Filing System.

Dated: May 24, 2024

**Paul A. Randolph**
Acting United States Trustee

By:*/s/ Bradley M. Nerderman*
   John L. Daugherty
   Assistant U.S. Trustee
   Bradley M. Nerderman
   Trial Attorney
   Office of the U.S. Trustee
   100 E. Vine St., Suite 500
   Lexington, KY 40507
   (859) 233-2822