**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Michael Jason Williams AKA Jason** | : | **Case No.:  24-60490** |
| **Williams, AKA Michael J. Williams** | : | **Chapter 11** |
| | : | **Judge Gregory R. Schaaf** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for NexBank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Amy E. Gardner
    Amy E. Gardner (93532)
    Adam B. Hall (97816)
    Stephen R. Franks (97986)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Amy E. Gardner.
    Contact email is aeg@manleydeas.com

24-009598_PS

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Dean A. Langdon, Attorney for Michael Jason Williams AKA Jason Williams, AKA Michael J. Williams, dlangdon@dlgfirm.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Michael Jason Williams AKA Jason Williams, AKA Michael J. Williams and Carla Michelle Williams, 145 Shelby Brooks Lane, London, KY  40744

/s/ Amy E. Gardner

24-009598_PS