UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS                                    CASE NO. 24-60490
                                                          CHAPTER 11 – Sub V
    DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the Order Setting Status Conference and Other Deadlines in Subchapter V Case [ECF No. 5] entered by the Court on May 28, 2024, was served via first-class U.S. mail, postage prepaid or electronic mail, on May 30, 2024, upon all non-ECF creditors.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR