UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
London Division

In re:

Michael Jason Williams

Debtor.

Case No. 24-60490
Chapter 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Charity S. Bird**
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
E-mail: cbird@kaplanjohnsonlaw.com
Phone: (502) 540-8285

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   June 4, 2024

PAUL A. RANDOLPH
Acting United States Trustee
Region 8

By: */s/ **John L. Daugherty**
John L. Daugherty
Assistant U.S. Trustee
Bradley M. Nerderman
Trial Attorney
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

*Filed Electronically*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| MICHAEL JASON WILLIAMS | : | |
| | : | CASE NUMBER: 24-60490 |
| | : | |
| DEBTOR | : | |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am, and/or the firm I am employed at, as well as the employees at that firm, are a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $300.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated: June 3, 2024
　　　　　　　　　　　　　　　　　　　　　*/s/Charity S. Bird*
　　　　　　　　　　　　　　　　　　　　　CHARITY S. BIRD
　　　　　　　　　　　　　　　　　　　　　**Kaplan Johnson Abate & Bird, LLP**
　　　　　　　　　　　　　　　　　　　　　710 W. Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　　Louisville, KY 40202
　　　　　　　　　　　　　　　　　　　　　cbird@kaplanjohnsonlaw.com
　　　　　　　　　　　　　　　　　　　　　(502) 540-8285