United States Bankruptcy Court

Eastern District of Kentucky

In re:                                                                                              Case No. 24-60490-grs

Michael Jason Williams                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-6      User: admin      Page 1 of 3
Date Rcvd: Jun 04, 2024      Form ID: 309E2      Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Jason Williams, 145 Shelby Brooks Lane, London, KY 40744-8199 |
| aty | + | Martin B. Tucker, Dinsmore & Shohl LLP, Lexington Financial Center, 100 W. Main Street, Ste 900 Lexington, KY 40507-1839 |
| tr | + | Charity S Bird, 710 West Main Street, Fourth Floor, Louisville, KY 40202-2698 |
| 7194099 | + | AMERICAN WELDING & GAS, INC., 267 SOUTH LAUREL ROAD, LONDON KY 40744-7914 |
| 7194100 | + | ANCHOR ACCEPTANCE CORP, P O BOX 860, DAKOTA DUNES SD 57049-0860 |
| 7194101 | + | ANDERSON, JONATHAN C., 525 KELLER RD, SCIENCE HILL KY 42553-9014 |
| 7194103 | + | AUXILIOR CAPITAL PARTNERS, INC., 620 W GERMANTOWN PIKE, STE 450, PLYMOUTH MEETING PA 19462-1056 |
| 7194105 | | BLUE BEACON INTERNATIONAL, INC., C/O THE COMMERCIAL COLLECTION CORP OF NY, PO BOX 288, TONAWANDA NY 14151-0288 |
| 7194106 | | BUSINESSFIRST INSURANCE CO., P O BOX 988, LAKELAND FL 33802-0988 |
| 7194107 | + | C AND H AUTO PARTS, 1858 NORTH LAUREL RD, LONDON KY 40741-6053 |
| 7194111 | + | CUMBERLAND OIL CO., INC., P O BOX 430, SOMERSET KY 42502-0430 |
| 7194114 | + | ECO-TECH USA, LLC, 50 EASY STREET, LONDON KY 40741-7313 |
| 7194116 | + | FEDERAL MOTOR CARRIER SAFETY ADMIN., SOUTHERN SERVICE CENTER, 61 FORSYTH ST SW, STE 3M40, ATLANTA GA 30303-8839 |
| 7194118 | + | GREAT LAKES TRAILER WASH OUT, 8228 NEPTUNE DR, KALAMAZOO MI 49009-7011 |
| 7194121 | + | JOSEPH B. VENTERS, ESQ., P O BOX 1749, SOMERSET KY 42502-1749 |
| 7194122 | + | JW LIVESTOCK, LLC, 145 SHELBY BROOKS LN, LONDON KY 40744-8199 |
| 7194124 | + | MARTIN B. TUCKER, ESQ., DINSMORE & SHOHL LLP, 100 WEST MAIN ST., STE. 900, LEXINGTON KY 40507-1839 |
| 7194125 | + | MARTINS PETERBILT, 174 OLD WHITLEY RD, LONDON KY 40744-8211 |
| 7194126 | + | MIDCOUNTRY EQUIPMENT FINANCE, 7825 WASHING AVE S, STE 120, MINNEAPOLIS MN 55439-2431 |
| 7194128 | + | MIDLAND STATES BANK, C/O ORION FIRST FINANCIAL, PO BOX 2149, GIG HARBOR WA 98335-4149 |
| 7194127 | + | MIDLAND STATES BANK, 1801 PARK 270 DR, STE 200, SAINT LOUIS MO 63146-4022 |
| 7194129 | + | NORTHLAND CAPITAL FINANCIAL SVCS, 333 33RD AVENUE SOUTH, SAINT CLOUD MN 56301-5495 |
| 7194130 | + | PARSLEY GENERAL TIRE, INC., 2006 N MAIN STREET, LONDON KY 40741-1098 |
| 7194131 | + | PAUL W. DECK, JR., ESQ., DECK & DECK, LLLP, 505 5TH ST., STE. 635, SIOUX CITY IA 51101-1505 |
| 7194132 | | PENNSYLVANIA TURNPIKE COMMISSION, C/O HARRIS & HARRIS, LTD., 111 WEST JACKSON BLVD, STE 650, CHICAGO IL 60604-3589 |
| 7194133 | + | PNC EQUIPMENT FINANCE, 655 BUSINESS CENTER DR, STE 250, HORSHAM PA 19044-3448 |
| 7194134 | + | PREMIER ENERGY SOUTH, FORMERLY SOUTHERN PETROLEUM, PO BOX 803, SOMERSET KY 42502-0803 |
| 7194135 | + | RYSERS, INC., 555 WEST HIGHWAY 3094, EAST BERNSTADT KY 40729-6106 |
| 7194136 | | SISTER, 5362 SLATE LICK ROAD, LONDON KY 40741 |
| 7194137 | + | SUMITOMO MITSUI FINANCE & LEASING, 666 THIRD AVE, 8TH FLOOR, NEW YORK NY 10017-4033 |
| 7194138 | | SUMMIT CONSULTING, LLC, ATTN: SHELLEY PYLE, P O BOX 32034, LAKELAND FL 33802-2034 |
| 7194141 | + | SYNOVUS BANK/CAPITOL ONE, ATTN: BANKRUPTCY, 1111 BAY AVENUE, COLUMBUS GA 31901-5218 |
| 7194142 | + | TCM BANK, ATTN: BANKRUPTCY, 3501 E FRONTAGE RD STE. 200, TAMPA FL 33607-1700 |
| 7194148 | | U.S. SMALL BUSINESS ADMINISTRATION, 2 NORTH STREET, SUITE 320, BIRMINGHAM AL 35203 |
| 7194150 | + | UMPQUA BANK, C/O KAMI E. GRIFFITH, MORGAN POTTINGER MCGARVEY, 401 S FOURTH ST, STE 1200, LOUISVILLE KY 40202-2976 |
| 7194151 | | VERIZON, 1701 GOLF RD, LA GRANGE IL 60525 |
| 7194153 | + | WILLIAMS & SON LIVESTOCK, LLC, 145 SHELBY BROOKS LN, LONDON KY 40744-8199 |
| 7194154 | | WILLIAMS CATTLE COMPANY, PO BOX 447, LONDON KY 40743-0447 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0643-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 309E2 | Total Noticed: 61 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dlangdon@dlgfirm.com | Jun 04 2024 22:12:00 | Dean A. Langdon, DelCotto Law Group PLLC, 200 N Upper St, Lexington, KY 40507 |
| aty | Email/Text: amps@manleydeas.com | Jun 04 2024 22:12:00 | Amy E. Gardner, P.O. Box 165028, Columbus, OH 43216 |
| 7194102 | + Email/Text: bknotices@acsrecovery.com | Jun 04 2024 22:12:00 | ASSOCIATED CREDIT SERVICES, P O BOX 1201, TEWKSBURY MA 01876-0901 |
| 7194104 | + Email/Text: BarclaysBankDelaware@tsico.com | Jun 04 2024 22:12:00 | BARCLAYS, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON DE 19899-8801 |
| 7194108 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 04 2024 22:12:00 | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 440609, KENNESAW GA 30160 |
| 7194109 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2024 22:23:38 | CITI CARD/BEST BUY, ATTN: CITICORP CR SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS MO 63179-0040 |
| 7194110 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2024 22:12:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS OH 43218-2125 |
| 7194112 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 04 2024 22:12:00 | DE LAGE LANDEN FINANCIAL SERVICES, 1111 OLD EAGLE SCHOOL RD, WAYNE PA 19087 |
| 7194113 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 04 2024 22:12:00 | DOVENMUEHLE MORTGAGE, ATTN: BANKRUPTCY, MAILSTOP 1290, 1 CORPORATE DR. ST 360, LAKE ZURICH IL 60047 |
| 7194115 | Email/Text: CreditandResolutionsLitigation@fcsamerica.com | Jun 04 2024 22:12:00 | FARM CREDIT/AGDIRECT, PO BOX 2409, OMAHA NE 68103 |
| 7194117 | ^ MEBN | Jun 04 2024 22:11:07 | FINANCIAL PACIFIC LEASING, PO BOX 4568, FEDERAL WAY WA 98063-4568 |
| 7194119 | + Email/Text: bankruptcy.notices@hdfsi.com | Jun 04 2024 22:12:00 | HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY NV 89721-2048 |
| 7194120 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2024 22:12:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA PA 19101-7346 |
| 7194123 | + Email/Text: jenniferl.howard@ky.gov | Jun 04 2024 22:12:00 | KENTUCKY DEPARTMENT OF REVENUE, LEGAL BRANCH - BANKRUPTCY SECTION, P.O. BOX 5222, FRANKFORT KY 40602-5222 |
| 7194139 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2024 22:23:45 | SYNCHRONY BANK/MEN'S WEARHOUSE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO FL 32896-5060 |
| 7194140 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2024 22:23:45 | SYNCHRONY BANK/SELECT COMFORT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO FL 32896-5060 |
| 7194143 | + Email/Text: bankruptcy@huntington.com | Jun 04 2024 22:12:00 | THE HUNTINGTON NATIONAL BANK, 1405 XENIUM LANE NORTH (PCC180), PLYMOUTH MN 55441-4408 |
| 7194146 | + Email/Text: bankruptcy@bbandt.com | Jun 04 2024 22:12:00 | TRUIST BANK, PO BOX 85041, RICHMOND VA 23285-5041 |
| 7194144 | + Email/Text: bankruptcy@bbandt.com | Jun 04 2024 22:12:00 | TRUIST BANK, ATTN: BANKRUPTCY, 200 PINE ST W, WILSON NC 27893-3288 |
| 7194145 | Email/Text: bankruptcy@bbandt.com | Jun 04 2024 22:12:00 | TRUIST BANK, GREATER LEXINGTON-COMMERCIAL LOANS, 200 W. VINE ST, 2D FLOOR, LEXINGTON KY 40507-1662 |
| 7194147 | + Email/Text: bankruptcy@bbandt.com | Jun 04 2024 22:12:00 | TRUIST/BB&T, ATTN: BANKRUPTCY, 214 N TRYON ST, CHARLOTTE NC 28202-1078 |

| District/off: 0643-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: 309E2 | Total Noticed: 61 |

| 7194149 | + Email/Text: bankruptcies@Umpquabank.com | Jun 04 2024 22:12:00 | UMPQUA BANK, C/O FINANCIAL PACIFIC LEASING, 3455 S 344TH WAY, STE. 300, AUBURN WA 98001-9546 |
|---|---|---|---|
| 7194152 | + Email/Text: vci.bkcy@vwcredit.com | Jun 04 2024 22:12:00 | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLSBORO OR 97123-0003 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024             Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy E. Gardner | on behalf of Creditor NexBank amps@manleydeas.com |
| Bradley M. Nerderman | on behalf of U.S. Trustee U.S. Trustee Bradley.Nerderman@usdoj.gov |
| Charity S Bird | cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;KY60@ecfcbis.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Dean A. Langdon | on behalf of Debtor Michael Jason Williams dlangdon@dlgfirm.com dlgecf@dlgfirm.com;dlgecfs@gmail.com;langdondr64283@notify.bestcase.com |
| Martin B. Tucker | on behalf of Creditor Truist Bank martin.tucker@dinsmore.com sara.johnston@dinsmore.com;rosetta.mitchell@dinsmore.com;jennifer.pitcock@dinsmore.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Michael Jason Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7444<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Kentucky | Date case filed for chapter: 11   5/24/24 |
| Case number: | 24–60490–grs | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Jason Williams | |
| 2. | **All other names used in the last 8 years** | aka Jason Williams, aka Michael J. Williams | |
| 3. | **Address** | 145 Shelby Brooks Lane<br>London, KY 40744 | |
| 4. | **Debtor's attorney**<br>Name and address | Dean A. Langdon<br>DelCotto Law Group PLLC<br>200 N Upper St<br>Lexington, KY 40507 | Contact phone (859) 231–5800<br>Email dlangdon@dlgfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charity S Bird<br>710 West Main Street<br>Fourth Floor<br>Louisville, KY 40202 | Contact phone 502-540-8285<br>Email: cbird@kaplanjohnsonlaw.com |

**For more information, see page 2 >**

Debtor **Michael Jason Williams**     Case number **24–60490–grs**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street Ste 200<br>Lexington, KY 40507–1430 | Hours open:<br>9:00am – 3:00pm, Monday – Friday<br><br>Contact phone (859) 233–2608<br><br>Date: 6/4/24 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 11, 2024 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. For additional meeting information go to https://www.justice.gov/ust/moc | Location:<br>**Telephonic Meeting of Creditors, please call five minutes in advance, Conference Number: 866–916–7345, Passcode: 6721716#** |
| **8.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. |  | |

**Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**
- if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.
- if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is: _____.**

**Deadline for filing proof of claim:**
**For all creditors (except a governmental unit):** 8/2/24
**For a governmental unit:** 11/20/24

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing Deadline:**
30 days after the *conclusion* of the meeting of creditors

| | | |
|---|---|---|
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

**For more information, see page 3 >**

Debtor  **Michael Jason Williams** Case number **24–60490–grs**

| | |
|---|---|
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |