UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

CASE NO. 24-60490

MICHAEL JASON WILLIAMS                                        CHAPTER 11

     DEBTOR

---

**FINAL ORDER AUTHORIZING EMPLOYMENT
OF DELCOTTO LAW GROUP PLLC AS COUNSEL FOR DEBTOR**

---

Upon the Application (the "Application") of the Debtor for authority to employ and retain

the law firm DelCotto Law Group PLLC ("DLG" or "Firm") as his counsel to render necessary

legal services to the Debtor effective as of the Petition Date[1]; and upon the Declaration of Dean

A. Langdon, Esq. of the Firm; no creditor or other party in interest having filed any objection to

the Application within the time allowed pursuant to notice in the Application; it appearing that

adequate notice of the Application was given; and the Court being satisfied that DLG's

employment is necessary and is in the best interest of the Estate;

**IT IS HEREBY ORDERED** as follows:

1.     The Application is approved.

2.     Pursuant to 11 U.S.C. §§ 327(a) and 328(a), the Debtor is hereby authorized to

employ and retain the law firm of DLG, on the terms set forth in the Application, to render

necessary legal services and represent the Debtor from the Petition Date through the pendency of

this Chapter 11 case;

---

[1] All capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.  DLG is authorized to hold the balance of its retainer ($*0*) and other fees which may

be deposited pursuant to cash collateral orders or by agreement with the Debtor in its escrow

account pending proper application to the Court for approval of fees and expenses as may be

incurred in this case.

4.      This is a final Order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and
electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, June 25, 2024**
**(grs)**