UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

## STATUS REPORT

Comes Michael Jason Williams, as a debtor and debtor in possession (the "Debtor"), by counsel, and pursuant to 11 U.S.C.§ 1188(c) submits the following status report:

1.    On May 24, 2024 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). On June 4, 2024, Charity S. Bird was appointed as the Subchapter V trustee [ECF No. 76]. The Debtor has been authorized to retain counsel [ECF No. 14].

2.    Mr. Williams has worked in the cattle industry for all of his adult life, beginning with a company founded by his great-grandfather. He is the majority or sole owner of five entities through which business has been conducted: Williams & Son Livestock, LLC ("Williams & Sons"); J Williams Cattle, LLC ("JW Cattle"); JW Livestock, LLC ("JW Livestock"), Cowboy Capone, LLC ("Capone"), and Laurel Livestock Market, Inc. ("Laurel Livestock," and with the other companies, the "Businesses"). All entities other than Capone are no longer operating or winding down. Mr. Williams currently works as an independent cattle broker.

3.    The Debtor will attend the scheduled meeting of creditors on July 11, 2024.

4.    The Debtor expects to file his initial monthly operating report, for the period from May 25th through June 30th on or before July 20, 2024.

5.    The Debtor has provided proof of insurance to the U.S. Trustee.

6.       The Debtor filed his Section 1116 Notice and his 2023 federal income tax return on May 25, 2024 [ECF No. 4].

7.       Prior to the Petition Date, the Debtor (and his non-debtor spouse) liquidated certain non-productive assets to reduce expenses, such as luxury vehicles, a rental property in Lexington and miscellaneous vehicles. See, ECF No. 1, pp. 66-67. The cattle business is seasonal, with summer having less activity than other seasons. As the Debtor rebuilds after winding down his prior businesses, he expects his income to increase.

8.       The Debtors' plan will be a combination of liquidating unproductive assets, increasing his income and restructuring certain secured debts in order to repay creditors' allowed claims to the greatest extent possible.

9.       Debtors' counsel has begun the drafting of the Subchapter V plan and expects the Subchapter V trustee to be of assistance in reviewing the plan and negotiating with creditors, to the extent needed. The Debtor calculates the deadline to file a plan in this case as August 22, 2024.

WHEREFORE, the Debtor respectfully requests that the Court accept this Status Report as full compliance with the requirements of 11 U.S.C. § 1188(c).

                                                Respectfully submitted,

                                                DELCOTTO LAW GROUP PLLC

                                                /s/ *Dean A. Langdon*
                                                Dean A. Langdon, Esq.
                                                KY Bar No. 40104
                                                200 North Upper Street
                                                Lexington, KY 40507
                                                Telephone: (859) 231-5800
                                                Facsimile: (859) 281-1179
                                                dlangdon@dlgfirm.com
                                                COUNSEL FOR DEBTOR
                                                AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

      In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing document was served on July 3, 2024, by electronic mail and/or first-class U.S. mail, postage fully prepaid, as reflected on the attached service list.

                                        /s/ Dean A. Langdon, Esq.
                                        COUNSEL FOR DEBTOR
                                        AND DEBTOR IN POSSESSION

| Name | Address1 | Address2 | Address3 | City | State | Zip | |
|---|---|---|---|---|---|---|---|
| American Welding & Gas, Inc. | 267 South Laurel Road | | | London | KY | 40741 | |
| Anchor Acceptance Corp | P O Box 860 | | | Dakota Dunes | SD | 57049 | VIA EMAIL: finance@wilsontrailer.com |
| Anderson, Jonathan C. | 525 Keller Rd | | | Science Hill | KY | 42553 | |
| Auxilior Capital Partners, Inc. | 620 W Germantown Pike, Ste 450 | | | Plymouth Meeting | PA | 19462 | |
| Barclays | Attn: Bankruptcy | P.O. Box 8801 | | Wilmington | DE | 19899 | |
| Blue Beacon International, Inc. | c/o The Commercial Collection Corp of NY | PO Box 288 | | Tonawanda | NY | 14151-0288 | |
| BusinessFirst Insurance Co. | P O Box 988 | | | Lakeland | FL | 33802-0988 | |
| C and H Auto Parts | 1858 North Laurel Rd | | | London | KY | 40741 | |
| CarMax Auto Finance | Attn: Bankruptcy | PO Box 440609 | | Kennesaw | GA | 30160 | |
| Citi Card/Best Buy | Attn: Citicorp Cr Srvs Centralized Bankr | Po Box 790040 | | St Louis | MO | 36179 | |
| Comenity Bank/Victoria Secret | Attn: Bankruptcy | Po Box 182125 | | Columbus | OH | 43218 | |
| Cumberland Oil Co., Inc. | P O Box 430 | | | Somerset | KY | 42502 | |
| De Lage Landen Financial Services | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | |
| Dovenmuehle Mortgage | Attn: Bankruptcy | Mailstop 1290, 1 Corporate Dr. St 360 | | Lake Zurich | IL | 60047 | |
| ECO-Tech USA, LLC | 50 Easy Street | | | London | KY | 40741 | |
| Farm Credit/agdirect | Po Box 2409 | | | Omaha | NE | 68103 | |
| Federal Motor Carrier Safety Admin. | Southern Service Center | 61 Forsyth St SW, Ste 3M40 | | Atlanta | GA | 30303 | |
| Financial Pacific Leasing | PO Box 4568 | | | Federal Way | WA | 98063 | |
| Great Lakes Trailer Wash Out | 8228 Neptune Dr | | | Kalamazoo | MI | 49009 | VIA EMAIL: brandiapol@gmail.com |
| Harley Davidson Financial | Attn: Bankruptcy | Po Box 22048 | | Carson City | NV | 89721 | |
| Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Kentucky Department of Revenue | Legal Branch - Bankruptcy Section | P.O. Box 5222 | | Frankfort | KY | 40602 | |
| Martins Peterbilt | 174 Old Whitley Rd | | | London | KY | 40744 | |
| MidCountry Equipment Finance | 7825 Washing Ave S, Ste 120 | | | Minneapolis | MN | 55439 | |
| Midland States Bank | 1801 Park 270 Dr, Ste 200 | | | Saint Louis | MO | 63146 | |
| Northland Capital Financial Svcs | 333 33rd Avenue South | | | Saint Cloud | MN | 56301 | VIA EMAIL: pdiers@northlandcapital.com |
| Parsley General Tire, Inc. | 2006 N Main Street | | | London | KY | 40741 | |
| Pennsylvania Turnpike Commission | c/o Harris & Harris, Ltd. | 111 West Jackson Blvd, Ste 650 | | Chicago | IL | 60604-3589 | |
| PNC Equipment Finance | 655 Business Center Dr, Ste 250 | | | Horsham | PA | 19044 | |
| Premier Energy South | formerly Southern Petroleum | PO Box 803 | | Somerset | KY | 42502 | |
| Rysers, Inc. | 555 West Highway 3094 | | | East Bernstadt | KY | 40729 | |
| Sumitomo Mitsui Finance & Leasing | 666 Third Ave, 8th Floor | | | New York | NY | 10017 | |
| Synchrony Bank/Men's Wearhouse | Attn: Bankruptcy | Po Box 965060 | | Orlando | FL | 32896 | |
| Synchrony Bank/Select Comfort | Attn: Bankruptcy | Po Box 965060 | | Orlando | FL | 32896 | |
| Synovus Bank/Capitol One | Attn: Bankruptcy | 1111 Bay Avenue | | Columbus | GA | 31901 | |
| TCM Bank | Attn: Bankruptcy | 3501 E Frontage Rd Ste. 200 | | Tampa | FL | 33607 | |
| The Huntington National Bank | 1405 Xenium Lane North (PCC180) | | | Plymouth | MN | 55441 | |
| Truist Bank | Attn: Bankruptcy | 200 Pine St W | | Wilson | NC | 27893 | VIA ECF: Martin B. Tucker - martin.tucker@dinsmore.com |
| Truist Bank | Greater Lexington-Commercial Loans | 200 W. Vine St, 2d Floor | | Lexington | KY | 40507-1662 | VIA ECF: Martin B. Tucker - martin.tucker@dinsmore.com |
| Truist Bank | PO Box 85041 | | | Richmond | VA | 23285 | VIA ECF: Martin B. Tucker - martin.tucker@dinsmore.com |
| Truist/BB&T | Attn: Bankruptcy | 214 N Tryon St | | Charlotte | NC | 28202 | VIA ECF: Martin B. Tucker - martin.tucker@dinsmore.com |
| U.S. Small Business Administration | 2 North Street, Suite 320 | | | Birmingham | AL | 35203 | |
| Umpqua Bank | c/o Financial Pacific Leasing | 3455 S 344th Way, Ste. 300 | | Auburn | WA | 98001 | |
| Verizon | 1701 Golf Rd | | | La Grange | IL | 60525 | |
| Volkswagen Credit, Inc | Attn: Bankruptcy | PO Box 3 | | Hillsboro | OR | 97123 | |
| Associated Credit Services | P O Box 1201 | | | Tewksbury | MA | 1876 | |
| Martin B. Tucker, Esq. | Dinsmore & Shohl LLP | 100 West Main St., Ste. 900 | | Lexington | KY | 40507 | |
| Umpqua Bank | c/o Kami E. Griffith | Morgan Pottinger McGarvey | 401 S Fourth St, Ste 1200 | Louisville | KY | 40202 | |
| Midland States Bank | c/o Orion First Financial | PO Box 2149 | | Gig Harbor | WA | 98335 | |
| Joseph B. Venters, Esq. | P O Box 1749 | | | Somerset | KY | 42502 | |
| Summit Consulting, LLC | Attn: Shelley Pyle | P O Box 32034 | | Lakeland | FL | 33802-2034 | |
| Paul W. Deck, Jr., Esq. | Deck & Deck, LLLP | 505 5th St., Ste. 635 | | Sioux City | IA | 51101 | |
| JW Livestock, LLC | 145 Shelby Brooks Ln | | | London | KY | 40744 | VIA EMAIL: ironhorse.jw01@gmail.com |
| Sister | 5362 Slate Lick Road | | | London | KY | 40741 | |
| Williams & Son Livestock, LLC | 145 Shelby Brooks Ln | | | London | KY | 40744 | VIA EMAIL: ironhorse.jw01@gmail.com |
| Williams Cattle Company | PO Box 447 | | | London | KY | 40743-0447 | VIA EMAIL: ironhorse.jw01@gmail.com |
| | | | | | | | |
| NexBank | | | | | | | VIA ECF: Amy E. Gardner - aeg@manleydeas.com |
| | | | | | | | |
| Bradley M. Nerderman | U.S. Trustee | | | | | | VIA ECF: Bradley.Nerderman@usdoj.gov |
| Charity S. Bird | Subchapter V Trustee | | | | | | VIA ECF: cbird@kaplanjohnsonlaw.com |