UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
*Electronically Filed*

IN RE:

MICHAEL JASON WILLIAMS,   )   CASE NO.: 24-60490-grs
)
Debtor   )
)

**ENTRY OF APPEARANCE OF COUNSEL FOR
FARM CREDIT SERVICES OF AMERICA, PCA**

Comes now Joseph H. Mattingly III, JOSEPH H. MATTINGLY III, PLLC, and enters his appearance as counsel on behalf of Farm Credit Services of America, PCA, a secured creditor, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below:

   /s/ *Joseph H. Mattingly III*    .
Joseph H. Mattingly III
**JOSEPH H. MATTINGLY III, PLLC**
Attorneys at Law
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-1718
joe@mattinglylawoffices.com

*Counsel for Farm Credit Mid-America, FLCA*

**CERTIFICATION OF SERVICE**

I hereby certify that on this 3rd day of July, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By:  /s/ *Joseph H. Mattingly III*
Joseph H. Mattingly III

1