IN THE UNITED STATES BANKRUTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 24-60490 |
| MICHAEL JASON WILLIAMS, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to LR 83.2 (a) of the United States Bankruptcy Court for the Eastern District of Kentucky, and Rule 57.2 of the local rules of the United States District Court for the Eastern District of Kentucky, I, William G. Deck, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Anchor Acceptance, Corporation in this matter. In support of this motion, I submit the following information as required by Rule 57.2 (1):

a.  Full name of the movant attorney: William G. Deck

b.  Address, telephone and fax number of firm:
    505 5th Street, Suite 635, Sioux City, Iowa 51101
    Telephone: (712) 255-3573; Fax: (712) 255-8463
    Email: WDeck@deckanddeck.com

c.  Name of the firm which the movant practices: Deck and Deck, LLP

d.  Name of the law school movant attended and the date of graduation: University of Nebraska College of Law-1979

e.  Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

    1. Iowa Bar: Admitted 1979, Bar No. AT0002047

    2. Nebraska Bar: Admitted 1979; Bar No. 15935

   3. United States District Court of the Northern District of Iowa: Admitted 1979

   4. U.S. District Court of Nebraska: Admitted 1979

f. Statement that movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar. I am in good standing and not under suspension or disbarment in all bars which I am a member.

g. Statement Movant does not reside in the Eastern District of Kentucky, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant does not reside in the Eastern District of Kentucky, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Executed on July 9, 2024.

       Deck and Deck, LLP.

       William G. Deck
       505 Fifth Street, Suite 635
       Sioux City, IA 51101
       (712) 255-3573
       (712) 255-8463 Fax
       wdeck@deckanddeck.com

BY: _____
     William G. Deck   AT0002047

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2024, this document was electronically filed with the Clerk of the Court using the CM|ECF system which system notifies counsel of record of such filing.

/s/William G. Deck
Attorney for Anchor Acceptance Corporation