**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**IN RE**

**MICHAEL JASON WILLIAMS**                               **CASE NO. 24-60490**

**DEBTOR(S)**

**ORDER**

The Court having considered the Motion to Appear Pro Hac Vice [ECF No. 18] (the

"Motion") filed by William G. Deck and finding the Motion is not in compliance with the

Eastern and Western Districts of Kentucky Joint Local Rule of Civil Practice 83.2(a),

specifically:

☑ The Motion does not identify each Bar in which the attorney is a member
and include a statement indicating that the attorney requesting admission is
admitted to practice, **currently in active status**, and in good standing as an
attorney in another United States court or the highest court of any state.

☑ The Motion does not disclose whether the attorney is currently or has ever
been disbarred, suspended from practice, or subject to other disciplinary
action by any court, Bar, or other admitting or licensing authority.

☑ The Motion does not include a statement indicating that the attorney consents
to be subject to the jurisdiction and rules of the Kentucky Supreme Court
governing professional conduct.

☑ The Motion does not identify the method of training completed by the
attorney before use of the Court's electronic filing system.

It is ORDERED that, within 7 days from the date of this Order, Movant shall supplement

the Motion by filing the required information in the court record or file an amended motion in

compliance with Eastern and Western Districts of Kentucky Joint Local Rule of Civil Practice

83.2(a).  Failure to comply with this Order may result in the denial of the Motion.

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and
electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, July 11, 2024**
**(srw)**