UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL JASON WILLIAMS | ) | Case No. 24-60490-grs |
| | ) | Chapter 11 – Sub V |
| | ) | |
| Debtor | ) | |
| | ) | |

**MOTION TO ALLOW TELEPHONIC APPEARANCE**

\* \* \*   \* \* \*   \* \* \*

Charity S. Bird, the subchapter V trustee appointed herein (the "Trustee"), hereby requests authorization to appear and be heard via the Court's teleconferencing system in the hearing presently set for July 17, 2024, at 10:00 a.m. EST in the above-styled case. Trustee makes this request because she is scheduled in Paducah at 9:30 AM CST on July 17, 2024.

Respectfully submitted,

*/s/ Charity S. Bird*
CHARITY S. BIRD
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
*Subchapter V Trustee*

## Certificate of Service

It is hereby certified that on July 15, 2024, a true and correct copy of the foregoing *Motion to Allow Telephonic Appearance* and tendered order was (a) mailed electronically through the U.S. Bankruptcy Court's CM/ECF system to the electronic addresses as set forth therein to the United States Trustee and all other persons receiving electronic notifications in this case, and (b) mailed via first-class U.S. Mail to all persons who have requested notice of pleadings filed herein but do not receive electronic service.

/s/ Charity S. Bird
CHARITY S. BIRD