## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### THE HONORABLE Gregory R. Schaaf

IN RE:  CASE NUMBER 24-60490

Michael Jason Williams

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 07/17/2024  TIME: 10:00

ISSUE:

5   05/28/2024    Order Setting Status Conference and Other Deadlines in Subchapter V Case. Status Conference to be held on 7/17/2024 at 10:00 AM at London District Courtroom. Proof of Claim due by 8/2/2024. (alf)

DISPOSITION:

Other

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Wednesday, July 17, 2024
(rah)