UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE

MICHAEL JASON WILLIAMS                                  CASE NO. 24-60490

DEBTOR(S)

ORDER

The Court having considered the Motion to Appear Pro Hac Vice [ECF No. 18], and finding the filer failed to comply with the Order to Supplement [ECF No. 19] entered July 11, 2024,

It is ORDERED that the Motion to Appear Pro Hac Vice [ECF No. 18] is OVERRULED.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, July 19, 2024**
(grs)