UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

**DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF OF TREVA TAYLOR AND SALLIE DAVIDSON REALTORS**

Comes Michael Jason Williams (the "Debtor"), by counsel, and pursuant to 11 U.S.C. §§ 327(a) and 328(a), respectfully requests the entry of an Order authorizing the Debtor to employ Treva Taylor and Sallie Davidson Realtors ("the Firm") as his realtor effective as of July 13, 2024 for the purposes of listing for sale and soliciting offers to purchase the real property and improvements located at 5352 Slate Lick Road, London, Kentucky (the "Property"), and any other real property which may be sold during the pendency of this case (the "Application"). In support of this Application, the Debtor submits the Declaration of Treva Taylor (the "Declaration") attached hereto as <u>Exhibit A</u>. In further support of this Application, the Debtor respectfully states as follows:

**JURISDICTION AND VENUE**

1.    On May 24, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief with this Court under Chapter 11, Subchapter V, of the United States Bankruptcy Code (the "Bankruptcy Code"). The Debtor is operating his business as a debtor and debtor in possession pursuant to §§ 1182 and 1184 of the Bankruptcy Code.

2.    This Court has jurisdiction over this Chapter 11 case under 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A).

3. The Debtor is an individual residing in Laurel County, Kentucky. Accordingly, venue for the Debtor's Chapter 11 case is proper in this District under 28 U.S.C. § 1408 and 1409.

4. On June 4, 2024, Charity S. Bird was appointed as the Subchapter V trustee.

## BACKGROUND

5. The Property is a single-family residence located on a .86 acre lot in Laurel County, Kentucky and owned jointly by the Debtor and his non-debtor spouse. The Debtor valued the Property at $150,000 in his bankruptcy schedules [ECF No. 1]. The Property is not encumbered by any mortgages and the 2023 ad valorem taxes have been paid.

6. The Debtor's plan will be a combination of liquidating unproductive assets, increasing his income and restructuring certain secured debts in order to repay creditors' allowed claims to the greatest extent possible. The Debtor contemplates selling the Property, turning over one-half of the net proceeds to his non-debtor spouse for her interest, and holding his one-half of the net proceeds in escrow for distribution under a plan. The Debtor desires to proceed with the process of listing the Property for sale.

## RELIEF REQUESTED

7. The Debtor wishes to employ the Firm as his realtor effective as of July 13, 2024 for the purpose of listing for sale and soliciting offers to purchase the Property for a sales commission in the amount of 6% (the "Services").

8. The Debtor selected the Firm as his realtor because the Firm has an excellent reputation and the resources required to market the Property, being familiar with the Laurel County real property market. Based upon these factors, the Debtor believes that the Firm is well-qualified and able to provide the necessary Services to the Debtor in this case.

2

9.  Treva Taylor and the Firm have stated their desire and willingness to act in this case and to render the necessary professional services as set forth herein.

10. To the best of the Debtor's knowledge, the Firm has no connections with the Debtor, his creditors, or any party in interest, or his respective attorneys, except as specifically set forth herein and in the Treva Taylor Declaration.

11. Fees earned by the Firm will be paid by the Debtor from sale proceeds at the closing of a sale. The Debtor seeks authorization to pay the sales commission to the Firm without the need for additional Court approval, provided that if additional services are rendered, the Firm will apply to this Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the local rules and orders of this Court.

WHEREFORE, the Debtor requests entry of an Order:

1.  Approving the retention of the Firm as the Debtor's realtors, pursuant to the terms set forth herein, and in the Declaration, effective as of July 17, 2024.

2.  Granting the Debtor such other relief as is just and proper.

### NOTICE

Please take notice that unless an objection to the foregoing, properly noticed for hearing, is filed within fourteen (14) days of the date of service of this pleading, an order granting the relief requested may be entered without a hearing.

/s/ *Michael J. Williams*
Michael Jason Williams

3

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by first-class U.S. mail, postage prepaid, on August 6, 2024, on all non-ECF creditors.

/s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTOR

4