UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

**DECLARATION AND DISCLOSURE STATEMENT
OF REALTOR TREVA TAYLOR**

Pursuant to 28 U.S.C. § 1746, I, Treva Taylor, declare as follows:

1.  I am a realtor licensed under the laws of the Commonwealth of Kentucky and am associated Sallie Davidson Realtors (the "Firm"), 451 Keavy Road, London, KY 40744.

2.  I have read the Application and the proposed Order to be tendered herewith of Michael Jason Williams (the "Debtor"), to employ the Firm as his realtor for the purposes of listing for sale and soliciting offers to purchase (the "Services") for the real property at 5352 Slate Lick Road, London, Kentucky (the "Property").

3.  I and the Firm are competent to perform the Services as set forth in the Application and proposed Order.

4.  No promises have been received by the Firm, or any professional thereof, as to compensation in connection with the Debtor's Chapter 11 case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share any compensation received by the firm in connection with the Debtor's Chapter 11.

5.  The Firm will provide the listing and solicitation services as described in the sample agreement attached as <u>Exhibit A</u> for a sales commission of _6_ %, to be paid from sales proceeds of the Property without the need for additional Court approval.

1

6. Neither I, nor the Firm, nor any officer, partner, or employee thereof, insofar as I have been able to ascertain, has any connection to the Debtor or his bankruptcy Estate, except as specifically set forth herein.

7. The Firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a), in that the Firm and its professionals:

    (a) Are not creditors, equity security holders, or insiders of the Debtor;

    (b) Are not and were not investment bankers for any outstanding security of the Debtor;

    (c) Have not been, within three (3) years before the date of the filing of the Debtor's Chapter 11 petition, (i) investment bankers for a security of the Debtor, or (ii) attorneys for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtor;

    (d) Are not and were not, within two (2) years before the date of the filing of the Debtor's Chapter 11 petition, directors, officers, or employees of the Debtor or of any investment banker as specified in (b) or (c) of this paragraph; and

    (e) Do not have any interest materially adverse to the interest of the Debtor's Estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor or an investment banker specified in subparagraph (b) or (c) of this paragraph, or for any other reason.

8. Upon information and belief, pursuant to Fed. R. Bankr. P. 2014, the Firm has no connections with the United States Trustee or any person employed in the Office of the United States Trustee.

9. Upon information and belief, pursuant to Fed. R. Bankr. P. 5002(b), the Firm is not, nor has it been, so connected with a bankruptcy judge or the United States Trustee as to render the appointment of the Firm improper.

2

10. Based upon the foregoing, neither I, nor the Firm, nor any professional thereof, insofar as I have been able to ascertain, represents any interest adverse to the Debtor, his creditors, or his bankruptcy Estate in the matters upon which the Firm is to be engaged.

11. I am a disinterested person, as that term is defined in 11 U.S.C. § 101(14) as I do not hold or represent an interest adverse to the Debtor, his creditors, or his Estate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-1-24

/s/ Treva Taylor

# EXCLUSIVE RIGHT TO SELL CONTRACT

*For use only by Members of Bluegrass REALTORS®*

In consideration of your agreement to list the property for sale described as `5352 Slate Lick Road, London, Ky 40741` and place this listing on the Multiple Listing Service of Bluegrass REALTORS®, Inc and to use your efforts to find a purchaser, I (we) the seller(s) do hereby agree

1. **TERMS OF AGENCY:** To give said listing broker the exclusive right and privilege commencing on `07/13/2024` and ending at midnight on `01/13/2025` to sell the described real property for the price of `two hundred twelve thousand dollars` ($ `212,000` ) and upon the terms and conditions as set forth herein, or for such other price, terms or conditions to which I (we) may agree. The broker or broker associates will not advise on matters outside the scope of their real estate license.

2. **COMMISSION:** To pay said listing broker `6%` of the gross contract sales price as per closing documents for services (a) in case of a sale or exchange of said property or any part of it within said listing period by the seller(s), the listing broker, or by any person or (b) upon the listing broker finding a buyer who is ready, willing and able to complete the purchase on the terms of this agreement as proposed by the seller(s) or (c) in case of any such sale or exchange of the said property or any part of it within `90` days (protection period) subsequent to the expiration of this agreement to any party shown the property or any part of it during the term of the listing; however, that the provisions of this subparagraph (c) shall not apply if a commission is earned for the sale or exchange of the property by another licensed real estate broker acting pursuant to an exclusive right to sell listing contract or an exclusive listing entered into during said protection period. In the event subagency is offered, listing broker is authorized to negotiate the division of commission with said subagent. Owner further agrees that in the event a buyer or transaction broker participates in the sale, the listing broker is hereby authorized to negotiate the division of the commission with said buyer broker or transaction broker.

3. **LIMITED DUAL AGENCY:** Pursuant to this agreement, broker will be acting in the capacity of seller's agent. However, seller hereby specifically acknowledges that the listing broker may also represent buyers. Should any such buyer become interested in the property which is the subject of this Exclusive Right to Sell Contract, the seller, upon notification by the listing broker, may authorize the listing broker to serve as a limited dual agent for seller and buyer. As a limited dual agent the listing broker has the duty to make a full and timely disclosure of all material facts and information within his/her knowledge which might in any way affect either the seller's or buyer's rights and interest or otherwise influence either party's action or decisions in connection with the contemplated transaction. Notwithstanding the foregoing, to the extent that confidential information has been communicated to the listing broker by either party, it is agreed that the listing broker is not required to disclose and will not disclose such information to the other party. For example, listing broker will not disclose to the seller that the buyer will pay a sum greater than the price offered and will not disclose to the buyer that the seller will accept a price less than the listing price; and the listing broker will not disclose information relating to prior offers and counter-offers involving the parties, nor information relating to either party's motivation to enter into the transaction.

4. **TITLE:** To provide an unencumbered, marketable title to said property conveyed by deed of general warranty, with the usual covenants such as any title company will insure, except easements of record and all restrictions as to use and improvements of the property of record and any restrictions imposed by the planning and zoning commission and except `No Exceptions`

5. **POSSESSION:** To give possession `_____` `Immediately At Closing`

6. **EARNEST MONEY:** That in the event of a buyer's default and the earnest money is relinquished by the buyer(s) as liquidated damages, said earnest money deposit shall be divided one-half to the listing broker and one-half to the seller(s). However, broker's one-half cannot exceed the amount of the commission that would have been earned on the sale.

7. **ADVERTISING:** That the listing broker may display a "For Sale" and/or "Sold" sign on said property, except where prohibited by law or covenant and remove all other signs. Broker may advertise/market the property in any media deemed appropriate including but not limited to radio, newspaper, TV, internet, multiple photos and/or virtual tours.

| Seller's Initials `07/14/24 11:05` | Seller's Initials `07/13/24 1:18` | Seller's Initials `INITIAL` | Seller's Initials `INITIAL` |
|---|---|---|---|
| Date/Time | Date/Time | Date/Time | Date/Time |

**EXCLUSIVE RIGHT TO SELL CONTRACT**

Property Address: 5352 Slate Lick Road, London, Ky 40741

8. In Compliance with KRS 324.117(4), hereby inform seller(s) that all advertising published by agent or by the seller(s) under our listing agreement must include the name of the real estate company or the name of the principal broker (with a designation that he or she is the principal broker). Further advise the seller(s) that failure to include the company name or the principal broker name in all advertising will constitute a license law violation by listing agent, and will subject agent to discipline (including fines) by the Kentucky Real Estate Commission. By signing below, the seller(s) agrees that he or she will run all proposed advertising by agent or principal broker and will include the company name or the principal broker name in all advertising published by seller(s).

9. To refer to said listing broker all inquiries from other brokers, salesmen and prospective purchasers during the term of this listing.

10. **FAIR HOUSING:** To offer said property without regard to race, color, sex, creed, religion, national origin, handicap, familial status, sexual orientation, or gender identity. The seller(s), by signing this contract hereby acknowledge(s) receipt from the listing REALTOR®, a copy of a brochure entitled, "*What Kentucky's Fair Housing Law Means (Your Rights and Responsibilities under Kentucky's Civil Rights Act.)*".

11. **ACCURACY AND DISCLOSURE:** To warrant the accuracy of the information of the description of the property provided herewith to said listing broker and agree to hold listing broker and the Multiple Listing Service of Bluegrass REALTORS®, Inc. harmless from any liability or damage arising out of any incorrect information knowingly withheld by the seller(s). A "Seller's Real Property History" form will be completed at the time of signing this listing contract.

12. **LOCK BOX:** That the listing broker may install a type of lock box which may provide access to others, including brokers, real estate agents, appraisers, home inspectors and others, which in the discretion of the broker, are necessary to complete the transaction. Seller(s) agrees to release all authorized brokers, and their sales associates, from any loss, injury or damage to persons and property arising from the presence of said lock box, which is not the direct result of gross negligence on the part of said brokers and their sales associates. All valuables should be safe guarded or removed from the premises while the lock box is in place. This paragraph is applicable only if initialed by the seller(s).

Initials ____ (07/14/24 11:05 AM)    Initials ____ (07/13/24 1:18 PM)    Initials __INITIAL__    Initials __INITIAL__
Date/Time ____    Date/Time ____    Date/Time ____    Date/Time ____

13. **INSPECTIONS:** Sellers acknowledge and agree to the following: (1A) they have been informed by the listing broker that buyers, or their representative, may request certain property inspections, including, but not limited to a wood destroying organisms inspection, which will be made subsequent to the signing of the offer to purchase contract; (1B) Complete property inspection; (2) in the event wood destroying organisms are found, the sellers shall be obligated to pay to have the property treated, and in the event of damage from wood destroying organisms, obligated to have such damage repaired at a cost to the seller not to exceed 1% of the sales price; and (3) to cooperate with buyers and/or buyer's inspectors by permitting access to the property.

No amendment or alterations in the terms hereof shall be valid or binding unless made in writing and signed by the parties hereto.

> We have read this contract, understand fully the contents thereof, understand that this is the complete content of said contract, understand that upon signing, this contract becomes legally binding, and acknowledge receipt of same. Should legal action be instituted to collect a commission under this contract, the Broker(s), if successful, shall be entitled to receive all costs, including a reasonable attorney's fee. If you have any questions regarding the terms and content of this contract, please do not hesitate to ask or consult legal counsel.

Accepted this ____ day of ____ 20____.

*Jason Michael Williams* (dotloop verified 07/14/24 11:05 AM EDT 3TW6-LSEZ-J61K-D6FW)    *Carla Michelle Williams* (dotloop verified 07/13/24 1:18 PM EDT RN2F-U8CE-ULE3-CADB)    SELLER SIGN HERE    SELLER SIGN HERE
SELLER'S Signature    SELLER'S Signature    SELLER'S Signature    SELLER'S Signature

Jason Michael Williams    Carla Michelle Williams
SELLER'S Printed Name    SELLER'S Printed Name    SELLER'S Printed Name    SELLER'S Printed Name

Date and Time    Date and Time    Date and Time    Date and Time

Brokerage/Company Name: SALLIE DAVIDSON REALTORS    Broker's Name: Sallie Davidson
(Print/Type)    (Print/Type)

By: Listing Agent *Treva Taylor* (dotloop verified 07/14/24 3:45 PM EDT 1ZOE-JIPA-49SF-TB3J)