UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

## ORDER AUTHORIZING EMPLOYMENT OF
## TREVA TAYLOR AND SALLIE DAVIDSON REALTORS

This matter having come before the Court upon the application of Michael Jason Williams (the "Debtor"), requesting authority to employ Treva Taylor and Sallie Davidson Realtors (the "Firm") as his realtor herein (the "Application"), and it appearing that proper notice of the Application having been given and that Treva Taylor is a duly-licensed realtor in this Commonwealth, and the Court being satisfied that the Firm represents no adverse interest in connection with this case, that the Firm is a disinterested entity, and that its employment is necessary and would be in the best interests of the Estate, and it further appearing that proper notice of the Application was given and that no objections having been filed or any timely objections being hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised and having considered same,

**IT IS HEREBY ORDERED** as follows:

1. The Application is GRANTED;

2. The Debtor is authorized to employ the Firm as its realtor, effective as of July 13, 2024, for the purposes of listing for sale and soliciting offers to purchase the real property and improvements located at 5352 Slate Lick Road, London, Kentucky during the pendency of this case;

1

3. The Firm shall be compensated at the fixed sales commission of 6% for its services, to be paid from the sales proceeds of the Property without the need for further Court approval, provided that the Firm shall apply for approval and allowance of its fees for other Services pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such procedures as may be fixed by order of this Court;

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application;

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order; and

6. This is a final and appealable Order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR