**Williams Liquidation Analysis Exhibit C**

| Description | Petition Value | Liquidation Value | Secured Claims/ Exemptions | Net Available after Liquidation |
|---|---|---|---|---|
| 145 Shelby Brooks Lane* | $375,000.00 | $337,500.00 | $609,021.04 | *0* |
| 103 Park Avenue* | $70,300.00 | $63,270.00 | | **$63,270** |
| 5352 Slate Lick Road* | $75,000.00 | $67,500.00 | | **$67,500** |
| 2022 Land Rover | $65,000.00 | $52,000.00 | $65,373.68 | *0* |
| 2023 Audi | $41,000.00 | $32,800.00 | $182,540.74 | *0* |
| 2023 Harley Davidson | $25,000.00 | $20,000.00 | $30,849.00 | *0* |
| 2015 Porsche | $0.00 | $0.00 | | *0* |
| Household goods and furnishings | $3,992.50 | | $4,000.00 | *0* |
| Electronics | $250.00 | | $250.00 | *0* |
| Firearms | $2,500.00 | $2,000.00 | | **$2,000** |
| Clothing | $4,000.00 | | $4,000.00 | *0* |
| Jewelry | $1,000.00 | | $1,000.00 | *0* |
| Cash | $48.00 | $48.00 | | **$48** |
| Checking account | $108.76 | $108.76 | $108.76 | *0* |
| Checking account | $2,565.44 | $2,565.44 | $1,363.24 | **$1,202** |
| Edward Jones Brokerage account | $20,729.43 | | $10,360.00 | **$10,369** |
| J Williams Cattle LLC | Unknown | | Unknown | *0* |
| JW Livestock, LLC | Unknown | | Unknown | *0* |
| Williams & Son Livestock, LLC | Unknown | | Unknown | *0* |
| Laurel Livestock Market, Inc. | Unknown | | Unknown | *0* |
| Cowboy Capone, LLC | Unknown | | Unknown | *0* |
| Potential claim against Ken Nelson | Unknown | | Unknown | *0* |
| Edward Jones IRA | $23,363.84 | | $23,363.84 | *0* |
| Edward Jones IRA | $17,182.39 | | $17,182.39 | *0* |
| Sums owed under commercial loan agreement with Valley Hill Farms, LLC | $16,000.00 | $12,800.00 | | **$12,800.00** |
| State Farm Homeowners Insurance | $1.00 | | $1.00 | |
| State Farm Automobile Insurance | $1.00 | | $1.00 | *0* |
| Caremark Health Insurance | $1.00 | | $1.00 | *0* |
| Eby Possum Belly Trailer | $14,000.00 | | $14,053.00 | *0* |
| | | | | *0* |
| Estimated administrative costs of 10% | | | | $15,718.96 |
| | | Net Liquidation Value of Assets | | **$141,470.67** |

* Debtors believe real estate could be liquidated at petition value less 10% sale costs if sold within three months.

** Liquidation value of vehicles and household items assumes 20% reduction.

Note: Personal property liquidation values based on Debtor's opinion.