# Exhibit D
# Williams
# Financial Projections

### 5-Year Projected Disposable Income

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| **Annual Income** | | | | | | |
| Salary / Wages (Carla) | 74,500.00 | 77,000.00 | 79,500.00 | 82,000.00 | 84,500.00 | 397,500.00 |
| Less: Payroll or Tax Deductions | -32,780.00 | -33,880.00 | -34,980.00 | -36,080.00 | -37,180.00 | -174,900.00 |
| Other Business Income | 156,000.00 | 158,000.00 | 160,000.00 | 162,000.00 | 164,000.00 | 800,000.00 |
| Interest and Dividends | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 3,000.00 |
| **TOTAL ANNUAL INCOME** | 198,320.00 | 201,720.00 | 205,120.00 | 208,520.00 | 211,920.00 | 1,025,600.00 |
| | | | | | | |
| **Annual Expenses** | | | | | | |
| Rent or Home Mortgage Payment (NexBank) | 46,800.00 | 46,800.00 | 46,800.00 | 46,800.00 | 46,800.00 | 234,000.00 |
| Utilities | - | - | - | - | - | - |
| Electric | 8,400.00 | 8,568.00 | 8,740.00 | 8,915.00 | 9,095.00 | 43,718.00 |
| Water and Sewer | 2,400.00 | 2,424.00 | 2,448.00 | 2,472.00 | 2,496.00 | 12,240.00 |
| Telephone | 6,100.00 | 6,160.00 | 6,220.00 | 6,280.00 | 6,340.00 | 31,100.00 |
| Internet | 720.00 | 728.00 | 735.00 | 742.00 | 750.00 | 3,675.00 |
| Home Maintenance (Repairs & Upkeep) | 2,000.00 | 2,200.00 | 2,400.00 | 2,650.00 | 2,800.00 | 12,050.00 |
| Medical and Dental Expenses | 2,500.00 | 3,000.00 | 3,600.00 | 3,960.00 | 4,240.00 | 17,300.00 |
| Transportation Expense (not car payments) | 12,000.00 | 13,000.00 | 14,000.00 | 15,000.00 | 16,000.00 | 70,000.00 |
| Recreation and Entertainment | | | | | | 0.00 |
| Charitable Contributions | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 60,000.00 |
| Insurance | - | - | - | - | - | - |
| Life | | | | | | 0.00 |
| Health (Jason) | 5,691.00 | 5,691.00 | 5,691.00 | 5,691.00 | 5,691.00 | 28,455.00 |
| Auto (Range Rover, Audi) | 8,350.00 | 8,530.00 | 8,350.00 | 8,350.00 | 8,350.00 | 41,930.00 |
| Other (Shelby Brooks & Park Ave) | 5,280.00 | 5,320.00 | 5,400.00 | 5,400.00 | 5,400.00 | 26,800.00 |
| Taxes | - | - | - | - | - | - |
| Real Estate Taxes (145 Shelby Brooks Ln) | 6,400.00 | 6,400.00 | 7,000.00 | 7,000.00 | 7,400.00 | 34,200.00 |
| Vehicle Taxes | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,250.00 |
| Other Taxes (LLC) | 190.00 | 190.00 | 190.00 | 190.00 | 190.00 | 950.00 |
| Installment Payments | - | - | - | - | - | - |
| Auto (2023 Range Rover) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Auto (2024 Audi) | 40,812.00 | 40,812.00 | 40,812.00 | 40,812.00 | 40,812.00 | 204,060.00 |
| Motorcycle (2023 Harley) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Regular Business Expenses | 43,200.00 | 45,200.00 | 47,200.00 | 50,200.00 | 52,200.00 | 238,000.00 |
| **TOTAL ANNUAL EXPENSES** | 203,093.00 | 207,273.00 | 211,836.00 | 216,712.00 | 220,814.00 | 1,059,728.00 |
| | | | | | | |
| Total Annual Income | 198,320.00 | 201,720.00 | 205,120.00 | 208,520.00 | 211,920.00 | 1,025,600.00 |
| (LESS: Total Annual Expenses) | 203,093.00 | 207,273.00 | 211,836.00 | 216,712.00 | 220,814.00 | 1,059,728.00 |
| **Projected Disposable Income** | -4,773.00 | -5,553.00 | -6,716.00 | -8,192.00 | -8,894.00 | **-34,128.00** |
| | | | | | | |
| Plus asset sale proceeds | 80,000.00 | 50,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 160,000.00 |