**Case No.: 24-60490**
**Michael Jason Williams**
**EXHIBIT E - CLAIMS**

| Creditor Name | Description | Schedule D Amount | Schedule D Unsecured Amt | Schedule E Amount | Schedule F Amount | POC Amount | POC No. |
|---|---|---|---|---|---|---|---|
| Northland Capital Financial Services, LLC | Business debt - equipment lease to own | | | | $158,193.10 | $158,193.10 | 1 |
| Truist Bank | business credit card | | | | $1,287.36 | $1,372.13 | 2 |
| Truist Bank | business credit card | | | | $402.83 | $402.83 | 3 |
| Anchor Acceptance Corp* | Business debt | | | | $23,367.62 | $23,508.23 | 4 |
| Anchor Acceptance Corp* | Business debt | | | | $71,719.16 | $72,078.38 | 5 |
| Great Lakes Trailer Washout** | business debt | | | | $20,256.00 | $20,336.00 | 6 |
| Anchor Acceptance Corp* | Business debt | | | | $62,683.17 | $63,124.02 | 7 |
| Anchor Acceptance Corp* | Business debt | | | | $94,027.36 | $94,770.36 | 8 |
| Truist Bank | business credit card | | | | | $15,165.42 | 9 |
| Truist Bank | business credit card | | | | | $5,403.44 | 10 |
| Farm Credit Services of America | PMSI Eby Posum Belly Trailer | $14,053.00 | $53.00 | | | $10,430.69 | 11 |
| Midland States Bank* | deficiency bal business debt | | | | $244,145.00 | $121,256.79 | 12 |
| Midland States Bank* | deficiency bal business debt | | | | $94,095.20 | $93,768.72 | 13 |
| Jonathan C. Anderson*** | promissory note | | | | $122,000.00 | $124,741.34 | 14 |
| Truist Bank | business debt | | | | | $61,046.73 | 15 |
| Financial Pacific Leasing Inc* | business debt | | | | $291,202.90 | $295,822.16 | 16 |
| Harley Davidson Credit Corp | motorcycle loan | $30,849.00 | $5,849.00 | | | $28,992.04 | 17 |
| Parsley General Tire, Inc.** | business debt | | | | $52,856.00 | $52,856.43 | 18 |
| Truist Bank | Guaranty | | | | $512,849.27 | $527,416.07 | 19 |
| Truist Bank | Guaranty | | | | $484,886.68 | $495,795.80 | 20 |
| NexBank | Shelby Brooks Mortgage | $581,121.04 | | | | $577,197.13 | 21 |
| VW Credit, Inc. | Audi loan | $182,540.74 | | | | $176,878.74 | 22 |
| De Lage Landen Fin | JW Livestock loans (2) NOT GUARANTEED | $292945 and $262495 | | | | $241,718.55 and $285309.92 | 23 |
| Northland Capital Financial Services, LLC | business debt - amends No. 1 | | | | | $64,129.58 | 24 |
| KY Dept of Revenue | Withholding + sales taxes | Unknown | | | | $2,608.41 | 25 |

* Contingent, unliquidated, disputed
** contingent, disputed
*** disputed