**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE                                                                  CASE NO.24-60490
MICHAEL JASON WILLIAMS

   DEBTOR

                                                                    CHAPTER 11-SUBCHAPTER V

**ORDER FIXING TIME FOR FILING ACCEPTANCES
OR REJECTIONS OF CHAPTER 11 SUBCHAPTER V PLAN,
AND NOTICE OF CONFIRMATION HEARING**

A plan under chapter 11, subchapter V, of the Bankruptcy Code having been filed by the Debtor, Michael Jason Williams on August 16, 2024 [ECF No. 28 (the "Plan")],

**It is ORDERED,** and notice is hereby given, that:

A. Within 5 days after the entry of this Order, the Plan, a ballot conforming to *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314), and this Order shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in FED. R. BANKR. P. 3017(d).

B. September 18, 2024, is fixed as the last day for filing written acceptances or rejections of the Plan. [7 days prior to confirmation hearing]

C. September 18, 2024, is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to FED. R. BANKR. P. 3020(b)(1).

D. Debtor shall file a summary of the results of voting on the Plan pursuant to KYEB LBR 3018-2 on or before September 20, 2024.

E. On September 25, 2024, at 10:00 a.m. (ET), the Court shall hold a hearing on confirmation of the Plan in the United States Bankruptcy Court, United States Courthouse Annex, U.S. District Courtroom C (3rd Floor), 310 South Main Street, London, KY.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:
*Gregory R. Schaaf*
Bankruptcy Judge
Dated: Monday, August 19, 2024
(grs)**