UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS                  CASE NO. 24-60490
                                                                  CHAPTER 11 – Sub V

      DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that true and accurate copies of the Order Fixing Time for Filing Acceptances or Rejections of Chapter 11 Subchapter V Plan and Notice of Confirmation Hearing [ECF No. 30] entered by the Court on August 19, 2024, Debtor's Subchapter V Small Business Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code [ECF No. 28] and Ballot were served via first-class U.S. mail, postage prepaid or electronic mail, on August 20, 2024, upon all creditors.

                                                                   Respectfully submitted,

                                                                   DELCOTTO LAW GROUP PLLC

                                                                   /s/ *Dean A. Langdon*
                                                                   Dean A. Langdon
                                                                   KY Bar No. 40104
                                                                   200 North Upper Street
                                                                   Lexington, KY  40507
                                                                   Telephone: (859) 231-5800
                                                                   Facsimile: (859) 281-1179
                                                                   dlangdon@dlgfirm.com
                                                                   COUNSEL FOR DEBTOR