**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| In Re: | Case No. 24-60490 |
| Michael Jason Williams<br>*aka Jason Williams*<br>*aka Michael J. Williams* | Chapter 11 |
| Debtor. | Judge Gregory R. Schaaf |

**ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY OF PROPERTY KNOWN AS A 2023 HARLEY-DAVIDSON FLHRXS ROAD KING SPE, VIN: 1HD1KVP19PB616318**

For good cause shown, Harley-Davidson dba Eaglemark Savings Bank's ("Movant") Motion for Relief from Stay is hereby granted.

The Court finds that the Movant filed a motion that requested Relief from Stay as it relates to the property described as a 2023 HARLEY-DAVIDSON FLHRXS ROAD KING SPE, VIN: 1HD1KVP19PB616318, (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its lien interest, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Property.

The stay shall remain terminated in the event the Debtor converts to a different chapter of the Bankruptcy Code.

This is a final and appealable order.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Dean A. Langdon, Debtor's Counsel
dlangdon@dlgfirm.com

Charity S Bird, Trustee
cbird@kaplanjohnsonlaw.com

Office of the U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov; Bradley.Nerderman@usdoj.gov

Michael Jason Williams, Debtor
145 Shelby Brooks Lane
London, KY 40744