**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE

**MICHAEL JASON WILLIAMS**                               CASE NO. 24-60490

**DEBTOR(S)**

**ORDER**

The Court having considered the Motion for Relief from Stay [ECF No. 34] filed herein on September 6, 2024, on behalf of Harley-Davidson dba Eaglemark Savings Bank, finds said pleading should be and hereby is OVERRULED WITHOUT PREJUDICE for the following reason(s):

☐ The pleading does not meet the notice and opportunity for hearing criteria as set forth by the Court.

☐ Notice of hearing is missing/incorrect.  Go to www.kyeb.uscourts.gov to obtain correct hearing information.

☒ Failure to serve a necessary party.

☐ Motion was not served upon **all creditors** as required under FED. R. BANKR. P. 6007(b) (effective 12/1/2019).

☐ Other:  Other

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, September 9, 2024**
(grs)