**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| In Re: | Case No. 24-60490 |
| Michael Jason Williams<br>*aka Jason Williams*<br>*aka Michael J. Williams* | Chapter 11 |
| Debtor. | Judge Gregory R. Schaaf |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS A 2023 HARLEY-DAVIDSON FLHRXS ROAD KING SPE, VIN: 1HD1KVP19PB616318**

The Creditor, Harley-Davidson dba Eaglemark Savings Bank ("Movant"), hereby moves the Court, pursuant to 11 USC §362(d) to lift the automatic stay from the estate the personal property known as a 2023 HARLEY-DAVIDSON FLHRXS ROAD KING SPE, VIN: 1HD1KVP19PB616318 so that Movant may enforce its lien against the Debtors as hereinafter described.

In support of its Motion, Movant offers the attached memorandum.

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

1. The Debtor filed a Chapter 11 case on 05/24/2024 – referred to as the "Petition Date."

2. The Trustee of the estate of the debtors in this case is Charity S. Bird.

3. Movant has a secured claim in this case in the amount of $28,992.04 plus 13.29% interest per annum. This claim is secured by a security interest in the following collateral: a 2023 HARLEY-DAVIDSON FLHRXS ROAD KING SPE, VIN: 1HD1KVP19PB616318 (the "Property"), which is more fully described in the contract and title which is attached to the Proof of Claim. There is an unsecured portion of the claim in the amount of $9,217.04.

4. A copy of the Proof of Claim filed in this case by Movant, along with copies of all relevant supporting documents establishing Movant's perfected security interest in the above-described collateral, is attached hereto.

5. The post-petition monthly payments due for June 20, 2024 to and including August 20, 2024 remain unpaid in the amount of $1,798.56 plus attorney fees and costs. There is currently due the unpaid principal and accrued interest balance of $29,980.12.

6. The value of the Property is $19,775.00 according to the NADA Official Used Car Guide.

7. The proposed Subchapter V Small Business Plan of Reorganization under Chapter 11 indicates that this claim will be satisfied by Debtor surrendering the property.

8. Cause exists to lift the automatic stay since the interest of the creditor is not being adequately protected as the Debtors is in arrears as outlined above and the collateral continues to depreciate in value.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order terminating the Automatic Stay as it relates to the Property to permit Movant to enforce its rights on the property herein described and for other such relief as may be just.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## NOTICE

Please take notice that parties in interest, shall have Fourteen (14) days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response if timely filed, the order filed contemporaneously with this motion may be entered by the Court without a hearing on the motion.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on September 11, 2024.

**By Notice of Electronic Filing to:**

    Dean A. Langdon, Debtor's Counsel
    dlangdon@dlgfirm.com

    Charity S Bird, Trustee
    cbird@kaplanjohnsonlaw.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov; Bradley.Nerderman@usdoj.gov

    William G. Deck, Counsel for Anchor
    wdeck@deckanddeck.com

    Joseph H. Mattingly, III, Counsel for Farm Credit
    joe@mattinglylawoffices.com

    Amy E. Gardner, Counsel for NexBank
    amps@manleydeas.com

    Martin B. Tucker, Counsel for Truist Bank
    martin.tucker@dinsmore.com

**By United States mail to:**

    Michael Jason Williams, Debtor
    145 Shelby Brooks Lane
    London, KY 40744

    All Creditors on the Mailing Matrix

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (97962)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140

Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-6<br>Case 24-60490-grs<br>Eastern District of Kentucky<br>London<br>Wed Sep 11 11:09:47 EDT 2024 | AMERICAN WELDING & GAS, INC<br>267 SOUTH LAUREL ROAD<br>LONDON KY 40744-7914 | ANCHOR ACCEPTANCE CORP<br>P O BOX 860<br>DAKOTA DUNES SD 57049-0860 |
| ANDERSON, JONATHAN C.<br>525 KELLER RD<br>SCIENCE HILL KY 42553-9014 | ASSOCIATED CREDIT SERVICES<br>P O BOX 1201<br>TEWKSBURY MA 01876-0901 | AUXILIOR CAPITAL PARTNERS, INC.<br>620 W GERMANTOWN PIKE, STE 450<br>PLYMOUTH MEETING PA 19462-1056 |
| Anchor Acceptance Corporations<br>P.O. Box 860<br>North Sioux City, SD 57049-0860 | BARCLAYS<br>ATTN: BANKRUPTCY<br>P.O. BOX 8801<br>WILMINGTON DE 19899-8801 | BLUE BEACON INTERNATIONAL, INC.<br>C/O THE COMMERCIAL COLLECTION CORP OF NY<br>PO BOX 288<br>TONAWANDA NY 14151-0288 |
| BUSINESSFIRST INSURANCE CO.<br>P O BOX 988<br>LAKELAND FL 33802-0988 | Charity S Bird<br>710 West Main Street<br>Fourth Floor<br>Louisville, KY 40202-2698 | C AND H AUTO PARTS<br>1858 NORTH LAUREL RD<br>LONDON KY 40741-6053 |
| (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | CITI CARD/BEST BUY<br>ATTN: CITICORP CR SRVS CENTRALIZED BANKR<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | COMENITY BANK/VICTORIA SECRET<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| CUMBERLAND OIL CO., INC.<br>P O BOX 430<br>SOMERSET KY 42502-0430 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 |
| William G. Deck<br>Deck & Deck<br>505 Fifth Street, Suite 635<br>Sioux City, IA 51101-1505 | ECO-TECH USA, LLC<br>50 EASY STREET<br>LONDON KY 40741-7313 | FARM CREDIT SERVICES OF AMERICA, PCA<br>C/O JOSEPH H. MATTINGLY III, PLLC<br>P.O. BOX 678 - 104 WEST MAIN STREET<br>LEBANON, KENTUCKY 40033-0678 |
| (p)FARM CREDIT SERVICES OF AMERICA<br>PO BOX 2409<br>OMAHA NE 68103-2409 | FEDERAL MOTOR CARRIER SAFETY ADMIN.<br>SOUTHERN SERVICE CENTER<br>61 FORSYTH ST SW, STE 3M40<br>ATLANTA GA 30303-8839 | FINANCIAL PACIFIC LEASING<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 |
| FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY WA 98001-9546 | Farm Credit Services of America, PCA<br>P.O. Box 678<br>104 West Main Street<br>Lebanon, KY 40033-1237 | GREAT LAKES TRAILER WASH OUT<br>8228 NEPTUNE DR<br>KALAMAZOO MI 49009-7011 |
| (p)MANLEY DEAS KOCHALSKI LLC<br>ATTN BANKRUPTCY DEPT<br>1555 LAKE SHORE DRIVE<br>COLUMBUS OH 43204-3825 | HARLEY DAVIDSON FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY NV 89721-2048 | HARLEY-DAVIDSON CREDIT CORP.<br>PO BOX 9013<br>ADDISON, TEXAS 75001-9013 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JONATHAN C. ANDERSON<br>525 KELLER ROAD<br>SCIENCE HILL, KY 42553-9014 | JOSEPH B. VENTERS, ESQ.<br>P O BOX 1749<br>SOMERSET KY 42502-1749 |
| JW LIVESTOCK, LLC<br>145 SHELBY BROOKS LN<br>LONDON KY 40744-8199 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>P.O. BOX 5222<br>FRANKFORT KY 40602-5222 | Dean A. Langdon<br>DelCotto Law Group PLLC<br>200 N Upper St<br>Lexington, KY 40507-1017 |
| MARTIN B. TUCKER, ESQ.<br>DINSMORE & SHOHL LLP<br>100 WEST MAIN ST., STE. 900<br>LEXINGTON KY 40507-1839 | MARTINS PETERBILT<br>174 OLD WHITLEY RD<br>LONDON KY 40744-8211 | MIDCOUNTRY EQUIPMENT FINANCE<br>7825 WASHING AVE S, STE 120<br>MINNEAPOLIS MN 55439-2431 |
| MIDLAND STATES BANK<br>1801 PARK 270 DR, STE 200<br>SAINT LOUIS MO 63146-4022 | MIDLAND STATES BANK<br>C/O ORION FIRST FINANCIAL<br>PO BOX 2149<br>GIG HARBOR WA 98335-4149 | Joseph H. Mattingly III<br>104 West Main Street<br>Box 678<br>Lebanon, KY 40033-1237 |
| NEXBANK. F/K/A NEXBANK, SSB<br>ATTENTION: BANKRUPTCY<br>1 CORPORATE DRIVE, SUITE 360<br>LAKE ZURICH, IL 60047-8945 | NORTHLAND CAPITAL FINANCIAL SERVICES, LLC<br>333 33RD AVE S<br>ST. CLOUD, MN 56301-5495 | NORTHLAND CAPITAL FINANCIAL SVCS<br>333 33RD AVENUE SOUTH<br>SAINT CLOUD MN 56301-5495 |
| Bradley M. Nerderman<br>100 E. Vine St. #500<br>Lexington, KY 40507-1441 | PARSLEY GENERAL TIRE, INC.<br>2006 N MAIN STREET<br>LONDON KY 40741-1098 | PAUL W. DECK, JR., ESQ.<br>DECK & DECK, LLLP<br>505 5TH ST., STE. 635<br>SIOUX CITY IA 51101-1505 |
| PENNSYLVANIA TURNPIKE COMMISSION<br>C/O HARRIS & HARRIS, LTD.<br>111 WEST JACKSON BLVD, STE 650<br>CHICAGO IL 60604-3589 | PNC EQUIPMENT FINANCE<br>655 BUSINESS CENTER DR, STE 250<br>HORSHAM PA 19044-3448 | PREMIER ENERGY SOUTH<br>FORMERLY SOUTHERN PETROLEUM<br>PO BOX 803<br>SOMERSET KY 42502-0803 |
| RYSERS, INC.<br>555 WEST HIGHWAY 3094<br>EAST BERNSTADT KY 40729-6106 | SISTER<br>5362 SLATE LICK ROAD<br>LONDON KY 40741 | SUMITOMO MITSUI FINANCE & LEASING<br>666 THIRD AVE, 8TH FLOOR<br>NEW YORK NY 10017-4033 |
| SUMMIT CONSULTING, LLC<br>ATTN: SHELLEY PYLE<br>P O BOX 32034<br>LAKELAND FL 33802-2034 | SYNCHRONY BANK/MEN'S WEARHOUSE<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANK/SELECT COMFORT<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNOVUS BANK/CAPITOL ONE<br>ATTN: BANKRUPTCY<br>1111 BAY AVENUE<br>COLUMBUS GA 31901-5218 | Securities and Exchange Commn.<br>Bankruptcy Section<br>175 W. Jackson Blvd.<br>Suite 900<br>Chicago, IL 60604-2815 | Molly Slutsky Simons<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140-8362 |

| | | |
|---|---|---|
| TCM BANK<br>ATTN: BANKRUPTCY<br>3501 E FRONTAGE RD STE. 200<br>TAMPA FL 33607-1700 | THE HUNTINGTON NATIONAL BANK<br>1405 XENIUM LANE NORTH (PCC180)<br>PLYMOUTH MN 55441-4408 | TRUIST BANK<br>ATTN: BANKRUPTCY<br>200 PINE ST W<br>WILSON NC 27893-3288 |
| TRUIST BANK<br>C/O MARTIN B. TUCKER, ESQ.<br>DINSMORE & SHOHL LLP<br>100 WEST MAIN STREET, SUITE 900<br>LEXINGTON, KY 40507-1839 | TRUIST BANK<br>GREATER LEXINGTON-COMMERCIAL LOANS<br>200 W. VINE ST, 2D FLOOR<br>LEXINGTON KY 40507-1662 | TRUIST BANK<br>PO BOX 85041<br>RICHMOND VA 23285-5041 |
| TRUIST BANK, SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND, VA 23285-5092 | TRUIST/BB&T<br>ATTN: BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | Martin B. Tucker<br>Dinsmore & Shohl LLP<br>Lexington Financial Center<br>100 W. Main Street<br>Ste 900<br>Lexington, KY 40507-1839 |
| U.S. SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET, SUITE 320<br>BIRMINGHAM AL 35203 | U.S. Trustee<br>100 E Vine St #500<br>Lexington, KY 40507-1441 | UMPQUA BANK<br>C/O FINANCIAL PACIFIC LEASING<br>3455 S 344TH WAY, STE. 300<br>AUBURN WA 98001-9546 |
| UMPQUA BANK<br>C/O KAMI E. GRIFFITH<br>MORGAN POTTINGER MCGARVEY<br>401 S FOURTH ST,  STE 1200<br>LOUISVILLE KY 40202-2976 | VERIZON<br>1701 GOLF RD<br>LA GRANGE IL 60525 | VOLKSWAGEN CREDIT, INC<br>ATTN: BANKRUPTCY<br>PO BOX 3<br>HILLSBORO OR 97123-0003 |
| VW CREDIT INC. DBA AUDI FINANCIAL SERVICES<br>C/O VW CREDIT, INC<br>PO BOX 9013<br>ADDISON, TEXAS 75001-9013 | WILLIAMS & SON LIVESTOCK, LLC<br>145 SHELBY BROOKS LN<br>LONDON KY 40744-8199 | WILLIAMS CATTLE COMPANY<br>PO BOX 447<br>LONDON KY 40743-0447 |
| Michael Jason Williams<br>145 Shelby Brooks Lane<br>London, KY 40744-8199 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CARMAX AUTO FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX 440609<br>KENNESAW GA 30160 | DE LAGE LANDEN FINANCIAL SERVICES<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | DOVENMUEHLE MORTGAGE<br>ATTN: BANKRUPTCY<br>MAILSTOP 1290, 1 CORPORATE DR. ST 360<br>LAKE ZURICH IL 60047 |
| FARM CREDIT/AGDIRECT<br>PO BOX 2409<br>OMAHA NE 68103 | Amy E. Gardner<br>P.O. Box 165028<br>Columbus, OH 43216 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Charity S Bird
710 West Main Street
Fourth Floor
Louisville, KY 40202-2698

(u)Harley-Davidson dba Eaglemark Savings Bank

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(u)NexBank

(u)Truist Bank

End of Label Matrix
Mailable recipients    78
Bypassed recipients     5
Total                  83