## Laurel County, KY PVA

### Summary

| | |
|---|---|
| Parcel Number | 062-90-00-075.03 |
| Account Number | 327195 |
| Location Address | 145 SHELBY BROOKS LANE |
| Description | 81 ACRE & HOUSE & GARAGE |
| | (Note: Not to be used on legal documents) |
| Class | RESIDENTIAL (10) |
| Tax District | 01-City |
| 2022 Rate Per Thousand | 8.69 |

View Map



### Owner

WILLIAMS MICHAEL JASON & CARLA MICHELLE
145 SHELBY BROOKS LANE
LONDON, KY 40744

### Land Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Condition | Average | Topography | | Level | |
| Plat Book/Page | | Drainage | | None | |
| Subdivision | | Flood Hazard | | | |
| Lot | | Zoning | | Residential | |
| Block | | Electric | | No | |
| Acres | 0.81 | Water | | No | |
| Front | 0 | Gas | | No | |
| Depth | 0 | Sewer | | No | |
| Lot Size | 0x0 | Road | | Secondary | |
| Lot Sq Ft | 35283 | Sidewalks | | No | |
| Shape | None | Information Source | | | |

### Valuation

| | Working | Certified |
|---|---|---|
| + Land Value | $50,000 | $50,000 |
| + Improvement Value | $700,000 | $700,000 |
| = Total Taxable Value | $750,000 | $750,000 |
| - Exemption Value | $0 | $0 |
| = Net Taxable Value | $750,000 | $750,000 |
| | | |
| Exemption | Homestead: No | Homestead: No |

### 2022 Tax Bill

## Click HERE for Tax Bill Information

### Improvement Information

| | | | |
|---|---|---|---|
| Building Number | 1 | Kitchens | 1 |
| Description | HOUSE | Dining Rooms | 0 |
| Residence Type | Single Family | Living Rooms | 1 |
| Comm Type | | Family Rooms | 0 |
| Mobile Home Type | | Bedrooms | 4 |
| Year Built | 2003 | Full Baths | 3 |
| Effective Age | 0 | Half Baths | 0 |
| Ave. Wall Height | 0 | Other Rooms | 0 |
| Structure | 1 Story | Total Rooms | 9 |
| Number of Stories | 1 | Living Sq Ft | 2,498 |
| Exterior | Brick Veneer | Basement Sq Ft | 0 |
| Foundation | Concrete Block | Fireplaces | 0 |
| Construction Type | Wood Frame | Water | Y |
| Construction Quality | Average/Standard | Supplemental Heat | None |
| Building Condition | Good/Average | Mobile Home Model | |
| Roof Type | RY-Hip | Mobile Home Manufacturer | |
| Roof Cover | RF-Asphalt Shingles | MH Skirt Foundation | |
| Roof Pitch | RP-None | Heat | Y |
| Basement Type | BT-None | Heat Source | Electric |
| Basement Finish | None | Heat Type | Heat Pump |
| Basement Size | BS-None | Air Conditioning | Y |
| Garage/Carport | Garage | AC/Type | Central |
| Garage Size | 2 Car | Special Improvements | N |
| Garage Type | Attached Garage | Fire Alarm | N |
| Garage Exterior | Brick/Stone | Sprinklers | N |
| Width | 0 | Porch/Deck | Open |
| Length | 0 | Porch Sq Ft | 72 |
| Garage Sq Ft | 764 | Deck Sq Ft | 100 |
| Pool | None | Concrete Sq Ft | 0 |
| Pool Size | 0 | Farm Bldg Type | |
| Tennis Courts | None | Value | $640,000.00 |
| | | Driveway | None |
| | | Fence | 0 |

| | | | |
|---|---|---|---|
| Building Number | 2 | Kitchens | 0 |
| Description | GARAGE | Dining Rooms | 0 |
| Residence Type | None | Living Rooms | 0 |
| Comm Type | | Family Rooms | 0 |
| Mobile Home Type | | Bedrooms | 0 |
| Year Built | 2003 | Full Baths | 0 |
| Effective Age | 0 | Half Baths | 0 |
| Ave. Wall Height | 0 | Other Rooms | 0 |
| Structure | None | Total Rooms | 0 |
| Number of Stories | 0 | Living Sq Ft | 0 |
| Exterior | None | Basement Sq Ft | 0 |
| Foundation | None | Fireplaces | 0 |
| Construction Type | None | Water | Y |

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Construction Quality | | | Supplemental Heat | None |
| Building Condition | None | | Mobile Home Model | |
| Roof Type | RY-None | | Mobile Home Manufacturer | |
| Roof Cover | RF-None | | MH Skirt Foundation | |
| Roof Pitch | RP-None | | Heat | N |
| Basement Type | BT-None | | Heat Source | None |
| Basement Finish | None | | Heat Type | None |
| Basement Size | BS-None | | Air Conditioning | N |
| Garage/Carport | Garage | | AC/Type | None |
| Garage Size | None | | Special Improvements | N |
| Garage Type | Detached Garage | | Fire Alarm | N |
| Garage Exterior | Metal | | Sprinklers | N |
| Width | 42 | | Porch/Deck | |
| Length | 42 | | Porch Sq Ft | 0 |
| Garage Sq Ft | 1764 | | Deck Sq Ft | 0 |
| Pool | | | Concrete Sq Ft | 0 |
| Pool Size | 0 | | Farm Bldg Type | |
| Tennis Courts | | | Value | $25,000.00 |
| | | | Driveway | None |
| | | | Fence | 0 |

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Building Number | 3 | | Kitchens | 0 |
| Description | POOL HOUSE/HE SHED | | Dining Rooms | 0 |
| Residence Type | None | | Living Rooms | 0 |
| Comm Type | | | Family Rooms | 0 |
| Mobile Home Type | | | Bedrooms | 0 |
| Year Built | 0 | | Full Baths | 0 |
| Effective Age | 0 | | Half Baths | 0 |
| Ave. Wall Height | 0 | | Other Rooms | 0 |
| Structure | None | | Total Rooms | 0 |
| Number of Stories | 0 | | Living Sq Ft | 0 |
| Exterior | Frame/Brick | | Basement Sq Ft | 0 |
| Foundation | Poured Concrete | | Fireplaces | 0 |
| Construction Type | None | | Water | Y |
| Construction Quality | Average/Standard | | Supplemental Heat | None |
| Building Condition | Good/Average | | Mobile Home Model | |
| Roof Type | RY-Hip | | Mobile Home Manufacturer | |
| Roof Cover | RF-Asphalt Shingles | | MH Skirt Foundation | |
| Roof Pitch | RP-High | | Heat | N |
| Basement Type | BT-None | | Heat Source | None |
| Basement Finish | None | | Heat Type | None |
| Basement Size | BS-None | | Air Conditioning | Y |
| Garage/Carport | | | AC/Type | Other |
| Garage Size | | | Special Improvements | N |
| Garage Type | | | Fire Alarm | N |
| Garage Exterior | | | Sprinklers | N |
| Width | 0 | | Porch/Deck | |
| Length | 0 | | Porch Sq Ft | 0 |
| Garage Sq Ft | 0 | | Deck Sq Ft | 0 |
| Pool | | | Concrete Sq Ft | 0 |
| Pool Size | 0 | | Farm Bldg Type | |
| Tennis Courts | | | Value | $5,000.00 |
| | | | Driveway | None |
| | | | Fence | 0 |

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Building Number | 4 | | Kitchens | 0 |
| Description | POOL HOUSE | | Dining Rooms | 0 |
| Residence Type | None | | Living Rooms | 0 |
| Comm Type | | | Family Rooms | 0 |
| Mobile Home Type | | | Bedrooms | 0 |
| Year Built | 0 | | Full Baths | 0 |
| Effective Age | 0 | | Half Baths | 0 |
| Ave. Wall Height | 0 | | Other Rooms | 0 |
| Structure | None | | Total Rooms | 0 |
| Number of Stories | 1 | | Living Sq Ft | 0 |
| Exterior | Stucco | | Basement Sq Ft | 0 |
| Foundation | Poured Concrete | | Fireplaces | 0 |
| Construction Type | None | | Water | Y |
| Construction Quality | Average/Standard | | Supplemental Heat | None |
| Building Condition | Good/Average | | Mobile Home Model | |
| Roof Type | RY-Hip | | Mobile Home Manufacturer | |
| Roof Cover | RF-Asphalt Shingles | | MH Skirt Foundation | |
| Roof Pitch | RP-High | | Heat | N |
| Basement Type | BT-None | | Heat Source | None |
| Basement Finish | None | | Heat Type | None |
| Basement Size | BS-None | | Air Conditioning | Y |
| Garage/Carport | | | AC/Type | Other |
| Garage Size | | | Special Improvements | N |
| Garage Type | | | Fire Alarm | N |
| Garage Exterior | | | Sprinklers | N |
| Width | 0 | | Porch/Deck | |
| Length | 0 | | Porch Sq Ft | 0 |
| Garage Sq Ft | 0 | | Deck Sq Ft | 0 |
| Pool | | | Concrete Sq Ft | 0 |
| Pool Size | 0 | | Farm Bldg Type | |
| Tennis Courts | | | Value | $5,000.00 |
| | | | Driveway | None |
| | | | Fence | 0 |

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Building Number | 5 | | Kitchens | 0 |
| Description | POOL | | Dining Rooms | 0 |
| Residence Type | None | | Living Rooms | 0 |
| Comm Type | | | Family Rooms | 0 |
| Mobile Home Type | | | Bedrooms | 0 |
| Year Built | 0 | | Full Baths | 0 |
| Effective Age | 0 | | Half Baths | 0 |
| Ave. Wall Height | 0 | | Other Rooms | 0 |
| Structure | None | | Total Rooms | 0 |
| Number of Stories | 0 | | Living Sq Ft | 0 |
| Exterior | None | | Basement Sq Ft | 0 |
| Foundation | None | | Fireplaces | 0 |
| Construction Type | None | | Water | N |
| Construction Quality | Average/Standard | | Supplemental Heat | None |
| Building Condition | Good/Average | | Mobile Home Model | |
| Roof Type | RY-None | | Mobile Home Manufacturer | |
| Roof Cover | RF-None | | MH Skirt Foundation | |
| Roof Pitch | RP-None | | Heat | N |
| Basement Type | BT-None | | Heat Source | None |
| Basement Finish | None | | Heat Type | None |
| Basement Size | BS-None | | Air Conditioning | N |
| Garage/Carport | | | AC/Type | None |
| Garage Size | | | Special Improvements | Y |
| Garage Type | | | Fire Alarm | N |

| Garage Exterior | | | Sprinklers | N |
| Width | 0 | | Porch/Deck | |
| Length | 0 | | Porch Sq Ft | 0 |
| Garage Sq Ft | 0 | | Deck Sq Ft | 0 |
| Pool | | | Concrete Sq Ft | 0 |
| Pool Size | 0 | | Farm Bldg Type | |
| Tennis Courts | | | Value | $25,000.00 |
| | | | Driveway | None |
| | | | Fence | 0 |

## Sale Information

| Sale Date | Sale Price | Deed Book | Deed Page | Grantee | Grantor |
|---|---|---|---|---|---|
| 6/16/2022 | $0 | 790 | 433 | WILLIAMS MICHAEL JASON & CARLA MICHELLE | DEATON NEAL & ALMA K |
| 3/25/2022 | $750,000 | 787 | 561 | WILLIAMS MICHAEL JASON & CARLA MICHELLE | DEATON NEAL & ALMA KAY |
| 2/1/1999 | $50,000 | 492 | 140 | DEATON NEAL & ALMA KAY | HENSLEY CLYDE |
| 5/1/1997 | $35,000 | | | HENSLEY CLYDE | ALVY BROOKS & SHEL |

## Photos

  

 

## Sketches





Sketch Summary
.........................
Garage=1764.00

42.0

42.0    ♢    42.0

42.0

Scale: 1 inch = 30.0

View Privacy Policy    GDPR Privacy Notice
Last Data Uploaded: 12/20/2023 8:32:53 PM