UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

# REPORT OF BALLOTS FOR DEBTOR'S
# SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION

Comes Michael Jason Williams (the "Debtor"), as debtor and debtor in possession, by counsel, and hereby files his Report of Ballots for Debtor's Subchapter V Small Business Plan of Reorganization under Chapter 11 of the United States Bankruptcy Code [ECF No. 28] set forth below.[1]

**CLASS 1:**   **Allowed Secured Claim of NexBank**
No. of votes:      1                      Amount Voting:         $577,197.13
No. accepting:   1   (100%)      Amount accepting:   $577,197.13   (100%)
No. rejecting:    0   (0%)          Amount rejecting:    $*0*                (0%)

**CLASS 2:**   **Allowed Secured Claim of Farm Credit – No ballot received**
No. of votes:      0                      Amount Voting:         $ *0*
No. accepting:   0   (0%)          Amount accepting:   $ *0*            (0%)
No. rejecting:    0   (0%)          Amount rejecting:    $ *0*            (0%)

**CLASS 3:**   **Allowed Secured Claim of Harley Davidson Financial– No ballot received**
No. of votes:      0                      Amount Voting:         $ *0*
No. accepting:   0   (0%)          Amount accepting:   $ *0*            (0%)
No. rejecting:    0   (0%)          Amount rejecting:    $ *0*            (0%)

---

[1] A copy of the ballots received are attached as <u>Exhibit A</u>. The ballots are available for inspection upon request to Debtors' counsel. Nothing herein shall be deemed an allowance of any claim or a waiver of any objection or right to object to a claim.

**CLASS 4:   Allowed Secured Claim of Truist Bank. - No ballot received**
    No. of votes:   0                Amount Voting:    $ *0*
    No. accepting:   0  (0%)      Amount accepting:  $ *0*      (0%)
    No. rejecting:   0  (0%)       Amount rejecting:  $ *0*       (0%)

**CLASS 5:   Allowed Secured Claim of Volkswagen Credit, Inc. – No ballot received**
    No. of votes:   0                Amount Voting:    $ *0*
    No. accepting:   0  (0%)      Amount accepting:  $ *0*      (0%)
    No. rejecting:   0  (0%)       Amount rejecting:  $ *0*       (0%)

**CLASS 6:   Other Allowed Secured Claims – No ballots received**
    No. of votes:   0                Amount Voting:    $ *0*
    No. accepting:   0  (0%)      Amount accepting:  $ *0*      (0%)
    No. rejecting:   0  (0%)       Amount rejecting:  $ *0*       (0%)

.
**CLASS 7:   Allowed Unsecured Claims**
    No. of votes:   1                Amount Voting:    $2,502.13
    No. accepting:   1  (100%)    Amount accepting:  $2,502.13  (100%)
    No. rejecting:   0  (0%)       Amount rejecting:  $ *0*       (0%)

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

This document has been electronically filed and served via the Court's ECF System on September 19, 2024.

/s/ Dean A. Langdon
COUNSEL FOR DEBTOR