UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

DEBTOR

**BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION**

Michael Jason Williams ("Debtor") has filed his Subchapter V Small Business Plan of Reorganization [ECF No. 28] dated August 16, 2024 ("Plan"), which provides information to assist you in completing the enclosed ballot. Copies of the Plan may be obtained from the Debtor's counsel, DelCotto Law Group PLLC, 200 North Upper Street, Lexington, Kentucky 40507, Telephone: (859) 231-5800, Facsimile: (859) 281-1179, Attn: **Dean A. Langdon**, Email: **dlangdon@dlgfirm.com**.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

If your ballot is not received by DelCotto Law Group PLLC, 200 North Upper Street, Lexington, Kentucky 40507, on or before September 18, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF PLAN

The undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of *Two Thousand Five hundred Two* Dollars ($ 2502.13 ) - (Check one box only)

[X] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Print or type name of claimant: William C Warren
Signature: William C Warren
Title (if corporation or partnership): C+H Auto
Address: 1858 North Laurel Rd
London KY 40741
Date: 9-10-24

**RETURN THIS BALLOT TO:**
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
Attn: Dean A. Langdon
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

**BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S SUBCHAPTER V SMALL BUSINESS PLAN OF REORGANIZATION**

Michael Jason Williams ("Debtor") has filed his Subchapter V Small Business Plan of Reorganization [ECF No. 28] dated August 16, 2024 ("Plan"), which provides information to assist you in completing the enclosed ballot. Copies of the Plan may be obtained from the Debtor's counsel, DelCotto Law Group PLLC, 200 North Upper Street, Lexington, Kentucky 40507, Telephone: (859) 231-5800, Facsimile: (859) 281-1179, Attn: **Dean A. Langdon**, Email: **dlangdon@dlgfirm.com.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

**If your ballot is not received by DelCotto Law Group PLLC, 200 North Upper Street, Lexington, Kentucky 40507, on or before September 18, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF PLAN

The undersigned, the holder of a Class __4.1__ claim against the Debtor in the unpaid amount of _____$577,197.13_____ Dollars ($__577,197.13__) - (Check one box only)

[x]    ACCEPTS THE PLAN                [ ]    REJECTS THE PLAN

Print or type name
of claimant: __NexBank, f/k/a NexBank, SSB_____
Signature: ___/s/ Amy E. Gardner_____
Title (if corporation or partnership): __Attorney for Creditor__
Address: __Manley Deas Kochalski LLC_____
         __PO Box 165028, Columbus, OH_____
Date: __9/5/2024_____

**RETURN THIS BALLOT TO:**
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
Attn: Dean A. Langdon
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com