**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Michael Jason Williams AKA Jason** | : | **Case No.: 24-60490** |
| **Williams, AKA Michael J. Williams** | : | **Chapter 11** |
| | : | **Judge Gregory R. Schaaf** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## RESPONSE TO MOTION TO SELL (DOCKET # 37)

Now comes NexBank. f/k/a NexBank, SSB ("Creditor") by and through its attorneys, The Manley Law Firm LLC, and responds to the Motion to Sell filed by Michael Jason Williams AKA Jason Williams, AKA Michael J. Williams ("Debtor") on September 18, 2024 at Docket # 37. Creditor states that Debtor's motion proposes to treat Creditor's claim unfairly by either failing to list the current amount due to pay Creditor's claim in full or by proposing a sale price insufficient to satisfy Creditor's lien.

Creditor does not oppose the Motion if:

1. Creditor does not oppose the Motion so long as Creditor's lien is paid in full and that any short sale will be contingent on written approval from Creditor.

2. Creditor requests that Debtor's counsel request a payoff quote from Creditor to ensure the lien is paid in full prior to closing.

3. Creditor anticipates this response can be resolved with an agreed order.

WHEREFORE, Creditor respectfully requests that a hearing be set on the matter on September 25, 2024 at 10:00 a.m. in the U.S. Bankruptcy Court, Second Floor Courtroom, Old U.S. Courthouse, 300 South Main Street, London, KY 40741, and that the motion be denied.

Respectfully submitted,

on _AEG

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
Adam B. Hall (97816)
Stephen R. Franks (97986)
The Manley Law Firm LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is AEGardner@mdklegal.com

on _AEG

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Response to Motion to Sell was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charity S Bird

Dean A. Langdon, Attorney for Michael Jason Williams AKA Jason Williams, AKA Michael J. Williams,  dlangdon@dlgfirm.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following and on the attached distribution list:

Michael Jason Williams AKA Jason Williams, AKA Michael J. Williams and Carla Michelle Williams, 145 Shelby Brooks Lane, London, KY  40744

/s/ Amy E. Gardner

on _AEG

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-6<br>Case 24-60490-grs<br>Eastern District of Kentucky<br>London<br>Fri Sep 20 09:34:21 EDT 2024 | Anchor Acceptance Corporations<br>P.O. Box 860<br>North Sioux City, SD 57049-0860 | Farm Credit Services of America, PCA<br>P.O. Box 678<br>104 West Main Street<br>Lebanon, KY 40033-1237 |
| United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street  Ste 200<br>Lexington, KY 40507-1430 | AMERICAN WELDING & GAS, INC.<br>267 SOUTH LAUREL ROAD<br>LONDON KY 40744-7914 | ANCHOR ACCEPTANCE CORP<br>P O BOX 860<br>DAKOTA DUNES SD 57049-0860 |
| ANDERSON, JONATHAN C.<br>525 KELLER RD<br>SCIENCE HILL KY 42553-9014 | ASSOCIATED CREDIT SERVICES<br>P O BOX 1201<br>TEWKSBURY MA 01876-0901 | AUXILIOR CAPITAL PARTNERS, INC.<br>620 W GERMANTOWN PIKE, STE 450<br>PLYMOUTH MEETING PA 19462-1056 |
| BARCLAYS<br>ATTN: BANKRUPTCY<br>P.O. BOX 8801<br>WILMINGTON DE 19899-8801 | BLUE BEACON INTERNATIONAL, INC.<br>C/O THE COMMERCIAL COLLECTION CORP OF NY<br>PO BOX 288<br>TONAWANDA NY 14151-0288 | BUSINESSFIRST INSURANCE CO.<br>P O BOX 988<br>LAKELAND FL 33802-0988 |
| C AND H AUTO PARTS<br>1858 NORTH LAUREL RD<br>LONDON KY 40741-6053 | (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | CITI CARD/BEST BUY<br>ATTN: CITICORP CR SRVS CENTRALIZED BANKR<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 |
| COMENITY BANK/VICTORIA SECRET<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | CUMBERLAND OIL CO., INC.<br>P O BOX 430<br>SOMERSET KY 42502-0430 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 |
| (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | ECO-TECH USA, LLC<br>50 EASY STREET<br>LONDON KY 40741-7313 | FARM CREDIT SERVICES OF AMERICA, PCA<br>C/O JOSEPH H. MATTINGLY III, PLLC<br>P.O. BOX 678 - 104 WEST MAIN STREET<br>LEBANON, KENTUCKY 40033-0678 |
| (p)FARM CREDIT SERVICES OF AMERICA<br>PO BOX 2409<br>OMAHA NE 68103-2409 | FEDERAL MOTOR CARRIER SAFETY ADMIN.<br>SOUTHERN SERVICE CENTER<br>61 FORSYTH ST SW, STE 3M40<br>ATLANTA GA 30303-8839 | FINANCIAL PACIFIC LEASING<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 |
| FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY WA 98001-9546 | GREAT LAKES TRAILER WASH OUT<br>8228 NEPTUNE DR<br>KALAMAZOO MI 49009-7011 | HARLEY DAVIDSON FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY NV 89721-2048 |
| HARLEY-DAVIDSON CREDIT CORP.<br>PO BOX 9013<br>ADDISON, TEXAS 75001-9013 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JONATHAN C. ANDERSON<br>525 KELLER ROAD<br>SCIENCE HILL, KY 42553-9014 |

| | | |
|---|---|---|
| JOSEPH B. VENTERS, ESQ.<br>P O BOX 1749<br>SOMERSET KY 42502-1749 | JW LIVESTOCK, LLC<br>145 SHELBY BROOKS LN<br>LONDON KY 40744-8199 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>P.O. BOX 5222<br>FRANKFORT KY 40602-5222 |
| MARTIN B. TUCKER, ESQ.<br>DINSMORE & SHOHL LLP<br>100 WEST MAIN ST., STE. 900<br>LEXINGTON KY 40507-1839 | MARTINS PETERBILT<br>174 OLD WHITLEY RD<br>LONDON KY 40744-8211 | MIDCOUNTRY EQUIPMENT FINANCE<br>7825 WASHING AVE S, STE 120<br>MINNEAPOLIS MN 55439-2431 |
| MIDLAND STATES BANK<br>1801 PARK 270 DR, STE 200<br>SAINT LOUIS MO 63146-4022 | MIDLAND STATES BANK<br>C/O ORION FIRST FINANCIAL<br>PO BOX 2149<br>GIG HARBOR WA 98335-4149 | NEXBANK. F/K/A NEXBANK, SSB<br>ATTENTION: BANKRUPTCY<br>1 CORPORATE DRIVE, SUITE 360<br>LAKE ZURICH, IL 60047-8945 |
| NORTHLAND CAPITAL FINANCIAL SERVICES, LLC<br>333 33RD AVE S<br>ST. CLOUD, MN 56301-5495 | NORTHLAND CAPITAL FINANCIAL SVCS<br>333 33RD AVENUE SOUTH<br>SAINT CLOUD MN 56301-5495 | PARSLEY GENERAL TIRE, INC.<br>2006 N MAIN STREET<br>LONDON KY 40741-1098 |
| PAUL W. DECK, JR., ESQ.<br>DECK & DECK, LLLP<br>505 5TH ST., STE. 635<br>SIOUX CITY IA 51101-1505 | PENNSYLVANIA TURNPIKE COMMISSION<br>C/O HARRIS & HARRIS, LTD.<br>111 WEST JACKSON BLVD, STE 650<br>CHICAGO IL 60604-3589 | PNC EQUIPMENT FINANCE<br>655 BUSINESS CENTER DR, STE 250<br>HORSHAM PA 19044-3448 |
| PREMIER ENERGY SOUTH<br>FORMERLY SOUTHERN PETROLEUM<br>PO BOX 803<br>SOMERSET KY 42502-0803 | RYSERS, INC.<br>555 WEST HIGHWAY 3094<br>EAST BERNSTADT KY 40729-6106 | SISTER<br>5362 SLATE LICK ROAD<br>LONDON KY 40741 |
| SUMITOMO MITSUI FINANCE & LEASING<br>666 THIRD AVE, 8TH FLOOR<br>NEW YORK NY 10017-4033 | SUMMIT CONSULTING, LLC<br>ATTN: SHELLEY PYLE<br>P O BOX 32034<br>LAKELAND FL 33802-2034 | SYNCHRONY BANK/MEN'S WEARHOUSE<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANK/SELECT COMFORT<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNOVUS BANK/CAPITOL ONE<br>ATTN: BANKRUPTCY<br>1111 BAY AVENUE<br>COLUMBUS GA 31901-5218 | TCM BANK<br>ATTN: BANKRUPTCY<br>3501 E FRONTAGE RD STE. 200<br>TAMPA FL 33607-1700 |
| THE HUNTINGTON NATIONAL BANK<br>1405 XENIUM LANE NORTH (PCC180)<br>PLYMOUTH MN 55441-4408 | TRUIST BANK<br>ATTN: BANKRUPTCY<br>200 PINE ST W<br>WILSON NC 27893-3288 | TRUIST BANK<br>C/O MARTIN B. TUCKER, ESQ.<br>DINSMORE & SHOHL LLP<br>100 WEST MAIN STREET, SUITE 900<br>LEXINGTON, KY 40507-1839 |
| TRUIST BANK<br>GREATER LEXINGTON-COMMERCIAL LOANS<br>200 W. VINE ST, 2D FLOOR<br>LEXINGTON KY 40507-1662 | TRUIST BANK<br>PO BOX 85041<br>RICHMOND VA 23285-5041 | TRUIST BANK, SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND, VA 23285-5092 |

TRUIST/BB&T
ATTN: BANKRUPTCY
214 N TRYON ST
CHARLOTTE NC 28202-1078

U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH STREET, SUITE 320
BIRMINGHAM AL 35203

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507-1441

UMPQUA BANK
C/O FINANCIAL PACIFIC LEASING
3455 S 344TH WAY, STE. 300
AUBURN WA 98001-9546

UMPQUA BANK
C/O KAMI E. GRIFFITH
MORGAN POTTINGER MCGARVEY
401 S FOURTH ST, STE 1200
LOUISVILLE KY 40202-2976

VERIZON
1701 GOLF RD
LA GRANGE IL 60525

VOLKSWAGEN CREDIT, INC
ATTN: BANKRUPTCY
PO BOX 3
HILLSBORO OR 97123-0003

VW CREDIT INC. DBA AUDI FINANCIAL SERVICES
C/O VW CREDIT, INC
PO BOX 9013
ADDISON, TEXAS 75001-9013

WILLIAMS & SON LIVESTOCK, LLC
145 SHELBY BROOKS LN
LONDON KY 40744-8199

WILLIAMS CATTLE COMPANY
PO BOX 447
LONDON KY 40743-0447

Charity S Bird
710 West Main Street
Fourth Floor
Louisville, KY 40202-2698

Dean A. Langdon
DelCotto Law Group PLLC
200 N Upper St
Lexington, KY 40507-1017

Michael Jason Williams
145 Shelby Brooks Lane
London, KY 40744-8199

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 440609
KENNESAW GA 30160

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

DOVENMUEHLE MORTGAGE
ATTN: BANKRUPTCY
MAILSTOP 1290, 1 CORPORATE DR. ST 360
LAKE ZURICH IL 60047

FARM CREDIT/AGDIRECT
PO BOX 2409
OMAHA NE 68103

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Harley-Davidson dba Eaglemark Savings Bank

(u)NexBank

(u)Truist Bank

```
End of Label Matrix
Mailable recipients    72
Bypassed recipients     3
Total                  75
```