UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

## MOTION TO CONTINUE CONFIRMATION HEARING

Comes Michael Jason Williams (the "Debtor"), by counsel, and moves the Court to continue the hearing on confirmation of his Subchapter V Small Business Plan of Reorganization (the "Plan") [ECF No. 28], currently scheduled for September 25, 2024. In support of this Motion, the Debtor states as follows:

### JURISDICTION AND VENUE

1. On May 24, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). The Debtor is operating his business as a debtor and debtor in possession.

2. This Court has jurisdiction over this Chapter 11 case pursuant to 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The Debtor is an individual residing in Laurel County, Kentucky. Accordingly, venue for the Debtor's Chapter 11 case is proper in this District under 28 U.S.C. § 1408 and 1409.

4. On June 4, 2024, Charity S. Bird was appointed as the Subchapter V trustee.

### BACKGROUND

5. The Debtor timely filed his Plan on August 16, 2024. On August 19, 2024 the Court entered its Order Fixing Time for Filing Acceptances or Rejections of Chapter 11 Subchapter V Plan, and Notice of Confirmation Hearing (the "Hearing Order") [ECF No. 30]. No timely objections

to confirmation of the Plan have been filed,[1] and the Debtor is simultaneously filing a Report of Ballots reflecting that all votes received were in favor of confirmation.

6. At the end of August, 2024, the Debtor lost his sole client and is no longer receiving any income from business activities or employment. The Debtor is actively seeking employment and expects to be employed/engaged in business within sixty days. However, until such time as the Debtor regains employment and is able to evaluate and revise the financial projections underlying his Plan, he believes it is prudent and in the best interest of his creditors to continue the confirmation hearing.

7. The Plan is based on a combination of the sale of certain assets and contribution of disposable income from the Debtor. The Debtor intends to continue efforts to sell real property located on Slate Lick Road in London, Kentucky and has also sought permission to sell the Residence owned by the Debtor and his non-filing spouse [ECF No. 37]. The Estate's portion of sale proceeds from these properties will be held in escrow pending further orders of the Court.

## RELIEF REQUESTED

8. The Debtor seeks to continue the hearing to consider confirmation of his Plan for a period of approximately sixty (60) days in order to obtain employment and evaluate his financial situation to determine if his Plan is feasible or should be amended. Creditors will not be prejudiced by this brief continuance in light of the fact that none of them objected to confirmation of the Plan and any delay in making payments under the Plan will be minimal. Creditors are entitled to adequate information regarding the Debtors' income and feasibility of the Plan, and the Debtor will have to update such information once he is re-employed.

---

1 The Debtor extended the deadline to object to confirmation of the Plan through September 23, 2024 for Truist Bank, and does not seek to preclude Truist from objecting to the Plan (or any amended plan) by this Motion.

WHEREFORE, the Debtor respectfully requests entry of an order continuing the hearing on confirmation of his Plan for approximately sixty (60) days, and for any other relief the Court deems just and proper.

## NOTICE

Notice is hereby given that the foregoing shall be brought on for hearing before the United States Bankruptcy Court for the Eastern District of Kentucky, United States Courthouse Annex, U.S. District Courtroom C (3rd Floor), 310 South Main Street, London, KY, on Thursday, September 25, 2024 at the hour of 10:00 a.m. (ET), or as soon thereafter as counsel may be heard.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

This Motion has been electronically filed and served via the Court's ECF System on September 20, 2024.

/s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTOR

/Pleadings/Continue CH Motion 20240919.doc

3