UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11

## ORDER CONTINUING CONFIRMATION HEARING

Came Michael Jason Williams (the "Debtor"), upon his Motion to Continue Confirmation Hearing; no creditor or other party in interest having filed any objection or any such objections being hereby overruled; it appearing that adequate notice of the Motion was given and that good cause has been established for the relief sought; and the Court being in all respects sufficiently advised;

**IT IS HEREBY ORDERED** that the hearing on confirmation of the Debtors' Plan is hereby CONTINUED. The Court will issue a separate Order rescheduling the Confirmation Hearing.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

1