**Fill in this information to identify the case:**

Debtor Name  Michael Jason Williams

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number: 24-60490

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  July 2024

Line of business: Cattle broker

Date report filed:  09/23/2024
MM / DD / YYYY

NAISC code:  424520

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Michael Jason Williams

Original signature of responsible party  *[signature]*

Printed name of responsible party  Michael Jason Williams

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Michael Jason Williams                                    Case number 24-60490

17. Have you paid any bills you owed before you filed bankruptcy?                    ☑  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $   2,111.45

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                    $   15,836.40

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.                    − $   20,086.39

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                    + $   -4,249.99
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.                    = $   -2,138.54

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $   0.00

(Exhibit E)

Debtor Name  Michael Jason Williams                                    Case number 24-60490

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                      $ _____ 0.00

  *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                    0

27. What is the number of employees as of the date of this monthly report?                       0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ 1,100.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 2,700.00

30. How much have you paid this month in other professional fees?                                 $ _____

31. How much have you paid in total other professional fees since filing the case?               $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15,000.00 | − | $ 15,836.40 | = | $ 836.40 |
| 33. **Cash disbursements** | $ 15,000.00 | − | $ 20,086.39 | = | $ 5,086.39 |
| 34. **Net cash flow** | $ 0.00 | − | $ -4,249.99 | = | $ -4,249.99 |

35. Total projected cash receipts for the next month:                                   $ 15,000.00

36. Total projected cash disbursements for the next month:                            − $ 15,000.00

37. Total projected net cash flow for the next month:                                 = $ 0.00

Debtor Name  Michael Jason Williams                      Case number 24-60490

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Exhibit C

In re Michael Jason Williams

Case No 24-60490

Total Cash Receipts

July 1 - 31, 2024

| Account Name | Account # | Bank | Date | Description | Credit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Mobile Deposit Commission Income | $669.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Deposit # 72525611 Commission Income | $1,569.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/02/24 | Mobile Deposit Commission Income | $204.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/05/24 | Mobile Deposit Commission Income | $475.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/05/24 | Interest Income | $0.07 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/08/24 | Mobile Deposit Commission Income | $657.60 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/09/24 | Mobile Deposit Commission Income | $317.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/10/24 | Mobile Deposit Commission Income | $483.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/12/24 | Mobile Deposit Commission Income | $273.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | Mobile Deposit Commission Income | $344.10 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | Deposit # 72964921 Commission Income | $2,044.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/16/24 | Mobile Deposit Commission Income | $182.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/17/24 | Mobile Deposit Commission Income | $173.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/17/24 | Mobile Deposit Commission Income | $632.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 | Mobile Deposit Commission Income | $527.45 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 | Mobile Deposit Commission Income | $1,389.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/24/24 | Deposit # 73251291 Commission Income | $2,472.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 | Mobile Deposit Commission Income | $637.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 | Mobile Deposit Commission Income | $1,210.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | Mobile Deposit Commission Income | $239.80 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | Mobile Deposit Commission Income | $292.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | Mobile Deposit Commission Income | $1,038.70 |
| | | | | Total Deposits 07/01/24 to 07/31/24 | $15,836.40 |

Exhibit D

In re Michael Jason Williams

Total Cash Disbursements

Case No 24-60490

July 1 - 31, 2024

| Account Name | Account # | Bank | Date | Description | Debit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Amzn.Com/Bill Amazon Prime | $3.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Love's travel expenses for work | $6.94 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Orland P AD travel expenses for work | $7.66 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Fullers Car Wash for auto repairs | $10.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Chick-Fil-A travel expenses for work | $16.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Smith Global Car Wash | $21.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Prime Video | $32.51 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Crepello | $42.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | El Dorado Mexican Restaurant London Ky | $44.48 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Kroger London Ky | $64.72 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Love's travel expenses for work | $85.79 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | State Farm Insurance | $536.75 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/01/24 | McDonalds travel expense for work | $2.56 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/01/24 | Shell Service Station travel expense for work | $95.71 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/01/24 | Josh Medlock (Ck#517) | $980.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/02/24 | Buc-ee's travel expenses for work | $62.89 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/02/24 | Kentucky Utilities | $83.22 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/02/24 | Harned Tobacco | $150.49 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/03/24 | Prime Video | $9.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/03/24 | Busy B's Car Wash travel expenses for work | $14.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/03/24 | Netflix.com | $33.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/03/24 | Marathon fuel for work | $92.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/03/24 | State Farm Insurance | $426.26 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/02/24 | Bertha Hayre (Ck#1127) | $50.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/05/24 | Buc-ee's travel expenses for work | $40.53 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/05/24 | El Dorado Mexican Restaurant London Ky | $51.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/05/24 | Twin Peaks travel expenses for work | $54.98 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/05/24 | Silent Guard | $63.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/05/24 | Speedway London Ky | $92.51 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/07/24 | Hamm Milby & Ridings PLLC | $600.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/08/24 | Apple.Com App Storage for work | $39.03 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/08/24 | Auggie Doggie | $74.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/08/24 | Verizon Wireless | $501.81 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/08/24 | Lemonaid Health | $440.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 | Dovenmuehle Mortgage Payment (Ck#1125) | $3,846.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/09/24 | Hulu | $122.93 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/09/24 | Harned Tobacco | $148.38 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/10/24 | Auggie Doggie | $5.87 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/10/24 | Prime Video | $10.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/10/24 | Speedway London Ky | $92.77 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/10/24 | London Utility Commission | $64.79 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/10/24 | Chick-Fil-A travel expenses for work | $7.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/11/24 | Buc-ee's travel expenses for work | $3.53 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/11/24 | Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/11/24 | El Dorado Mexican Restaurant London Ky | $34.07 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/11/24 | Buc-ee's travel expenses for work | $47.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/08/24 | Midwest Natural Gas (Ck#1129) | $25.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | CVS Pharmacy | $3.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | Apple.Com App Storage for work | $6.35 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | RMD travel expenses for work | $8.01 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | Chick-Fil-A travel expenses for work | $8.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | Kroger London Ky | $16.48 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/15/24 | Marathon fuel for work | $72.28 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/08/24 | Crothersville Utilities (Ck#1130) | $95.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/16/24 | Cracker Barrel for meals for travel for work | $20.49 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/16/24 | Marathon fuel for work | $85.43 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/16/24 | Kentucky Utilities | $302.25 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/16/24 | Harned Tobacco | $151.75 |

| | | | | |
|---|---|---|---|---|
| Debtor in Possession Account | x3600 | Forcht Bk | 07/16/24 ADT Security | $71.36 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/17/24 Prime Video | $7.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/17/24 Busy B's Car Wash travel expenses for work | $14.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/17/24 BP London Ky | $87.84 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/17/24 Planet Fitness Club Fees | $48.88 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/17/24 Insufficient Fund Fee | $35.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/18/24 Buc-ee's travel expenses for work | $5.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/18/24 Amazon.Com | $19.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/18/24 El Dorado Mexican Restaurant London Ky | $31.68 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/18/24 Amazon.Com | $41.32 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/18/24 Buc-ee's travel expenses for work | $70.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/19/24 BWR London KY | $41.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/19/24 Thompson Discount Drug | $49.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/19/24 Sling.Com | $74.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/19/24 Thompson Discount Drug | $97.27 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/19/24 Wal-Mart London KY | $204.90 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/19/24 Wal-Mart London KY | $95.37 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/21/24 Dallas Robinson labor and fuel expenses | $300.00 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/21/24 Bentley Robinson labor and fuel expenses | $300.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 RMD travel expenses for work | $2.39 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Chick-Fil-A travel expenses for work | $5.04 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 RMD travel expenses for work | $5.62 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Quick Stop travel expenses for work | $6.79 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Amazon.Com | $12.71 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Prime Video | $13.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Audible | $15.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Apple.Com App Storage for work | $31.79 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Fedex for work | $41.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Marathon fuel for work | $44.93 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Wal-Mart Corydon Indiana for work | $106.96 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/09/24 Jessica Robinson (Ck#1132) | $100.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/01/24 Adanced Dermatology (Ck#1122) | $9.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/23/24 Dunkin travel expenses for work | $10.04 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/23/24 RMD travel expenses for work | $11.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/23/24 Prime Video | $27.09 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/23/24 Marathon fuel for work | $86.59 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/23/24 Charter Communications | $91.99 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/23/24 Harned Tobacco | $149.64 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/21/24 Carmichael Church Tithe (Ck#1135) | $200.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/24/24 Buc-ee's travel expenses for work | $72.63 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/25/24 Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/26/24 Walgreens London Ky | $30.72 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/26/24 Kroger London Ky | $36.80 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/26/24 Kroger Fuel London Ky | $77.03 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/22/24 Cook & Cheek CPA Accounting Fees (Ck#1136) | $500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/16/24 Burns Lawncare (Ck#1133) | $424.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Apple.Com App Storage for work | $4.22 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Fastop travel expenses for work | $4.37 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Chick-Fil-A travel expenses for work | $5.04 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Smith Global Car Wash London Ky | $29.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Jay C Food travel expenses for work | $48.41 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Kroger London Ky | $61.71 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Caseys travel expenses for work | $78.84 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Kroger London Ky | $84.06 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 Amazon.Com | $92.49 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 State Farm Insurance | $536.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/30/24 Amazon Digit | $3.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/30/24 Amazon.Com | $10.05 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/30/24 Smith Global Car Wash London Ky | $21.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/30/24 Prime Video | $27.09 |
| Debtor in Possession Account | x3600 | Forcht Bk | 07/30/24 Harned Tobacco | $153.33 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/28/24 Carmichael Church Tithe (Ck#1138) | $100.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 McDonalds travel expense for work | $2.43 |

| | | | | | |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | ATM Service Charge | $3.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | ATM Withdrawal for work travel | $200.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | Candido's Towing | $311.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | State Farm Insurance | $426.26 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/31/24 | Kentucky Utilities | $137.72 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/29/24 | Duke Energy Utilities (Ck#1139) | $124.61 |
| Debtor in Possession Account | x6856 | Forcht Bk | 07/23/24 | Dovenmuehle Mortgage Payment (Ck#1137) | $3,846.55 |
| | | | | Total Disbursements 07/01/24 to 07/31/24 | $20,086.39 |



**Forcht Bank**

*Statement Ending 08/05/2024*

MICHAEL JASON WILLIAMS         Page 3 of 12
Customer Number: ■■6856



## FORCHT FRIEND CHECKING-■■■6856

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/06/2024 | **Beginning Balance** | **$4,100.56** |
| | 27 Credit(s) This Period | $43,775.17 |
| | 130 Debit(s) This Period | $45,589.78 |
| 08/05/2024 | **Ending Balance** | **$2,285.95** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 07/06/2024 Through 08/05/2024 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.14 |
| Interest Paid This Period | $0.14 |
| Interest Paid Year-to-Date | $4.59 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/06/2024 | **Beginning Balance** | | | **$4,100.56** |
| 07/08/2024 | MOBILE DEPOSIT | | $657.60 | $4,758.16 |
| 07/08/2024 | 042245 INTERNET TRANSFER FROM FORCHT FRIEND CKG ■■■364 ON 7/08/24 9:29 | | $800.00 | $5,558.16 |
| 07/08/2024 | Recur Payment 07/05 CA 866-712-7753 APPLE.COM/BILL SEQ# 102177 | $11.65 | | $5,546.51 |
| 07/08/2024 | Recur Payment 07/05 CA 866-712-7753 APPLE.COM/BILL SEQ# 559110 | $27.38 | | $5,519.13 |
| 07/08/2024 | Pinned POS Debit 07/08 KY GARFIELD AUGGIE DOGGIE SEQ# 559730 | $74.00 | | $5,445.13 |
| 07/08/2024 | Signature POS Debit 07/05 KY LONDON THOMPSON DISCOU SEQ# 861183 | $80.58 | | $5,364.55 |
| 07/08/2024 | Recur Payment 07/08 FL 800-922-0204 VZWRLSS* APOCC V N SEQ# 825877 | $501.81 | | $4,862.74 |
| 07/08/2024 | 103726 INTERNET TRANSFER TO SMALL BUSINESS WO 3600 ON 7/08/24 15:06 | $150.00 | | $4,712.74 |
| 07/08/2024 | CHECK # 1125 | $3,846.55 | | $866.19 |
| 07/09/2024 | MOBILE DEPOSIT | | $317.20 | $1,183.39 |
| 07/09/2024 | 243749 INTERNET TRANSFER FROM FORCHT FRIEND CKG ■■■7364 ON 7/09/24 11:21 | | $500.00 | $1,683.39 |
| 07/09/2024 | Recur Payment 07/09 CA SANTA MONICA HULU SEQ# 192063 | $122.93 | | $1,560.46 |
| 07/09/2024 | CHECK # 1128 | $600.00 | | $960.46 |
| 07/09/2024 | CHECK # 1131 | $200.00 | | $760.46 |

**Forcht Bank**

## FORCHT FRIEND CHECKING-███ 6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2024 | MOBILE DEPOSIT | | $483.30 | $1,243.76 |
| 07/10/2024 | Signature POS Debit 07/08 KY GARFIELD AUGGIE DOGGIE SEQ# 441656 | $5.87 | | $1,237.89 |
| 07/10/2024 | Signature POS Debit 07/09 WA 888-802-3080 Prime Video * RY SEQ# 453495 | $10.83 | | $1,227.06 |
| 07/10/2024 | Pinned POS Debit 07/10 KY LONDON Speedway 1920 SEQ# 137033 | $92.77 | | $1,134.29 |
| 07/10/2024 | LONDON UTILITY C UMS BILL 00001103001002 | $64.79 | | $1,069.50 |
| 07/11/2024 | Signature POS Debit 07/09 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 765209 | $3.53 | | $1,065.97 |
| 07/11/2024 | Recur Payment 07/10 CA 866-712-7753 APPLE.COM/BILL SEQ# 832859 | $11.65 | | $1,054.32 |
| 07/11/2024 | Signature POS Debit 07/10 KY LONDON EL DORADO SEQ# 319571 | $34.07 | | $1,020.25 |
| 07/11/2024 | Signature POS Debit 07/09 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 739151 | $47.65 | | $972.60 |
| 07/11/2024 | CHECK # 1129 | $25.90 | | $946.70 |
| 07/12/2024 | MOBILE DEPOSIT | | $273.65 | $1,220.35 |
| 07/15/2024 | MOBILE DEPOSIT | | $344.10 | $1,564.45 |
| 07/15/2024 | DEPOSIT # 72964921 | | $2,044.83 | $3,609.28 |
| 07/15/2024 | Pinned POS Debit 07/15 IN SALEM CVS/PHARM 06722 CK SEQ# 922738 | $3.75 | | $3,605.53 |
| 07/15/2024 | Recur Payment 07/13 CA CUPERTINO APPLE.COM/BILL SEQ# 455597 | $6.35 | | $3,599.18 |
| 07/15/2024 | Pinned POS Debit 07/14 IN CROTHERSVILLE RMD 264 US SEQ# 720711 | $8.01 | | $3,591.17 |
| 07/15/2024 | Signature POS Debit 07/13 TN GREENEVILLE CHICK-FIL-A #04 ON SEQ# 661525 | $8.99 | | $3,582.18 |
| 07/15/2024 | Pinned POS Debit 07/12 KY LONDON KROGER #4 1730 SEQ# 126557 | $16.48 | | $3,565.70 |
| 07/15/2024 | Signature POS Debit 07/14 TN GREENEVILLE MARATHON PETRO1 N SEQ# 991302 | $72.28 | | $3,493.42 |
| 07/15/2024 | 065600 INTERNET TRANSFER TO SMALL BUSINESS WO 3600 ON 7/15/24 11:48 | $150.00 | | $3,343.42 |
| 07/15/2024 | CHECK # 1130 | $95.57 | | $3,247.85 |
| 07/16/2024 | MOBILE DEPOSIT | | $182.85 | $3,430.70 |
| 07/16/2024 | Signature POS Debit 07/15 TN 800-3339963 Cracker Barrel SEQ# 013880 | $20.49 | | $3,410.21 |
| 07/16/2024 | Signature POS Debit 07/14 IN CROTHERSVILLE MARATHON PETRO1 T SEQ# 788951 | $85.43 | | $3,324.78 |
| 07/16/2024 | Kentucky Utiliti PAYMENT 350010149432 | $302.25 | | $3,022.53 |
| 07/17/2024 | MOBILE DEPOSIT | | $173.00 | $3,195.53 |
| 07/17/2024 | MOBILE DEPOSIT | | $632.00 | $3,827.53 |
| 07/17/2024 | Signature POS Debit 07/16 WA AMZN.COM/BILL Prime Video Cha SEQ# 197949 | $7.58 | | $3,819.95 |
| 07/17/2024 | Signature POS Debit 07/16 IN CORYDON BUSY B'S CAR WA SEQ# 887436 | $14.00 | | $3,805.95 |
| 07/17/2024 | Pinned POS Debit 07/17 KY LONDON BP#3178001LONDO SEQ# 551354 | $87.84 | | $3,718.11 |
| 07/17/2024 | PLANET FIT CLUB FEES 2419802623594 | $24.44 | | $3,693.67 |
| 07/17/2024 | PLANET FIT CLUB FEES 2419802623607 | $24.44 | | $3,669.23 |
| 07/18/2024 | Signature POS Debit 07/16 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 079497 | $5.99 | | $3,663.24 |

# Forcht Bank

## FORCHT FRIEND CHECKING- ▇6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/18/2024 | Pinned POS Debit 07/17 WA SEATTLE AMAZON.COM US SEQ# 000006 | $19.00 | | $3,644.24 |
| 07/18/2024 | Signature POS Debit 07/17 KY LONDON EL DORADO SEQ# 583870 | $31.68 | | $3,612.56 |
| 07/18/2024 | Pinned POS Debit 07/17 WA SEATTLE AMAZON.COM* RS2M US SEQ# 140000 | $41.32 | | $3,571.24 |
| 07/18/2024 | Signature POS Debit 07/16 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 870342 | $70.92 | | $3,500.32 |
| 07/18/2024 | 597514 INTERNET TRANSFER TO SMALL BUSINESS WO 3600 ON 7/18/24 11:24 | $200.00 | | $3,300.32 |
| 07/19/2024 | Signature POS Debit 07/18 KY LONDON BWR LONDON 166 CH SEQ# 859549 | $41.57 | | $3,258.75 |
| 07/19/2024 | Signature POS Debit 07/17 KY LONDON THOMPSON DISCOU SEQ# 977277 | $49.99 | | $3,208.76 |
| 07/19/2024 | Recur Payment 07/19 CO ENGLEWOOD SLING.COM D. SEQ# 333132 | $74.20 | | $3,134.56 |
| 07/19/2024 | Signature POS Debit 07/17 KY LONDON THOMPSON DISCOU SEQ# 263606 | $97.27 | | $3,037.29 |
| 07/19/2024 | Pinned POS Debit 07/19 KY LONDON WM SUPERCENTER US SEQ# 753549 | $204.90 | | $2,832.39 |
| 07/22/2024 | MOBILE DEPOSIT | | $527.45 | $3,359.84 |
| 07/22/2024 | MOBILE DEPOSIT | | $1,389.75 | $4,749.59 |
| 07/22/2024 | Pinned POS Debit 07/21 IN CROTHERSVILLE RMD 264 US SEQ# 821638 | $2.39 | | $4,747.20 |
| 07/22/2024 | Signature POS Debit 07/20 TN GREENEVILLE CHICK-FIL-A #04 ON SEQ# 010481 | $5.04 | | $4,742.16 |
| 07/22/2024 | Pinned POS Debit 07/21 IN CROTHERSVILLE RMD 264 US SEQ# 821279 | $5.62 | | $4,736.54 |
| 07/22/2024 | Pinned POS Debit 07/20 TN GREENEVILLE QUICK STOP 3 US SEQ# 273973 | $6.79 | | $4,729.75 |
| 07/22/2024 | Recur Payment 07/19 CA 866-712-7753 APPLE.COM/BILL SEQ# 906273 | $11.65 | | $4,718.10 |
| 07/22/2024 | Pinned POS Debit 07/19 WA SEATTLE AMAZON.COM* RJ95 US SEQ# 100000 | $12.71 | | $4,705.39 |
| 07/22/2024 | Signature POS Debit 07/20 WA AMZN.COM/BILL Prime Video Cha SEQ# 388477 | $13.00 | | $4,692.39 |
| 07/22/2024 | Recur Payment 07/20 NJ AMZN.COM/BILL Audible* RJ8M71C 6T SEQ# 914853 | $15.85 | | $4,676.54 |
| 07/22/2024 | Recur Payment 07/20 CA 866-712-7753 APPLE.COM/BILL SEQ# 221861 | $31.79 | | $4,644.75 |
| 07/22/2024 | Signature POS Debit 07/19 TN COLLIERVILLE FEDEX2772659855 L SEQ# 440216 | $41.20 | | $4,603.55 |
| 07/22/2024 | Signature POS Debit 07/20 TN GREENEVILLE MARATHON PETRO1 N SEQ# 856282 | $44.93 | | $4,558.62 |
| 07/22/2024 | Pinned POS Debit 07/22 IN CORYDON WAL-MART #0922 US SEQ# 886394 | $106.96 | | $4,451.66 |
| 07/22/2024 | 396531 INTERNET TRANSFER TO SMALL BUSINESS WO 3600 ON 7/21/24 16:56 | $600.00 | | $3,851.66 |
| 07/22/2024 | 069034 INTERNET TRANSFER TO SMALL BUSINESS WO 3600 ON 7/22/24 12:32 | $150.00 | | $3,701.66 |
| 07/22/2024 | CHECK # 1132 | $100.00 | | $3,601.66 |
| 07/22/2024 | CHECK # 1122 | $9.85 | | $3,591.81 |
| 07/23/2024 | Signature POS Debit 07/22 IN CORYDON DUNKIN #363400 SEQ# 497694 | $10.04 | | $3,581.77 |
| 07/23/2024 | Pinned POS Debit 07/22 IN CROTHERSVILLE RMD 264 US SEQ# 443090 | $11.75 | | $3,570.02 |

# Forcht Bank

**Statement Ending 08/05/2024**

MICHAEL JASON WILLIAMS
Customer Number: ████6856

Page 6 of 12

## FORCHT FRIEND CHECKING-1████6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/23/2024 | Signature POS Debit 07/22 WA 888-802-3080 Prime Video * RJ SEQ# 107915 | $27.09 | | $3,542.93 |
| 07/23/2024 | Signature POS Debit 07/21 IN CROTHERSVILLE MARATHON PETRO1 T SEQ# 544558 | $86.59 | | $3,456.34 |
| 07/23/2024 | CHARTER COMMUNIC CHECK PYMT 1134 | $91.99 | | $3,364.35 |
| 07/23/2024 | CHECK # 1135 | $200.00 | | $3,164.35 |
| 07/24/2024 | DEPOSIT # 73251291 | | $2,472.50 | $5,636.85 |
| 07/24/2024 | Signature POS Debit 07/23 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 731132 | $1.47 | | $5,635.38 |
| 07/24/2024 | Signature POS Debit 07/23 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 787008 | $71.16 | | $5,564.22 |
| 07/24/2024 | 380989 INTERNET TRANSFER TO FORCHT FRIEND CKG 3036 ON 7/24/24 9:37 | $100.00 | | $5,464.22 |
| 07/25/2024 | Recur Payment 07/24 CA 866-712-7753 APPLE.COM/BILL SEQ# 491073 | $11.65 | | $5,452.57 |
| 07/26/2024 | Pinned POS Debit 07/26 KY LONDON WALGREENS 1775 SEQ# 020276 | $30.72 | | $5,421.85 |
| 07/26/2024 | Pinned POS Debit 07/25 KY LONDON KROGER #4 1730 SEQ# 149519 | $36.80 | | $5,385.05 |
| 07/26/2024 | Pinned POS Debit 07/26 KY LONDON KROGER FU 1732 SEQ# 639689 | $77.03 | | $5,308.02 |
| 07/26/2024 | CHECK # 1136 | $500.00 | | $4,808.02 |
| 07/26/2024 | CHECK # 1133 | $424.00 | | $4,384.02 |
| 07/29/2024 | MOBILE DEPOSIT | | $637.50 | $5,021.52 |
| 07/29/2024 | MOBILE DEPOSIT | | $1,210.30 | $6,231.82 |
| 07/29/2024 | DEPOSIT | | $25,020.00 | $31,251.82 |
| 07/29/2024 | Recur Payment 07/27 CA 866-712-7753 APPLE.COM/BILL SEQ# 945206 | $4.22 | | $31,247.60 |
| 07/29/2024 | Signature POS Debit 07/27 TN MORRISTOWN FASTOP 227 N SEQ# 354633 | $4.37 | | $31,243.23 |
| 07/29/2024 | Signature POS Debit 07/27 TN GREENEVILLE CHICK-FIL-A #04 ON SEQ# 397176 | $5.04 | | $31,238.19 |
| 07/29/2024 | Recur Payment 07/26 KY LONDON 535 SMITH GLOBA SEQ# 834454 | $29.99 | | $31,208.20 |
| 07/29/2024 | Pinned POS Debit 07/29 IN SCOTTSBURG JAY C FOO 400 N SEQ# 927780 | $48.41 | | $31,159.79 |
| 07/29/2024 | Pinned POS Debit 07/28 KY LONDON KROGER FU 1732 SEQ# 270153 | $61.71 | | $31,098.08 |
| 07/29/2024 | Pinned POS Debit 07/29 IN SCOTTSBURG CASEYS #3 230 N SEQ# 616362 | $78.84 | | $31,019.24 |
| 07/29/2024 | Pinned POS Debit 07/27 KY LONDON KROGER #4 1730 SEQ# 460215 | $84.06 | | $30,935.18 |
| 07/29/2024 | Pinned POS Debit 07/27 WA SEATTLE AMAZON.COM* RV4J US SEQ# 027407 | $92.49 | | $30,842.69 |
| 07/29/2024 | Signature POS Debit 07/26 IL BLOOMINGTON STATE FARM INS SEQ# 495650 | $536.75 | | $30,305.94 |
| 07/29/2024 | 043950 INTERNET TRANSFER TO SMALL BUSINESS WO ████3600 ON 7/29/24 10:00 | $25,200.00 | | $5,105.94 |
| 07/30/2024 | Signature POS Debit 07/29 WA AMZN.COM/BILL Amazon Digit* RV SEQ# 010922 | $3.24 | | $5,102.70 |
| 07/30/2024 | Pinned POS Debit 07/27 WA SEATTLE AMAZON.COM* RV5P US SEQ# 219051 | $10.05 | | $5,092.65 |
| 07/30/2024 | Recur Payment 07/28 KY LONDON 535 SMITH GLOBA SEQ# 112820 | $21.99 | | $5,070.66 |

# Forcht Bank →.

**Statement Ending 08/05/2024**

MICHAEL JASON WILLIAMS

Customer Number: ▓6856

## FORCHT FRIEND CHECKING-▓6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/30/2024 | Signature POS Debit 07/29 WA 888-802-3080 Prime Video * RV SEQ# 929533 | $27.09 | | $5,043.57 |
| 07/30/2024 | CHECK # 1138 | $100.00 | | $4,943.57 |
| 07/31/2024 | MOBILE DEPOSIT | | $239.80 | $5,183.37 |
| 07/31/2024 | MOBILE DEPOSIT | | $292.90 | $5,476.27 |
| 07/31/2024 | MOBILE DEPOSIT | | $1,038.70 | $6,514.97 |
| 07/31/2024 | Pinned POS Debit 07/31 KY OWENTON MCDONALD'S F330 US SEQ# 394657 | $2.43 | | $6,512.54 |
| 07/31/2024 | ATM Service Charge 07/30 KY SHEPHERDSVILL 145 ALPHA WAY SEQ# 007586 | $3.00 | | $6,509.54 |
| 07/31/2024 | ATM Withdrawal 07/30 KY SHEPHERDSVILL 145 ALPHA WAY SEQ# 007586 | $200.00 | | $6,309.54 |
| 07/31/2024 | Signature POS Debit 07/31 KY GOSQ.COM SQ * CANDIDO'S T ON SEQ# 998124 | $311.58 | | $5,997.96 |
| 07/31/2024 | Signature POS Debit 07/30 IL BLOOMINGTON STATE FARM INS SEQ# 511877 | $426.26 | | $5,571.70 |
| 07/31/2024 | Kentucky Utiliti PAYMENT 300039560457 | $137.72 | | $5,433.98 |
| 08/01/2024 | Signature POS Debit 07/30 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 650018 | $1.47 | | $5,432.51 |
| 08/01/2024 | Signature POS Debit 07/30 KY SHEPHERDSVILL CSC SERVICEWORK SEQ# 843463 | $2.50 | | $5,430.01 |
| 08/01/2024 | Signature POS Debit 07/30 KY SHEPHERDSVILL CSC SERVICEWORK SEQ# 727953 | $2.50 | | $5,427.51 |
| 08/01/2024 | Signature POS Debit 07/30 KY SHEPHERDSVILL CSC SERVICEWORK SEQ# 244441 | $2.50 | | $5,425.01 |
| 08/01/2024 | Recur Payment 07/31 CA 866-712-7753 APPLE.COM/BILL SEQ# 199085 | $11.65 | | $5,413.36 |
| 08/01/2024 | Pinned POS Debit 08/01 WA SEATTLE AMAZON.COM* RV76 US SEQ# 000002 | $26.13 | | $5,387.23 |
| 08/01/2024 | Signature POS Debit 07/30 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 359138 | $29.66 | | $5,357.57 |
| 08/01/2024 | Signature POS Debit 07/31 KY SHEPHERDSVILL RACETRAC 2611 0 SEQ# 449005 | $37.04 | | $5,320.53 |
| 08/01/2024 | CHECK # 1139 | $124.61 | | $5,195.92 |
| 08/02/2024 | 807412 INTERNET TRANSFER FROM FORCHT FRIEND CKG ▓7364 ON 8/02/24 9:12 | | $500.00 | $5,695.92 |
| 08/02/2024 | 847000 INTERNET TRANSFER FROM FORCHT FRIEND CKG ▓7364 ON 8/02/24 12:48 | | $500.00 | $6,195.92 |
| 08/02/2024 | 890465 INTERNET TRANSFER FROM SMALL BUSINESS WO ▓3600 ON 8/02/24 16:54 | | $2,000.00 | $8,195.92 |
| 08/02/2024 | Pinned POS Debit 08/02 KY LONDON BP#3656709LONDO SEQ# 502834 | $7.53 | | $8,188.39 |
| 08/02/2024 | Pinned POS Debit 08/02 KY LONDON BP#3656709LONDO SEQ# 266249 | $73.08 | | $8,115.31 |
| 08/02/2024 | Signature POS Debit 08/01 KY LOUISVILLE BLUE GRASS AUTO SEQ# 818207 | $1,424.24 | | $6,691.07 |
| 08/02/2024 | 756757 INTERNET TRANSFER TO FORCHT FRIEND CKG ▓3036 ON 8/02/24 2:23 | $100.00 | | $6,591.07 |
| 08/02/2024 | CHECK # 1137 | $3,846.55 | | $2,744.52 |
| 08/05/2024 | MOBILE DEPOSIT | | $171.35 | $2,915.87 |
| 08/05/2024 | MOBILE DEPOSIT | | $648.95 | $3,564.82 |
| 08/05/2024 | MOBILE DEPOSIT | | $717.30 | $4,282.12 |
| 08/05/2024 | ATM Service Charge 08/04 KY LEXINGTON 2291 ELKHORN ROAD SEQ# 008119 | $3.75 | | $4,278.37 |


**Forcht Bank**

**Statement Ending 08/05/2024**

MICHAEL JASON WILLIAMS
Customer Number: ████6856

Page 8 of 12

## FORCHT FRIEND CHECKING-████6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/05/2024 | Signature POS Debit 08/01 KY LEXINGTON CHICK-FIL-A #04 SEQ# 611601 | $5.03 | | $4,273.34 |
| 08/05/2024 | Signature POS Debit 08/02 WA KENT FIRSTECH-DRONEM SEQ# 512114 | $7.74 | | $4,265.60 |
| 08/05/2024 | Pinned POS Debit 08/04 KY LEXINGTON THORNTONS #0053 N SEQ# 360985 | $8.29 | | $4,257.31 |
| 08/05/2024 | Signature POS Debit 08/01 KY LEXINGTON CHICK-FIL-A #04 SEQ# 008291 | $9.70 | | $4,247.61 |
| 08/05/2024 | Signature POS Debit 08/02 WA AMZN.COM/BILL Prime Video Cha SEQ# 009241 | $9.75 | | $4,237.86 |
| 08/05/2024 | Signature POS Debit 08/02 KY COLUMBIA COOK OUT COLUMB ET SEQ# 153519 | $11.47 | | $4,226.39 |
| 08/05/2024 | Signature POS Debit 08/03 TN GREENEVILLE CHICK-FIL-A #04 ON SEQ# 500084 | $17.98 | | $4,208.41 |
| 08/05/2024 | Recur Payment 08/03 CA LOS GATOS NETFLIX.COM SEQ# 350864 | $33.58 | | $4,174.83 |
| 08/05/2024 | Signature POS Debit 08/03 KY CORBIN FAT BURRITO MEX SEQ# 902683 | $40.58 | | $4,134.25 |
| 08/05/2024 | Pinned POS Debit 08/05 KY GARFIELD AUGGIE DOGGIE SEQ# 018715 | $50.24 | | $4,084.01 |
| 08/05/2024 | Recur Payment 08/03 KY SOMERSET 4TE* SILENT GUAR SEQ# 091855 | $63.92 | | $4,020.09 |
| 08/05/2024 | Signature POS Debit 08/03 TN BULLS GAP EXXON ZOOMERZ # NS SEQ# 155000 | $65.89 | | $3,954.20 |
| 08/05/2024 | Pinned POS Debit 08/02 KY LONDON KROGER #4 1730 SEQ# 017952 | $68.39 | | $3,885.81 |
| 08/05/2024 | ATM Withdrawal 08/04 KY LEXINGTON 2291 ELKHORN ROAD SEQ# 008119 | $200.00 | | $3,685.81 |
| 08/05/2024 | 924294 INTERNET TRANSFER TO FORCHT FRIEND CKG ████7364 ON 8/02/24 20:35 | $1,000.00 | | $2,685.81 |
| 08/05/2024 | 167831 INTERNET TRANSFER TO SMALL BUSINESS WO ████3600 ON 8/04/24 14:38 | $400.00 | | $2,285.81 |
| 08/05/2024 | INTEREST | | $0.14 | $2,285.95 |
| **08/05/2024** | **Ending Balance** | | | **$2,285.95** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1122 | 07/22/2024 | $9.85 | 1133 | 07/26/2024 | $424.00 |
| 1125* | 07/08/2024 | $3,846.55 | 1135* | 07/23/2024 | $200.00 |
| 1128* | 07/09/2024 | $600.00 | 1136 | 07/26/2024 | $500.00 |
| 1129 | 07/11/2024 | $25.90 | 1137 | 08/02/2024 | $3,846.55 |
| 1130 | 07/15/2024 | $95.57 | 1138 | 07/30/2024 | $100.00 |
| 1131 | 07/09/2024 | $200.00 | 1139 | 08/01/2024 | $124.61 |
| 1132 | 07/22/2024 | $100.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/08/2024 | $866.19 | 07/15/2024 | $3,247.85 | 07/22/2024 | $3,591.81 |
| 07/09/2024 | $760.46 | 07/16/2024 | $3,022.53 | 07/23/2024 | $3,164.35 |
| 07/10/2024 | $1,069.50 | 07/17/2024 | $3,669.23 | 07/24/2024 | $5,464.22 |
| 07/11/2024 | $946.70 | 07/18/2024 | $3,300.32 | 07/25/2024 | $5,452.57 |
| 07/12/2024 | $1,220.35 | 07/19/2024 | $2,832.39 | 07/26/2024 | $4,384.02 |



## FORCHT FRIEND CHECKING- █████ 6856 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/29/2024 | $5,105.94 | 07/31/2024 | $5,433.98 | 08/02/2024 | $2,744.52 |
| 07/30/2024 | $4,943.57 | 08/01/2024 | $5,195.92 | 08/05/2024 | $2,285.95 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# Forcht Bank





| # | Date | Amount |
|---|------|--------|
| #0000 | 07/29/2024 | $25,020.00 |
| #1122 | 07/22/2024 | $9.85 |
| #1125 | 07/08/2024 | $3,846.55 |
| #1128 | 07/09/2024 | $600.00 |
| #1129 | 07/11/2024 | $25.90 |
| #1130 | 07/15/2024 | $95.57 |
| #1131 | 07/09/2024 | $200.00 |
| #1132 | 07/22/2024 | $100.00 |
| #1133 | 07/26/2024 | $424.00 |
| #1135 | 07/23/2024 | $200.00 |
| #1136 | 07/26/2024 | $500.00 |
| #1137 | 08/02/2024 | $3,846.55 |



**Forcht Bank**

*Statement Ending 08/05/2024*

*MICHAEL JASON WILLIAMS*                                      Page 11 of 12

*Customer Number:*          6856



#1138          07/30/2024          $100.00



#1139          08/01/2024          $124.61

Checking Deposit
Date-Time: 20240715 073737
ITM ID: 1042D1
Transaction Sequence: 72964921          $2,044.83
Account Number: ████6856
Branch: London M...
Teller: nihall
Tran Desc: Check Deposit to Checking

07296492 1  042106397    ███856  009

#72964921          07/15/2024          $2,044.83

Checking Deposit
Date-Time: 20240724 141428
ITM ID: 1042D1
Transaction Sequence: 73251291          $2,472.50
Account Number: ████855
Branch: London Market
Teller: mamagana
Tran Desc: Check Deposit to Checking

073251291  042106397    ███856  009

#73251291          07/24/2024          $2,472.50

**Forcht Bank**

*Statement Ending 08/05/2024*

MICHAEL JASON WILLIAMS

Page 12 of 12

Customer Number: ████856

This page left intentionally blank

 **Forcht Bank**

6855 Pacific St
Attn: Fiserv Item Processing 3rd Floor
Omaha, NE 68106
RETURN SERVICE REQUESTED

>001911 3470021 0001 93151 10Z 40

COWBOY CAPONE SMLLC
MICHAEL JASON WILLIAMS
145 SHELBY BROOKS LN
LONDON KY 40744-8199

## Statement Ending 07/31/2024

COWBOY CAPONE SMLLC                    Page 1 of 6
Customer Number: ███ 3600

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | London Banking Center |
| 📱 | Branch Number | 606-864-9500 |
| ✉ | Address | 100 First Financial Drive London, KY 40741 |
| 💻 | Website | www.forchtbank.com |



## Skip The Line and Get Your Balance Now With Telephone Banking.

Do you need to check your account balance?

Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.

It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

## Summary of Accounts



| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS WORKS | ███ 3600 | $71.47 |


EQUAL HOUSING LENDER

Forcht Bank | 2404 Sir Barton Way, Lexington, KY 40509
1.844.436.7248 | forchtbank.com

MEMBER
FDIC



**Statement Ending 07/31/2024**

COWBOY CAPONE SMLLC                                      Page 3 of 6
Customer Number: ████3600





## Stress-Free Vacations with CardValet®

With CardValet's new feature*, **Travel Plan**, you can enable your debit card for use in the city you are visiting.

After downloading the CardValet app and enrolling:
- Simply select which card to enable,
- Select the dates
- Select the destination – and you're set.

With Travel Plan there is no need to call the bank in advance of your trip. Just download the CardValet app and enjoy all the great tools to control and keep your debit card secure.

*Carrier message data rates and fees may apply.*

## SMALL BUSINESS WORKS-████3600

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/29/2024 | Beginning Balance | $122.81 |
| | 9 Credit(s) This Period | $28,050.00 |
| | 16 Debit(s) This Period | $28,101.34 |
| 07/31/2024 | Ending Balance | $71.47 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/29/2024 | Beginning Balance | | | $122.81 |
| 07/01/2024 | 070439 INTERNET TRANSFER FROM FORCHT FRIEND CKG ███856 ON 7/01/24 11:16 | | $200.00 | $322.81 |
| 07/01/2024 | Pinned POS Debit 07/01 IN CORYDON MCDONALD'S M604 US SEQ# 527611 | $2.56 | | $320.25 |
| 07/01/2024 | Pinned POS Debit 06/29 KY PINEVILLE SHELL SERVICE S SEQ# 685286 | $95.71 | | $224.54 |
| 07/02/2024 | Signature POS Debit 07/01 KY HARNED HARNED TOBACCO SEQ# 371607 | $150.49 | | $74.05 |
| 07/05/2024 | 833569 INTERNET TRANSFER FROM FORCHT FRIEND CKG ███856 ON 7/05/24 17:59 | | $400.00 | $474.05 |
| 07/05/2024 | 796012 INTERNET TRANSFER FROM FORCHT FRIEND CKG ███856 ON 7/05/24 13:06 | | $1,000.00 | $1,474.05 |
| 07/05/2024 | CHECK # 517 | $980.00 | | $494.05 |
| 07/08/2024 | 103726 INTERNET TRANSFER FROM FORCHT FRIEND CKG ███856 ON 7/08/24 15:06 | | $150.00 | $644.05 |
| 07/08/2024 | Recur Payment 07/07 CA SAN FRANCISCO LEMONAID HEALTH 0 SEQ# 088376 | $440.00 | | $204.05 |
| 07/09/2024 | Signature POS Debit 07/08 KY HARNED HARNED TOBACCO SEQ# 706593 | $148.38 | | $55.67 |
| 07/10/2024 | Signature POS Debit 07/08 IN JEFFERSONVILL CHICK-FIL-A #04 SEQ# 422961 | $7.75 | | $47.92 |
| 07/15/2024 | 065600 INTERNET TRANSFER FROM FORCHT FRIEND CKG ███856 ON 7/15/24 11:48 | | $150.00 | $197.92 |
| 07/16/2024 | Signature POS Debit 07/15 KY HARNED HARNED TOBACCO SEQ# 444559 | $151.75 | | $46.17 |
| 07/16/2024 | ADT SECURITY SER ADTPACH XXXXX6431 | $71.36 | | -$25.19 |



## Forcht Bank

**Statement Ending 07/31/2024**

COWBOY CAPONE SMLLC
Customer Number: ████3600

Page 4 of 6

## SMALL BUSINESS WORKS- ████ 3600 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2024 | CHK# 00 AMT $71 36, NSF PAID ITEM(S) FEE | $35.00 | | -$60.19 |
| 07/18/2024 | 597514 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████ 5856 ON 7/18/24 11:24 | | $200.00 | $139.81 |
| 07/19/2024 | Pinned POS Debit 07/19 KY LONDON WAL-MART #1113 US SEQ# 201238 | $95.37 | | $44.44 |
| 07/22/2024 | 069034 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████ 5856 ON 7/22/24 12:32 | | $150.00 | $194.44 |
| 07/22/2024 | 396531 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████ 5856 ON 7/21/24 16:56 | | $600.00 | $794.44 |
| 07/23/2024 | Signature POS Debit 07/22 KY HARNED HARNED TOBACCO SEQ# 035973 | $149.64 | | $644.80 |
| 07/23/2024 | CHECK # 524 | $300.00 | | $344.80 |
| 07/26/2024 | CHECK # 523 | $300.00 | | $44.80 |
| 07/29/2024 | 043950 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████ 5856 ON 7/29/24 10:00 | | $25,200.00 | $25,244.80 |
| 07/30/2024 | Signature POS Debit 07/29 KY HARNED HARNED TOBACCO SEQ# 313440 | $153.33 | | $25,091.47 |
| 07/31/2024 | CHECK # 525 | $25,020.00 | | $71.47 |
| **07/31/2024** | **Ending Balance** | | | **$71.47** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 517 | 07/05/2024 | $980.00 | 524 | 07/23/2024 | $300.00 |
| 523* | 07/26/2024 | $300.00 | 525 | 07/31/2024 | $25,020.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01/2024 | $224.54 | 07/15/2024 | $197.92 | 07/23/2024 | $344.80 |
| 07/02/2024 | $74.05 | 07/16/2024 | -$25.19 | 07/26/2024 | $44.80 |
| 07/05/2024 | $494.05 | 07/17/2024 | -$60.19 | 07/29/2024 | $25,244.80 |
| 07/08/2024 | $204.05 | 07/18/2024 | $139.81 | 07/30/2024 | $25,091.47 |
| 07/09/2024 | $55.67 | 07/19/2024 | $44.44 | 07/31/2024 | $71.47 |
| 07/10/2024 | $47.92 | 07/22/2024 | $794.44 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $35.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |







#0517        07/05/2024                 $980.00

#0523        07/26/2024                 $300.00







#0524        07/23/2024                 $300.00

#0525        07/31/2024              $25,020.00

## CERTIFICATE OF SERVICE

This document has been electronically filed and served via the Court's ECF System on September 23, 2024.

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR