**Fill in this information to identify the case:**

Debtor Name  Michael Jason Williams

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number: 24-60490

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  August 2024

Line of business:  Cattle broker

Date report filed:  09/23/2024
MM / DD / YYYY

NAISC code:  424520

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                           Michael Jason Williams

Original signature of responsible party       *Michael J. Williams*

Printed name of responsible party             Michael Jason Williams

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Michael Jason Williams                        Case number 24-60490

17. Have you paid any bills you owed before you filed bankruptcy?              ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.        $ -2,138.54

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
   cash received even if you have not deposited it at the bank, collections on
   receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.                                    $ 11,703.65

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.                                   – $ 12,356.09

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.              + $ -652.44

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ -2,790.98

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                          $ 0.00

   *(Exhibit E)*

Debtor Name  Michael Jason Williams                                    Case number 24-60490

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____ 0.00

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                              0

27. What is the number of employees as of the date of this monthly report?                 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 600.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____ 3,300.00

30. How much have you paid this month in other professional fees?                                 $ _____

31. How much have you paid in total other professional fees since filing the case?               $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15,000.00 | − | $ 11,703.65 | = | $ 3,296.35 |
| 33. **Cash disbursements** | $ 15,000.00 | − | $ 12,356.09 | = | $ 2,643.91 |
| 34. **Net cash flow** | $ 0.00 | − | $ -652.44 | = | $ -652.44 |

35. Total projected cash receipts for the next month:                                      $ __ 5,000.00

36. Total projected cash disbursements for the next month:                                − $ __ 5,000.00

37. Total projected net cash flow for the next month:                                      = $ _____ 0.00

Debtor Name  Michael Jason Williams                                    Case number 24-60490

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Exhibit C

In re Michael Jason Williams

**Total Cash Receipts**

Case No **24-60490**

August 1 - 31, 2024

| Account Name | Account # | Bank | Date | Description | Credit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x3600 | Forcht Bk | 08/02/24 | Incoming Wire Circle W Livestock Commission Income | $2,092.39 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Mobile Deposit Commission Income | $171.35 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Mobile Deposit Commission Income | $648.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Mobile Deposit Commission Income | $717.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Interest Income | $0.14 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Mobile Deposit Commission Income | $69.80 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Mobile Deposit Commission Income | $385.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Mobile Deposit Commission Income | $1,228.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/09/24 | Deposit Commission Income | $63.00 |
| Debtor in Possession Account | x3600 | Forcht Bk | 08/09/24 | Deposit Commission Income | $578.89 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | Mobile Deposit Commission Income | $927.60 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Mobile Deposit Commission Income | $397.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Mobile Deposit Commission Income | $490.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/14/24 | Mobile Deposit Commission Income | $510.78 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/14/24 | Mobile Deposit Commission Income | $1,022.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/16/24 | Mobile Deposit Commission Income | $750.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Mobile Deposit Commission Income | $721.70 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Mobile Deposit Commission Income | $925.90 |
| | | | | Total Deposits 08/01/24 to 08/31/24 | $11,703.65 |

Exhibit D

In re Michael Jason Williams

Case No 24-60490

Total Cash Disbursements

August 1 - 31, 2024

| Account Name | Account # | Bank | Date | Description | Debit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 08/01/24 | Buc-ee's travel expenses for work | $1.47 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/01/24 | CSC Servicework travel expenses for work | $7.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/01/24 | Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/01/24 | Amazon.Com | $26.13 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/01/24 | Buc-ee's travel expenses for work | $29.66 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/01/24 | Racetrac travel expenses for work | $37.04 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/02/24 | BP London Ky | $80.61 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/02/24 | Blue Grass Auto | $1,424.24 |
| Debtor in Possession Account | x3600 | Forcht Bk | 08/02/24 | Wire Transfer Fee | $25.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | ATM Service Charge | $3.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Chick-Fil-A travel expenses for work | $5.03 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Firstech-Dronemobile expense for work | $7.74 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Thorntons travel expense for work | $8.29 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Chick-Fil-A travel expenses for work | $9.70 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Prime Video | $9.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Cook Out travel expense for work | $11.47 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Chick-Fil-A travel expenses for work | $17.98 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Netflix.com | $33.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Fat Burrito Mexican Restaurant | $40.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Auggie Doggie | $50.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Silent Guard | $63.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Exxon travel expense for work | $65.89 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | Kroger London Ky | $68.39 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/05/24 | ATM Withdrawal for work travel | $200.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/06/24 | Apple.Com App Storage for work | $27.38 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/06/24 | Thorntons travel expense for work | $60.08 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/06/24 | Carmichael Church Tithe | $100.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Dollar-General London Ky | $7.16 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Taco Bell travel expense for work | $8.43 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Buc-ee's travel expenses for work | $8.51 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Chick-Fil-A travel expenses for work | $12.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Buc-ee's travel expenses for work | $61.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/07/24 | Ms Ridgeland Ins | $485.04 |
| Debtor in Possession Account | x3600 | Forcht Bk | 08/07/24 | Lemonaid Health | $440.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/08/24 | Domino's London Ky | $15.78 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/08/24 | Kroger London Ky | $15.98 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/08/24 | Speedway London Ky | $85.29 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/09/24 | El Dorado Mexican Restaurant London Ky | $37.13 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/09/24 | Hulu | $122.93 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/09/24 | Verizon Wireless cell phone | $541.35 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/08/24 | Truist Loan Pymt Acct 9087899710-9001 | $1,212.44 |
| Debtor in Possession Account | x3600 | Forcht Bk | 08/08/24 | Hamm Milby & Ridings | $600.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/04/24 | Crothersville Utilities | $103.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | Caseys travel expenses for work | $6.68 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | Chick-Fil-A travel expenses for work | $8.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | Speedway travel expense for work | $79.23 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | Amazon.Com | $123.74 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | The Greatest Nails | $232.80 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | London Utility Commission | $93.05 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Speedway travel expense for work | $6.01 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Prime Video | $9.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Caseys travel expenses for work | $87.32 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Kentucky Utilities | $425.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/09/24 | Midwest Natural Gas | $24.82 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/14/24 | Buc-ee's travel expenses for work | $1.47 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/14/24 | Taco Bell travel expense for work | $11.31 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/14/24 | Chick-Fil-A travel expenses for work | $12.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/14/24 | Buc-ee's travel expenses for work | $49.44 |

| Debtor in Possession Account | x6856 | Forcht Bk | 08/14/24 | BP London Ky | $89.35 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Bertha Hayre | $50.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/15/24 | Apple.Com App Storage for work | $11.66 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/15/24 | Chick-Fil-A travel expenses for work | $12.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/15/24 | El Dorado Mexican Restaurant London Ky | $31.59 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/15/24 | Speedway London Ky | $70.36 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/13/24 | Jessica Robinson | $100.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/08/24 | HPSO | $95.04 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/16/24 | QVC | $58.28 |
| Debtor in Possession Account | x3600 | Forcht Bk | 08/16/24 | ADT Security | $76.31 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/15/24 | Truist Loan Pymt Acct 9087899710-9001 | $1,212.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/12/24 | Southeastern Ky Pool & Patio | $16.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Dollar Tree London Ky | $1.06 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Thompson Discount Drug | $2.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Speedway London Ky | $3.49 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Prime Video | $4.11 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Prime Video | $7.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Chick-Fil-A travel expenses for work  - | $7.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Cracker Barrel travel expense for work | $21.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Kroger London Ky | $35.34 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Jay C Food travel expenses for work | $51.18 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Auggie Doggie | $64.45 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Sling.Com | $74.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Speedway London Ky | $77.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Thompson Discount Drug | $130.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/19/24 | Planet Fit Club Fees | $48.88 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/20/24 | Audible | $15.85 |
| Debtor in Possession Account | x3600 | Forcht Bk | 08/20/24 | Harned Tobacco | $148.38 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/21/24 | Buc-ee's travel expenses for work | $1.47 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/21/24 | Auggie Doggie | $5.87 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/21/24 | Chick-Fil-A travel expenses for work | $7.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/21/24 | Prime Video | $13.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/21/24 | Buc-ee's travel expenses for work | $46.98 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/21/24 | Speedway London Ky | $78.01 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/22/24 | Apple.Com App Storage for work | $31.79 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/23/24 | McDonalds London Ky | $2.07 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/23/24 | Firstech-Dronemobile expense for work | $11.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/26/24 | USPS | $2.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/26/24 | Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/26/24 | Kroger London Ky | $30.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/26/24 | Caresource Health Ins | $518.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/27/24 | BP travel expense for work | $2.32 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/27/24 | Smith Global Car Wash London Ky | $29.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/27/24 | BP travel expense for work | $81.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/27/24 | Charter Communication | $94.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/28/24 | Lowe's London Ky | $210.11 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/28/24 | State Farm Insurance | $548.77 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/29/24 | Apple.Com App Storage for work | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/29/24 | Smith Global Car Wash London Ky | $21.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/29/24 | El Dorado Mexican Restaurant London Ky | $47.61 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/29/24 | State Farm Insurance | $426.26 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/29/24 | Kentucky Utilities | $125.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/27/24 | Duke Energy Utilities | $102.59 |
| Debtor in Possession Account | x6856 | Forcht Bk | 08/30/24 | Amazon Prime | $3.24 |
| | | | | Total Disbursements 08/01/24 to 08/31/24 | $12,356.09 |



# Forcht Bank

**Statement Ending 09/05/2024**

6855 Pacific St
Attn: Fiserv Item Processing 3rd Floor
Omaha, NE 68106

RETURN SERVICE REQUESTED

MICHAEL JASON WILLIAMS
CARLA MICHELLE WILLIAMS
145 SHELBY BROOKS LN
LONDON KY 40744-8199

*MICHAEL JASON WILLIAMS*     Page 1 of 10
*Customer Number:* ▮6856

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | London Banking Center |
| 📱 | Branch Number | 606-864-9500 |
| ✉ | Address | 100 First Financial Drive London, KY 40741 |
| 💻 | Website | www.forchtbank.com |



## Skip The Line and Get Your Balance Now With Telephone Banking.

Do you need to check your account balance?

Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.

It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

## Summary of Accounts



| Account Type | Account Number | Ending Balance |
|---|---|---|
| FORCHT FRIEND CHECKING | ▮856 | $442.38 |



Forcht Bank | 2404 Sir Barton Way, Lexington, KY 40509
1.844.436.7248 | forchtbank.com

MEMBER FDIC




**Forcht Bank**

***Statement Ending 09/05/2024***

*MICHAEL JASON WILLIAMS*                                          *Page 2 of 10*

**Customer Number:** ▮▮▮856



## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Please contact the Forcht Bank Customer Care Center at 1-844-436-7248 if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared. 1) Tell us your name and account number; 2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and 3) tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by writing to: Forcht Bank, Attn: Accounting, P.O. Box 55250, Lexington, KY 40555. In order to assist you with your dispute, you must provide: your name, address and phone number, the account number, the specific information you are disputing, the explanation of why it is incorrect, and any supporting documentation, if applicable.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between Forcht Bank, N.A. and/or all applicable rules and regulations governing such transactions, including rules of the National Automated Clearing House Association (NACHA Rules) and MasterCard rules. If you think this statement is wrong, please contact the Forcht Bank Customer Care Center at 1-844-436-7248.

## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**FORCHT BANK'S PRIVACY POLICY** Forcht Bank does share some personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. To learn more about Forcht Bank's Privacy Policy, or to view the most up to date policy, please visit www.forchtbank.com/privacy-policy.



## OUTSTANDING DEPOSITS

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |



## OUTSTANDING WITHDRAWALS

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section. Record the total at the left.

2. Check off in your checkbook register all checks, withdrawals (including debit card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section. Record the total at the left.

3. Enter the ending balance on this statement.    $ _____

4. Enter the TOTAL of Outstanding Deposits.    $ _____

5. Total lines 3 and 4.    $ _____

6. Enter TOTAL of Outstanding Withdrawals.    $ _____

7. Subtract line 6 from 5. This is your balance.    $ _____

# Forcht Bank.

**Statement Ending 09/05/2024**

MICHAEL JASON WILLIAMS
Customer Number: ████6856



**Stress-Free Vacations with CardValet®**

With CardValet's new feature*, **Travel Plan**, you can enable your debit card for use in the city you are visiting.

After downloading the CardValet app and enrolling:
- Simply select which card to enable,
- Select the dates
- Select the destination – and you're set.

With Travel Plan there is no need to call the bank in advance of your trip. Just download the CardValet app and enjoy all the great tools to control and keep your debit card secure.

*Carrier message data rates and fees may apply.*

## FORCHT FRIEND CHECKING - ████6856

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/06/2024 | Beginning Balance | $2,285.95 |
| | 16 Credit(s) This Period | $8,844.71 |
| | 110 Debit(s) This Period | $10,688.28 |
| 09/05/2024 | Ending Balance | $442.38 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 08/06/2024 Through 09/05/2024 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 31 |
| Interest Earned | $0.08 |
| Interest Paid This Period | $0.08 |
| Interest Paid Year-to-Date | $4.67 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/06/2024 | **Beginning Balance** | | | $2,285.95 |
| 08/06/2024 | Recur Payment 08/05 CA 866-712-7753 APPLE.COM/BILL SEQ# 866445 | $27.38 | | $2,258.57 |
| 08/06/2024 | Signature POS Debit 08/04 KY LEXINGTON THORNTONS #0053 SEQ# 677304 | $60.08 | | $2,198.49 |
| 08/06/2024 | CHECK # 1140 | $100.00 | | $2,098.49 |
| 08/07/2024 | MOBILE DEPOSIT | | $69.80 | $2,168.29 |
| 08/07/2024 | MOBILE DEPOSIT | | $385.95 | $2,554.24 |
| 08/07/2024 | MOBILE DEPOSIT | | $1,228.55 | $3,782.79 |
| 08/07/2024 | Signature POS Debit 08/06 KY LONDON DOLLAR-GENERAL SEQ# 035873 | $7.16 | | $3,775.63 |
| 08/07/2024 | Signature POS Debit 08/05 IN CORYDON TACO BELL 18094 SEQ# 864190 | $8.43 | | $3,767.20 |
| 08/07/2024 | Signature POS Debit 08/06 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 634815 | $8.51 | | $3,758.69 |
| 08/07/2024 | Signature POS Debit 08/05 IN JEFFERSONVILL CHICK-FIL-A #04 SEQ# 767353 | $12.44 | | $3,746.25 |
| 08/07/2024 | Signature POS Debit 08/06 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 290746 | $61.57 | | $3,684.68 |
| 08/07/2024 | Signature POS Debit 08/06 MS RIDGELAND INS 8888593795 SEQ# 871561 | $485.04 | | $3,199.64 |
| 08/08/2024 | Signature POS Debit 08/07 KY LONDON DOMINO'S 1438 C SEQ# 051707 | $15.78 | | $3,183.86 |
| 08/08/2024 | Pinned POS Debit 08/07 KY LONDON KROGER #4 1730 | $15.98 | | $3,167.88 |

# Forcht Bank.

**Statement Ending 09/05/2024**

MICHAEL JASON WILLIAMS

Customer Number: ████6856

## FORCHT FRIEND CHECKING - ████ 6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | SEQ# 130414 | | | |
| 08/08/2024 | Pinned POS Debit 08/08 KY LONDON Speedway 1816 SEQ# 425754 | $85.29 | | $3,082.59 |
| 08/08/2024 | 144135 INTERNET TRANSFER TO SMALL BUSINESS WO ████3600 ON 8/08/24 15:38 | $600.00 | | $2,482.59 |
| 08/09/2024 | DEPOSIT | | $63.00 | $2,545.59 |
| 08/09/2024 | 341400 INTERNET TRANSFER FROM SMALL BUSINESS WO ████3600 ON 8/09/24 15:44 | | $600.00 | $3,145.59 |
| 08/09/2024 | Signature POS Debit 08/08 KY LONDON EL DORADO SEQ# 298654 | $37.13 | | $3,108.46 |
| 08/09/2024 | Recur Payment 08/09 CA SANTA MONICA HULU SEQ# 527988 | $122.93 | | $2,985.53 |
| 08/09/2024 | Recur Payment 08/08 FL 800-922-0204 VZWRLSS* APOCC V N SEQ# 171190 | $541.35 | | $2,444.18 |
| 08/09/2024 | CHECK # 1142 | $1,212.44 | | $1,231.74 |
| 08/09/2024 | CHECK # 1141 | $103.20 | | $1,128.54 |
| 08/12/2024 | MOBILE DEPOSIT | | $927.60 | $2,056.14 |
| 08/12/2024 | Pinned POS Debit 08/11 KY LEXINGTON CASEY S # 5521 OR SEQ# 303904 | $6.68 | | $2,049.46 |
| 08/12/2024 | Signature POS Debit 08/10 TN GREENEVILLE CHICK-FIL-A #04 ON SEQ# 709180 | $8.55 | | $2,040.91 |
| 08/12/2024 | Recur Payment 08/09 CA 866-712-7753 APPLE.COM/BILL SEQ# 612492 | $11.65 | | $2,029.26 |
| 08/12/2024 | Pinned POS Debit 08/12 IN SCOTTSBURG Speedway 1225 SEQ# 894742 | $79.23 | | $1,950.03 |
| 08/12/2024 | Pinned POS Debit 08/10 WA SEATTLE AMAZON.COM* RM7G US SEQ# 000444 | $123.74 | | $1,826.29 |
| 08/12/2024 | Signature POS Debit 08/10 KY LEXINGTON THE GREATEST NA SEQ# 927758 | $232.80 | | $1,593.49 |
| 08/12/2024 | LONDON UTILITY C UMS BILL 00001103001002 | $93.05 | | $1,500.44 |
| 08/13/2024 | MOBILE DEPOSIT | | $397.90 | $1,898.34 |
| 08/13/2024 | MOBILE DEPOSIT | | $490.90 | $2,389.24 |
| 08/13/2024 | Signature POS Debit 08/12 IN SCOTTSBURG SPEEDWAY 05544 SEQ# 335315 | $6.01 | | $2,383.23 |
| 08/13/2024 | Signature POS Debit 08/12 WA AMZN.COM/BILL Prime Video Cha SEQ# 746128 | $9.75 | | $2,373.48 |
| 08/13/2024 | Signature POS Debit 08/11 KY LEXINGTON CASEY S # 4454 OR SEQ# 387891 | $87.32 | | $2,286.16 |
| 08/13/2024 | Kentucky Utiliti PAYMENT 350010149432 | $425.90 | | $1,860.26 |
| 08/13/2024 | CHECK # 1144 | $24.82 | | $1,835.44 |
| 08/14/2024 | MOBILE DEPOSIT | | $510.78 | $2,346.22 |
| 08/14/2024 | MOBILE DEPOSIT | | $1,022.55 | $3,368.77 |
| 08/14/2024 | Signature POS Debit 08/13 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 242265 | $1.47 | | $3,367.30 |
| 08/14/2024 | Signature POS Debit 08/12 IN CORYDON TACO BELL 18094 SEQ# 803517 | $11.31 | | $3,355.99 |
| 08/14/2024 | Signature POS Debit 08/12 IN JEFFERSONVILL CHICK-FIL-A #04 SEQ# 388036 | $12.44 | | $3,343.55 |
| 08/14/2024 | Signature POS Debit 08/13 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 420236 | $49.44 | | $3,294.11 |
| 08/14/2024 | Pinned POS Debit 08/14 KY LONDON BP#3178001LONDO SEQ# 416058 | $89.35 | | $3,204.76 |
| 08/14/2024 | CHECK # 1146 | $50.00 | | $3,154.76 |

**Forcht Bank**

**Statement Ending 09/05/2024**

MICHAEL JASON WILLIAMS
Customer Number: ████6856

Page 5 of 10

## FORCHT FRIEND CHECKING - ████6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/15/2024 | Recur Payment 08/14 CA 866-712-7753 APPLE.COM/BILL SEQ# 153768 | $11.65 | | $3,143.11 |
| 08/15/2024 | Signature POS Debit 08/13 KY ELIZABETHTOWN CHICK-FIL-A #05 SEQ# 822930 | $12.57 | | $3,130.54 |
| 08/15/2024 | Signature POS Debit 08/14 KY LONDON EL DORADO SEQ# 840103 | $31.59 | | $3,098.95 |
| 08/15/2024 | Pinned POS Debit 08/14 KY LONDON Speedway 1920 SEQ# 027588 | $70.36 | | $3,028.59 |
| 08/15/2024 | CHECK # 1147 | $100.00 | | $2,928.59 |
| 08/15/2024 | CHECK # 1143 | $95.04 | | $2,833.55 |
| 08/16/2024 | MOBILE DEPOSIT | | $750.00 | $3,583.55 |
| 08/16/2024 | Signature POS Debit 08/16 PA 800-367-9444 QVC* 70787119250 SEQ# 121821 | $58.28 | | $3,525.27 |
| 08/16/2024 | CHECK # 1148 | $1,212.44 | | $2,312.83 |
| 08/16/2024 | CHECK # 1145 | $16.95 | | $2,295.88 |
| 08/19/2024 | MOBILE DEPOSIT | | $721.70 | $3,017.58 |
| 08/19/2024 | MOBILE DEPOSIT | | $925.90 | $3,943.48 |
| 08/19/2024 | Signature POS Debit 08/17 KY LONDON DOLLAR TREE SEQ# 736033 | $1.06 | | $3,942.42 |
| 08/19/2024 | Signature POS Debit 08/16 KY LONDON THOMPSON DISCOU SEQ# 488271 | $2.55 | | $3,939.87 |
| 08/19/2024 | Signature POS Debit 08/18 KY LONDON SPEEDWAY 08112 SEQ# 725925 | $3.49 | | $3,936.38 |
| 08/19/2024 | Signature POS Debit 08/16 WA 888-802-3080 Prime Video * RU SEQ# 104615 | $4.11 | | $3,932.27 |
| 08/19/2024 | Signature POS Debit 08/16 WA AMZN.COM/BILL Prime Video Cha SEQ# 555798 | $7.58 | | $3,924.69 |
| 08/19/2024 | Signature POS Debit 08/17 TN GREENEVILLE CHICK-FIL-A #04 ON SEQ# 225730 | $7.95 | | $3,916.74 |
| 08/19/2024 | Signature POS Debit 08/16 TN 800-3339963 Cracker Barrel SEQ# 536585 | $21.30 | | $3,895.44 |
| 08/19/2024 | Pinned POS Debit 08/17 KY LONDON KROGER #4 1730 SEQ# 303520 | $35.34 | | $3,860.10 |
| 08/19/2024 | Pinned POS Debit 08/19 IN SCOTTSBURG JAY C FOO 400 N SEQ# 064792 | $51.18 | | $3,808.92 |
| 08/19/2024 | Pinned POS Debit 08/19 KY GARFIELD AUGGIE DOGGIE US SEQ# 161056 | $64.45 | | $3,744.47 |
| 08/19/2024 | Recur Payment 08/19 CO ENGLEWOOD SLING.COM D. SEQ# 887632 | $74.20 | | $3,670.27 |
| 08/19/2024 | Pinned POS Debit 08/18 KY LONDON Speedway 1816 SEQ# 235586 | $77.00 | | $3,593.27 |
| 08/19/2024 | Signature POS Debit 08/15 KY LONDON THOMPSON DISCOU SEQ# 861612 | $130.57 | | $3,462.70 |
| 08/19/2024 | 065080 INTERNET TRANSFER TO SMALL BUSINESS WO ████3600 ON 8/19/24 11:53 | $350.00 | | $3,112.70 |
| 08/19/2024 | 065145 INTERNET TRANSFER TO FORCHT FRIEND CKG ████3036 ON 8/19/24 11:53 | $200.00 | | $2,912.70 |
| 08/19/2024 | PLANET FIT CLUB FEES 2422902306944 | $24.44 | | $2,888.26 |
| 08/19/2024 | PLANET FIT CLUB FEES 2422902306957 | $24.44 | | $2,863.82 |
| 08/20/2024 | Recur Payment 08/20 NJ AMZN.COM/BILL Audible* RU7LI5D 6T SEQ# 612644 | $15.85 | | $2,847.97 |
| 08/21/2024 | Signature POS Debit 08/20 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 755603 | $1.47 | | $2,846.50 |
| 08/21/2024 | Signature POS Debit 08/19 KY GARFIELD AUGGIE | $5.87 | | $2,840.63 |



**Forcht Bank**

*Statement Ending 09/05/2024*

MICHAEL JASON WILLIAMS

*Customer Number:* ▮6856

Page 6 of 10

# FORCHT FRIEND CHECKING - ▮6856 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | DOGGIE SEQ# 989821 | | | |
| 08/21/2024 | Signature POS Debit 08/19 IN JEFFERSONVILL CHICK-FIL-A #04 SEQ# 012122 | $7.75 | | $2,832.88 |
| 08/21/2024 | Signature POS Debit 08/20 WA AMZN.COM/BILL Prime Video Cha SEQ# 908601 | $13.00 | | $2,819.88 |
| 08/21/2024 | Signature POS Debit 08/20 KY SMITH'S GROVE BUC-EE'S #56 CO SEQ# 068608 | $46.98 | | $2,772.90 |
| 08/21/2024 | Pinned POS Debit 08/21 KY LONDON Speedway 1816 SEQ# 238943 | $78.01 | | $2,694.89 |
| 08/22/2024 | Recur Payment 08/20 CA 866-712-7753 APPLE.COM/BILL SEQ# 375724 | $31.79 | | $2,663.10 |
| 08/23/2024 | Signature POS Debit 08/22 KY LONDON MCDONALD'S F103 SEQ# 592974 | $2.07 | | $2,661.03 |
| 08/23/2024 | Signature POS Debit 08/21 WA KENT FIRSTECH-DRONEM SEQ# 878412 | $11.99 | | $2,649.04 |
| 08/26/2024 | Signature POS Debit 08/23 TN 800-2383150 USPS CHANGE OF SEQ# 571092 | $1.10 | | $2,647.94 |
| 08/26/2024 | Signature POS Debit 08/23 TN 800-2383150 USPS CHANGE OF SEQ# 068044 | $1.10 | | $2,646.84 |
| 08/26/2024 | Recur Payment 08/23 CA 866-712-7753 APPLE.COM/BILL SEQ# 368476 | $11.65 | | $2,635.19 |
| 08/26/2024 | Pinned POS Debit 08/25 KY LONDON KROGER #4 1730 SEQ# 811354 | $30.55 | | $2,604.64 |
| 08/26/2024 | CARESOURCE KENTU BILL PAY 19849514541 | $518.90 | | $2,085.74 |
| 08/27/2024 | Pinned POS Debit 08/27 KY RICHMOND BP#1743277WOW! SEQ# 770338 | $2.32 | | $2,083.42 |
| 08/27/2024 | Recur Payment 08/26 KY LONDON 535 SMITH GLOBA SEQ# 249986 | $29.99 | | $2,053.43 |
| 08/27/2024 | Pinned POS Debit 08/27 KY RICHMOND BP#1743277WOW! SEQ# 791949 | $81.50 | | $1,971.93 |
| 08/27/2024 | CHARTER COMMUNIC CHECK PYMT 1149 | $94.99 | | $1,876.94 |
| 08/28/2024 | Pinned POS Debit 08/27 KY LONDON LOWE'S #2666 US SEQ# 930764 | $210.11 | | $1,666.83 |
| 08/28/2024 | Recur Payment 08/27 IL BLOOMINGTON STATE FARM INS SEQ# 144542 | $548.77 | | $1,118.06 |
| 08/29/2024 | Recur Payment 08/28 CA 866-712-7753 APPLE.COM/BILL SEQ# 670346 | $11.65 | | $1,106.41 |
| 08/29/2024 | Recur Payment 08/28 KY LONDON 535 SMITH GLOBA SEQ# 673952 | $21.99 | | $1,084.42 |
| 08/29/2024 | Signature POS Debit 08/28 KY LONDON EL DORADO SEQ# 521631 | $47.61 | | $1,036.81 |
| 08/29/2024 | Recur Payment 08/28 IL BLOOMINGTON STATE FARM INS SEQ# 720648 | $426.26 | | $610.55 |
| 08/29/2024 | Kentucky Utiliti PAYMENT 300039560457 | $125.92 | | $484.63 |
| 08/29/2024 | CHECK # 1150 | $102.59 | | $382.04 |
| 08/30/2024 | Signature POS Debit 08/29 WA AMZN.COM/BILL AMAZON PRIME* RK SEQ# 785370 | $3.24 | | $378.80 |
| 09/03/2024 | 161242 INTERNET TRANSFER FROM FORCHT FRIEND CKG ▮364 ON 9/03/24 8:38 | | $250.00 | $628.80 |
| 09/03/2024 | 821786 INTERNET TRANSFER FROM FORCHT FRIEND CKG ▮364 ON 8/30/24 18:56 | | $500.00 | $1,128.80 |
| 09/03/2024 | Pinned POS Debit 08/30 IN JEFFERSONVILL KROGER FUEL #87 US SEQ# 100803 | $3.20 | | $1,125.60 |
| 09/03/2024 | Signature POS Debit 08/31 WA 888-802-3080 Prime Video * RK SEQ# 994818 | $3.24 | | $1,122.36 |



**Forcht Bank**

**Statement Ending 09/05/2024**

MICHAEL JASON WILLIAMS    Page 7 of 10
Customer Number: ███6856

## FORCHT FRIEND CHECKING - ███ 6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/03/2024 | Signature POS Debit 09/02 IN WHITELAND LOVE'S #0451 IN SEQ# 509269 | $3.95 | | $1,118.41 |
| 09/03/2024 | Pinned POS Debit 09/02 IL TINLEY PARK 7-ELEVEN US SEQ# 816790 | $7.22 | | $1,111.19 |
| 09/03/2024 | Signature POS Debit 09/02 WA AMZN.COM/BILL Prime Video Cha SEQ# 471962 | $9.75 | | $1,101.44 |
| 09/03/2024 | Signature POS Debit 09/01 WA 888-802-3080 Prime Video * ZT SEQ# 184515 | $10.83 | | $1,090.61 |
| 09/03/2024 | Pinned POS Debit 09/01 IL ORLAND PARK THE HOME DEPOT SEQ# 002909 | $15.74 | | $1,074.87 |
| 09/03/2024 | Signature POS Debit 08/31 WA 888-802-3080 Prime Video * RK SEQ# 484878 | $23.85 | | $1,051.02 |
| 09/03/2024 | Signature POS Debit 08/31 WA 888-802-3080 Prime Video * ZT SEQ# 581842 | $27.09 | | $1,023.93 |
| 09/03/2024 | Recur Payment 09/03 CA LOS GATOS NETFLIX COM SEQ# 993518 | $33.58 | | $990.35 |
| 09/03/2024 | Pinned POS Debit 08/30 IN JEFFERSONVILL KROGER FUEL #87 US SEQ# 129454 | $58.32 | | $932.03 |
| 09/03/2024 | Pinned POS Debit 09/02 IL TINLEY PARK 7-ELEVEN 38828 SEQ# 737129 | $74.88 | | $857.15 |
| 09/03/2024 | Signature POS Debit 08/30 IL DOWNERS GROVE IL TOLLWAY-WEB SEQ# 165182 | $76.20 | | $780.95 |
| 09/03/2024 | Signature POS Debit 08/31 IL ORLAND PARK GIORDANO'S OF O D SEQ# 041457 | $80.48 | | $700.47 |
| 09/03/2024 | Pinned POS Debit 09/03 KY LONDON HARBOR FREIGHT US SEQ# 002778 | $121.84 | | $578.63 |
| 09/04/2024 | Pinned POS Debit 09/03 KY LONDON WALGREENS 1775 SEQ# 018074 | $15.00 | | $563.63 |
| 09/04/2024 | Pinned POS Debit 09/03 KY LONDON KROGER #409 US SEQ# 505386 | $20.23 | | $543.40 |
| 09/04/2024 | Pinned POS Debit 09/03 KY LONDON KROGER #331 US SEQ# 502910 | $21.18 | | $522.22 |
| 09/05/2024 | Signature POS Debit 09/04 KY LONDON SQ * CFA FOOD TR SEQ# 786041 | $16.00 | | $506.22 |
| 09/05/2024 | Recur Payment 09/03 KY SOMERSET 4TE* SILENT GUAR SEQ# 768561 | $63.92 | | $442.30 |
| 09/05/2024 | INTEREST | | $0.08 | $442.38 |
| **09/05/2024** | **Ending Balance** | | | **$442.38** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1140 | 08/06/2024 | $100.00 | 1145 | 08/16/2024 | $16.95 |
| 1141 | 08/09/2024 | $103.20 | 1146 | 08/14/2024 | $50.00 |
| 1142 | 08/09/2024 | $1,212.44 | 1147 | 08/15/2024 | $100.00 |
| 1143 | 08/15/2024 | $95.04 | 1148 | 08/16/2024 | $1,212.44 |
| 1144 | 08/13/2024 | $24.82 | 1150* | 08/29/2024 | $102.59 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/06/2024 | $2,098.49 | 08/12/2024 | $1,500.44 | 08/16/2024 | $2,295.88 |
| 08/07/2024 | $3,199.64 | 08/13/2024 | $1,835.44 | 08/19/2024 | $2,863.82 |
| 08/08/2024 | $2,482.59 | 08/14/2024 | $3,154.76 | 08/20/2024 | $2,847.97 |
| 08/09/2024 | $1,128.54 | 08/15/2024 | $2,833.55 | 08/21/2024 | $2,694.89 |



*Statement Ending 09/05/2024*

*MICHAEL JASON WILLIAMS*
*Customer Number:* ████*6856*          **Page 8 of 10**

# FORCHT FRIEND CHECKING - ████ 6856 (continued)

## Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/22/2024 | $2,663.10 | 08/28/2024 | $1,118.06 | 09/04/2024 | $522.22 |
| 08/23/2024 | $2,649.04 | 08/29/2024 | $382.04 | 09/05/2024 | $442.38 |
| 08/26/2024 | $2,085.74 | 08/30/2024 | $378.80 | | |
| 08/27/2024 | $1,876.94 | 09/03/2024 | $578.63 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



## Forcht Bank™

**Statement Ending 09/05/2024**

MICHAEL JASON WILLIAMS                           Page 9 of 10

Customer Number: ▓▓6856



| | | |
|---|---|---|
| #0000 | 08/09/2024 | $63.00 |
| #1140 | 08/06/2024 | $100.00 |
| #1141 | 08/09/2024 | $103.20 |
| #1142 | 08/09/2024 | $1,212.44 |
| #1143 | 08/15/2024 | $95.04 |
| #1144 | 08/13/2024 | $24.82 |
| #1145 | 08/16/2024 | $16.95 |
| #1146 | 08/14/2024 | $50.00 |
| #1147 | 08/15/2024 | $100.00 |
| #1148 | 08/16/2024 | $1,212.44 |
| #1150 | 08/29/2024 | $102.59 |

# Forcht Bank

This page left intentionally blank

6855 Pacific St
Attn: Fiserv Item Processing 3rd Floor
Omaha, NE 68106

Customer Number: ■■■600

**RETURN SERVICE REQUESTED**

>001971 3847293 0001 93151 10Z 40



COWBOY CAPONE SMLLC
MICHAEL JASON WILLIAMS
145 SHELBY BROOKS LN
LONDON KY 40744-8199

|ı|ıı|ı|ıı||ı|ı|ıılı|ı|ı||||ı||ı||ı|ı|ı|ıı|ı|ıılı|ı|ı|

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | London Banking Center |
| 📱 | Branch Number | 606-864-9500 |
| ✉ | Address | 100 First Financial Drive London, KY 40741 |
| 💻 | Website | www.forchtbank.com |



### Skip The Line and Get Your Balance Now With Telephone Banking.

Do you need to check your account balance?

Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.

It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

## Summary of Accounts



| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS WORKS | ■■■600 | $203.06 |


EQUAL HOUSING LENDER

Forcht Bank | 2404 Sir Barton Way, Lexington, KY 40509
1.844.436.7248 | forchtbank.com

MEMBER
FDIC



Stress-Free Vacations with CardValet®

With CardValet's new feature*, Travel Plan, you can enable your debit card for use in the city you are visiting.

After downloading the CardValet app and enrolling:
- Simply select which card to enable,
- Select the dates
- Select the destination – and you're set

With Travel Plan there is no need to call the bank in advance of your trip. Just download the CardValet app and enjoy all the great tools to control and keep your debit card secure

*Carrier message and data rates and fees may apply.



## SMALL BUSINESS WORKS - █████ 8600

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/2024 | Beginning Balance | $71.47 |
| | 5 Credit(s) This Period | $4,021.28 |
| | 7 Debit(s) This Period | $3,889.69 |
| 08/30/2024 | Ending Balance | $203.06 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 08/01/2024 | Beginning Balance | | | $71.47 |
| 08/02/2024 | Incoming Wire CIRCLE W LIVESTOCK LLC TRUIST FINANCIAL | | $2,092.39 | $2,163.86 |
| 08/02/2024 | Incoming Domestic Wire Fee 77982795 | $25.00 | | $2,138.86 |
| 08/02/2024 | 890465 INTERNET TRANSFER TO FORCHT FRIEND CKG █████ 5856 ON 8/02/24 16:54 | $2,000.00 | | $138.86 |
| 08/05/2024 | 167831 INTERNET TRANSFER FROM FORCHT FRIEND CKG █████ 856 ON 8/04/24 14:38 | | $400.00 | $538.86 |
| 08/07/2024 | Recur Payment 08/06 CA SAN FRANCISCO LEMONAID HEALTH 0 SEQ# 609223 | $440.00 | | $98.86 |
| 08/08/2024 | 144135 INTERNET TRANSFER FROM FORCHT FRIEND CKG █████ 856 ON 8/08/24 15:38 | | $600.00 | $698.86 |
| 08/09/2024 | DEPOSIT | | $578.89 | $1,277.75 |
| 08/09/2024 | 341400 INTERNET TRANSFER TO FORCHT FRIEND CKG █████ 856 ON 8/09/24 15:44 | $600.00 | | $677.75 |
| 08/15/2024 | CHECK # 526 | $600.00 | | $77.75 |
| 08/16/2024 | ADT SECURITY SER ADTPAPACH XXXXX6431 | $76.31 | | $1.44 |
| 08/19/2024 | 065080 INTERNET TRANSFER FROM FORCHT FRIEND CKG █████ 856 ON 8/19/24 11:53 | | $350.00 | $351.44 |
| 08/20/2024 | Signature POS Debit 08/19 KY HARNED HARNED TOBACCO SEQ# 060543 | $148.38 | | $203.06 |
| 08/30/2024 | Ending Balance | | | $203.06 |

### Checks Cleared

| Check Nbr | Date | Amount |
|-----------|------|--------|
| 526 | 08/15/2024 | $600.00 |

# Forcht Bank

## Statement Ending 08/30/2024

*COWBOY CAPONE SMLLC*
Page 4 of 6

*Customer Number:* ███3600

## SMALL BUSINESS WORKS - ███ 3600 (continued)

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/02/2024 | $138.86 | 08/08/2024 | $698.86 | 08/16/2024 | $1.44 |
| 08/05/2024 | -$538.86 | 08/09/2024 | $677.75 | 08/19/2024 | $351.44 |
| 08/07/2024 | $98.86 | 08/15/2024 | $77.75 | 08/20/2024 | $203.06 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**Forcht Bank**

**Statement Ending 08/30/2024**

COWBOY CAPONE SMLLC                                    Page 5 of 6
Customer Number: ▉▉3600

| | |
|---|---|
| IBN | Date 08/09/2024 |
| 042108397 | Start Time 3:42:43 PM |
| Branch 40 | Amount $578.89 |
| Teller: 740 | Account Number ▉▉00 |
| | DDA Credit |
| | FADeposit |
| Comments | |
| RT 042108397 | TC 9 |

#0000      08/09/2024                    $578.89

#0526      08/15/2024                    $600.00



<u>**CERTIFICATE OF SERVICE**</u>

This document has been electronically filed and served via the Court's ECF System on

September 23, 2024.


DELCOTTO LAW GROUP PLLC

<u>/s/ Dean A. Langdon</u>
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR