UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL JASON WILLIAMS | ) | Case No. 24-60490-grs |
| | ) | Chapter 11 – Sub V |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER ALLOWING TELEPHONIC APPEARANCE**
\* \* \*   \* \* \*   \* \* \*

This matter came before the Court upon the *Motion to Allow Telephonic Appearance* filed by Charity S. Bird, the Subchapter V Trustee appointed in this case. Good cause appearing therefor and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is Granted; Ms. Bird may call into the Court's teleconference line at 888-363-4749 and use Access Code 9735709# to appear and be heard at the scheduled hearing. Ms. Bird is directed to put her call on mute until this case is called.

SO ORDERED.

CHARITY S. BIRD
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630