**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE

| | |
|---|---|
| MICHAEL JASON WILLIAMS | CASE NO. 24-60490 |
| DEBTOR | SUB V CHAPTER 11 |

**ORDER**

It is ORDERED THAT:

Charity Bird, subchapter V chapter 11 Trustee, is allowed to make a telephonic appearance at the hearing in this case scheduled for:

| | |
|---|---|
| Date: | September 25, 2024 |
| Time: | 10:00 a.m. |
| In-person location: | U.S. Bankruptcy Court, United States Courthouse Annex, U.S. District Courtroom C (3rd Floor), 310 South Main Street, London, Kentucky |

The following conditions apply:

1. Telephonic hearings are useful to allow parties that do not have a need to participate extensively in a matter to reduce costs.  But they are not particularly conducive to matters that require extensive legal arguments or fact presentations.  This is particularly true when parties may want an opportunity to reply to any counterargument.  Therefore, any legal argument over the telephone will not exceed a few minutes, unless otherwise allowed.

2. The party that appears by phone bears the risk of a failure of technology, whether hardware, software, or even human error.

3. This telephonic appearance is allowed for this case and the listed hearing date and shall not apply to future hearings in this or any related matter.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, September 24, 2024
(grs)