

**NOTICE OF ASSESSMENT OF LAND AND STRUCTURES (IMPROVEMENTS)**    FORM 11
State Form 21366 (R21 / 11-23)
Prescribed by the Department of Local Government Finance

**THIS IS NOT A TAX BILL**

**APPEAL DEADLINE IS:**

June 17, 2024



MWPSAUTOSEQ****1 of 1***2869
Williams, Michael Jason
145 SHELBY BROOKS LN
LONDON KY 40744



Scan the QR code for access to your property record card.

Or https://jacksonin.wthgis.com

| Legal Description | Parcel or Identification Number |
|---|---|
| BENHAM & DENSFORD ADD LOT 15 EXC. 15' PARALLEL LINES OFF N END | 36-46-10-304-051.000-016 |

Property Address *(number and street, city, state, and ZIP code)*
103 Park Ave, Crothersville, IN 47229

This notice indicates the assessed value of your property. Information on the valuation of your property and a copy of the property record card can be obtained from the assessing official at the telephone number and address below.

Notice to the taxpayer of the opportunity to appeal (IC 6-1.1-15-1.1, 1.2):

If the taxpayer does not agree with the action of the assessing official giving this notice, an appeal can be initiated to challenge that action. To file an appeal, the taxpayer must file a Form 130, Taxpayer's Notice to Initiate an Appeal, with the township assessor or county assessor in a timely manner. The time-frame to file an appeal on the assessment contained in this notice may have two different filing deadlines. These deadlines are based on the date that this notice is mailed. If this notice is mailed before May 1 of the assessment year, the filing deadline is June 17 of that year. If this notice is mailed on or after May 1 of the assessment year, the filing deadline is June 17 in the year that the tax statements are mailed. (IC 6-1.1-15-1.1) This form is available from the assessing official or at: https://forms.in.gov/Download.aspx?id=6979. An assessing official who receives a Form 130 must schedule a preliminary informal meeting with the taxpayer in order to resolve the appeal. The assessing official and taxpayer must exchange the information each party is relying on at the time of the preliminary informal meeting to support the party's respective position on each disputed issue concerning the appeal. If the taxpayer has reason to believe that the township assessor, county assessor, an employee of the township assessor or county assessor, or an appraiser has violated IC 6-1.1-35.7-3 or IC 6-1.1-35.7-4(a), the taxpayer may submit a written complaint to the Department of Local Government Finance under IC 6-1.1-35.7-4(b).

NOTE: Failure to file a timely Form 130 can be grounds for dismissal of this appeal.

| PREVIOUS ASSESSMENT | | NEW ASSESSMENT EFFECTIVE JANUARY 1, 2024 | |
|---|---|---|---|
| LAND | 5,300 | LAND | 5,300 |
| STRUCTURES | 63,600 | STRUCTURES | 65,000 |
| TOTAL | 68,900 | TOTAL | 70,300 |

Reason for Revision of Assessment: ANNUAL ADJUSTMENT

- As required by law, your assessment is evaluated and adjusted each year to reflect market value. The 2024 assessed value is based on sales that occurred in 2023.

- Agricultural land base price has increased to $2,280/acre per Indiana State Legislation.

- The classified forest base rate has increased to $16.67/acre per Indiana State Legislation.

If the change in assessment is due to a new home, a taxpayer should be aware that there are many property tax benefits or deductions available. Please see INDIANA PROPERTY TAX BENEFITS (State Form 51781) available on the DLGF website: www.IN.gov/dlgf. Other non-residential construction may be eligible for deductions - see Forms 322/RE and Form 322/VBD.

| County | Township | Date of Notice *(month, day, year)* |
|---|---|---|
| Jackson | Vernon Township | 4/25/2024 |

| Assessing Official | Telephone Number |
|---|---|
| Katie Kaufman, Assessor | (812) 358-6111 |

Address *(number and street, city, and ZIP code)*
111 S Main St Suite 116 Brownstown IN 47220