UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Gregory R. Schaaf

IN RE:                                                                               CASE NUMBER 24-60490

Michael Jason Williams

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 09/25/2024                                                                   TIME: 10:00

ISSUE:

30   08/19/2024   Order to Set Chapter 11 Confirmation Hearing. Confirmation hearing to be held on 9/25/2024 at 10:00 AM at London District Courtroom. Last day to Object to Confirmation 9/18/2024. Ballots due by 9/18/2024. (srw)

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, September 25, 2024**
(rah)