## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## THE HONORABLE Gregory R. Schaaf

IN RE:                                                                                           CASE NUMBER 24-60490

Michael Jason Williams

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 09/25/2024                                                                                     TIME: 10:00

ISSUE:

| 37 | 09/18/2024 | Motion for an Order Authorizing Sale of Estate Property Free and Clear of All Liens, Claims and Encumbrances and to Shorten Notice of Hearing, filed by Michael Jason Williams Fee Amount 199. Hearing scheduled for 9/25/2024 at 10:00 AM at London District Courtroom. (Attachments: # 1 Exhibit A - PVA # 2 Exhibit B - Letter of Intent # 3 Proposed Order) (Langdon, Dean) |

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, September 25, 2024**
(rah)