**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:  CASE NUMBER 24-60490

Michael Jason Williams

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 09/25/2024  TIME: 10:00

**ISSUE:**

| 40 | 09/20/2024 | Motion to Continue Confirmation Hearing filed by Michael Jason Williams (RE: related document(s)28 Chapter 11 Small Business Subchapter V Plan filed by Debtor Michael Jason Williams, 30 Order to Set Chapter 11 Confirmation Hearing, 37 Motion to Sell under Section 363 filed by Debtor Michael Jason Williams). Hearing scheduled for 9/25/2024 at 10:00 AM at London District Courtroom. (Attachments: # 1 Proposed Order) (Langdon, Dean) |

**DISPOSITION:**

Granted

**JUDGE'S NOTES:**

NOV

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, September 25, 2024**
(rah)