UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11

### ORDER CONTINUING CONFIRMATION HEARING

Came Michael Jason Williams (the "Debtor"), upon his Motion to Continue Confirmation Hearing; no creditor or other party in interest having filed any objection or any such objections being hereby overruled; it appearing that adequate notice of the Motion was given and that good cause has been established for the relief sought; and the Court being in all respects sufficiently advised;

**IT IS HEREBY ORDERED** that the hearing on confirmation of the Debtors' Plan is hereby CONTINUED. The Court will issue a separate Order rescheduling the Confirmation Hearing.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, September 26, 2024**
(grs)