UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11

**AGREED ORDER EXTENDING DEADLINE TO OBJECT
TO CONFIRMATION OF DEBTOR'S SUBCHAPTER V
PLAN OF REORGANIZATION**

Come Michael Jason Williams (the "Debtor") and Truist Bank ("Truist"), by their respective counsel, and represent to the Court that they have been engaged in negotiations with respect to the treatment of the claims of Truist under the Debtor's Subchapter V Small Business Plan of Reorganization under Chapter 11 of the United States Bankruptcy Code (the "Plan") [ECF No. 28]; the parties having previously stipulated to extend the time for Truist to object to Debtor's Plan on or before today's date and believing that additional negotiations may lead to a consensual resolution of Truist's objections to Debtor's Plan; and the Debtor having filed a motion seeking to continue the hearing to consider confirmation of the Plan until he regains employment.

The Court having reviewed the terms of this Agreed Order, the record in this case, and being in all respects sufficiently advised, IT IS HEREBY AGREED, STIPULATED, ORDERED AND ADJUDGED:

1.  Truist shall have through and including October 7, 2024 to file its objection to confirmation of the Debtor's Plan;

2.  If Debtor's Plan is amended, then Truist may file an objection to such amended

1

plan on or before (i) October 7, 2024 or (ii) the date which is the tenth day after the filing of such amended plan, whichever is later; and

    3.    The Court shall not hold a confirmation hearing until after Truist's extended objection deadline has passed.

HAVE SEEN; AGREED TO;
TO BE ENTERED:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Email: dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

-and-

DINSMORE & SHOHL LLP

/s/ *Martin B. Tucker*
Martin B. Tucker, Esq. (KBA #89992)
Brandon E. Lira, Esq. (KBA #100654)
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel: (859) 425-1000
Fax: (859) 425-1099
E-mail: martin.tucker@dinsmore.com
COUNSEL FOR TRUIST BANK

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, September 26, 2024**
(grs)