UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS             CASE NO. 24-60490
                                                                      CHAPTER 11 – Sub V

    DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the Order Authorizing Sale of Estate Property Free and Clear of all Liens, Claims and Encumbrances and Shortening Notice of Hearing [ECF No. 53] entered by the Court on September 26, 2024, was served via first-class U.S. mail, postage prepaid or electronic mail, on September 27, 2024, upon all non-ECF creditors.

                                                 Respectfully submitted,

                                                 DELCOTTO LAW GROUP PLLC

                                                 /s/ *Dean A. Langdon*
                                                 Dean A. Langdon
                                                 KY Bar No. 40104
                                                 200 North Upper Street
                                                 Lexington, KY  40507
                                                 Telephone: (859) 231-5800
                                                 Facsimile: (859) 281-1179
                                                 dlangdon@dlgfirm.com
                                                 COUNSEL FOR DEBTOR