## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | |
|---|---|
| In Re: | Case No. 24-60490 |
| Michael Jason Williams<br>*aka Jason Williams*<br>*aka Michael J. Williams* | Chapter 11 |
| Debtor. | Judge Gregory R. Schaaf |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Order Granting Movant's Motion for Relief from Stay and Co-Debtor Stay was served by the method set forth below, upon the below listed parties on October 2, 2024.

**By Notice of Electronic Filing to:**

Dean A. Langdon, Debtor's Counsel
dlangdon@dlgfirm.com

Charity S Bird, Trustee
cbird@kaplanjohnsonlaw.com

Office of the U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov; Bradley.Nerderman@usdoj.gov

**By United States mail to:**

Michael Jason Williams, Debtor
145 Shelby Brooks Lane
London, KY 40744

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant