UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11

**AGREED ORDER EXTENDING DEADLINE TO OBJECT
TO CONFIRMATION OF DEBTOR'S SUBCHAPTER V
PLAN OF REORGANIZATION**

Come Michael Jason Williams (the "Debtor") and Truist Bank ("Truist"), by their respective counsel, and represent to the Court that they have been engaged in negotiations with respect to the treatment of the claims of Truist under the Debtor's Subchapter V Small Business Plan of Reorganization under Chapter 11 of the United States Bankruptcy Code (the "Plan") [ECF No. 28]; the parties having previously stipulated to extend the time for Truist to object to Debtor's Plan on or before today's date and believing that additional negotiations may lead to a consensual resolution of Truist's objections to Debtor's Plan; and the Debtor's motion to hold confirmation in abeyance until he regains employment.

The Court having reviewed the terms of this Agreed Order, the record in this case, and being in all respects sufficiently advised, IT IS HEREBY AGREED, STIPULATED, ORDERED AND ADJUDGED:

1.  Upon the issuance of an order or notice resetting the hearing on confirmation of Debtor's Plan, Truist may file an objection to Debtor's plan of reorganization or any amended plan which may be filed by Debtor on or before the date which is seven days prior to the reset confirmation hearing.

1

HAVE SEEN AND AGREED:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Email: dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

-and-

DINSMORE & SHOHL LLP

/s/ *Brandon E. Lira*
Martin B. Tucker, Esq. (KBA #89992)
Brandon E. Lira, Esq. (KBA #100654)
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel: (859) 425-1000
Fax:  (859) 425-1099
E-mail: martin.tucker@dinsmore.com
E-mail: brandon.lira@dinsmore.com
COUNSEL FOR TRUIST BANK