# Laurel County, KY PVA

## Summary

| | |
|---|---|
| Parcel Number | 039-00-00-030.03 |
| Account Number | 573495 |
| Location Address | 5352 SLATE LICK ROAD |
| Description | .86 ACRE & HOUSE (Note: Not to be used on legal documents) |
| Class | RESIDENTIAL (10) |
| Tax District | 00-County |
| 2022 Rate Per Thousand | 7.91 |

View Map



## Owner

WILLIAMS MICHAEL JASON & CARLA MICHELLE
5352 SLATE LICK ROAD
LONDON, KY 40741

## Land Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Condition | Average | Topography | | Not Used | |
| Plat Book/Page | | Drainage | | None | |
| Subdivision | | Flood Hazard | | | |
| Lot | | Zoning | | Residential | |
| Block | | Electric | | Yes | |
| Acres | 0.86 | Water | | Yes | |
| Front | 0 | Gas | | No | |
| Depth | 0 | Sewer | | No | |
| Lot Size | 0x0 | Road | | Secondary | |
| Lot Sq Ft | 37461 | Sidewalks | | No | |
| Shape | None | Information Source | | | |

## Valuation

| | Working | Certified |
|---|---|---|
| + Land Value | $15,000 | $15,000 |
| + Improvement Value | $135,000 | $135,000 |
| = Total Taxable Value | $150,000 | $150,000 |
| - Exemption Value | $0 | $0 |
| = Net Taxable Value | $150,000 | $150,000 |

| Exemption | Homestead: No | Homestead: No |
|---|---|---|

## 2022 Tax Bill

Click **HERE** for Tax Bill Information

## Improvement Information

| | | | | |
|---|---|---|---|---|
| Building Number | 1 | Kitchens | 1 | |
| Description | HOUSE | Dining Rooms | 0 | |
| Residence Type | Single Family | Living Rooms | 1 | |
| Comm Type | | Family Rooms | 0 | |
| Mobile Home Type | | Bedrooms | 0 | |
| Year Built | 1968 | Full Baths | 1 | |
| Effective Age | 0 | Half Baths | 0 | |
| Ave. Wall Height | 0 | Other Rooms | 0 | |
| Structure | 1 Story | Total Rooms | 3 | |
| Number of Stories | 0 | Living Sq Ft | 1,344 | |
| Exterior | Frame/Brick | Basement Sq Ft | 672 | |
| Foundation | Concrete Block | Fireplaces | 0 | |
| Construction Type | None | Water | Y | |
| Construction Quality | Average/Standard | Supplemental Heat | None | |
| Building Condition | Very Good/Excellent | Mobile Home Model | | |
| Roof Type | RY-Gable | Mobile Home Manufacturer | | |
| Roof Cover | RF-Asphalt Shingles | MH Skirt Foundation | | |
| Roof Pitch | RP-None | Heat | N | |
| Basement Type | BT-Walkout | Heat Source | Oil | |
| Basement Finish | Unfinished | Heat Type | None | |
| Basement Size | BS-Full | Air Conditioning | N | |
| Garage/Carport | Carport | AC/Type | None | |
| Garage Size | 1 Car | Special Improvements | N | |
| Garage Type | Attached Carport | Fire Alarm | N | |
| Garage Exterior | None | Sprinklers | N | |
| Width | 0 | Porch/Deck | None | |
| Length | 0 | Porch Sq Ft | 108 | |
| Garage Sq Ft | 0 | Deck Sq Ft | 0 | |
| Pool | None | Concrete Sq Ft | 0 | |
| Pool Size | 0 | Farm Bldg Type | | |
| Tennis Courts | None | Value | $135,000.00 | |
| | | Driveway | Paved/Asphalt | |
| | | Fence | 0 | |

## Sale Information

| Sale Date | Sale Price | Deed Book | Deed Page | Grantee | Grantor |
|---|---|---|---|---|---|
| 10/21/2021 | $150,000 | 781 | 512 | WILLIAMS MICHAEL JASON & CARLA MICHELLE | WILLIAMS MICHAEL JASON |

## Photos



Sketches



