UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Gregory R. Schaaf

IN RE:  
Michael Jason Williams

CASE NUMBER 24-60490

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 10/16/2024                                                                                   TIME: 10:00

ISSUE:

| | | |
|---|---|---|
| 62 | 10/11/2024 | Motion to Sell 5352 Slate Lick Road, London, KY under Section 363(f), filed by Michael Jason Williams Fee Amount 199.Hearing scheduled for 10/16/2024 at 10:00 AM at London District Courtroom. (Attachments: # 1 Exhibit PVA Listing # 2 Exhibit Exhibit B - Purchase Offer # 3 Proposed Order) (Langdon, Dean) |

DISPOSITION:

Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:  
*Gregory R. Schaaf*  
**Bankruptcy Judge**  
**Dated: Wednesday, October 16, 2024**  
(rah)