# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | 10/09/2024 |
| Closing Date | 10/15/2024 |
| Disbursement Date | 10/15/2024 |
| Settlement Agent | Jett Advantage |
| File # | JA-24-5883 |
| Property | 145 Shelby Brooks Lane<br>London, KY 40744 |
| Sale Price | $750,000.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Mark Alan Parrigan<br>106 Parman Street<br>London, KY 40741 |
| Seller | Michael Jason Williams and Carla Michelle Williams<br>145 Shelby Brooks Lane<br>London, KY 40744 |
| Lender | PNC Bank N.A. |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | $751,322.51 |
|---|---|
| 01 Sale Price of Property | $750,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 City/Town Taxes 10/15/2024 to 12/31/2024 | $123.75 |
| 10 County Taxes 10/15/2024 to 12/31/2024 | $1,198.76 |
| 11 Assessments | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| N. Due from Seller at Closing | $590,225.47 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $7,196.85 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan to Dovenmuehle Mortg.. | $583,028.62 |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes | |
| 15 County Taxes | |
| 16 Assessments | |
| 17 | |
| 18 | |
| 19 | |

### Calculation

| | |
|---|---|
| Total Due to Seller at Closing (M) | $751,322.51 |
| Total Due from Seller at Closing (N) | -$590,225.47 |
| Cash to Close ☐ From ☒ To Seller | $161,097.04 |

## Contact Information

| Real Estate Broker (B) | |
|---|---|
| Name | |
| Address | |
| ST License ID | |
| Contact | |
| Contact ST License ID | |
| Email | |
| Phone | |

| Real Estate Broker (S) | |
|---|---|
| Name | |
| Address | |
| ST License ID | |
| Contact | |
| Contact ST License ID | |
| Email | |
| Phone | |

| Settlement Agency | |
|---|---|
| Name | Jett Advantage |
| Address | 2560 Richmond Road<br>100<br>Lexington, KY 40509 |
| ST License ID | |
| Contact | Stacey Andrews |
| Contact ST License ID | |
| Email | Stacey@JettAdvantage.com |
| Phone | (859) 785-4004 |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at
www.consumerfinance.gov/mortgage-closing

Closing Disclosure

# Closing Cost Details

| LOAN COSTS | At Closing | Seller Paid Before Closing |
|---|---|---|
| **A. Origination Charges** | | |
| 01 0.325% of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **C. Services Borrower Did Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |

| OTHER COSTS | | |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01 Recording Fees Deed: $50.00  Mortgage: $126.00 | | |
| 02 Transfer Tax (Deed) to Laurel County Recording Office | $750.00 | |
| 03 | | |
| 04 | | |
| **F. Prepaids** | | |
| 01 Homeowner's Insurance Premium to Safeco Insurance | | |
| 02 Mortgage Insurance Premium | | |
| 03 Prepaid Interest | | |
| 04 Property Taxes ( mo.) Laurel County Sheriff | $5,666.85 | |
| 05 City Taxes to City of London | $600.00 | |
| **G. Initial Escrow Payment at Closing** | | |
| 01 Homeowner's insurance | | |
| 02 Mortgage insurance | | |
| 03 Property taxes | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **H. Other** | | |
| 01 Courier Fee - per payoff - wire - or overnight - if applicable to Jett Advantage | $30.00 | |
| 02 Deed Prep to Daniel V. Smith, Attorney at Law | $150.00 | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **J. TOTAL CLOSING COSTS** | $7,196.85 | |

Closing Disclosure

Page 2

Confirm Receipt

_[signature]_ 10/15/24
Michael Jason Williams          Date

_Carla Michelle Williams_ 10/15/24
Carla Michelle Williams          Date

Closing Disclosure

| Jett Advantage | ALTA Combined Settlement Statement |
|---|---|
| ALTA Universal ID: | |
| 2560 Richmond Road 100 | |
| Lexington, KY 40509 | |
| (859) 972-1808 | |

| File #: | JA-24-5883 | Property | 145 Shelby Brooks Lane | Settlement Date | 10/15/2024 |
|---|---|---|---|---|---|
| Print Date & Time: | 10/11/2024 at 12:22 PM EDT | | London, KY 40744 | Disbursement Date | 10/15/2024 |
| | | Buyer | Mark Alan Parrigan | | |
| Escrow Officer: | Stacey Andrews | Seller | Michael Jason Williams and Carla Michelle Williams | | |
| Settlement Location: | Jett Advantage 139 North Keeneland Drive Richmond, KY, 40475 | Lender | PNC Bank N.A. | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $750,000.00 | Sale Price of Property | $750,000.00 | |
| | | Loan Amount | | $250,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $123.75 | City/Town Taxes 10/15/2024 to 12/31/2024 | $123.75 | |
| | $1,198.76 | County Taxes 10/15/2024 to 12/31/2024 | $1,198.76 | |
| | | | | |
| | | **Loan Charges** | | |
| | | 0.325% of Loan Amount (Points) | $812.50 | |
| | | Origination Fee | $1,090.00 | |
| | | E-recording Fee to Simplifile | $22.00 | |
| | | Appraisal Fee to NationalLInk ($571.00 POC by Borrower) | | |
| | | Credit Report Fee to Factual Data ($75.00 POC by Borrower) | $99.00 | |
| | | Flood Certification Fee to Servicelink National Flood | $5.00 | |
| | | Tax Service Fee to CoreLogic | $50.00 | |
| | | Prepaid Interest ($39.38 per day from 10/15/2024 to 11/01/2024) | $669.46 | |
| | | | | |
| | | **Payoff(s)** | | |
| $583,028.62 | | Payoff to Dovenmuehle Mortgage | | |
| | | Principal : $583,028.62 | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $176.00 | |
| | | ---Deed: $50.00 | | |
| | | ---Mortgage: $126.00 | | |
| $750.00 | | Transfer Tax (Deed) to Laurel County Recording Office | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - CPL (Lender) to Chicago Title Insurance Company | $50.00 | |
| | | Title - KY Municipal Tax (CPL) London (Lender's Policy) to Chicago Title Insurance Company | $3.50 | |
| | | Title - KY Municipal Tax London (Lender's Policy) to Chicago Title Insurance Company | $67.20 | |
| | | Title - Lender's Title Policy to Chicago Title Insurance Company | $960.00 | |
| | | Title - Settlement Fee, Search Fee to Jett Advantage | $550.00 | |
| | | Title - KY Municipal Tax London (Owner's Policy) to Chicago Title Insurance Company | $168.35 | |
| | | Title - Owner's Title Policy to Chicago Title Insurance Company | $2,405.00 | |
| | | | | |
| | | **Miscellaneous** | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $30.00 | | Courier Fee - per payoff - wire - or overnight - if applicable to Jett Advantage | | |
| $150.00 | | Deed Prep to Daniel V. Smith, Attorney at Law | | |
| | | Homeowner's Insurance Premium to Safeco Insurance | $4,342.37 | |
| $5,666.85 | | Property Taxes to Laurel County Sheriff | | |
| $600.00 | | City Taxes to City of London | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $590,225.47 | $751,322.51 | Subtotals | $762,792.89 | $250,000.00 |
| | | Due from Buyer | | $512,792.89 |
| $161,097.04 | | Due to Seller | | |
| $751,322.51 | $751,322.51 | Totals | $762,792.89 | $762,792.89 |

See signature addendum

# Signature Addendum

JA-24-5883

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Jett Advantage to cause the funds to be disbursed in accordance with this statement.

_Mark Parrigan_  10/15/24
Mark Alan Parrigan    Date

_Michael J Williams_  10/15/24
Michael Jason Williams    Date

_Carla Michelle Williams_  10/15/24
Carla Michelle Williams    Date

_Corey Andrews_  10/15/2024
Settlement Agent    Date