**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| **Michael Jason Williams AKA Jason** | : | **Case No.: 24-60490** |
| **Williams, AKA Michael J. Williams** | : | **Chapter 11** |
| | : | **Judge Gregory R. Schaaf** |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### AGREED ORDER OF SUBSTITUTION OF COUNSEL FOR CREDITOR

    Now come the parties signing below and advise the court that the attorney from The

Manley Law Firm LLC shall be substituted as counsel of record for creditor **NexBank. f/k/a**

**NexBank, SSB** ("Creditor").  Amy E. Gardner is no longer counsel for Creditor and should not

receive future notices in this case.

    Effective with the entry of this Agreed Order, Adam B. Hall shall be submitted as

counsel of record in this matter.

HAVE SEEN AND AGREE:

| | |
|---|---|
| /s/ Amy E. Gardner | /s/ Adam B. Hall |
| Amy E. Gardner (93532) | Adam B. Hall (97816) |
| The Manley Law Firm LLC | The Manley Law Firm LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| AEGardner@mdklegal.com | ABHall@mdklegal.com |

24-009598_PS

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, October 23, 2024**
**(dll)**