**Fill in this information to identify the case:**

Debtor Name: Michael Jason Williams

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number: 24-60490

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: September 2024

Date report filed: 10/24/2024 (MM / DD / YYYY)

Line of business: Cattle broker

NAISC code: 424520

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Michael Jason Williams

Original signature of responsible party: [signature]

Printed name of responsible party: Michael Jason Williams

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Michael Jason Williams Case number 24-60490

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ -2,790.98

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 8,218.63

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 7,246.78

22. **Net cash flow** + $ 971.85

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** = $ -1,819.13

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Michael Jason Williams Case number 24-60490

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** (*Exhibit F*) $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 3,300.00
30. How much have you paid this month in other professional fees? $
31. How much have you paid in total other professional fees since filing the case? $

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 5,000.00 | – | $ 8,218.63 | = | $ -3,218.63 |
| 33. **Cash disbursements** | $ 5,000.00 | – | $ 7,246.78 | = | $ -2,246.78 |
| 34. **Net cash flow** | $ 0.00 | – | $ 971.85 | = | $ 971.85 |

35. Total projected cash receipts for the next month: $ 7,000.00
36. Total projected cash disbursements for the next month: - $ 7,000.00
37. Total projected net cash flow for the next month: = $ 0.00

Debtor Name Michael Jason Williams Case number 24-60490

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Exhibit C

In re Michael Jason Williams  
Total Cash Receipts

Case No 24-60490  
September 1 - 30, 2024

| Account Name | Account # | Bank | Date | Description | Credit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Transfer from Spouse's Acct to Pay Bills | $250.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Transfer from Spouse's Acct to Pay Bills | $500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/05/24 | Interest Income | $0.08 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Transfer from Spouse's Acct to Pay Bills | $450.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Transfer from Spouse's Acct to Pay Bills | $500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Transfer from Spouse's Acct to Pay Bills | $500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/11/24 | Transfer from Spouse's Acct to Pay Bills | $19.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/11/24 | Transfer from Spouse's Acct to Pay Bills | $1,300.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/12/24 | Deposit Equipment Pymt From Valley Hill Farms | $2,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/19/24 | Transfer from Spouse's Acct to Pay Bills | $350.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/23/24 | Transfer from Spouse's Acct to Pay Bills | $500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/25/24 | Transfer from Spouse's Acct to Pay Bills | $525.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/27/24 | Transfer from Spouse's Acct to Pay Bills | $324.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/30/24 | Transfer from Spouse's Acct to Pay Bills | $1,000.00 |
| | | | | Total Deposits 09/01/24 to 09/30/24 | $8,218.63 |

Exhibit D

In re Michael Jason Williams
Total Cash Disbursements

Case No 24-60490
September 1 - 30, 2024

| Account Name | Account # | Bank | Date | Description | Debit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Jeffersonville Kroger for Groceries | $3.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Prime Video | $3.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Whiteland Love's for Travel | $3.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | tinley Park 7-Eleven for Travel | $7.22 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Prime Video | $9.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Prime Video | $10.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Home Depot for Supplies | $15.74 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Prime Video | $23.85 |
| Debtor in Possession Account | x3600 | Forcht Bk | 09/03/24 | Prime Video | $27.09 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Netflix.Com for Entertainment | $33.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Kroger Fuel for Travel | $58.32 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | 7-Eleven for Travel | $74.88 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Tollway for Travel Tolls | $76.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Giordano's Of Orlando for Meals | $80.48 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Harbor Freight for Supplies | $121.84 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/04/24 | Walgreens for Personal Supplies | $15.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/04/24 | Kroger for Groceries | $20.23 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/04/24 | Kroger for Groceries | $21.18 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/05/24 | CFA Food Truck for Meals | $16.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/05/24 | Silent Guard Security | $63.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/06/24 | Domino's for Meals | $8.71 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/06/24 | Apple.Com | $27.38 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/06/24 | Speedway for Travel | $73.33 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | BP for Travel | $3.49 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Crotherville RMD for Travel | $5.86 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Pilot for Travel | $9.89 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Apple.Com | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Thopson Discount Pharmacy | $25.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Shell Service Station for Travel | $50.82 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | BP for Travel | $60.70 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Kroger for Groceries | $66.73 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Pilot for Travel | $73.47 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Hulu for Television Subscription | $122.93 |
| Debtor in Possession Account | x3600 | Forcht Bk | 09/09/24 | Google | $159.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Verizon Wireless for Cell Service | $549.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/10/24 | Shell Oil for Travel | $3.72 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/10/24 | Prime Video | $7.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/10/24 | Marathon for Travel | $64.25 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/10/24 | London Utility Commission | $72.87 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/04/24 | Crothersville Utilities | $94.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/08/24 | Faith Assembly of God (Church Donation) | $25.00 |
| Debtor in Possession Account | x3600 | Forcht Bk | 09/11/24 | Apple.Com | $5.29 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/11/24 | Papa John's for meals | $35.22 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/12/24 | Prime Video | $9.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/12/24 | Apple.Com | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/12/24 | Prime Video | $16.25 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/12/24 | Harbor Freight for Supplies | $207.72 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/11/24 | Truist loan payment on #[redacted]-9001 | $1,215.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Midwest Natural Gas for Utilities | $25.77 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/13/24 | Lowe's for Supplies | $147.74 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Burns Lawncare for Yard Work | $320.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/03/24 | Burns Lawncare for Yard Work | $220.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/09/24 | Southeast Ky Pool & Patio | $27.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/11/24 | Carmichael Church (Church Donation) | $25.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/13/24 | Illinois Tollway for Travel | $13.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/16/24 | BP for Travel | $3.49 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/16/24 | BP for Travel | $55.81 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/16/24 | Pilot for Travel | $77.05 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/16/24 | Kentucky Utilities | $390.58 |
| Debtor in Possession Account | x3600 | Forcht Bk | 09/16/24 | ADT Security Service | $76.31 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/17/24 | McDonald's for Meals | $2.07 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/17/24 | Prime Video | $7.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/17/24 | Planet Fitness for Gym Membership | $24.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/17/24 | Planet Fitness for Gym Membership | $24.44 |

| | | | | | |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 09/18/24 | BJ's Restaurant for Meals | $51.60 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/19/24 | Apple.Com | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/19/24 | Culvers for Meals | $19.07 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/19/24 | Sling.Com | $74.20 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/19/24 | Crothersville Premier Energy | $75.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/19/24 | Vigilant In | $400.00 |
| Debtor in Possession Account | x3600 | Forcht Bk | 09/20/24 | Audible Subscription | $15.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/20/24 | Illinois Tollway for Travel | $37.70 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/23/24 | Chick-Fil-A for Meals | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/23/24 | WA Kent Kirstech-Dronemobile Subscription | $11.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/23/24 | Prime Video | $14.08 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/23/24 | Apple.Com | $31.79 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/23/24 | Thompson Discount Drug Store | $51.26 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/24/24 | Kroger Fuel for Travel | $41.76 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/22/24 | Carmichael Church (Church Donation) | $25.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/25/24 | BP for Travel | $52.60 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/25/24 | Apple.Com | $95.39 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/25/24 | KY Lexington The Greatest Nail Salon | $220.80 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/25/24 | Duke Energy (Utilities) | $94.10 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/26/24 | Thompson Discount Drug Store | $17.41 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/27/24 | Smith Global Car Wash | $29.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/27/24 | Kroger for Groceries | $60.17 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/27/24 | State Farm Insurance | $548.77 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/29/24 | Horse Creek Baptist Church (Church Donation) | $50.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/30/24 | Amazon Prime | $3.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/30/24 | Apple.Com | $11.65 |
| Debtor in Possession Account | x3600 | Forcht Bk | 09/30/24 | Smith Global Car Wash | $21.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 09/30/24 | Amazon.Com | $22.25 |
| | | | | Total Disbursements 09/01/24 to 09/30/24 | $7,246.78 |



6855 Pacific St
Attn: Fiserv Item Processing 3rd Floor
Omaha, NE 68106
RETURN SERVICE REQUESTED

MICHAEL JASON WILLIAMS
CARLA MICHELLE WILLIAMS
145 SHELBY BROOKS LN
LONDON KY 40744-8199

## Statement Ending 10/04/2024

MICHAEL JASON WILLIAMS 

Customer Number: ████6856

### Managing Your Accounts

| | |
|---|---|
| Branch Name | London Banking Center |
| Branch Number | 606-864-9500 |
| Address | 100 First Financial Drive<br>London, KY 40741 |
| Website | www.forchtbank.com |

Skip The Line and Get Your Balance
Now With Telephone Banking.
Do you need to check your account balance?
Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.
It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FORCHT FRIEND CHECKING | ████6856 | $2,215.38 |

Forcht Bank

**Statement Ending 10/04/2024**

*MICHAEL JASON WILLIAMS* *Page 2 of 10*

*Customer Number:* ████6856

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

In Case of Errors or Questions About Your Electronic Transfers: Please contact the Forcht Bank Customer Care Center at 1-844-436-7248 if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared. *1) Tell us your name and account number; 2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and 3) tell us the dollar amount of the suspected error.*

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**CONSUMER REPORT DISPUTES**

We may report information about negative account activity on consumer and small business deposit accounts to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by writing to: Forcht Bank, Attn: Accounting, P.O. Box 55250, Lexington, KY 40555. In order to assist you with your dispute, you must provide: your name, address and phone number, the account number, the specific information you are disputing, the explanation of why it is incorrect, and any supporting documentation, if applicable.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between Forcht Bank, N.A. and/or all applicable rules and regulations governing such transactions, including rules of the National Automated Clearing House Association (NACHA Rules) and MasterCard rules. If you think this statement is wrong, please contact the Forcht Bank Customer Care Center at 1-844-436-7248.

**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**FORCHT BANK'S PRIVACY POLICY** Forcht Bank does share some personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. To learn more about Forcht Bank's Privacy Policy, or to view the most up to date policy, please visit www.forchtbank.com/privacy-policy.

OUTSTANDING DEPOSITS

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

OUTSTANDING WITHDRAWALS

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section. Record the total at the left.

2. Check off in your checkbook register all checks, withdrawals (including debit card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section. Record the total at the left.

3. Enter the ending balance on this statement. $ ____________

4. Enter the TOTAL of Outstanding Deposits. $ ____________

5. Total lines 3 and 4. $ ____________

6. Enter TOTAL of Outstanding Withdrawals. $ ____________

7. Subtract line 6 from 5. This is your balance. $ ____________



**Statement Ending 10/04/2024**

MICHAEL JASON WILLIAMS

Customer Number: [redacted]6856

## FORCHT FRIEND CHECKING - [redacted]6856

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/06/2024 | **Beginning Balance** | **$442.38** |
| | 13 Credit(s) This Period | $9,468.59 |
| | 80 Debit(s) This Period | $7,695.59 |
| 10/04/2024 | **Ending Balance** | **$2,215.38** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 09/06/2024 Through 10/04/2024 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 29 |
| Interest Earned | $0.04 |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $4.71 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **09/06/2024** | **Beginning Balance** | | | **$442.38** |
| 09/06/2024 | Signature POS Debit 09/05 KY LONDON DOMINO'S 1438 C SEQ# 651418 | $8.71 | | $433.67 |
| 09/06/2024 | Recur Payment 09/05 CA 866-712-7753 APPLE.COM/BILL SEQ# 567464 | $27.38 | | $406.29 |
| 09/06/2024 | Pinned POS Debit 09/05 KY LONDON Speedway 1816 SEQ# 949289 | $73.33 | | $332.96 |
| 09/09/2024 | 249573 INTERNET TRANSFER FROM FORCHT FRIEND CKG[redacted]364 ON 9/08/24 20:39 | | $450.00 | $782.96 |
| 09/09/2024 | 141057 INTERNET TRANSFER FROM FORCHT FRIEND CKG [redacted]7364 ON 9/07/24 22:08 | | $500.00 | $1,282.96 |
| 09/09/2024 | 188194 INTERNET TRANSFER FROM FORCHT FRIEND CKG [redacted]7364 ON 9/08/24 10:33 | | $500.00 | $1,782.96 |
| 09/09/2024 | Pinned POS Debit 09/07 KY LONDON BP#3656709LONDO SEQ# 689359 | $3.49 | | $1,779.47 |
| 09/09/2024 | Pinned POS Debit 09/09 IN CROTHERSVILLE RMD 264 US SEQ# 670191 | $5.86 | | $1,773.61 |
| 09/09/2024 | Pinned POS Debit 09/07 IN SHELBYVILLE PILOT #0242 US SEQ# 498607 | $9.89 | | $1,763.72 |
| 09/09/2024 | Recur Payment 09/06 CA 866-712-7753 APPLE.COM/BILL SEQ# 226061 | $11.65 | | $1,752.07 |
| 09/09/2024 | Signature POS Debit 09/07 KY LONDON THOMPSON DISCOU SEQ# 818506 | $25.00 | | $1,727.07 |
| 09/09/2024 | Pinned POS Debit 09/08 IL ORLAND HILLS SHELL SERVICE S SEQ# 621487 | $50.82 | | $1,676.25 |



## FORCHT FRIEND CHECKING - [redacted]6856 (continued)

Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/09/2024 | Pinned POS Debit 09/07 KY LONDON BP#3656709LONDO SEQ# 149539 | $60.70 | | $1,615.55 |
| 09/09/2024 | Pinned POS Debit 09/06 KY LONDON KROGER #409 US SEQ# 009240 | $66.73 | | $1,548.82 |
| 09/09/2024 | Signature POS Debit 09/07 IN SHELBYVILLE PILOT 242 SEQ# 877920 | $73.47 | | $1,475.35 |
| 09/09/2024 | Recur Payment 09/09 CA SANTA MONICA HULU SEQ# 860197 | $122.93 | | $1,352.42 |
| 09/09/2024 | Pinned POS Debit 09/09 CA MOUNTAIN VIEW GOOGLE * Google SEQ# 217347 | $159.00 | | $1,193.42 |
| 09/09/2024 | Recur Payment 09/08 FL 800-922-0204 VZWRLSS* APOCC V N SEQ# 004494 | $549.83 | | $643.59 |
| 09/10/2024 | Signature POS Debit 09/08 IL ORLAND HILLS SHELL OIL 57444 SEQ# 744797 | $3.72 | | $639.87 |
| 09/10/2024 | Signature POS Debit 09/09 WA 888-802-3080 Prime Video * Z8 SEQ# 760254 | $7.58 | | $632.29 |
| 09/10/2024 | Signature POS Debit 09/09 IN CROTHERSVILLE MARATHON PETRO1 T SEQ# 911012 | $64.25 | | $568.04 |
| 09/10/2024 | LONDON UTILITY C UMS BILL 00001103001002 | $72.87 | | $495.17 |
| 09/10/2024 | CHECK # 1152 | $94.90 | | $400.27 |
| 09/10/2024 | CHECK # 1154 | $25.00 | | $375.27 |
| 09/11/2024 | MOBILE DEPOSIT | | $19.55 | $394.82 |
| 09/11/2024 | 005767 INTERNET TRANSFER FROM FORCHT FRIEND CKG [redacted]364 ON 9/10/24 21:31 | | $1,300.00 | $1,694.82 |
| 09/11/2024 | Recur Payment 09/10 CA 866-712-7753 APPLE.COM/BILL SEQ# 552470 | $5.29 | | $1,689.53 |
| 09/11/2024 | Signature POS Debit 09/10 KY LONDON PAPA JOHN'S #67 SEQ# 339158 | $35.22 | | $1,654.31 |
| 09/12/2024 | DEPOSIT # 74832141 | | $2,000.00 | $3,654.31 |
| 09/12/2024 | Signature POS Debit 09/12 WA AMZN.COM/BILL Prime Video Cha SEQ# 089479 | $9.75 | | $3,644.56 |
| 09/12/2024 | Recur Payment 09/11 CA 866-712-7753 APPLE.COM/BILL SEQ# 270613 | $11.65 | | $3,632.91 |
| 09/12/2024 | Signature POS Debit 09/11 WA 888-802-3080 Prime Video * ZQ SEQ# 047163 | $16.25 | | $3,616.66 |
| 09/12/2024 | Pinned POS Debit 09/12 KY LONDON HARBOR FREIGHT US SEQ# 000359 | $207.72 | | $3,408.94 |
| 09/12/2024 | CHECK # 1158 | $1,215.00 | | $2,193.94 |
| 09/12/2024 | CHECK # 1155 | $25.77 | | $2,168.17 |
| 09/13/2024 | Pinned POS Debit 09/13 KY LONDON LOWE'S #2666 US SEQ# 483350 | $147.74 | | $2,020.43 |
| 09/13/2024 | CHECK # 1157 | $320.00 | | $1,700.43 |
| 09/13/2024 | CHECK # 1151 | $220.00 | | $1,480.43 |
| 09/13/2024 | CHECK # 1156 | $27.55 | | $1,452.88 |
| 09/13/2024 | CHECK # 1159 | $25.00 | | $1,427.88 |
| 09/16/2024 | Pinned POS Debit 09/16 KY LONDON BP#3656709LONDO SEQ# 310907 | $3.49 | | $1,424.39 |
| 09/16/2024 | Pinned POS Debit 09/16 KY LONDON BP#3656709LONDO SEQ# 517333 | $55.81 | | $1,368.58 |
| 09/16/2024 | Pinned POS Debit 09/16 IN REMINGTON PILOT #0034 US SEQ# 693515 | $77.05 | | $1,291.53 |
| 09/16/2024 | Kentucky Utiliti PAYMENT 350010149432 | $390.58 | | $900.95 |
| 09/17/2024 | Signature POS Debit 09/16 KY LONDON MCDONALD'S | $2.07 | | $898.88 |



## FORCHT FRIEND CHECKING - ████6856 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | F609 SEQ# 327751 | | | |
| 09/17/2024 | Signature POS Debit 09/16 WA AMZN.COM/BILL Prime Video Cha SEQ# 991682 | $7.58 | | $891.30 |
| 09/17/2024 | PLANET FIT CLUB FEES 2426002004729 | $24.44 | | $866.86 |
| 09/17/2024 | PLANET FIT CLUB FEES 2426002004746 | $24.44 | | $842.42 |
| 09/18/2024 | Signature POS Debit 09/16 IL ORLAND PARK BJ'S RESTAURANT GE SEQ# 071134 | $51.60 | | $790.82 |
| 09/19/2024 | 489126 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████7364 ON 9/18/24 18:15 | | $350.00 | $1,140.82 |
| 09/19/2024 | Recur Payment 09/18 CA 866-712-7753 APPLE.COM/BILL SEQ# 271604 | $11.65 | | $1,129.17 |
| 09/19/2024 | Signature POS Debit 09/18 IL TINLEY PARK CULVERS OF TINL SEQ# 098544 | $19.07 | | $1,110.10 |
| 09/19/2024 | Recur Payment 09/19 CO ENGLEWOOD SLING.COM D. SEQ# 839184 | $74.20 | | $1,035.90 |
| 09/19/2024 | Pinned POS Debit 09/18 IN CROTHERSVILLE PREMIER ENERGY US SEQ# 345460 | $75.00 | | $960.90 |
| 09/19/2024 | Signature POS Debit 09/18 IL 855-469-3729 WPY* VIGILANT IN SEQ# 770192 | $400.00 | | $560.90 |
| 09/20/2024 | Recur Payment 09/20 NJ AMZN.COM/BILL Audible* N93U48P 6T SEQ# 868544 | $15.85 | | $545.05 |
| 09/20/2024 | CHECK # 153 | $37.70 | | $507.35 |
| 09/23/2024 | 923293 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████364 ON 9/21/24 11:08 | | $500.00 | $1,007.35 |
| 09/23/2024 | Signature POS Debit 09/19 KY RICHMOND CHICK-FIL-A #02 DR SEQ# 628785 | $11.65 | | $995.70 |
| 09/23/2024 | Signature POS Debit 09/21 WA KENT FIRSTECH-DRONEM SEQ# 530166 | $11.99 | | $983.71 |
| 09/23/2024 | Signature POS Debit 09/20 WA AMZN.COM/BILL Prime Video Cha SEQ# 972958 | $14.08 | | $969.63 |
| 09/23/2024 | Recur Payment 09/20 CA CUPERTINO APPLE.COM/BILL SEQ# 476408 | $31.79 | | $937.84 |
| 09/23/2024 | Signature POS Debit 09/20 KY LONDON THOMPSON DISCOU SEQ# 308378 | $51.26 | | $886.58 |
| 09/24/2024 | Pinned POS Debit 09/23 KY LONDON KROGER FUEL #84 US SEQ# 116522 | $41.76 | | $844.82 |
| 09/24/2024 | CHECK # 1161 | $25.00 | | $819.82 |
| 09/25/2024 | 356933 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████364 ON 9/25/24 8:06 | | $525.00 | $1,344.82 |
| 09/25/2024 | Pinned POS Debit 09/24 KY LONDON BP#3656709LONDO SEQ# 043745 | $52.60 | | $1,292.22 |
| 09/25/2024 | Recur Payment 09/24 CA 866-712-7753 APPLE.COM/BILL SEQ# 345962 | $95.39 | | $1,196.83 |
| 09/25/2024 | Signature POS Debit 09/24 KY LEXINGTON THE GREATEST NA SEQ# 839218 | $220.80 | | $976.03 |
| 09/26/2024 | Signature POS Debit 09/24 KY LONDON THOMPSON DISCOU SEQ# 085269 | $17.41 | | $958.62 |
| 09/27/2024 | DEPOSIT | | $324.00 | $1,282.62 |
| 09/27/2024 | Recur Payment 09/26 KY LONDON 535 SMITH GLOBA SEQ# 261185 | $29.99 | | $1,252.63 |
| 09/27/2024 | Pinned POS Debit 09/26 KY LONDON KROGER #409 US SEQ# 504434 | $60.17 | | $1,192.46 |
| 09/27/2024 | Recur Payment 09/26 IL BLOOMINGTON STATE FARM INS SEQ# 118750 | $548.77 | | $643.69 |
| 09/30/2024 | 906091 INTERNET TRANSFER FROM FORCHT FRIEND | | $1,000.00 | $1,643.69 |



## Statement Ending 10/04/2024

MICHAEL JASON WILLIAMS

Customer Number: [redacted]856

## FORCHT FRIEND CHECKING - [redacted]6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | CKG [redacted]7364 ON 9/28/24 9:47 | | | |
| 09/30/2024 | Signature POS Debit 09/29 WA AMZN.COM/BILL AMAZON PRIME* YM SEQ# 449400 | $3.24 | | $1,640.45 |
| 09/30/2024 | Recur Payment 09/27 CA 866-712-7753 APPLE.COM/BILL SEQ# 932779 | $11.65 | | $1,628.80 |
| 09/30/2024 | Recur Payment 09/28 KY LONDON 535 SMITH GLOBA SEQ# 916536 | $21.99 | | $1,606.81 |
| 09/30/2024 | Pinned POS Debit 09/28 WA SEATTLE AMAZON.COM* V95S US SEQ# 300000 | $22.25 | | $1,584.56 |
| 09/30/2024 | Recur Payment 09/28 IL BLOOMINGTON STATE FARM INS SEQ# 167530 | $419.06 | | $1,165.50 |
| 09/30/2024 | CHECK # 1162 | $94.10 | | $1,071.40 |
| 10/01/2024 | DEPOSIT # 75415161 | | $2,000.00 | $3,071.40 |
| 10/01/2024 | Signature POS Debit 09/30 KY LONDON DOMINO'S 1438 C SEQ# 585711 | $8.71 | | $3,062.69 |
| 10/01/2024 | Kentucky Utiliti PAYMENT 300039560457 | $103.97 | | $2,958.72 |
| 10/01/2024 | CHECK # 1163 | $50.00 | | $2,908.72 |
| 10/03/2024 | Signature POS Debit 10/02 WA AMZN.COM/BILL Prime Video Cha SEQ# 332903 | $9.75 | | $2,898.97 |
| 10/03/2024 | Signature POS Debit 10/02 KY LONDON EL DORADO SEQ# 449181 | $31.32 | | $2,867.65 |
| 10/03/2024 | Recur Payment 10/03 CA LOS GATOS NETFLIX.COM SEQ# 565389 | $33.58 | | $2,834.07 |
| 10/03/2024 | Pinned POS Debit 10/02 KY LONDON LOWE'S #2666 US SEQ# 564502 | $61.33 | | $2,772.74 |
| 10/03/2024 | CARESOURCE KENTU BILL PAY 19925154101 | $518.90 | | $2,253.84 |
| 10/03/2024 | CHECK # 160 | $13.50 | | $2,240.34 |
| 10/04/2024 | Signature POS Debit 10/02 KY LONDON THOMPSON DISCOU SEQ# 977047 | $25.00 | | $2,215.34 |
| 10/04/2024 | INTEREST | | $0.04 | $2,215.38 |
| **10/04/2024** | **Ending Balance** | | | **$2,215.38** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 153 | 09/20/2024 | $37.70 | 1157 | 09/13/2024 | $320.00 |
| 160* | 10/03/2024 | $13.50 | 1158 | 09/12/2024 | $1,215.00 |
| 1151* | 09/13/2024 | $220.00 | 1159 | 09/13/2024 | $25.00 |
| 1152 | 09/10/2024 | $94.90 | 1161* | 09/24/2024 | $25.00 |
| 1154* | 09/10/2024 | $25.00 | 1162 | 09/30/2024 | $94.10 |
| 1155 | 09/12/2024 | $25.77 | 1163 | 10/01/2024 | $50.00 |
| 1156 | 09/13/2024 | $27.55 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/06/2024 | $332.96 | 09/16/2024 | $900.95 | 09/24/2024 | $819.82 |
| 09/09/2024 | $643.59 | 09/17/2024 | $842.42 | 09/25/2024 | $976.03 |
| 09/10/2024 | $375.27 | 09/18/2024 | $790.82 | 09/26/2024 | $958.62 |
| 09/11/2024 | $1,654.31 | 09/19/2024 | $560.90 | 09/27/2024 | $643.69 |
| 09/12/2024 | $2,168.17 | 09/20/2024 | $507.35 | 09/30/2024 | $1,071.40 |
| 09/13/2024 | $1,427.88 | 09/23/2024 | $886.58 | 10/01/2024 | $2,908.72 |



## FORCHT FRIEND CHECKING - ████6856 (continued)

Daily Balances (continued)

| Date | Amount | Date | Amount |
|---|---|---|---|
| 10/03/2024 | $2,240.34 | 10/04/2024 | $2,215.38 |

Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Forcht Bank

**Statement Ending 10/04/2024**

MICHAEL JASON WILLIAMS

Customer Number: [redacted]6856

#0000 09/27/2024 $324.00

#0153 09/20/2024 $37.70

#0160 10/03/2024 $13.50

#1151 09/13/2024 $220.00

#1152 09/10/2024 $94.90

#1154 09/10/2024 $25.00

#1155 09/12/2024 $25.77

#1156 09/13/2024 $27.55

#1157 09/13/2024 $320.00

#1158 09/12/2024 $1,215.00

#1159 09/13/2024 $25.00

#1161 09/24/2024 $25.00



#1162 09/30/2024 $94.10

#1163 10/01/2024 $50.00

Checking Deposit
Date-Time: 20240912 155802
ITM ID: 1042D1
Transaction Sequence: 74832141 $2,000.00
Account Number: [redacted]6856
Branch: London Market
Teller: hcmullikin
Tran Desc: Check Deposit to Checking

#74832141 09/12/2024 $2,000.00

Checking Deposit
Date-Time: 20241001 183902
ITM ID: 1040D1
Transaction Sequence: 75415161 $2,000.00
Account Number: [redacted]6856
Branch: London Market
Teller: scalloway
Tran Desc: Check Deposit to Checking

#75415161 10/01/2024 $2,000.00

Document Page 17 of 19

Forcht Bank

Statement Ending 10/04/2024
MICHAEL JASON WILLIAMS Page 10 of 10
Customer Number: [redacted]6856

This page left intentionally blank



**Statement Ending 09/30/2024**

COWBOY CAPONE SMLLC

Customer Number: [redacted]3600

## SMALL BUSINESS WORKS -[redacted]3600

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | Beginning Balance | $203.06 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $76.31 |
| 09/30/2024 | Ending Balance | $126.75 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/31/2024 | Beginning Balance | | | $203.06 |
| 09/16/2024 | ADT SECURITY SER ADTPAPACH XXXXX6431 | $76.31 | | $126.75 |
| 09/30/2024 | Ending Balance | | | $126.75 |

### Daily Balances

| Date | Amount |
|---|---|
| 09/16/2024 | $126.75 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**CERTIFICATE OF SERVICE**

This document has been electronically filed and served via the Court's ECF System on October 24, 2024.

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon

Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR