UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
*Electronically Filed*

IN RE:                                     )
                                           )
MICHAEL JASON WILLIAMS                     )        CHAPTER 11
  *aka Jason Williams*                       )        CASE NO.: 24-60490
  *aka Michael J. Williams*                  )
                            Debtor.        )        Judge Gregory R. Schaaf
_____            )

**MOTION FOR RELIEF FROM AUTOMATIC STAY AS
TO EBY LIVESTOCK TRAILER 4A2LD522483002374**

       Comes Farm Credit Services of America, PCA (hereinafter "Farm Credit"), and moves the Court, pursuant to 11 U.S.C. §362(d) to terminate the automatic stay imposed pursuant to 11 U.S.C. §362(a) as to the following described property:

**2008 EBY POSSUM-BELLY LIVESTOCK TRAILER – 4A2LD522483002374**

       In support of said Motion, Farm Credit states as follows:

       1.       The Debtor filed a Chapter 11 case on May 24, 2024 (the "Petition Date");

       2.       The Trustee of the estate of the Debtor in this case is Charity S. Bird;

       3.       Farm Credit has a secured claim in this proceeding in the amount of $10,430.69, with interest thereon at the rate of six and one-half percent (6.5%) per annum. Farm Credit's claim is secured by a perfected security interest in a 2008 EBY Possum-Belly Livestock Trailer - 4A2LD522483002374 (the "Property"), which is more fully described in the contract and title which is attached to Farm Credit's Proof of Claim (Claim #11);

4. Farm Credit's Proof of Claim filed in this proceeding, along with copies of all relevant supporting documents establishing Farm Credit's perfected security interest in the above-described collateral, is attached hereto;

5. Monthly payments due after the Petition Date in the amount of $604.58 per month remain unpaid in the total amount of $3,022.90, plus attorneys fees and costs;

6. Farm Credit believes that the value of the Property is approximately $12,000.00;

7. The proposed Subchapter V Small Business Plan of Reorganization under Chapter 11 indicates that Farm Credit's claim will be satisfied by the Debtor's surrender of the Property;

8. Cause exists to terminate the automatic stay as to the Property since the interest of Farm Credit is not being adequately protected as to the Debtor is in arrears as outlined above and the collateral continues to depreciate in value.

**WHEREFORE**, Farm Credit respectfully requests that this Court enter an Order terminating the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the Property to permit Farm Credit to enforce its rights against the Property herein described and for other such relief to which Farm Credit may appear to be entitled.

Respectfully submitted,

  /s/ Joseph H. Mattingly III                .
Joseph H. Mattingly III
**JOSEPH H. MATTINGLY III, PLLC**
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-1718
*joe@mattinglylawoffices.com*

*Counsel for Farm Credit Services of America, PCA*

2

## NOTCE

Please take notice that parties in interest shall have fourteen (14) days from the date of the filing of this Motion within which to file a response or objection to the Motion and a Request and Notice of Hearing on such response or objection. If no response or objection is timely filed, the Order filed contemporaneously with this Motino may be entered by the Court without hearing on the Motion.

## CERTIFICATION OF SERVICE

I hereby certify that on this 28TH day of October, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and notice was provided electronically to the following:

Dean Langdon, Debtor's counsel
*dlangdon@dlgfirm.com*

Office of the U.S. Trustee
*ustpregion08.lx.ecf@usdoj.gov*
*bradley.nerderman@usdoj.gov*

Martin B. Tucker
*Martin.tucker@dinsmore.com*

Charity S. Bird, Trustee
*cbird@kaplanjohnsonlaw.com*

William G. Deck, Counsel for Anchor
*wdeck@deckanddeck.com*

Amy E. Gardner
*amps@manleydeas.com*

I further certify that on the same date, the foregoing was served by United States First Class Mail, postage pre-paid, upon Michael Jason Williams, Debtor, 145 Shelby Brooks Lane, London, Kentucky 40744, and to all creditors on the Mailing Matrix.

By:  /s/ *Joseph H. Mattingly III*
       Joseph H. Mattingly III

3