UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS                                    CASE NO. 24-60490
                                                          CHAPTER 11 – Sub V
   DEBTOR

## CONSOLIDATED CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that true and accurate copies of the Order Authorizing Sale of Estate Property Free and Clear of all Liens, Claims and Encumbrances and Shortening Notice of Hearing [ECF No. 65] entered by the Court on October 17, 2024, and the Order Authorizing Sale of Estate Property Free and Clear of All Liens, Claims, and Encumbrances [ECF No. 67] entered by the Court on October 21, 2024, were served via first-class U.S. mail, postage prepaid or electronic mail, on October 21, 2024, upon all non-ECF creditors.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR