UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

## NOTICE OF CHANGE OF DEBTOR'S MAILING ADDRESS

Pursuant to Fed. R. Bankr. P. 4002(a)(5), notice is hereby given that the mailing address for the Debtor, Michael Jason Williams, has changed to the following:

> Michael Jason Williams
> 7332 W. 155th St.
> Orland Park, IL 60462

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:  (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

This document has been electronically filed and served via the Court's ECF System on October 29, 2024.

/s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTOR

Pleadings/Address Change for Debtor Not 20241029.docx

1

Michael Jason Williams
7332 W. 155th St.
Orland Park, IL 60462