UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

### REPORT OF SALE

Comes Michael Jason Williams (the "Debtor"), by counsel, and pursuant to the Court's Order Authorizing Sale of Estate Property Free and Clear of All Liens, Claims and Encumbrances and Shortening Notice of Hearing (the "Sale Order") [ECF No. 65], hereby gives notice that closing of the sale of real property located at 5352 Slate Lick Road, London, Kentucky was held on October 31, 2024, with the Debtor's non-exempt portion of the sale proceeds being in the amount of $71,938.94 (the "Sale Proceeds"). The Sale Proceeds have been delivered to Debtor's counsel and deposited into counsel's escrow account pending further orders of this Court. A true copy of the settlement statement is attached as <u>Exhibit A.</u>

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      This Report of Sale was served electronically by the Court's ECF System upon all parties receiving notice thereunder on November 7, 2024.

>/s/ *Dean A. Langdon*
>COUNSEL FOR DEBTOR

/Pleadings/Report of Sale Slate Lick 20241107.doc

# Settlement Statement

**EXHIBIT A**

## Your Order Summary

| | | | | | |
|---|---|---|---|---|---|
| FILE # | ▇▇▇879 | PROPERTY ADDRESS | 5352 Slate Lick Road, London, KY 40741 | LOAN # | ▇▇▇▇ |
| PREPARED | 10/30/2024 | BUYER | Amber Nicole Callans | TITLE BY | Kentucky Mountain Land Title, Inc. |
| SETTLEMENT | 10/31/2024 | SELLER | Michael Jason Williams and Carla Michelle Williams, 145 Shelby Brooks Lane, London, KY 40744 | OUR ADDRESS | 498 South Laurel Road, London, KY 40744 |
| DISBURSEMENT | 10/31/2024 | | | OUR PHONE # | (606) 862-6667 |
| SETTLEMENT LOCATION | 498 South Laurel Road, London, KY 40744 | LENDER | Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage, 5160 Tennyson Parkway Ste. 1000, Plano, TX 75024 | ESCROW OFFICER | Tyler Grimes |

## Charges

| SELLER DEBIT | SELLER CREDIT | PRIMARY CHARGES & CREDITS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | $160,000.00 | Sale Price of Property | $160,000.00 | |
| | | Loan Amount | | $157,102.00 |
| $5,000.00 | | Seller Credit | | $5,000.00 |
| | | KHC DPA | | $8,341.68 |

| SELLER DEBIT | SELLER CREDIT | PRORATIONS/ADJUSTMENTS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | $216.38 | County Taxes 10/31/2024 to 01/01/2025 | $216.38 | |

| SELLER DEBIT | SELLER CREDIT | LOAN CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Closing Fee to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $230.00 | |
| | | Origination Fee to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $1,544.00 | |
| | | Processing Fee to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $595.00 | |
| | | Underwriter Fee to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $885.00 | |
| $125.00 | | Deed Prep to Kentucky Mountain Land Title, Inc. | | |
| | | Endorsement to Kentucky Mountain Land Title, Inc. | $30.00 | |
| $100.00 | | Power of attorney to Kentucky Mountain Land Title, Inc. | | |
| $30.00 | | Processing Fee to Kentucky Mountain Land Title, Inc. | | |
| | | Settlement Fee to Kentucky Mountain Land Title, Inc. | $150.00 | |
| | | Administration Fee to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $200.00 | |
| | | Appraisal Fee to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage ($425.00 POC by Borrower) | | |
| | | Credit Report Fee to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $89.00 | |
| | | Document Preparation / Attorney to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $95.00 | |
| | | MIP to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $2,702.00 | |
| | | VOE to Ark-La-Tex Financial Services LLC, DBA: Benchmark Mortgage | $74.55 | |
| | | Prepaid Interest ( from 10/31/2024 to 11/01/2024) | $25.83 | |

| SELLER DEBIT | SELLER CREDIT | IMPOUNDS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Homeowner's insurance $95.59 per month for 3 mo. | $286.77 | |
| | | Property taxes $113.20 per month for 2 mo. | $226.40 | |
| | | Aggregate adjustment | | $95.59 |

| SELLER DEBIT | SELLER CREDIT | GOVERNMENT RECORDING AND TRANSFER CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Recording Fees | $176.00 | |
| | | ---Deed: $50.00 | | |
| | | ---Mortgage: $126.00 | | |
| $50.00 | | Record POA to Laurel County Recording Office | | |
| $160.00 | | Transfer Tax (Deed) to Laurel County Recording Office | | |

| SELLER DEBIT | SELLER CREDIT | COMMISSIONS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| $4,800.00 | | Listing Agent Commission to Sallie Davidson Realtors | | |
| $4,800.00 | | Selling Agent Commission to Sallie Davidson Realtors | | |

| SELLER DEBIT | SELLER CREDIT | TITLE CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Title - CPL (Lender) to Chicago Title Insurance Company | $50.00 | |
| | | Title - KY Municipal Tax (CPL) London (Lender's Policy) to Chicago Title Insurance Company | $5.00 | |
| | | Title - KY Municipal Tax London (Lender's Policy) to Chicago Title Insurance Company | $47.05 | |
| | | Title - Lender's ALTA 8.1-06 Endorsement to Chicago Title Insurance Company | $25.00 | |
| | | Title - Lender's Title Policy to Chicago Title Insurance Company | $647.20 | |
| | | Title Search to Kentucky Mountain Land Title, Inc. | $675.00 | |
| | | Title - KY Municipal Tax London (Owner's Policy) to Chicago Title Insurance Company | $27.29 | |
| | | Title - Owner's Title Policy to Chicago Title Insurance Company | $389.80 | |

| SELLER DEBIT | SELLER CREDIT | MISCELLANEOUS CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| $71,938.94 | | 1/2 proceeds to DelCotto Law Group PLLC | | |
| | | Homeowner's Insurance Premium to Energy Ins. | $1,147.00 | |
| $1,273.50 | | 2024 County taxes to Laurel County Sheriff | | |

| SELLER DEBIT | SELLER CREDIT | TOTALS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| $88,277.44 | $160,216.38 | | $170,539.27 | $170,539.27 |

**CASH FROM BUYER**   $0.00

**CASH TO SELLER**    $71,938.94

## Acknowledgement

We/I have carefully reviewed this settlement statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of this settlement statement.

We/I authorize **Kentucky Mountain Land Title, Inc.** to cause the funds to be disbursed in accordance with this statement.

**Buyer**

_____  10-31-24
Amber Nicole Callans                  Date

**Settlement Agency**

_____  10/31/24
Settlement Agent                      Date

**Sellers**

_____  10/31/24
Michael Jason Williams by Carla Michelle Williams, his Attorney-In-Fact   Date

_____  10/31/24
Carla Michelle Williams               Date