Total Balance Due:    $1,820.08                                    Total Amount of This Invoice:    $0.00

Thank you for trusting us with your matter!

___

# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

November 6, 2024

| | |
|---|---|
| Jason and Carla Williams | Inv. No:  22756 |
| 145 Shelby Brooks Lane | Matter:  Williams, Jason and Carla |
| London, KY 40744 | Prepetition |
| | File No: 4058.1C R - HR |

| | |
|---|---:|
| Previous Balance | $1,820.08 |
| Balance Due | $1,820.08 |
| | |
| Previous Balance of Traditional Bank Escrow | $0.00 |
| 6/03/2024  Deposit | $1,000.00 |
| New Balance of Traditional Bank Escrow | $1,000.00 |

# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

November 6, 2024

Jason and Carla Williams
145 Shelby Brooks Lane
London, KY 40744

Inv. No: 22755
Matter: Williams, Jason and Carla Postpetition
File No: 4058.2 CH 11 FA

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| **Asset Disposition** | | | | |
| 6/19/2024 | DAL | Email from client, to P. Little re recovery of Eby trailer owned by JW Livestock | 0.10 | $43.50 |
| 7/15/2024 | DAL | Telephone call from client re disposition of additional assets | 0.20 | $87.00 |
| 7/19/2024 | DAL | Telephone call from client re court approval, timing of asset sales | 0.20 | $87.00 |
| 8/02/2024 | DAL | Review information on J. Williams Cattle, emails to B. Nerderman with current results; emails to client, M. Cheek re Cumberland Security Loan, house sale proceeds | 0.40 | $174.00 |
| 8/07/2024 | DAL | Email exchange with B. Nerderman re J Williams cattle documentation; email exchange with J. McShurley re documents; brief review of same; email to client re J Williams Cattle documents | 0.80 | $348.00 |
| 9/13/2024 | HT | Emails with W. Deck re sale of trailers | 0.10 | $28.50 |
| 9/16/2024 | DAL | Review letter of intent for 145 Shelby Brooks; draft motion to approve sale; email to client re same (time reduced) | 1.30 | $565.50 |
| 9/18/2024 | DAL | Telephone conference with client re residence sale, revise motion, draft order approving sale | 0.80 | $348.00 |
| 9/18/2024 | TC | Finalize and file motion to sale and proposed order; serve; calendar hearing | 0.50 | $90.00 |
| 9/20/2024 | DAL | Email exchanges re sale of IN property; review NexBank objection to sale, email exchanges with A. Gardner re agreed order | 0.30 | $130.50 |
| 9/23/2024 | DAL | Review proposed order resolving NexBank objection to Shelby Brooks sale; incorporate into existing order; email | 0.40 | $174.00 |

exchanges re same

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/23/2024 | DAL | Review/analyze purchase offer for IN property; email to/telephone call from client re sale terms | 0.50 | $217.50 |
| 9/23/2024 | TC | Filing of proposed agreed order with Nexbank | 0.10 | $18.00 |
| 9/23/2024 | TC | Attention to redaction; add certificate of services; filing of July and August 2024 operating report | 0.60 | $108.00 |
| 9/24/2024 | DAL | Drafting/revision of motion/order to sell Park Ave property | 0.80 | $348.00 |
| 9/25/2024 | DAL | Email exchange with closing agent re Crothersville IN sale terms | 0.10 | $43.50 |
| 9/25/2024 | TC | Finalize and file sale motion for Park Avenue, exhibits and proposed order; serve same | 0.30 | $54.00 |
| 9/27/2024 | DAL | Review seller's disclosure for 145 Shelby Brooks, email to title agent re sale order, closing conditions | 0.20 | $87.00 |
| 9/27/2024 | TC | Serve order authorizing sale of property; prepare certificate of service | 0.20 | $36.00 |
| 9/30/2024 | TC | Filing of certificate of service for order granting motion to sell | 0.10 | $18.00 |
| 10/02/2024 | DAL | Email exchange with counsel for Harley Davidson, client re vehicle surrender | 0.20 | $87.00 |
| 10/07/2024 | DAL | Email exchanges with client re motorcycle surrender, status of real property sales; email exchange with J. Mattingly, client re Farm Credit lien on EBY trailer | 0.50 | $217.50 |
| 10/11/2024 | DAL | Drafting/revision of motion, exhibits, order to sell Slate Lick property; telephone call with client re same; finalize and file | 1.20 | $522.00 |
| 10/15/2024 | TC | Attention to calendaring motion to sell Slate Lick Road property | 0.10 | $18.00 |
| 10/16/2024 | DAL | Travel, Lexington to London for Slate Lick sale hearing (time allocated) | 0.70 | $304.50 |
| 10/16/2024 | DAL | Travel, London to Lexington after sale hearing (time allocated) | 0.70 | No Charge |
| 10/16/2024 | DAL | Prepare for and attend hearing on Slate Lick sale motion | 0.50 | $217.50 |
| 10/16/2024 | TC | Filing of report of sale and exhibit | 0.20 | $36.00 |
| 10/17/2024 | DAL | Drafting of report of sale, review closing statement, proceeds check; review order for sale of Slate Lick, email to client, realtor re same | 0.50 | $217.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2024 | DAL | Review order approving Park Ave sale, email to client, realtor re same | 0.20 | $87.00 |
| 10/21/2024 | TC | Serve orders approving sale of Slate Lick Road property and Park Avenue property; prepare certificate of service | 0.20 | $36.00 |
| 10/22/2024 | DAL | Telephone conference with T. Taylor re sale of Slate Lick property | 0.20 | $87.00 |
| 10/29/2024 | TC | Filing of consolidated certificate of service of two orders authorizing sale | 0.10 | $18.00 |
| 10/30/2024 | DAL | Review closing statement for Slate Lick property, email exchange with title agent, client re same | 0.30 | $130.50 |
| 10/31/2024 | DAL | Email exchanges with client, title agent re Slate Lick property sale | 0.20 | $87.00 |
| | | Sub Total: Asset Disposition | | $5,071.50 |

**Business Operations**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/06/2024 | DAL | Email to client re dealing with ongoing business communications; provide generic notice | 0.20 | $87.00 |
| 7/24/2024 | DAL | Telephone conference with client, emails to M. Cheek, J. McShurley re business ownership/operation | 0.60 | $261.00 |
| 8/26/2024 | DAL | Telephone call from client re change in employment | 0.20 | $87.00 |
| | | Sub Total: Business Operations | | $435.00 |

**Case Administration**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/25/2024 | DAL | Email to client re case filing; finalize/file Sec. 1116 notice | 0.30 | $130.50 |
| 5/29/2024 | DAL | Review operating order, deadlines order, email to client re same | 0.30 | $130.50 |
| 5/29/2024 | DAL | Email to opposing counsel in pending lawsuits re filing of petition | 0.20 | $87.00 |
| 5/30/2024 | TC | Serve order setting status conference; prepare certificate of service | 0.20 | $36.00 |
| 5/30/2024 | TC | Update service list per notices of appearance | 0.10 | $18.00 |
| 5/31/2024 | TC | Filing of certificate of service of order setting status conference | 0.10 | $18.00 |
| 6/05/2024 | TC | Update service list re C. Bird | 0.10 | $18.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/06/2024 | DAL | Telephone conference with client re case status | 0.20 | $87.00 |
| 6/07/2024 | TC | Prepare authorization for Dovenmuehle to send future mortgage statements to debtor | 0.20 | $36.00 |
| 6/07/2024 | TC | Review invoices and compare to petition and start amendment | 0.40 | $72.00 |
| 6/14/2024 | TC | Review filed proofs of claim and update service list | 0.10 | $18.00 |
| 6/17/2024 | DAL | Email from US Trustee re insurance, review documents, respond; email to client re business insurance | 0.20 | $87.00 |
| 6/27/2024 | TC | Email debtor's social security card and driver's license to Mr. Nerderman | 0.10 | $18.00 |
| 7/02/2024 | DAL | Drafting of status report, initial monthly report form; assess case status, email to client re same | 0.50 | $217.50 |
| 7/08/2024 | TC | Update service list per J. Mattingly entry of appearance for Farm Credit | 0.10 | $18.00 |
| 7/10/2024 | TC | Update service list per Midland States Bank proof of claim | 0.10 | $18.00 |
| 7/17/2024 | DAL | Travel, Lexington to London for status conference (time prorated) | 0.60 | $261.00 |
| 7/17/2024 | DAL | Travel, London to Lexington after status hearing (time prorated) | 0.60 | No Charge |
| 7/17/2024 | DAL | Prepare for and attend status hearing | 0.30 | $130.50 |
| 7/19/2024 | TC | Update service list per Midland States Bank proof of claim | 0.10 | $18.00 |
| 7/21/2024 | DAL | Review first draft of June monthly report; email to M. Cheek, client re same | 0.30 | $130.50 |
| 7/23/2024 | DAL | Email exchange with M. Cheek re monthly reports | 0.20 | $87.00 |
| 7/24/2024 | DAL | Review revisions to monthly report, email to client re same, finalize | 0.30 | $130.50 |
| 7/24/2024 | TC | Attention to redaction of bank statements; prepare certificate of service; add signature page | 0.90 | $162.00 |
| 7/25/2024 | TC | Filing of June 2024 operating report | 0.10 | $18.00 |
| 7/26/2024 | TC | Update service list per Harley-Davidson proof of claim | 0.10 | $18.00 |
| 8/02/2024 | TC | Update service list per filed proofs of claim | 0.20 | $36.00 |
| 8/13/2024 | TC | Update service list per Kentucky Department of Revenue proof of claim | 0.10 | $18.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/19/2024 | DAL | Drafting of July, August monthly reports, email to client re same | 0.20 | $87.00 |
| 9/23/2024 | DAL | Analyze July/August monthly reports, bank statements; email to client re same | 0.30 | $130.50 |
| 10/08/2024 | DAL | Drafting of September report, email to client, accountant re same | 0.10 | $43.50 |
| 10/10/2024 | DAL | Telephone conference with C. Bird re case status | 0.10 | $43.50 |
| 10/21/2024 | DAL | Email to client re September monthly report | 0.10 | $43.50 |
| 10/24/2024 | DAL | Review September monthly report, email exchange with client, accountant re same | 0.30 | $130.50 |
| 10/24/2024 | TC | Prepare certificate of service; finalize and file September 2024 operating report | 0.20 | $36.00 |
| 10/29/2024 | DAL | Email exchange with B. Lira re client change of address, review change of address form, email to client re same | 0.20 | $87.00 |
| 10/29/2024 | TC | Update service list per agreed order of substitution for NexBank | 0.10 | $18.00 |
| 10/29/2024 | TC | Filing of notice of debtor's change of address | 0.10 | $18.00 |
| 10/29/2024 | TC | Prepare change of address notice for debtor; update file | 0.20 | $36.00 |
| | | Sub Total: Case Administration | | $2,692.50 |

**Claims Administration and Objections**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/31/2024 | TC | Attention to calendaring proof of claim deadline | 0.10 | $18.00 |
| 6/03/2024 | DAL | Review letter from Harley-Davidson finance, reaffirmation from Carmax, email to client re same | 0.20 | $87.00 |
| 6/04/2024 | DAL | Email to Harley-Davidson re proof of insurance on collateral | 0.10 | $43.50 |
| 6/06/2024 | DAL | Letter from NBS re insurance on Audi, email exchange with client, to NBS re same | 0.10 | $43.50 |
| 6/07/2024 | DAL | Letter from Dovenmuehle mortgage, email to client re statements | 0.10 | $43.50 |
| 6/10/2024 | DAL | Letter from Truist, email to client re contact authorization for vehicle loan; email exchange with A. Moore re Eco-Tech invoice | 0.20 | $87.00 |
| 6/13/2024 | DAL | Email exchange with client re Truist default judgment motion | 0.10 | $43.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/24/2024 | DAL | Review Show Cause Order from DOT, research priority of penalty, draft response, email exchanges with client re same | 0.50 | $217.50 |
| 7/10/2024 | DAL | Email exchange with J. Venters re service of pleadings in Anderson litigation; review note | 0.20 | $87.00 |
| 7/12/2024 | HT | Emails with creditor re surrender of trailers; telephone call re same | 0.20 | $57.00 |
| 7/15/2024 | HT | Emails with creditor re surrender of trailers and amended proof of claim; email to client re same | 0.10 | $28.50 |
| 7/16/2024 | HT | Emails with creditor and client re sale of trailers | 0.20 | $57.00 |
| 8/05/2024 | HT | Email from creditor re surrender of trailers | 0.10 | $28.50 |
| 8/09/2024 | DAL | Review DeLage Landen default notice - JW Livestock; email to client re same | 0.10 | $43.50 |
| 10/11/2024 | DAL | Email exchange/telephone call with client re EBY trailers and Farm Credit lien; email to J. Mattingly re same | 0.30 | $130.50 |
| 10/24/2024 | DAL | Email exchanges with C. Owens, client, M. Cheek re personal liability for trust fund taxes | 0.40 | $174.00 |
| 10/29/2024 | DAL | Review tax claims, email to client, accountant re same | 0.20 | $87.00 |
| | | Sub Total: Claims Administration and Objections | | $1,276.50 |

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/31/2024 | DAL | Finalize DLG employment application/declaration/order | 0.20 | $87.00 |
| 5/31/2024 | TC | Filing of application to employ DelCotto Law Group, declaration and proposed order; serve same; calendar deadline | 0.30 | $54.00 |
| 6/27/2024 | TC | Serve final order authorizing employment of DelCotto Law Group; prepare certificate of service | 0.20 | $36.00 |
| 6/27/2024 | TC | Filing of certificate of service of final order authorizing employment of DelCotto Law Group | 0.10 | $18.00 |
| 7/18/2024 | HT | Draft pleadings to employ realtor | 0.40 | $114.00 |
| 7/30/2024 | DAL | Review application to employ realtor, verify property listing, email to client, realtor re same | 0.30 | $130.50 |
| 8/05/2024 | TC | Attention to adding signature page to motion and exhibit A to declaration; email to D. Langdon | 0.20 | $36.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/06/2024 | TC | Filing of application to employ realtors, exhibit and proposed order; serve same; calendar deadline | 0.30 | $54.00 |
| 8/27/2024 | DAL | Review order approving employment of realtor, email to realtor re same | 0.10 | $43.50 |
| 8/27/2024 | TC | Serve order authorizing employment of realtors; prepare certificate of service | 0.20 | $36.00 |
| 8/28/2024 | TC | Filing of certificate of service of order authorizing employment of realtors | 0.10 | $18.00 |
| | | Sub Total: Fee/Employment Applications | | $627.00 |

**Litigation**

| | | | | |
|---|---|---|---|---|
| 7/07/2024 | DAL | Review DeLage Landen lawsuit v. JW Livestock, email to client re same | 0.20 | $87.00 |

**Meeting of Creditors**

| | | | | |
|---|---|---|---|---|
| 6/05/2024 | TC | Attention to calendaring meeting of creditors and deadline to oppose dischargeability | 0.10 | $18.00 |
| 6/19/2024 | DAL | Review insurance documents from agent, email to B. Nerderman re same | 0.30 | $130.50 |
| 7/09/2024 | DAL | Prepare for meeting of creditors with client | 0.50 | $217.50 |
| 7/09/2024 | HT | Zoom meeting with client and D. Langdon to prep for 341 meeting of creditors | 0.30 | $85.50 |
| 7/11/2024 | DAL | Conference with H. Thacker re meeting of creditors; email exchange re surrender of Anchor Acceptance trailers | 0.40 | $174.00 |
| 7/11/2024 | HT | Attend 341 meeting of creditors | 2.30 | $655.50 |
| 7/17/2024 | DAL | Conference with B. Nerderman re document request at 341 meeting; review client documents, email to client re same | 0.40 | $174.00 |
| 7/23/2024 | DAL | Email exchanges with M. Cheek, client re U.S. Trustee questions on J. Williams Cattle; research available info on company, review payments to Williams and Anderson entities | 0.70 | $304.50 |
| 8/13/2024 | DAL | Email to B. Nerderman re J. Williams Cattle documents | 0.10 | $43.50 |
| | | Sub Total: Meeting of Creditors | | $1,803.00 |

**Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 7/03/2024 | TC | Attention to adding service list; filing of status report; serve same | 0.20 | $36.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/10/2024 | DAL | Attention to claims spreadsheet for plan | 0.10 | $43.50 |
| 7/12/2024 | DAL | Review/revise claims spreadsheet | 0.40 | $174.00 |
| 7/12/2024 | HT | Email with creditor re treatment of deficiency balance in plan | 0.10 | $28.50 |
| 7/30/2024 | DAL | Drafting of plan outline | 0.30 | $130.50 |
| 7/31/2024 | HT | Draft plan | 2.70 | $769.50 |
| 8/06/2024 | DAL | Work on plan, financial projections, emails to client, accountant re same | 2.50 | $1,087.50 |
| 8/07/2024 | DAL | Analyze initial financial projections | 0.30 | $130.50 |
| 8/13/2024 | DAL | Review recent claims, update plan exhibit; review/revise financial projections, email to client re same | 1.00 | $435.00 |
| 8/14/2024 | DAL | Telephone call from client re plan terms, other options | 0.30 | $130.50 |
| 8/15/2024 | DAL | Analyze disposable income/liquidation options, email to client re same | 1.00 | $435.00 |
| 8/16/2024 | DAL | Revise plan, financial projections; emails to client, M. Cheek re same; revise confirmation hearing order, ballot; finalize plan and instruct on service | 1.50 | $652.50 |
| 8/16/2024 | TC | Prepare drafts of confirmation order and ballot | 0.30 | $54.00 |
| 8/16/2024 | TC | Filing of plan and exhibits; finalize and file proposed confirmation order | 0.20 | $36.00 |
| 8/20/2024 | TC | Serve confirmation order, ballot and plan; calendar confirmation hearing and objection/ballot deadline; prepare certificate of service | 0.30 | $54.00 |
| 8/22/2024 | TC | Filing of certificate of service of confirmation order, plan and ballot | 0.10 | $18.00 |
| 9/16/2024 | DAL | Telephone call/email from M. Tucker re possible confirmation objection; email to client re same | 0.50 | $217.50 |
| 9/19/2024 | DAL | Review report of ballots; draft motion/order to continue confirmation hearing; email exchange with counsel for Truist | 0.60 | $261.00 |
| 9/19/2024 | TC | Prepare report of ballots; combined ballots; email to D. Langdon | 0.40 | $72.00 |
| 9/19/2024 | TC | Filing of report of ballots and exhibit | 0.10 | $18.00 |
| 9/20/2024 | TC | Finalize and file motion to continue confirmation hearing | 0.20 | $36.00 |

and proposed order

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/23/2024 | DAL | Email exchange with B. Lira re extension of Truist objection deadline; draft agreed order re same | 0.30 | $130.50 |
| 9/25/2024 | DAL | Travel Lexington to London for confirmation hearing (1/3 share) | 0.50 | $217.50 |
| 9/25/2024 | DAL | Travel, London to Lexington after confirmation hearing (1/3 share) | 0.50 | No Charge |
| 9/25/2024 | DAL | Prepare for and attend confirmation hearing; email results to client | 0.70 | $304.50 |
| 9/27/2024 | TC | Attention to calendaring Truist's deadline to object to confirmation | 0.10 | $18.00 |
| 10/07/2024 | DAL | Review second agreed order extending Truist objection deadline, email exchange with B. Lira re same | 0.10 | $43.50 |
| 10/30/2024 | DAL | Email exchange with C. Owen re plan treatment of IRS claim, case status | 0.20 | $87.00 |
| | | Sub Total: Plan and Disclosure Statement | | $5,620.50 |

**Relief from Stay Proceedings**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/10/2024 | DAL | Email exchange with D. Tanabe re MidCountry collateral disposition | 0.10 | $43.50 |
| 6/12/2024 | DAL | Email from Ag Direct re surrender of trailer; review loan documentation/title, email to client re same | 0.30 | $130.50 |
| 9/12/2024 | TC | Review filings and calendar deadlines re Harley Davidson relief motion | 0.10 | $18.00 |
| 10/28/2024 | DAL | Email exchange with J. Mattingly, client re 2008 Eby trailer recovery | 0.20 | $87.00 |
| 10/29/2024 | TC | Review filings and calendar deadlines re Farm Credit motion for relief | 0.10 | $18.00 |
| | | Sub Total: Relief from Stay Proceedings | | $297.00 |
| | | For Professional Services Rendered | 50.90 | $17,910.00 |

**Expenses**

| | |
|---|---|
| Copies | $15.20 |
| Filing fee | $597.00 |

| | |
|---|---:|
| Mileage | $117.25 |
| Outsourced mailing services | $1,074.49 |
| Postage | $11.45 |
| Total Expenses | $1,815.39 |
| Total Amount of This Invoice | $19,725.39 |
| Previous Balance | $0.00 |
| Balance Due | $19,725.39 |

### Phase Table

| Category | Hours | Fees |
|---|---:|---:|
| Asset Disposition | 13.80 | $5,071.50 |
| Business Operations | 1.00 | $435.00 |
| Case Administration | 8.90 | $2,692.50 |
| Claims Administration and Objections | 3.20 | $1,276.50 |
| Expense | 0.00 | $0.00 |
| Fee/Employment Applications | 2.40 | $627.00 |
| Litigation | 0.20 | $87.00 |
| Meeting of Creditors | 5.10 | $1,803.00 |
| Plan and Disclosure Statement | 15.50 | $5,620.50 |
| Relief from Stay Proceedings | 0.80 | $297.00 |
| Other | 0.00 | $0.00 |

### Professional Summary

| Initials | Professional Name | Hours | Rate | Fees |
|---|---|---:|---:|---:|
| DAL | Dean A. Langdon | 32.90 | $435.00 | $14,311.50 |
| DAL | Dean A. Langdon | 0.00 | $0.00 | $0.00 |
| HT | Heather M. Thacker | 6.50 | $285.00 | $1,852.50 |
| TC | Tresine Callahan | 9.70 | $180.00 | $1,746.00 |