# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| **MICHAEL JASON WILLIAMS,** ) | |
| ) | CASE NO. 24-60490 |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
***** ***** ***** ***** *****

Callie R. Owen, Assistant United States Attorney, hereby enters an appearance on behalf of the United States of America, its agencies, and its agents and officials in their official capacities, specifically the Internal Revenue Service, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ Callie R. Owen
Callie R. Owen
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1671
(859) 685-4901
Callie.R.Owen@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the clerk of the court by using the CM/ECF system which caused electronic service on the attorney for the debtors and the trustee, on the 14th day of November, 2024.

/s/ Callie R. Owen
Callie R. Owen
Assistant United States Attorney