UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

## REPORT OF SALE

Comes Michael Jason Williams (the "Debtor"), by counsel, and pursuant to the Court's Order Authorizing Sale of Estate Property Free and Clear of All Liens, Claims and Encumbrances (the "Sale Order") [ECF No. 67], hereby gives notice that closing of the sale of real property located at 103 Park Avenue, Crothersville, Indiana was held on November 12, 2024, with the Debtor's non-exempt portion of the sale proceeds being in the amount of $39,976.04 (the "Sale Proceeds"). The Sale Proceeds have been delivered to Debtor's counsel and deposited into counsel's escrow account pending further orders of this Court.  A true copy of the settlement statement is attached as <u>Exhibit A.</u>

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

  This Report of Sale was served electronically by the Court's ECF System upon all parties receiving notice thereunder on November 18, 2024.

/s/ *Dean A. Langdon*
COUNSEL FOR DEBTOR

/Pleadings/Report of Sale Park Ave 20241118.doc