Indiana Home Title
ALTA Universal ID:
2765 Brentwood Drive
Columbus, IN 47203
(317) 815-4462

**ALTA Buyer's Settlement Statement**

| | | | | |
|---|---|---|---|---|
| File #: | IHT-24-917 | Property | 103 Park Avenue<br>Crothersville, IN 47229 | Settlement Date  11/12/2024<br>Disbursement Date  11/12/2024 |
| Print Date & Time: | 11/06/2024 at 12:44 PM EST | Buyer | Penny Moore | |
| Closing Agent: | Brittaney Mcilquham | Seller | Michael Jason Williams<br>145 Shelby Brooks Lane<br>London, KY 40744 | |
| Settlement Location: | 905 East Tipton Street<br>Seymour, IN, 47274 | Lender | Wolfe Financial Inc.<br>191 H NC Highway 42 N<br>Asheboro, NC 27203 | |

| Description | Buyer | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | $91,000.00 | |
| Loan Amount | | $89,351.00 |
| Seller Credit | | $5,460.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes 01/01/2024 to 11/12/2024 | | $1,189.22 |
| | | |
| **Loan Charges** | | |
| Origination Fee to Wolfe Financial Inc. | $1,756.30 | |
| Underwriting Fee to Wolfe Financial Inc. | $1,295.00 | |
| Appraisal Fee to Koleszar Appraisal Services, Inc | $500.00 | |
| Appraisal Final Inspection to Koleszar Appraisal Services, Inc | $150.00 | |
| Credit Report Fee to Wolfe Financial Inc. | $60.00 | |
| Flood Certification Fee to Wolfe Financial Inc. | $15.00 | |
| Mortgage Insurance Premium to Wolfe Financial Inc. | $1,536.76 | |
| Prepaid Interest ( from 11/12/2024 to 12/01/2024) | $296.59 | |
| | | |
| **Impounds** | | |
| Homeowner's insurance $88.92 per month for 3 mo. | $266.76 | |
| Property taxes $58.58 per month for 3 mo. | $175.74 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fees | $80.00 | |
| ---Deed: $25.00 | | |
| ---Mortgage: $55.00 | | |
| Sales Disclosure and Transfer Fee to County Auditor | $30.00 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Closing Fee to Indiana Home Title | $195.00 | |
| Title - Closing Processing Fee to Indiana Home Title | $150.00 | |
| Title - CPL (Borrower) to First American Title Insurance Company | $25.00 | |
| Title - CPL (Lender) to First American Title Insurance Company | $25.00 | |
| Title - Lender's ALTA 8.1 Endorsement to First American Title Insurance Company | $50.00 | |
| Title - Lender's ALTA 9-06 Endorsement to First American Title Insurance Company | $50.00 | |
| Title - Lender's Title Policy to First American Title Insurance Company | $100.00 | |
| Title - Simplifile E-Recording Submission Fee to Indiana Home Title | $8.50 | |

| Description | Buyer | |
| --- | --- | --- |
| | Debit | Credit |
| Title - Title Insurance Enforcement Fund Fee (Lender's Policy) to First American Title Insurance Company | $5.00 | |
| Title - Title Processing Fee to Indiana Home Title | $175.00 | |
| **Miscellaneous** | | |
| Selling Brokerage Transaction Fee to BHHS Indiana Realty (Seymour) | $125.00 | |
| Homeowner's Insurance Premium to Stahl Insurance Group | $1,067.00 | |

| | Debit | Credit |
| --- | --- | --- |
| **Subtotals** | $99,137.65 | $96,000.22 |
| Due from Buyer | | $3,137.43 |
| **Totals** | $99,137.65 | $99,137.65 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Indiana Home Title to cause the funds to be disbursed in accordance with this statement.

_____  11/12/24
Penny Moore                     Date

_____  11/12/24
Settlement Agent                Date

Indiana Home Title
ALTA Universal ID:
2765 Brentwood Drive
Columbus, IN 47203
(317) 815-4462

ALTA Seller's Settlement Statement

| | | | |
|---|---|---|---|
| **File #:** | IHT-24-917 | **Property** | 103 Park Avenue |
| **Print Date & Time:** | 11/08/2024 at 08:32 AM EST | | Crothersville, IN 47229 |
| | | **Buyer** | Penny Moore |
| **Closing Agent:** | Brittaney Mcilquham | **Seller** | Michael Jason Williams |
| **Settlement Location:** | 905 East Tipton Street Seymour, IN, 47274 | | 145 Shelby Brooks Lane London, KY 40744 |
| | | **Lender** | Wolfe Financial Inc. 191 H NC Highway 42 N Asheboro, NC 27203 |
| **Settlement Date** | 11/12/2024 | | |
| **Disbursement Date** | 11/12/2024 | | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | | $91,000.00 |
| Seller Credit | $5,460.00 | |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes 01/01/2024 to 11/12/2024 | $1,189.22 | |
| | | |
| **Commission** | | |
| Selling Brokerage Commission to BHHS Indiana Realty (Seymour) | $2,730.00 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Closing Fee to Indiana Home Title | $195.00 | |
| Title - Closing Processing Fee to Indiana Home Title | $150.00 | |
| Title - CPL (Seller) to First American Title Insurance Company | $25.00 | |
| Title - Document and Warranty Deed Preparation to Ambit Solutions, LLC | $100.00 | |
| Title - Simplifile E-Recording Submission Fee to Indiana Home Title | $4.25 | |
| Title - Title Processing Fee to Indiana Home Title | $175.00 | |
| Title - Owner's Title Policy to First American Title Insurance Company | $291.00 | |
| Title - Title Insurance Enforcement Fund Fee (Owner's Policy) to First American Title Insurance Company | $5.00 | |
| | | |
| **Miscellaneous** | | |
| 1/2 Proceeds for escrow per court order to DelCotto Law Group PLLC | $39,976.04 | |
| 1/2 Proceeds, per court order to Carla M. Williams | $39,976.04 | |
| Property Taxes to Jackson County Treasurer | $723.45 | |

| | Debit | Credit |
|---|---|---|
| **Subtotals** | $91,000.00 | $91,000.00 |
| **Due from Seller** | | $0.00 |
| **Totals** | $91,000.00 | $91,000.00 |

See signature addendum

**Signature Addendum**

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Indiana Home Title to cause the funds to be disbursed in accordance with this statement.

_____   11/12/24
Michael Jason Williams                Date

_____   11/12/24
Settlement Agent                      Date