**Fill in this information to identify the case:**

Debtor Name  Michael Jason Williams

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number  24-60490

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  October 2024                     Date report filed:  11/18/2024
                                                             MM / DD / YYYY

Line of business:  Cattle broker                 NAISC code:  424520

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                  Michael Jason Williams

Original signature of responsible party   *[signature]*

Printed name of responsible party    Michael Jason Williams

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☑ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Michael Jason Williams                      Case number  24-60490

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ❑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ -1,819.13

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 37,879.82

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 36,421.29

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -342.60

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 0.00

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

   (Exhibit E)

Debtor Name  Michael Jason Williams                              Case number 24-60490

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                       $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____ 0

27. What is the number of employees as of the date of this monthly report?                      _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 3,300.00

30. How much have you paid this month in other professional fees?                                     $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 7,000.00 | — | $ 37,879.82 | = | $ 30,879.82 |
| 33. **Cash disbursements** | $ 7,000.00 | — | $ 36,421.29 | = | $ 29,421.29 |
| 34. **Net cash flow** | $ 0.00 | — | $ 1,458.53 | = | $ 1,458.53 |

35. Total projected cash receipts for the next month:                                            $ _____ 7,000.00

36. Total projected cash disbursements for the next month:                                     - $ _____ 7,000.00

37. Total projected net cash flow for the next month:                                          = $ _____ 0.00

Debtor Name  Michael Jason Williams                          Case number 24-60490

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Exhibit C

In re Michael Jason Williams

Total Cash Receipts

Case No 24-60490

October 1 - 31, 2024

| Account Name | Account # | Bank | Date | Description | Credit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 10/01/24 | Transfer from Spouse's Acct to Pay Bills | $2,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/04/24 | Interest Income | $0.04 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Transfer from Spouse's Acct to Pay Bills | $1,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/08/24 | Transfer from Spouse's Acct to Pay Bills | $1,500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/09/24 | Transfer from Spouse's Acct to Pay Bills | $750.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/11/24 | Transfer from Spouse's Acct to Pay Bills | $3,200.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | State Farm Insurance Refund | $1,029.78 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Proceeds from sale of home (145 Shelby Brooks Ln) | $27,900.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Transfer from Spouse's Acct to Pay Bills | $500.00 |
| | | | | Total Deposits 10/01/24 to 10/31/24 | $37,879.82 |

Exhibit D

In re Michael Jason Williams                                                    Case No 24-60490
Total Cash Disbursements                                                        October 1 - 31, 2024

| Account Name | Account # | Bank | Date | Description | Debit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 10/01/24 | Domino's for Meals | $8.71 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/01/23 | Kentucky Utilities | $103.97 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/03/24 | Amazon.Com Prime Video Channel | $9.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/03/24 | El Dorado's for Meals | $31.32 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/03/24 | Netflix.Com for Entertainment | $33.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/03/24 | Lowe's for Supplies | $61.33 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/03/24 | Caresource Kentucky for Health Insurance | $518.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/04/24 | Thompson Discount Drug Store | $25.00 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/07/24 | Apple.Com | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Thompson Discount Drug Store | $15.41 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Papa John's for meals | $20.48 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/27 | Prime Video | $27.09 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Prime Video | $27.09 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Apple.Com | $27.38 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Lowe's for Supplies | $52.77 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Kroger Fuel for Travel | $60.68 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Silent Guard Security | $63.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Kroger for Groceries | $64.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/07/24 | Lowe's for Supplies | $105.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/03/24 | Joe R Brown II, Laurel Co Clerk for Tax & Tags | $2,415.41 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/08/24 | Sling.Com | $5.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/08/24 | BP for Travel | $79.78 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/02/24 | Carmichael Church (Church Donation) | $50.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/09/24 | Hulu for Television Subscription | $123.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/08/24 | Truist loan payment on #9087899710-9001 | $1,215.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/10/24 | Chick-Fil-A for Meals | $23.68 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/10/24 | Comcast | $25.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10//10/24 | El Dorado's for Meals | $36.59 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/10/24 | London Utility Commission | $103.81 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/11/24 | Love's for Travel | $9.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/11/24 | Love's for Travel | $78.46 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/11/24 | Verizon Wireless for Cell Service | $545.40 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/08/24 | Southeast Ky Pool & Patio | $16.95 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/15/24 | Pilot for Travel | $6.08 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Amazon.Com Prime Video Channel | $9.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Apple.Com | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Wendy's for meals | $12.43 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Prime Video | $14.08 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Ormsby Oil | $16.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Amazon Fresh for groceries | $36.73 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | The Home Depot | $38.57 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/15/24 | Uncle Julio's for meals | $45.73 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Pilot for Travel | $70.53 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | RMD | $78.49 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | U-Haul for travel | $187.62 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Kentucky Utilities | $445.69 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/04/24 | Crothersville Utilities | $89.28 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Ck#1167 to for Cash | $25.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/16/24 | Long John Silver for meals | $14.39 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/16/24 | American Family Insurance | $617.07 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/16/24 | ADT Security | $76.31 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/13/24 | Fox Construction (roof in house repair) | $3,200.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/11/24 | Midwest Natural Gas | $23.88 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/17/24 | Amazon.Com Prime Video Channel | $7.58 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/17/24 | Prime Video | $16.25 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/17/24 | Planet Fitness Club Fees | $24.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/17/24 | Planet Fitness Club Fees | $24.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/15/24 | Laurel Co Sheriff (prop tax 5352 Slate Lick Rd) | $1,133.37 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/18/24 | Lowe's for Supplies | $19.00 |

| | | | | |
|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 10/18/24 Kroger Fuel for Travel | $50.88 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/18/24 Transfer to Spouse's Bank Account | $15,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Prime Video | $3.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Prime Video | $4.33 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Apple.Com | $11.65 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Amazon.Com Prime Video Channel | $12.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Amazon.Com Audible | $15.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Apple.Com | $33.06 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Amazon.Com | $50.70 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Pilot for Travel | $51.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Pilot for Travel | $71.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Love's for Travel | $76.10 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/21/24 Sling.Com | $89.03 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 Outback for meals | $123.32 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/21/24 U-Haul for travel | $187.62 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/22/24 The Home Depot | $33.05 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/22/24 BJ's Restaurant | $71.17 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/22/24 Amazon.Com | $101.40 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/22/24 Menard's for Home Supplies | $173.80 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/13/24 Freedom Christian Fellowship (Charititable Donation) | $50.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/09/24 Freedom Christian Fellowship (Charititable Donation) | $50.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/23/24 Firstech-Dronemobile | $11.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/23/24 Dunkin for meals | $23.22 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/23/24 Menard's for Home Supplies | $35.42 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/23/24 American Family Insurance | $44.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/24/24 Amazon.Com | $44.09 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/24/24 Amazon.Com | $74.94 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/24/24 Menard's for Home Supplies | $149.52 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/25/24 Outback for meals | $48.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/25/24 The Home Depot | $62.84 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/25/24 Amazon.Com | $182.27 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/25/24 The Home Depot | $1,072.94 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/25/24 American Family Insurance | $38.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/24/24 J. Delgado (Repairs & Cabinet Work) | $3,163.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 Kroger for Groceries | $2.69 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 McDonalds for meals | $2.74 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 Buffalo Unlimited for meals | $2.98 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 Apple.Com | $12.12 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 Chick-Fil-A for Meals | $14.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 Chick-Fil-A for Meals | $15.29 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 Dollar-General for supplies | $16.05 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 Portillos Hot Dog for meals | $20.64 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 CFA Food Truck for meals | $27.86 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/28/24 The Home Depot | $152.18 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Shell Oil for travel | $3.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Marathon for travel | $7.17 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Smith Global for car wash | $21.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Prime Video | $24.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Costco for groceries | $38.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Costco Gas for fuel | $57.38 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Shell Oil for travel | $75.45 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/29/24 Marathon for travel | $77.13 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/27/24 Joshua Fox (for roof repairs) | $2,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 10/27/24 Carmichael Church (Church Donation) | $25.00 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/30/24 Amazon.Com Prime Video Channel | $2.99 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/30/24 State Farm Insurance | $61.67 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/30/24 The Greatest Nails | $236.40 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/30/24 Kentucky Utilities | $31.40 |
| Debtor in Possession Account | x3600 | Forcht Bk | 10/31/24 Rosatis Pizza | $30.97 |

Total Disbursements 10/01/24 to 10/31/24    $36,421.29

# Forcht Bank

**6855 Pacific St**
Attn: Fiserv Item Processing 3rd Floor
Omaha, NE 68106

**RETURN SERVICE REQUESTED**

>001112 5327638 0001 93151 10Z 40

COWBOY CAPONE SMLLC
MICHAEL JASON WILLIAMS
7332 W 155TH ST
ORLAND PARK IL 60462-4370



## Statement Ending 10/31/2024

COWBOY CAPONE SMLLC

*Page 1 of 4*

Customer Number: _____3600

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | London Banking Center |
| 📱 | Branch Number | 606-864-9500 |
| ✉ | Address | 100 First Financial Drive London, KY 40741 |
| 💻 | Website | www.forchtbank.com |



### Skip The Line and Get Your Balance Now With Telephone Banking.

Do you need to check your account balance?

Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.

It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

## Summary of Accounts



| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS WORKS | ____3600 | $50.44 |



**MEMBER FDIC**

# Forcht Bank

**Statement Ending 10/31/2024**

*COWBOY CAPONE SMLLC*                                    *Page 2 of 4*

**Customer Number:** ___3600



## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Please contact the Forcht Bank Customer Care Center at 1-844-436-7248 if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.  1) Tell us your name and account number; 2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and 3) tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.



## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by writing to: Forcht Bank, Attn: Accounting, P.O. Box 55250, Lexington, KY 40555. In order to assist you with your dispute, you must provide: your name, address and phone number, the account number, the specific information you are disputing, the explanation of why it is incorrect, and any supporting documentation, if applicable.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between Forcht Bank, N.A. and/or all applicable rules and regulations governing such transactions, including rules of the National Automated Clearing House Association (NACHA Rules) and MasterCard rules. If you think this statement is wrong, please contact the Forcht Bank Customer Care Center at 1-844-436-7248.

## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

## FORCHT BANK'S PRIVACY POLICY

Forcht Bank does share some personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. To learn more about Forcht Bank's Privacy Policy, or to view the most up to date policy, please visit www.forchtbank.com/privacy-policy.

## OUTSTANDING DEPOSITS

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section. Record the total at the left.

2. Check off in your checkbook register all checks, withdrawals (including debit card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section. Record the total at the left.

## OUTSTANDING WITHDRAWALS

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

3. Enter the ending balance on this statement.   $ _____

4. Enter the TOTAL of Outstanding Deposits.   $ _____

5. Total lines 3 and 4.   $ _____

6. Enter TOTAL of Outstanding Withdrawals.   $ _____

7. Subtract line 6 from 5.  This is your balance.  $ _____

**Forcht Bank**

*Statement Ending 10/31/2024*

COWBOY CAPONE SMLLC                    Page 3 of 4
Customer Number:        3600





## SMALL BUSINESS WORKS - 3600

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 10/01/2024 | Beginning Balance | $126.75 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $76.31 |
| 10/31/2024 | Ending Balance | $50.44 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 10/01/2024 | Beginning Balance | | | $126.75 |
| 10/16/2024 | ADT SECURITY SER ADTPAPACH XXXXX6431 | $76.31 | | $50.44 |
| 10/31/2024 | Ending Balance | | | $50.44 |

### Daily Balances

| Date | Amount |
|------|--------|
| 10/16/2024 | $50.44 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



**Forcht Bank** ®

*Statement Ending 11/05/2024*

6855 Pacific St
**Attn: Fiserv Item Processing 3rd Floor**
Omaha, NE 68106

**RETURN SERVICE REQUESTED**

MICHAEL JASON WILLIAMS
CARLA MICHELLE WILLIAMS
7332 W 155TH ST
ORLAND PARK IL 60462-4370

*MICHAEL JASON WILLIAMS*                    *Page 1 of 10*
*Customer Number:*    **6856**



### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | London Banking Center |
| 📱 | Branch Number | 606-864-9500 |
| ✉ | Address | 100 First Financial Drive<br>London, KY 40741 |
| 💻 | Website | www.forchtbank.com |



## Skip The Line and Get Your Balance Now With Telephone Banking.

Do you need to check your account balance?

Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.

It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

## Summary of Accounts



| Account Type | Account Number | Ending Balance |
|---|---|---|
| FORCHT FRIEND CHECKING | 6856 | $3,492.32 |




# Forcht Bank®



## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact the Forcht Bank Customer Care Center at 1-844-436-7248 if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared. *1)Tell us your name and account number; 2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and 3) tell us the dollar amount of the suspected error.*

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by writing to: Forcht Bank, Attn: Accounting, P.O. Box 55250, Lexington, KY 40555. In order to assist you with your dispute, you must provide: your name, address and phone number, the account number, the specific information you are disputing, the explanation of why it is incorrect, and any supporting documentation, if applicable.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between Forcht Bank, N.A. and/or all applicable rules and regulations governing such transactions, including rules of the National Automated Clearing House Association (NACHA Rules) and MasterCard rules. If you think this statement is wrong, please contact the Forcht Bank Customer Care Center at 1-844-436-7248.

## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

## FORCHT BANK'S PRIVACY POLICY

Forcht Bank does share some personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. To learn more about Forcht Bank's Privacy Policy, or to view the most up to date policy, please visit www.forchtbank.com/privacy-policy.

## OUTSTANDING DEPOSITS

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

## OUTSTANDING WITHDRAWALS

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section. Record the total at the left.

2. Check off in your checkbook register all checks, withdrawals (including debit card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section. Record the total at the left.

3. Enter the ending balance on this statement. $ _____

4. Enter the TOTAL of Outstanding Deposits. $ _____

5. Total lines 3 and 4. $ _____

6. Enter TOTAL of Outstanding Withdrawals. $ _____

7. Subtract line 6 from 5. This is your balance. $ _____

**Forcht Bank**®

*Statement Ending 11/05/2024*

*MICHAEL JASON WILLIAMS*                                    *Page 3 of 10*
*Customer Number:        6856*



## FORCHT FRIEND CHECKING -        6856

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/05/2024** | **Beginning Balance** | **$2,215.38** |
| | 12 Credit(s) This Period | $38,985.91 |
| | 126 Debit(s) This Period | $37,708.97 |
| **11/05/2024** | **Ending Balance** | **$3,492.32** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 10/05/2024 Through 11/05/2024 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 32 |
| Interest Earned | $0.31 |
| Interest Paid This Period | $0.31 |
| Interest Paid Year-to-Date | $5.02 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **10/05/2024** | **Beginning Balance** | | | **$2,215.38** |
| 10/07/2024 | 058282 INTERNET TRANSFER FROM FORCHT FRIEND CKG      7364 ON 10/07/24 10:21 | | $1,000.00 | $3,215.38 |
| 10/07/2024 | Recur Payment 10/04 CA 866-712-7753 APPLE.COM/BILL SEQ# 822514 | $11.65 | | $3,203.73 |
| 10/07/2024 | Signature POS Debit 10/03 KY LONDON THOMPSON DISCOU SEQ# 841070 | $15.41 | | $3,188.32 |
| 10/07/2024 | Signature POS Debit 10/05 KY LONDON PAPA JOHN'S #67 SEQ# 407681 | $20.48 | | $3,167.84 |
| 10/07/2024 | Signature POS Debit 10/04 WA 888-802-3080 Prime Video * FC SEQ# 594821 | $27.09 | | $3,140.75 |
| 10/07/2024 | Signature POS Debit 10/05 WA 888-802-3080 Prime Video * T4 SEQ# 841406 | $27.09 | | $3,113.66 |
| 10/07/2024 | Recur Payment 10/05 CA 866-712-7753 APPLE.COM/BILL SEQ# 799903 | $27.38 | | $3,086.28 |
| 10/07/2024 | Pinned POS Debit 10/05 KY LONDON LOWE'S #2666 US SEQ# 938245 | $52.77 | | $3,033.51 |
| 10/07/2024 | Pinned POS Debit 10/06 KY LONDON KROGER FUEL #84 US SEQ# 118999 | $60.68 | | $2,972.83 |
| 10/07/2024 | Recur Payment 10/03 KY SOMERSET 4TE* SILENT GUAR SEQ# 331629 | $63.92 | | $2,908.91 |
| 10/07/2024 | Pinned POS Debit 10/06 KY LONDON KROGER #409 US SEQ# 505759 | $64.24 | | $2,844.67 |
| 10/07/2024 | Pinned POS Debit 10/07 KY LONDON LOWE'S #2666 US SEQ# 680427 | $105.92 | | $2,738.75 |

**Forcht Bank**

## FORCHT FRIEND CHECKING - 6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/07/2024 | CHECK # 1165 | $2,415.41 | | $323.34 |
| 10/08/2024 | 248347 INTERNET TRANSFER FROM FORCHT FRIEND CKG    7364 ON 10/08/24 10:20 | | $1,500.00 | $1,823.34 |
| 10/08/2024 | Recur Payment 10/07 CO ENGLEWOOD SLING.COM D. SEQ# 788272 | $5.50 | | $1,817.84 |
| 10/08/2024 | Pinned POS Debit 10/08 KY LEXINGTON BP#1303400GALLO SEQ# 362145 | $79.78 | | $1,738.06 |
| 10/08/2024 | CHECK # 1164 | $50.00 | | $1,688.06 |
| 10/09/2024 | 440509 INTERNET TRANSFER FROM FORCHT FRIEND CKG    7364 ON 10/09/24 10:56 | | $750.00 | $2,438.06 |
| 10/09/2024 | Recur Payment 10/09 CA SANTA MONICA HULU SEQ# 091874 | $123.99 | | $2,314.07 |
| 10/09/2024 | CHECK # 1169 | $1,215.00 | | $1,099.07 |
| 10/10/2024 | Signature POS Debit 10/08 KY RICHMOND CHICK-FIL-A #02 DR SEQ# 216266 | $23.68 | | $1,075.39 |
| 10/10/2024 | Signature POS Debit 10/09 IL 800-266-2278 COMCAST CHICAGO SEQ# 930311 | $25.00 | | $1,050.39 |
| 10/10/2024 | Signature POS Debit 10/09 KY LONDON EL DORADO SEQ# 009620 | $36.59 | | $1,013.80 |
| 10/10/2024 | LONDON UTILITY C UMS BILL 00001103001002 | $103.81 | | $909.99 |
| 10/11/2024 | 698450 INTERNET TRANSFER FROM FORCHT FRIEND CKG    7364 ON 10/10/24 18:49 | | $3,200.00 | $4,109.99 |
| 10/11/2024 | Pinned POS Debit 10/11 IN MEMPHIS Love's #0355 In SEQ# 323921 | $9.83 | | $4,100.16 |
| 10/11/2024 | Pinned POS Debit 10/11 IN MEMPHIS Love's #0355 Ou E SEQ# 949772 | $78.46 | | $4,021.70 |
| 10/11/2024 | Recur Payment 10/11 FL 800-922-0204 VZWRLSS* APOCC V N SEQ# 739912 | $545.40 | | $3,476.30 |
| 10/11/2024 | CHECK # 1168 | $16.95 | | $3,459.35 |
| 10/15/2024 | MOBILE DEPOSIT | | $1,029.78 | $4,489.13 |
| 10/15/2024 | DEPOSIT | | $27,900.00 | $32,389.13 |
| 10/15/2024 | 175988 INTERNET TRANSFER FROM FORCHT FRIEND CKG    7364 ON 10/13/24 16:31 | | $500.00 | $32,889.13 |
| 10/15/2024 | Pinned POS Debit 10/11 IN HEBRON PILOT #0448 US SEQ# 493668 | $6.08 | | $32,883.05 |
| 10/15/2024 | Signature POS Debit 10/12 WA AMZN.COM/BILL Prime Video Cha SEQ# 298824 | $9.75 | | $32,873.30 |
| 10/15/2024 | Recur Payment 10/11 CA 866-712-7753 APPLE.COM/BILL SEQ# 477626 | $11.65 | | $32,861.65 |
| 10/15/2024 | Pinned POS Debit 10/14 KY LONDON WENDY'S 816 US SEQ# 892000 | $12.43 | | $32,849.22 |
| 10/15/2024 | Signature POS Debit 10/14 WA 888-802-3080 Prime Video * 28 SEQ# 826988 | $14.08 | | $32,835.14 |
| 10/15/2024 | Signature POS Debit 10/11 KY LONDON ORMSBY OIL & IN SEQ# 911451 | $16.50 | | $32,818.64 |
| 10/15/2024 | Signature POS Debit 10/12 WA TINLEY PARK Amazon Fresh* NG SEQ# 778486 | $36.73 | | $32,781.91 |
| 10/15/2024 | Pinned POS Debit 10/12 IL ORLAND PARK THE HOME DEPOT SEQ# 001408 | $38.57 | | $32,743.34 |
| 10/15/2024 | Signature POS Debit 10/13 IL ORLAND PARK UNCLE JULIO'S O GE SEQ# 824929 | $45.73 | | $32,697.61 |
| 10/15/2024 | Pinned POS Debit 10/11 IN HEBRON PILOT #0448 US SEQ# 617757 | $70.53 | | $32,627.08 |
| 10/15/2024 | Pinned POS Debit 10/14 IN CROTHERSVILLE RMD 264 US SEQ# 703095 | $78.49 | | $32,548.59 |

**Forcht Bank**

## FORCHT FRIEND CHECKING -       6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/15/2024 | Signature POS Debit 10/11 KY LONDON U-HAULORMSBY SEQ# 071988 | $187.62 | | $32,360.97 |
| 10/15/2024 | Kentucky Utiliti PAYMENT 350010149432 | $445.69 | | $31,915.28 |
| 10/15/2024 | CHECK # 1166 | $89.28 | | $31,826.00 |
| 10/15/2024 | CHECK # 1167 | $25.00 | | $31,801.00 |
| 10/16/2024 | Signature POS Debit 10/15 KY LONDON LONG JOHN SILVE SEQ# 058801 | $14.39 | | $31,786.61 |
| 10/16/2024 | AMERICAN FAMILY PHONE PAY 000000029270t49 | $617.07 | | $31,169.54 |
| 10/16/2024 | CHECK # 1171 | $3,200.00 | | $27,969.54 |
| 10/16/2024 | CHECK # 1172 | $23.88 | | $27,945.66 |
| 10/17/2024 | Signature POS Debit 10/16 WA AMZN.COM/BILL Prime Video Cha SEQ# 868110 | $7.58 | | $27,938.08 |
| 10/17/2024 | Signature POS Debit 10/16 WA 888-802-3080 Prime Video * B1 SEQ# 195589 | $16.25 | | $27,921.83 |
| 10/17/2024 | PLANET FIT CLUB FEES 2429001687033 | $24.44 | | $27,897.39 |
| 10/17/2024 | PLANET FIT CLUB FEES 2429001687045 | $24.44 | | $27,872.95 |
| 10/17/2024 | CHECK # 1174 | $1,133.37 | | $26,739.58 |
| 10/18/2024 | Pinned POS Debit 10/17 KY LONDON LOWE'S #2666 US SEQ# 597967 | $19.00 | | $26,720.58 |
| 10/18/2024 | Pinned POS Debit 10/17 KY LONDON KROGER FUEL #84 US SEQ# 116711 | $50.88 | | $26,669.70 |
| 10/18/2024 | CHECK | $15,000.00 | | $11,669.70 |
| 10/21/2024 | Signature POS Debit 10/20 WA 888-802-3080 Prime Video * 8L SEQ# 714337 | $3.99 | | $11,665.71 |
| 10/21/2024 | Signature POS Debit 10/19 WA 888-802-3080 Prime Video * RP SEQ# 833823 | $4.33 | | $11,661.38 |
| 10/21/2024 | Recur Payment 10/18 CA 866-712-7753 APPLE.COM/BILL SEQ# 799223 | $11.65 | | $11,649.73 |
| 10/21/2024 | Signature POS Debit 10/20 WA AMZN.COM/BILL Prime Video Cha SEQ# 806088 | $12.99 | | $11,636.74 |
| 10/21/2024 | Recur Payment 10/20 NJ AMZN.COM/BILL Audible* CV89O26 6T SEQ# 257052 | $15.85 | | $11,620.89 |
| 10/21/2024 | Recur Payment 10/20 CA 866-712-7753 APPLE.COM/BILL SEQ# 040414 | $33.06 | | $11,587.83 |
| 10/21/2024 | Pinned POS Debit 10/20 WA SEATTLE AMAZON.COM* J80V US SEQ# 000045 | $50.70 | | $11,537.13 |
| 10/21/2024 | Signature POS Debit 10/18 KY SIMPSONVILLE PILOT 354 SEQ# 083058 | $51.57 | | $11,485.56 |
| 10/21/2024 | Pinned POS Debit 10/18 KY SIMPSONVILLE PILOT #0354 US SEQ# 339573 | $71.57 | | $11,413.99 |
| 10/21/2024 | Signature POS Debit 10/18 IN LAFAYETTE LOVE'S #0874 OU SEQ# 867320 | $76.10 | | $11,337.89 |
| 10/21/2024 | Recur Payment 10/19 CO ENGLEWOOD SLING.COM D. SEQ# 940022 | $89.03 | | $11,248.86 |
| 10/21/2024 | Signature POS Debit 10/19 IL ORLAND PARK OUTBACK 1416 SEQ# 512641 | $123.32 | | $11,125.54 |
| 10/21/2024 | Signature POS Debit 10/18 KY LONDON U-HAULSCHOTTS M SEQ# 628349 | $187.62 | | $10,937.92 |
| 10/22/2024 | Signature POS Debit 10/20 IL ORLAND PARK THE HOME DEPOT SEQ# 451104 | $33.05 | | $10,904.87 |
| 10/22/2024 | Signature POS Debit 10/20 IL ORLAND PARK BJ'S RESTAURANT GE SEQ# 983791 | $71.17 | | $10,833.70 |
| 10/22/2024 | Pinned POS Debit 10/21 WA SEATTLE AMAZON.COM* BM33 US SEQ# 500000 | $101.40 | | $10,732.30 |

**Forcht Bank**

## FORCHT FRIEND CHECKING -    6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/22/2024 | Pinned POS Debit 10/22 IL TINLEY PARK MNRD-TINL 6851 SEQ# 562389 | $173.80 | | $10,558.50 |
| 10/22/2024 | CHECK # 1173 | $50.00 | | $10,508.50 |
| 10/22/2024 | CHECK # 1170 | $50.00 | | $10,458.50 |
| 10/23/2024 | Signature POS Debit 10/21 WA KENT FIRSTECH-DRONEM SEQ# 477775 | $11.99 | | $10,446.51 |
| 10/23/2024 | Signature POS Debit 10/22 IL ORLAND PK DUNKIN #354015 SEQ# 414461 | $23.22 | | $10,423.29 |
| 10/23/2024 | Signature POS Debit 10/21 IL TINLEY PARK MENARDS TINLEY SEQ# 703468 | $35.42 | | $10,387.87 |
| 10/23/2024 | AMERICAN FAMILY CHECKPAYMT 000000029297ptt | $44.99 | | $10,342.88 |
| 10/24/2024 | Pinned POS Debit 10/24 WA SEATTLE AMAZON.COM* IR58 US SEQ# 410000 | $44.09 | | $10,298.79 |
| 10/24/2024 | Pinned POS Debit 10/24 WA SEATTLE AMAZON.COM* JM47 US SEQ# 550000 | $74.94 | | $10,223.85 |
| 10/24/2024 | Pinned POS Debit 10/24 IL TINLEY PARK MNRD-TINL 6851 SEQ# 604713 | $182.43 | | $10,041.42 |
| 10/25/2024 | Signature POS Debit 10/24 IL ORLAND PARK OUTBACK 1416 SEQ# 225847 | $48.55 | | $9,992.87 |
| 10/25/2024 | Pinned POS Debit 10/24 IL ORLAND PARK THE HOME DEPOT SEQ# 000871 | $62.84 | | $9,930.03 |
| 10/25/2024 | Pinned POS Debit 10/24 WA SEATTLE AMAZON.COM US SEQ# 765616 | $182.27 | | $9,747.76 |
| 10/25/2024 | Pinned POS Debit 10/25 IL ORLAND PARK THE HOME DEPOT SEQ# 001889 | $1,072.94 | | $8,674.82 |
| 10/25/2024 | AMERICAN FAMILY PHONE PAY 000000029312584 | $38.83 | | $8,635.99 |
| 10/25/2024 | CHECK # 1175 | $3,163.44 | | $5,472.55 |
| 10/28/2024 | Pinned POS Debit 10/26 KY LONDON KROGER #409 US SEQ# 009504 | $2.69 | | $5,469.86 |
| 10/28/2024 | Signature POS Debit 10/27 IL MARKHAM MCDONALD'S F738 SEQ# 281969 | $2.74 | | $5,467.12 |
| 10/28/2024 | Recur Payment 10/27 NY BUFFALO UNLIM MONTHLY S QU SEQ# 564815 | $2.98 | | $5,464.14 |
| 10/28/2024 | Recur Payment 10/25 CA 866-712-7753 APPLE.COM/BILL SEQ# 603459 | $12.12 | | $5,452.02 |
| 10/28/2024 | Signature POS Debit 10/24 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 004420 | $14.85 | | $5,437.17 |
| 10/28/2024 | Signature POS Debit 10/25 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 306878 | $15.29 | | $5,421.88 |
| 10/28/2024 | Pinned POS Debit 10/27 IN CROTHERSVILLE DOLLAR-GE DG 07 RO SEQ# 854338 | $16.05 | | $5,405.83 |
| 10/28/2024 | Signature POS Debit 10/25 IL TINLEY PARK PORTILLOS HOT D . SEQ# 440077 | $20.64 | | $5,385.19 |
| 10/28/2024 | Pinned POS Debit 10/28 IN SCOTTSBURG SQ * CFA FOOD TR SEQ# 857533 | $27.86 | | $5,357.33 |
| 10/28/2024 | Pinned POS Debit 10/28 IN SEYMOUR THE HOME DEPOT SEQ# 001120 | $152.18 | | $5,205.15 |
| 10/29/2024 | Signature POS Debit 10/27 IL OAK FOREST SHELL OIL 57444 SEQ# 687608 | $3.83 | | $5,201.32 |
| 10/29/2024 | Pinned POS Debit 10/29 IN CROTHERSVILLE UNIONTOWN MARAT US SEQ# 692214 | $7.17 | | $5,194.15 |
| 10/29/2024 | Recur Payment 10/28 KY LONDON 535 SMITH GLOBA SEQ# 547692 | $21.99 | | $5,172.16 |
| 10/29/2024 | Signature POS Debit 10/28 WA 888-802-3080 Prime Video * P3 SEQ# 652476 | $24.99 | | $5,147.17 |

**Forcht Bank**

*Statement Ending 11/05/2024*

*MICHAEL JASON WILLIAMS*                    *Page 7 of 10*
*Customer Number:*    *6856*

## FORCHT FRIEND CHECKING -    6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/29/2024 | Pinned POS Debit 10/29 KY LEXINGTON COSTCO WHSE #11 SEQ# 579574 | $38.95 | | $5,108.22 |
| 10/29/2024 | Pinned POS Debit 10/29 KY LEXINGTON COSTCO GAS #115 SEQ# 185775 | $57.38 | | $5,050.84 |
| 10/29/2024 | Signature POS Debit 10/27 IL OAK FOREST SHELL OIL 57444 SEQ# 341603 | $75.45 | | $4,975.39 |
| 10/29/2024 | Pinned POS Debit 10/29 IN CROTHERSVILLE UNIONTOWN MARAT US SEQ# 695684 | $77.13 | | $4,898.26 |
| 10/29/2024 | CHECK # 1176 | $2,000.00 | | $2,898.26 |
| 10/29/2024 | CHECK # 1181 | $25.00 | | $2,873.26 |
| 10/30/2024 | POS Return 10/27 IL TINLEY PARK MENARDS TINLEY SEQ# 026705 | | $32.91 | $2,906.17 |
| 10/30/2024 | Signature POS Debit 10/29 WA AMZN.COM/BILL AMAZON PRIME* V0 SEQ# 945201 | $2.99 | | $2,903.18 |
| 10/30/2024 | Recur Payment 10/29 IL BLOOMINGTON STATE FARM INS SEQ# 278986 | $61.67 | | $2,841.51 |
| 10/30/2024 | Signature POS Debit 10/29 KY LEXINGTON THE GREATEST NA SEQ# 856714 | $236.40 | | $2,605.11 |
| 10/30/2024 | Kentucky Utiliti PAYMENT 300039560457 | $31.40 | | $2,573.71 |
| 10/31/2024 | Signature POS Debit 10/30 IL TINLEY PARK ROSATIS PIZZA - SEQ# 434300 | $30.97 | | $2,542.74 |
| 11/01/2024 | Recur Payment 11/01 NY BUFFALO UNLIM MONTHLY S QU SEQ# 007777 | $19.99 | | $2,522.75 |
| 11/01/2024 | Signature POS Debit 10/31 IL TINLEY PARK PP* Honeycuts SEQ# 398791 | $54.00 | | $2,468.75 |
| 11/04/2024 | MOBILE DEPOSIT | | $72.91 | $2,541.66 |
| 11/04/2024 | 124977 INTERNET TRANSFER FROM FORCHT FRIEND CKG      7364 ON 11/04/24 16:50 | | $1,000.00 | $3,541.66 |
| 11/04/2024 | Signature POS Debit 11/04 WA 888-802-3080 Prime Video * AU SEQ# 789790 | $2.99 | | $3,538.67 |
| 11/04/2024 | Signature POS Debit 11/02 WA AMZN.COM/BILL Prime Video Cha SEQ# 366705 | $8.99 | | $3,529.68 |
| 11/04/2024 | Recur Payment 11/01 CA 866-712-7753 APPLE.COM/BILL SEQ# 631414 | $12.12 | | $3,517.56 |
| 11/04/2024 | Recur Payment 11/02 CA SANTA MONICA HULU SEQ# 873823 | $20.13 | | $3,497.43 |
| 11/04/2024 | Signature POS Debit 10/31 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 432347 | $28.33 | | $3,469.10 |
| 11/04/2024 | Recur Payment 11/03 CA LOS GATOS NETFLIX COM SEQ# 727825 | $33.58 | | $3,435.52 |
| 11/04/2024 | Signature POS Debit 11/01 IL TINLEY PARK BURRITO JALISCO SEQ# 693542 | $43.93 | | $3,391.59 |
| 11/04/2024 | Pinned POS Debit 11/04 IL ORLAND PARK THE HOME DEPOT SEQ# 002819 | $107.60 | | $3,283.99 |
| 11/04/2024 | Pinned POS Debit 11/02 IL ORLAND PARK MARIANOS #535 US SEQ# 512417 | $120.95 | | $3,163.04 |
| 11/04/2024 | Pinned POS Debit 11/04 IL ORLAND PARK THE HOME DEPOT SEQ# 002614 | $337.30 | | $2,825.74 |
| 11/04/2024 | CHECK # 1177 | $1,072.54 | | $1,753.20 |
| 11/05/2024 | DEPOSIT # 76476351 | | $2,000.00 | $3,753.20 |
| 11/05/2024 | Recur Payment 11/04 IL 800-COMCAST COMCAST CHICAGO SEQ# 807192 | $35.00 | | $3,718.20 |
| 11/05/2024 | Recur Payment 11/03 KY SOMERSET 4TE* SILENT GUAR SEQ# 813074 | $63.92 | | $3,654.28 |
| 11/05/2024 | Pinned POS Debit 11/05 OH CINCINNATI Spdpy:DukeEnerg | $78.71 | | $3,575.57 |

**Forcht Bank**®

*Statement Ending 11/05/2024*

*MICHAEL JASON WILLIAMS*                    *Page 8 of 10*
*Customer Number:*        *6856*

## FORCHT FRIEND CHECKING -        6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| | US SEQ# 059451 | | | |
| 11/05/2024 | Pinned POS Debit 11/05 IL TINLEY PARK 7-ELEVEN 38828 SEQ# 833360 | $83.56 | | $3,492.01 |
| 11/05/2024 | INTEREST | | $0.31 | $3,492.32 |
| **11/05/2024** | **Ending Balance** | | | **$3,492.32** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 0 | 10/18/2024 | $15,000.00 | 1171 | 10/16/2024 | $3,200.00 |
| 1164* | 10/08/2024 | $50.00 | 1172 | 10/16/2024 | $23.88 |
| 1165 | 10/07/2024 | $2,415.41 | 1173 | 10/22/2024 | $50.00 |
| 1166 | 10/15/2024 | $89.28 | 1174 | 10/17/2024 | $1,133.37 |
| 1167 | 10/15/2024 | $25.00 | 1175 | 10/25/2024 | $3,163.44 |
| 1168 | 10/11/2024 | $16.95 | 1176 | 10/29/2024 | $2,000.00 |
| 1169 | 10/09/2024 | $1,215.00 | 1177 | 11/04/2024 | $1,072.54 |
| 1170 | 10/22/2024 | $50.00 | 1181* | 10/29/2024 | $25.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/07/2024 | $323.34 | 10/17/2024 | $26,739.58 | 10/28/2024 | $5,205.15 |
| 10/08/2024 | $1,688.06 | 10/18/2024 | $11,669.70 | 10/29/2024 | $2,873.26 |
| 10/09/2024 | $1,099.07 | 10/21/2024 | $10,937.92 | 10/30/2024 | $2,573.71 |
| 10/10/2024 | $909.99 | 10/22/2024 | $10,458.50 | 10/31/2024 | $2,542.74 |
| 10/11/2024 | $3,459.35 | 10/23/2024 | $10,342.88 | 11/01/2024 | $2,468.75 |
| 10/15/2024 | $31,801.00 | 10/24/2024 | $10,041.42 | 11/04/2024 | $1,753.20 |
| 10/16/2024 | $27,945.66 | 10/25/2024 | $5,472.55 | 11/05/2024 | $3,492.32 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# FORCHT BANK®



| | | |
|---|---|---|
| #0000 | 10/15/2024 | $27,900.00 |
| #0000 | 10/18/2024 | $15,000.00 |
| #1164 | 10/08/2024 | $50.00 |
| #1165 | 10/07/2024 | $2,415.41 |
| #1166 | 10/15/2024 | $89.28 |
| #1167 | 10/15/2024 | $25.00 |
| #1168 | 10/11/2024 | $16.95 |
| #1169 | 10/09/2024 | $1,215.00 |
| #1170 | 10/22/2024 | $50.00 |
| #1171 | 10/16/2024 | $3,200.00 |
| #1172 | 10/16/2024 | $23.88 |
| #1173 | 10/22/2024 | $50.00 |

# Forcht Bank.

**Statement Ending 11/05/2024**

*MICHAEL JASON WILLIAMS*                        Page 10 of 10

*Customer Number:*        **6856**



| #1174 | 10/17/2024 | $1,133.37 |
|---|---|---|

| #1175 | 10/25/2024 | $3,163.44 |
|---|---|---|



| #1176 | 10/29/2024 | $2,000.00 |
|---|---|---|

| #1177 | 11/04/2024 | $1,072.54 |
|---|---|---|



| #1181 | 10/29/2024 | $25.00 |
|---|---|---|

Checking Deposit
Date-Time: 20241105 073924
ITM ID: 1042D2
Transaction Sequence: 76476351
Account Number: 3856
Branch: London Market
Teller: aphunt
Tran Desc: Check Deposit to Checking          $2,000.00

07647835 042108397   3856  009

| #76476351 | 11/05/2024 | $2,000.00 |
|---|---|---|

## <u>CERTIFICATE OF SERVICE</u>

This document has been electronically filed and served via the Court's ECF System on November 18, 2024.

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR