UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
*Electronically Filed*

IN RE:

MICHAEL JASON WILLIAMS )  CHAPTER 11
  aka Jason Williams )  CASE NO.: 24-60490
  aka Michael J. Williams )
                  Debtor. )  Judge Gregory R. Schaaf

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO EBY LIVESTOCK TRAILER 4A2LD522483002374

This matter is before the Court on Motion of Farm Credit Services of America, PCA (hereinafter "Farm Credit"), made pursuant to 11 U.S.C. §362(d) to terminate the automatic stay imposed pursuant to 11 U.S.C. §362(a), as to the following described property:

**2008 EBY POSSUM-BELLY LIVESTOCK TRAILER – 4A2LD522483002374**

Farm Credit's Motion appearing to have been properly noticed and no objection having been filed thereagainst, the Court finding good cause for said Motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED**, as follows:

1. That the automatic stay imposed pursuant to 11 U.S.C. §362(a) as to 2008 EBY Possum-Belly Livestock Trailer - 4A2LD522483002374 which secures Farm Credit's claim be, and it hereby is TERMINATED;

2. That Farm Credit shall be permitted to take any and all actions reasonable and necessary to accelerate the balance due on the obligation secured by the aforesaid

collateral, take possession of said collateral or foreclose its lien interest, sell the collateral in accordance with state law and in a commercially reasonable manner and apply the net proceeds to the principal, interest, attorneys fees and costs incurred and, if there is a balance remaining thereafter, remit such balance to the Debtor;

3. Pursuant to Local Rule 9022-1(c), counsel for Farm Credit shall cause a copy of this Order upon each of the parties designated to receive this Order pursuant to Local Rule 9022-1(c) and shall file with the Clerk of the Court a Certificate of Service of the Order upon such parties withing seven (7) days of entry hereof.

4. This is a final and appealable Order.

Tendered by:

Joseph H. Mattingly III
**JOSEPH H. MATTINGLY III, PLLC**
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-1718
joe@mattinglylawoffices.com

2

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, November 18, 2024**
**(dll)**