UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL JASON WILLIAMS | ) | CHAPTER 11 |
|   *aka Jason Williams* | ) | CASE NO.: 24-60490 |
|   *aka Michael J. Williams* | ) | |
|                 Debtor. | ) | Judge Gregory R. Schaaf |
| _____ | ) | |

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that true and accurate copies of the Order Granting Motion for Relief From Automatic Stay As To Eby Livestock Trailer 4A2LD522483002374 [ECF No. 80] entered by the Court November 18, 2024, were served via first-class U.S. mail, postage prepaid or electronic mail, on November 19, 2024, upon all non-ECF creditors.

                                              Respectfully submitted,

                                              /s/ *Joseph H. Mattingly III*          .
                                              Joseph H. Mattingly III
                                              **JOSEPH H. MATTINGLY III, PLLC**
                                              P.O. Box 678 – 104 West Main Street
                                              Lebanon, Kentucky  40033
                                              Telephone:  (270) 692-1718
                                              *joe@mattinglylawoffices.com*

                                              *Counsel for Farm Credit Services of America, PCA*