UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| MICHAEL JASON WILLIAMS, ) | |
| ) | CASE NO. 24-60490 |
| Debtors. ) | |
| ) | |

AGREED ORDER EXTENDING DEADLINE TO OBJECT TO CONFIRMATION
\*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

The United States, on behalf of its agency, the United States Department of Treasury – Internal Revenue Service (IRS) and Debtor Michael Jason Williams (the Debtor), by and through their respective counsel, hereby move this Court to enter this Agreed Order extending the time for the IRS to object to Debtor's Plan, in order to engage in discussions that may result in consensual resolution.

The Court having reviewed the terms of this Agreed Order and otherwise being sufficiently advised, IT IS HEREBY AGREED AND ORDERED that:

The IRS has until and including seven days prior to any reset confirmation hearing in this case in which to file an objection to the Debtor's plan of reorganization, modifications thereto, or any amended plan that may be filed prior to order or notice resetting the hearing on confirmation.

**HAVING SEEN AND AGREED**:

| | |
|---|---|
| /s/ Dean A. Langdon (w/permission) | /s/ Callie R. Owen |
| Dean A. Langdon | Callie R. Owen |
| dlangdon@dlgfirm.com | Callie.R.Owen@usdoj.gov |
| DelCotto Law Group PLLC | Assistant United States Attorney |
| 200 North Upper Street | 260 West Vine Street, Suite 300 |
| Lexington, KY 40507 | Lexington, KY  40507-1671 |
| DD: 859-251-7151 Office: 859-231-5800 | *Counsel for IRS* |
| Fax: 859-281-1179 | |
| *Counsel for Debtor* | |

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the clerk of the court by using the CM/ECF system which caused electronic service on the attorney for the debtors and the trustee, on the 25th day of November, 2024.

/s/ Callie R. Owen  
Callie R. Owen  
Assistant United States Attorney