UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

    DEBTOR

CASE NO. 24-60490
CHAPTER 11
SUBCHAPTER V

**ORDER GRANTING FIRST INTERIM APPLICATION FOR APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED BY DELCOTTO LAW GROUP PLLC AS COUNSEL FOR THE DEBTOR FOR THE PERIOD MAY 24, 2024 THROUGH OCTOBER 31, 2024**

This matter having come before the Court upon the First Interim Application for Approval of Compensation for Services Rendered and Expenses Incurred (the "Fee Application") by DelCotto Law Group PLLC (the "Applicant"), as counsel for Michael Jason Williams. (the "Debtor") for the period May 24, 2024 through October 31, 2024 (the "Fee Period");  and the Court being sufficiently advised and having considered same, and it appearing that adequate notice of the Fee Application was given, and it further appearing that no objections having been filed or any timely objections being hereby overruled, and the Court being satisfied that:  (1) the requested compensation is for actual, necessary services rendered and that the reimbursement of expenses is for actual, necessary expenses incurred; (2) the services were necessary to the administration of, and beneficial toward, the Estate and the completion of the case; (3) the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (4) the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases under this title; and (5) interim approval of all fees and expenses incurred during the Fee Period is warranted under the circumstances,

**IT IS HEREBY ORDERED** as follows:

1. The First Interim Fee Application is approved in the amount of $19,730.08 for fees and in the amount of $1,815.39 for expenses, for a total allowed interim compensation of $21,545.47 for the Fee Period.

2. Applicant is authorized to pay the fees and expenses approved herein in the amount of $21,545.47 from the Debtor's funds held in escrow ($1,000) by the Applicant as an allowed interim administrative expense of the Estate and the Debtor is authorized to pay the remaining balance due of $20,545.47 as an allowed interim administrative expense claim.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, Kentucky 40507
Telephone: (859) 231-5800
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

\Fee App DLG 1st Interim Order 20241108.doc

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, December 9, 2024**
(grs)