UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS                      CASE NO. 24-60490
                                                                           CHAPTER 11 – Sub V

     DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the Order Granting First Interim Fee Application for Approval of Compensation for Services Rendered and Reimbursement of Expenses Incurred by DelCotto Law Group PLLC as Counsel for the Debtor for the Period May 24, 2024 Through October 31, 2024 [ECF No. 84] entered by the Court on December 9, 2024, was served via first-class U.S. mail, postage prepaid or electronic mail, on December 11, 2024, upon all non-ECF creditors.

                                                          Respectfully submitted,

                                                          DELCOTTO LAW GROUP PLLC

                                                          /s/ *Dean A. Langdon*
                                                          Dean A. Langdon
                                                          KY Bar No. 40104
                                                          200 North Upper Street
                                                          Lexington, KY  40507
                                                          Telephone: (859) 231-5800
                                                          Facsimile: (859) 281-1179
                                                          dlangdon@dlgfirm.com
                                                          COUNSEL FOR DEBTOR