**Fill in this information to identify the case:**

Debtor Name Michael Jason Williams

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number 24-60490

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: November 2024

Date report filed: 12/18/2024 (MM / DD / YYYY)

Line of business: Cattle broker

NAISC code: 424520

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Michael Jason Williams

Original signature of responsible party: [signature]

Printed name of responsible party: Michael Jason Williams

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☑ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Michael Jason Williams Case number 24-60490

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 0.00

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 16,973.22

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 11,194.95

22. **Net cash flow** + $ 5,778.27

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 5,778.27

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Michael Jason Williams Case number 24-60490

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 1,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 4,300.00
30. How much have you paid this month in other professional fees? $ ______
31. How much have you paid in total other professional fees since filing the case? $ ______

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 7,000.00 | – | $ 16,973.22 | = | $ -9,973.22 |
| 33. **Cash disbursements** | $ 7,000.00 | – | $ 11,194.95 | = | $ -4,194.95 |
| 34. **Net cash flow** | $ 0.00 | – | $ 5,778.27 | = | $ 5,778.27 |

35. Total projected cash receipts for the next month: $ 5,000.00
36. Total projected cash disbursements for the next month: - $ 10,000.00
37. Total projected net cash flow for the next month: = $ -5,000.00

Debtor Name Michael Jason Williams Case number 24-60490

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

**Exhibit C**

**In re Michael Jason Williams** | **Case No 24-60490**
**Total Cash Receipts** | **November 1 - 30, 2024**

| Account Name | Account # | Bank | Date | Description | Credit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Miscellaneous Refund | $72.91 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Transfer from Spouse's Acct to Pay Bills | $1,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/05/24 | Transfer from Spouse's Acct to Pay Bills | $2,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/05/24 | Interest Income | $0.31 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Transfer from Spouse's Acct to Pay Bills | $2,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/14/24 | Transfer from Spouse's Acct to Pay Bills | $500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Transfer from Spouse's Acct to Pay Bills | $700.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/20/24 | Transfer from Spouse's Acct to Pay Bills | $200.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/20/24 | Transfer from Spouse's Acct to Pay Bills | $1,500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | Transfer from Spouse's Acct to Pay Bills | $1,500.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/26/24 | Transfer from Spouse's Acct to Pay Bills | $7,500.00 |
| | | | | Total Deposits 11/01/24 to 11/30/24 | $16,973.22 |

**Exhibit D**

**In re Michael Jason Williams** **Case No 24-60490**
**Total Cash Disbursements** **November 1 - 30, 2024**

| Account Name | Account # | Bank | Date | Description | Debit Amount |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 11/01/24 | NY Buffalo Unlim Monthly's Qu | $19.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/01/24 | Honeycuts (haircut) | $54.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/01/24 | JMD Carpentry for repairs | $1,072.54 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Prime Video | $2.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Amazon.Com Prime Video Channel | $8.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Apple.Com | $12.12 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Hulu for Television Subscription | $20.13 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Chick-Fil-A for Meals | $28.33 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Netflix.Com for Television Subscription | $33.58 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/04/24 | Burrito Jalisco for meals | $43.93 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | The Home Depot | $107.60 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | Marianos Grocery Store | $120.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/04/24 | The Home Depot | $337.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/05/24 | Comcast | $35.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/05/24 | Silent Guard Security | $63.92 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/05/24 | Duke Energy for Utilties | $78.71 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/05/24 | 7-Eleven for travel | $83.56 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/05/24 | Cook & Cheek CPAs Professional Fees | $1,000.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/06/24 | ComEd for utilities | $14.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/06/24 | Chick-Fil-A for Meals | $14.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/06/24 | Guardi's Pizza for meals | $18.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/06/24 | Apple.Com | $25.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/06/24 | Amazon.Com | $37.81 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/06/24 | Amazon.Com | $48.42 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/06/24 | Amazon.Com | $51.13 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/07/24 | Prime Video | $14.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/07/24 | Amazon.Com | $18.71 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/07/24 | Amazon Fresh for groceries | $19.74 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/07/24 | Amazon.Com | $40.78 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/07/24 | Menard's for Home Supplies | $109.27 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/07/24 | Amazon.Com Prime Video | $139.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/08/24 | Apple.Com | $12.12 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/08/24 | Care.Com | $56.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/08/24 | Care.Com | $60.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/08/24 | Amazon.Com | $178.59 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/08/24 | The Home Depot | $193.47 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/08/24 | Verizon Wireless | $497.78 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | ATM Service Charge | $3.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Prime Video | $3.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Prime Video | $5.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Amazon.Com Prime Video Channel | $8.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Prime Video | $14.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Prime Video | $14.99 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/12/24 | Domino's for meals | $16.34 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Amazon.Com | $24.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Costco | $37.02 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Amazon.Com | $39.68 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | BP for travel | $68.01 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Mood | $113.05 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | Costco | $204.98 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | ATM Withdrawal | $400.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/12/24 | London Utility Commission | $103.81 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/13/24 | Papa Johns for meals | $13.86 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/13/24 | Walgreens | $27.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/13/24 | Papa Johns for meals | $48.66 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/13/24 | Shell Service Station for travel | $80.66 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/14/24 | McDonalds for meals | $4.15 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/14/24 | Prime Video | $4.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/14/24 | Marianos Grocery Store | $22.01 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/14/24 | Amazon Fresh for groceries | $45.94 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/14/24 | Marianos Grocery Store | $61.26 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/14/24 | Kroger Fuel for Travel | $66.31 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/14/24 | The Home Depot | $114.17 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/15/24 | Tollway for travel | $21.60 |

| | | | | | |
|---|---|---|---|---|---|
| Debtor in Possession Account | x6856 | Forcht Bk | 11/15/24 | Mokena Schillings | $613.83 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/16/24 | Burns Lawncare | $665.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Amazon.Com Prime Video Channel | $6.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Apple.Com | $12.12 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Kroger for Groceries | $31.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Culvers of Orlando for meals | $35.46 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Menard's for Home Supplies | $43.33 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Chick-Fil-A for Meals | $58.30 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Marianos Grocery Store | $78.57 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | The White's | $110.14 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/18/24 | Kentucky Utilities | $367.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Planet Fitness dues | $24.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/18/24 | Planet Fitness dues | $24.44 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/19/24 | Menard's for Home Supplies | $50.75 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/19/24 | Sling.Com television subscription | $89.03 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/19/24 | Mood | $151.94 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/19/24 | D&D HVAC repairs | $372.60 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/19/24 | NSF Returned Item Fee (bank charge) | $35.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/20/24 | Amazon.Com Audible | $14.95 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/20/24 | Kroger for Groceries | $26.63 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/20/24 | Shell Service Station for travel | $68.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/20/24 | American Family Insurance (Life Insurance) | $44.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/21/24 | U-Haul Tolls | $3.60 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/21/24 | Culvers of Orlando for meals | $11.22 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/21/24 | Amazon.Com Prime Video Channel | $12.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/21/24 | Chick-Fil-A for Meals | $14.06 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/21/24 | Marianos Grocery Store | $35.31 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | Marcus Orland Park Cinema | $25.76 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | Outback for meals | $40.41 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | Apple.Com | $45.18 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | Kroger Fuel for Travel | $55.55 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | Honeycuts (haircut) | $58.50 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | American Family Insurance (Life Insurance) | $617.07 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/22/24 | American Family Insurance (Life Insurance) | $43.87 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Prime Video | $2.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Prime Video | $2.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Firstech-Dronemobile | $11.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Culvers of Orlando for meals | $25.66 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Chick-Fil-A for Meals | $25.80 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Guardi's Pizza for meals | $26.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Kroger for Groceries | $40.38 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | Marcus Orland Park Cinema | $40.84 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/25/24 | ChH596 - 200 N C Chicago IL | $57.00 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/26/24 | Prime Video | $6.99 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/26/24 | Marcus Orland Park Cinema | $18.08 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/26/24 | Marianos Grocery Store | $103.73 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/26/24 | Costco | $109.01 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/26/24 | Amazon.Com | $236.90 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/27/24 | Amazon.Com | $20.24 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/29/24 | Chick-Fil-A for Meals | $18.69 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/29/24 | Marianos Grocery Store | $39.85 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/29/24 | Amazon Fresh for groceries | $51.56 |
| Debtor in Possession Account | x6856 | Forcht Bk | 11/29/24 | Amazon Fresh for groceries | $53.23 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/29/24 | Shell Oil for travel | $64.96 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/29/24 | Duke Energy for Utilties | $67.35 |
| Debtor in Possession Account | x3600 | Forcht Bk | 11/29/24 | Kentucky Utilities | $34.51 |
| | | | | Total Disbursements 11/01/24 to 11/30/24 | $11,194.95 |

**Forcht Bank**

**6855 Pacific St**
**Attn: Fiserv Item Processing 3rd Floor**
**Omaha, NE 68106**

**RETURN SERVICE REQUESTED**

MICHAEL JASON WILLIAMS
CARLA MICHELLE WILLIAMS
7332 W 155TH ST
ORLAND PARK IL 60462-4370

## *Statement Ending 12/05/2024*

*MICHAEL JASON WILLIAMS* — *Page 1 of 10*

*Customer Number:* ████6856

### *Managing Your Accounts*

| | |
|---|---|
| Branch Name | London Banking Center |
| Branch Number | 606-864-9500 |
| Address | 100 First Financial Drive<br>London, KY 40741 |
| Website | www.forchtbank.com |

Skip The Line and Get Your Balance Now With Telephone Banking.
Do you need to check your account balance?
Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.
It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FORCHT FRIEND CHECKING | ████6856 | $6,776.37 |

EQUAL HOUSING LENDER



## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Please contact the Forcht Bank Customer Care Center at 1-844-436-7248 if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared. *1) Tell us your name and account number; 2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and 3) tell us the dollar amount of the suspected error.*

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by writing to: Forcht Bank, Attn: Accounting, P.O. Box 55250, Lexington, KY 40555. In order to assist you with your dispute, you must provide: your name, address and phone number, the account number, the specific information you are disputing, the explanation of why it is incorrect, and any supporting documentation, if applicable.



## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between Forcht Bank, N.A. and/or all applicable rules and regulations governing such transactions, including rules of the National Automated Clearing House Association (NACHA Rules) and MasterCard rules. If you think this statement is wrong, please contact the Forcht Bank Customer Care Center at 1-844-436-7248.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

## FORCHT BANK'S PRIVACY POLICY

Forcht Bank does share some personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. To learn more about Forcht Bank's Privacy Policy, or to view the most up to date policy, please visit www.forchtbank.com/privacy-policy.

OUTSTANDING DEPOSITS

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

OUTSTANDING WITHDRAWALS

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section. Record the total at the left.

2. Check off in your checkbook register all checks, withdrawals (including debit card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section. Record the total at the left.

3. Enter the ending balance on this statement. $ ____________

4. Enter the TOTAL of Outstanding Deposits. $ ____________

5. Total lines 3 and 4. $ ____________

6. Enter TOTAL of Outstanding Withdrawals. $ ____________

7. Subtract line 6 from 5. This is your balance. $ ____________

## FORCHT FRIEND CHECKING - ■■■■6856

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **11/06/2024** | **Beginning Balance** | **$3,492.32** |
| | 10 Credit(s) This Period | $15,903.53 |
| | 125 Debit(s) This Period | $12,619.48 |
| **12/05/2024** | **Ending Balance** | **$6,776.37** |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 11/06/2024 Through 12/05/2024 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 30 |
| Interest Earned | $0.15 |
| Interest Paid This Period | $0.15 |
| Interest Paid Year-to-Date | $5.17 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **11/06/2024** | **Beginning Balance** | | | **$3,492.32** |
| 11/06/2024 | Signature POS Debit 11/05 IL 8003347661 COMED PAYMENT SEQ# 673555 | $14.44 | | $3,477.88 |
| 11/06/2024 | Signature POS Debit 11/04 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 378333 | $14.50 | | $3,463.38 |
| 11/06/2024 | Signature POS Debit 11/05 IL TINLEY PARK GUARDI'S PIZZA SEQ# 886125 | $18.00 | | $3,445.38 |
| 11/06/2024 | Recur Payment 11/05 CA 866-712-7753 APPLE.COM/BILL SEQ# 314631 | $25.95 | | $3,419.43 |
| 11/06/2024 | Pinned POS Debit 11/05 WA SEATTLE AMAZON.COM* ZI4B US SEQ# 500000 | $37.81 | | $3,381.62 |
| 11/06/2024 | Pinned POS Debit 11/05 WA SEATTLE AMAZON.COM US SEQ# 491962 | $48.42 | | $3,333.20 |
| 11/06/2024 | Pinned POS Debit 11/05 WA SEATTLE AMAZON.COM* OB64 US SEQ# 500000 | $51.13 | | $3,282.07 |
| 11/07/2024 | Signature POS Debit 11/06 WA 888-802-3080 Prime Video * 4B SEQ# 583935 | $14.99 | | $3,267.08 |
| 11/07/2024 | Pinned POS Debit 11/06 WA SEATTLE AMAZON.COM* 073L US SEQ# 100000 | $18.71 | | $3,248.37 |
| 11/07/2024 | Signature POS Debit 11/06 WA TINLEY PARK Amazon Fresh* A5 SEQ# 608400 | $19.74 | | $3,228.63 |
| 11/07/2024 | Pinned POS Debit 11/06 WA SEATTLE AMAZON.COM* 561M US SEQ# 000006 | $40.78 | | $3,187.85 |
| 11/07/2024 | Pinned POS Debit 11/07 IL TINLEY PARK MNRD-TINL 6851 SEQ# 929520 | $109.27 | | $3,078.58 |

## FORCHT FRIEND CHECKING - ██6856 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/07/2024 | Recur Payment 11/06 WA AMZN.COM/BILL Amazon Prime* OO SEQ# 587962 | $139.00 | | $2,939.58 |
| 11/08/2024 | Recur Payment 11/06 CA 866-712-7753 APPLE.COM/BILL SEQ# 606406 | $12.12 | | $2,927.46 |
| 11/08/2024 | Signature POS Debit 11/07 TX AUSTIN CARE.COM 737-20 TE SEQ# 023383 | $56.85 | | $2,870.61 |
| 11/08/2024 | Recur Payment 11/08 TX AUSTIN CARE.COM 737-20 TE SEQ# 507133 | $60.00 | | $2,810.61 |
| 11/08/2024 | Pinned POS Debit 11/06 WA SEATTLE AMAZON.COM US SEQ# 101603 | $178.59 | | $2,632.02 |
| 11/08/2024 | Pinned POS Debit 11/08 IL ORLAND PARK THE HOME DEPOT SEQ# 001692 | $193.47 | | $2,438.55 |
| 11/08/2024 | Recur Payment 11/08 FL 800-922-0204 VZWRLSS* APOCC V N SEQ# 928772 | $497.78 | | $1,940.77 |
| 11/12/2024 | 266410 INTERNET TRANSFER FROM FORCHT FRIEND CKG ██364 ON 11/12/24 13:45 | | $2,000.00 | $3,940.77 |
| 11/12/2024 | ATM Service Charge 11/12 IN SEYMOUR 125 S CHESTNUT ST SEQ# 009760 | $3.50 | | $3,937.27 |
| 11/12/2024 | Signature POS Debit 11/10 WA 888-802-3080 Prime Video * PW SEQ# 112908 | $3.99 | | $3,933.28 |
| 11/12/2024 | Signature POS Debit 11/11 WA 888-802-3080 Prime Video * 3X SEQ# 056548 | $5.99 | | $3,927.29 |
| 11/12/2024 | Signature POS Debit 11/11 WA AMZN.COM/BILL Prime Video Cha SEQ# 343947 | $8.99 | | $3,918.30 |
| 11/12/2024 | Signature POS Debit 11/03 WA 888-802-3080 Prime Video * PB SEQ# 121104 | $14.99 | | $3,903.31 |
| 11/12/2024 | Signature POS Debit 11/11 WA 888-802-3080 Prime Video * 2X SEQ# 145078 | $14.99 | | $3,888.32 |
| 11/12/2024 | Signature POS Debit 11/10 KY LONDON DOMINO'S 1438 C SEQ# 104857 | $16.34 | | $3,871.98 |
| 11/12/2024 | Pinned POS Debit 11/08 WA SEATTLE AMAZON.COM* 4025 US SEQ# 400000 | $24.24 | | $3,847.74 |
| 11/12/2024 | Pinned POS Debit 11/09 OH LIBERTY TOWNS COSTCO WHSE #16 SEQ# 504964 | $37.02 | | $3,810.72 |
| 11/12/2024 | Pinned POS Debit 11/08 WA SEATTLE AMAZON.COM* UY63 US SEQ# 300000 | $39.68 | | $3,771.04 |
| 11/12/2024 | Pinned POS Debit 11/10 IN SEYMOUR BP#3743267SEYMO SEQ# 248103 | $68.01 | | $3,703.03 |
| 11/12/2024 | Signature POS Debit 11/09 OK 888-5640467 MOOD SEQ# 112161 | $113.05 | | $3,589.98 |
| 11/12/2024 | Pinned POS Debit 11/09 IL ORLAND PARK COSTCO WHSE #06 SEQ# 622279 | $204.98 | | $3,385.00 |
| 11/12/2024 | ATM Withdrawal 11/12 IN SEYMOUR 125 S CHESTNUT ST SEQ# 009760 | $400.00 | | $2,985.00 |
| 11/12/2024 | LONDON UTILITY C UMS BILL 00001103001002 | $103.81 | | $2,881.19 |
| 11/12/2024 | CHECK # 1182 | $1,000.00 | | $1,881.19 |
| 11/13/2024 | Pinned POS Debit 11/12 IN SCOTTSBURG PAPA JOHN 745 W SEQ# 151911 | $13.86 | | $1,867.33 |
| 11/13/2024 | Pinned POS Debit 11/13 KY LONDON WALGREENS 1775 SEQ# 744686 | $27.55 | | $1,839.78 |
| 11/13/2024 | Signature POS Debit 11/12 IN SCOTTSBURG PAPA JOHN'S #01 SEQ# 995452 | $48.66 | | $1,791.12 |
| 11/13/2024 | Pinned POS Debit 11/13 IL TINLEY PARK SHELL SERVICE S SEQ# 793375 | $80.66 | | $1,710.46 |
| 11/14/2024 | 626209 INTERNET TRANSFER FROM FORCHT FRIEND CKG ██7364 ON 11/14/24 11:40 | | $500.00 | $2,210.46 |

## FORCHT FRIEND CHECKING - ████6856 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/14/2024 | Signature POS Debit 11/13 IN HEBRON MCDONALD'S F353 SEQ# 896451 | $4.15 | | $2,206.31 |
| 11/14/2024 | Signature POS Debit 11/13 WA 888-802-3080 Prime Video * B1 SEQ# 027081 | $4.99 | | $2,201.32 |
| 11/14/2024 | Pinned POS Debit 11/13 IL ORLAND PARK MARIANOS #535 US SEQ# 514976 | $22.01 | | $2,179.31 |
| 11/14/2024 | Signature POS Debit 11/13 WA TINLEY PARK Amazon Fresh* RV SEQ# 074694 | $45.94 | | $2,133.37 |
| 11/14/2024 | Pinned POS Debit 11/13 IL ORLAND PARK MARIANOS #535 US SEQ# 514975 | $61.26 | | $2,072.11 |
| 11/14/2024 | Pinned POS Debit 11/14 KY LONDON KROGER FUEL #84 US SEQ# 122054 | $66.31 | | $2,005.80 |
| 11/14/2024 | Pinned POS Debit 11/14 IL ORLAND PARK THE HOME DEPOT SEQ# 001149 | $114.17 | | $1,891.63 |
| 11/15/2024 | Signature POS Debit 11/14 IL DOWNERS GROVE IL TOLLWAY-WEB SEQ# 450507 | $21.60 | | $1,870.03 |
| 11/15/2024 | Signature POS Debit 11/13 IL MOKENA SCHILLINGS(2) SEQ# 380337 | $613.83 | | $1,256.20 |
| 11/18/2024 | 920358 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████7364 ON 11/15/24 19:59 | | $700.00 | $1,956.20 |
| 11/18/2024 | Signature POS Debit 11/16 WA AMZN.COM/BILL Prime Video Cha SEQ# 612052 | $6.99 | | $1,949.21 |
| 11/18/2024 | Recur Payment 11/15 CA 866-712-7753 APPLE.COM/BILL SEQ# 810373 | $12.12 | | $1,937.09 |
| 11/18/2024 | Pinned POS Debit 11/15 KY LONDON KROGER #409 US SEQ# 500402 | $31.95 | | $1,905.14 |
| 11/18/2024 | Signature POS Debit 11/17 IL ORLAND PARK CULVERS OF ORLA SEQ# 732273 | $35.46 | | $1,869.68 |
| 11/18/2024 | Signature POS Debit 11/15 IL TINLEY PARK MENARDS TINLEY SEQ# 963556 | $43.33 | | $1,826.35 |
| 11/18/2024 | Signature POS Debit 11/16 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 889737 | $58.30 | | $1,768.05 |
| 11/18/2024 | Pinned POS Debit 11/15 IL ORLAND PARK MARIANOS #535 US SEQ# 512446 | $78.57 | | $1,689.48 |
| 11/18/2024 | Signature POS Debit 11/16 IL ORLAND PARK TST* THE WHITE S SEQ# 247150 | $110.14 | | $1,579.34 |
| 11/18/2024 | Kentucky Utiliti PAYMENT 350010149432 | $367.70 | | $1,211.64 |
| 11/18/2024 | PLANET FIT CLUB FEES 2432001916480 | $24.44 | | $1,187.20 |
| 11/18/2024 | PLANET FIT CLUB FEES 2432001916502 | $24.44 | | $1,162.76 |
| 11/19/2024 | Pinned POS Debit 11/19 IL TINLEY PARK MNRD-TINL 6851 SEQ# 041805 | $50.75 | | $1,112.01 |
| 11/19/2024 | Recur Payment 11/18 CO ENGLEWOOD SLING.COM D. SEQ# 962597 | $89.03 | | $1,022.98 |
| 11/19/2024 | Signature POS Debit 11/17 OK 888-5640467 MOOD SEQ# 870925 | $151.94 | | $871.04 |
| 11/19/2024 | Signature POS Debit 11/18 IN AUSTIN DD HVAC SEQ# 357874 | $372.60 | | $498.44 |
| 11/20/2024 | MOBILE DEPOSIT | | $200.00 | $698.44 |
| 11/20/2024 | 319545 INTERNET TRANSFER FROM FORCHT FRIEND CKG ████7364 ON 11/19/24 19:42 | | $1,500.00 | $2,198.44 |
| 11/20/2024 | Recur Payment 11/20 NJ AMZN.COM/BILL Audible* LV2YL15 6T SEQ# 791237 | $14.95 | | $2,183.49 |
| 11/20/2024 | Pinned POS Debit 11/19 KY LONDON KROGER #409 US SEQ# 502112 | $26.63 | | $2,156.86 |
| 11/20/2024 | Pinned POS Debit 11/20 IL ORLAND PARK SHELL SERVICE S SEQ# 686640 | $68.85 | | $2,088.01 |

## FORCHT FRIEND CHECKING - [redacted]6856 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/20/2024 | AMERICAN FAMILY LIFE PREM 00000002939946c | $44.99 | | $2,043.02 |
| 11/21/2024 | Signature POS Debit 11/20 AZ PHOENIX U-HAUL TOLLS AN SEQ# 396191 | $3.60 | | $2,039.42 |
| 11/21/2024 | Signature POS Debit 11/20 IL ORLAND PARK CULVERS OF ORLA SEQ# 667850 | $11.22 | | $2,028.20 |
| 11/21/2024 | Signature POS Debit 11/20 WA AMZN.COM/BILL Prime Video Cha SEQ# 189711 | $12.99 | | $2,015.21 |
| 11/21/2024 | Signature POS Debit 11/19 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 510626 | $14.06 | | $2,001.15 |
| 11/21/2024 | Pinned POS Debit 11/20 IL ORLAND PARK MARIANOS #535 US SEQ# 513208 | $35.31 | | $1,965.84 |
| 11/22/2024 | 322714 INTERNET TRANSFER FROM FORCHT FRIEND CKG [redacted]7364 ON 11/22/24 12:58 | | $1,500.00 | $3,465.84 |
| 11/22/2024 | Signature POS Debit 11/21 IL ORLAND PARK MARCUS ORLAND P AD SEQ# 774259 | $25.76 | | $3,440.08 |
| 11/22/2024 | Signature POS Debit 11/21 IL ORLAND PARK OUTBACK 1416 SEQ# 641894 | $40.41 | | $3,399.67 |
| 11/22/2024 | Recur Payment 11/20 CA 866-712-7753 APPLE.COM/BILL SEQ# 188717 | $45.18 | | $3,354.49 |
| 11/22/2024 | Pinned POS Debit 11/21 KY LONDON KROGER FUEL #84 US SEQ# 118201 | $55.55 | | $3,298.94 |
| 11/22/2024 | Signature POS Debit 11/21 IL TINLEY PARK Vagaro_* Honeycu EE SEQ# 317330 | $58.50 | | $3,240.44 |
| 11/22/2024 | AMERICAN FAMILY WEBPAYMENT 00000002941390f | $617.07 | | $2,623.37 |
| 11/22/2024 | AMERICAN FAMILY WEBPAYMENT 000000029411gbf | $43.87 | | $2,579.50 |
| 11/22/2024 | CHECK # 1183 | $665.00 | | $1,914.50 |
| 11/25/2024 | Signature POS Debit 11/23 WA 888-802-3080 Prime Video * 0J SEQ# 024449 | $2.99 | | $1,911.51 |
| 11/25/2024 | Signature POS Debit 11/24 WA 888-802-3080 Prime Video * CR SEQ# 214626 | $2.99 | | $1,908.52 |
| 11/25/2024 | Signature POS Debit 11/21 WA KENT FIRSTECH-DRONEM SEQ# 110022 | $11.99 | | $1,896.53 |
| 11/25/2024 | Signature POS Debit 11/22 IL ORLAND PARK CULVERS OF ORLA SEQ# 747094 | $25.66 | | $1,870.87 |
| 11/25/2024 | Signature POS Debit 11/21 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 198535 | $25.80 | | $1,845.07 |
| 11/25/2024 | Signature POS Debit 11/23 IL TINLEY PARK GUARDI'S PIZZA SEQ# 902851 | $26.00 | | $1,819.07 |
| 11/25/2024 | Pinned POS Debit 11/22 KY LONDON KROGER #409 US SEQ# 505183 | $40.38 | | $1,778.69 |
| 11/25/2024 | Signature POS Debit 11/24 IL ORLAND PARK MARCUS ORLAND P AD SEQ# 354508 | $40.84 | | $1,737.85 |
| 11/25/2024 | Signature POS Debit 11/23 IL CHICAGO CH596 - 200 N C SEQ# 686707 | $57.00 | | $1,680.85 |
| 11/26/2024 | POS Return 11/26 WA SEATTLE AMAZON.COM US SEQ# 200000 | | $3.38 | $1,684.23 |
| 11/26/2024 | 146824 INTERNET TRANSFER FROM FORCHT FRIEND CKG [redacted]7364 ON 11/25/24 19:28 | | $7,500.00 | $9,184.23 |
| 11/26/2024 | Signature POS Debit 11/25 WA 888-802-3080 Prime Video * L4 SEQ# 933086 | $6.99 | | $9,177.24 |
| 11/26/2024 | Signature POS Debit 11/24 IL ORLAND PARK MARCUS ORLAND P AD SEQ# 222259 | $18.08 | | $9,159.16 |
| 11/26/2024 | Pinned POS Debit 11/26 IL ORLAND PARK MARIANOS #535 US SEQ# 650432 | $103.73 | | $9,055.43 |
| 11/26/2024 | Pinned POS Debit 11/26 IL ORLAND PARK COSTCO WHSE #06 SEQ# 703706 | $109.01 | | $8,946.42 |

## FORCHT FRIEND CHECKING - [redacted]6856 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/26/2024 | Pinned POS Debit 11/25 WA SEATTLE AMAZON.COM* Z32D US SEQ# 100000 | $240.28 | | $8,706.14 |
| 11/27/2024 | Pinned POS Debit 11/27 WA SEATTLE AMAZON.COM* ZY04 US SEQ# 494394 | $20.24 | | $8,685.90 |
| 11/29/2024 | Signature POS Debit 11/26 IL ORLAND PARK CHICK-FIL-A #02 D SEQ# 266245 | $18.69 | | $8,667.21 |
| 11/29/2024 | Pinned POS Debit 11/27 IL ORLAND PARK MARIANOS #535 US SEQ# 652818 | $39.85 | | $8,627.36 |
| 11/29/2024 | Signature POS Debit 11/27 WA TINLEY PARK Amazon Fresh* NG SEQ# 811903 | $51.56 | | $8,575.80 |
| 11/29/2024 | Signature POS Debit 11/28 WA TINLEY PARK Amazon Fresh* AT SEQ# 536485 | $53.23 | | $8,522.57 |
| 11/29/2024 | Signature POS Debit 11/26 IL ORLAND PARK SHELL OIL 57445 SEQ# 361112 | $64.96 | | $8,457.61 |
| 11/29/2024 | Duke Energy DUKE PYMNT 910115268915 | $67.35 | | $8,390.26 |
| 11/29/2024 | Kentucky Utiliti PAYMENT 300039560457 | $34.51 | | $8,355.75 |
| 12/02/2024 | Signature POS Debit 11/29 WA AMZN.COM/BILL AMAZON PRIME* Z3 SEQ# 627351 | $2.99 | | $8,352.76 |
| 12/02/2024 | Recur Payment 11/29 CA 866-712-7753 APPLE.COM/BILL SEQ# 398872 | $12.12 | | $8,340.64 |
| 12/02/2024 | Signature POS Debit 12/01 WA TINLEY PARK Amazon Fresh* JR SEQ# 812361 | $13.17 | | $8,327.47 |
| 12/02/2024 | Pinned POS Debit 11/29 WA SEATTLE AMAZON.COM* Z374 US SEQ# 251764 | $13.78 | | $8,313.69 |
| 12/02/2024 | Recur Payment 11/30 NY BUFFALO UNLIM MONTHLY S QU SEQ# 614621 | $19.99 | | $8,293.70 |
| 12/02/2024 | Recur Payment 12/02 CA SANTA MONICA HULU SEQ# 090610 | $20.13 | | $8,273.57 |
| 12/02/2024 | Recur Payment 11/29 KY LONDON 535 SMITH GLOBA SEQ# 131380 | $21.99 | | $8,251.58 |
| 12/02/2024 | Signature POS Debit 11/27 IL TINLEY PARK INTERNATIONAL I SEQ# 865446 | $625.51 | | $7,626.07 |
| 12/02/2024 | LOANCARE SERV MTG PYMT 0067771048 | $2,200.11 | | $5,425.96 |
| 12/03/2024 | Pinned POS Debit 12/02 KY LONDON DOLLAR TREE US SEQ# 048683 | $5.30 | | $5,420.66 |
| 12/03/2024 | Signature POS Debit 12/02 WA AMZN.COM/BILL Prime Video Cha SEQ# 420152 | $8.99 | | $5,411.67 |
| 12/03/2024 | Signature POS Debit 12/02 WA TINLEY PARK Amazon Fresh* KU SEQ# 859256 | $26.34 | | $5,385.33 |
| 12/03/2024 | Recur Payment 12/03 CA LOS GATOS NETFLIX.COM SEQ# 159380 | $33.58 | | $5,351.75 |
| 12/03/2024 | Pinned POS Debit 12/02 IL ORLAND PARK MARIANOS #535 US SEQ# 511469 | $43.04 | | $5,308.71 |
| 12/04/2024 | DEPOSIT # 77335201 | | $2,000.00 | $7,308.71 |
| 12/04/2024 | Signature POS Debit 12/03 AZ PHOENIX U-HAUL TOLLS AN SEQ# 456509 | $7.52 | | $7,301.19 |
| 12/04/2024 | Pinned POS Debit 12/04 IL ORLAND PARK MARIANOS #535 US SEQ# 514059 | $24.66 | | $7,276.53 |
| 12/04/2024 | Pinned POS Debit 12/04 WA SEATTLE AMAZON.COM* ZL0A US SEQ# 240544 | $30.66 | | $7,245.87 |
| 12/04/2024 | Kentucky Utiliti PAYMENT 300039560457 | $18.78 | | $7,227.09 |
| 12/05/2024 | Pinned POS Debit 12/04 KY LONDON KROGER FUEL #84 US SEQ# 120131 | $30.61 | | $7,196.48 |
| 12/05/2024 | Pinned POS Debit 12/04 IL OAK FOREST OAK FOREST MARA US SEQ# 092302 | $78.47 | | $7,118.01 |

## FORCHT FRIEND CHECKING - ████6856 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/05/2024 | Pinned POS Debit 12/05 IN REMINGTON PILOT #0034 US SEQ# 454822 | $83.66 | | $7,034.35 |
| 12/05/2024 | Pinned POS Debit 12/04 IL ORLAND PARK MARIANOS #535 US SEQ# 515952 | $98.13 | | $6,936.22 |
| 12/05/2024 | Recur Payment 12/04 IL 800-COMCAST COMCAST CHICAGO SEQ# 267417 | $160.00 | | $6,776.22 |
| 12/05/2024 | INTEREST | | $0.15 | $6,776.37 |
| **12/05/2024** | **Ending Balance** | | | **$6,776.37** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1182 | 11/12/2024 | $1,000.00 | 1183 | 11/22/2024 | $665.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/06/2024 | $3,282.07 | 11/18/2024 | $1,162.76 | 11/27/2024 | $8,685.90 |
| 11/07/2024 | $2,939.58 | 11/19/2024 | $498.44 | 11/29/2024 | $8,355.75 |
| 11/08/2024 | $1,940.77 | 11/20/2024 | $2,043.02 | 12/02/2024 | $5,425.96 |
| 11/12/2024 | $1,881.19 | 11/21/2024 | $1,965.84 | 12/03/2024 | $5,308.71 |
| 11/13/2024 | $1,710.46 | 11/22/2024 | $1,914.50 | 12/04/2024 | $7,227.09 |
| 11/14/2024 | $1,891.63 | 11/25/2024 | $1,680.85 | 12/05/2024 | $6,776.37 |
| 11/15/2024 | $1,256.20 | 11/26/2024 | $8,706.14 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

#1182 11/12/2024 $1,000.00

#1183 11/22/2024 $665.00

Checking Deposit
Date-Time: 20241204 181910
ITM ID: 1042D2
Transaction Sequence: 77335201 $2,000.00
Account Number: ████856
Branch: London Market
Teller: gagoforth
Tran Desc: Check Deposit to Checking

077335201 042108397 12188856 009

#77335201 12/04/2024 $2,000.00

This page left intentionally blank

**Forcht Bank**

**6855 Pacific St**
**Attn: Fiserv Item Processing 3rd Floor**
**Omaha, NE 68106**

**RETURN SERVICE REQUESTED**

COWBOY CAPONE SMLLC
MICHAEL JASON WILLIAMS
7332 W 155TH ST
ORLAND PARK IL 60462-4370

## *Statement Ending 11/29/2024*

*COWBOY CAPONE SMLLC* — *Page 1 of 4*

*Customer Number:* ███3600

### *Managing Your Accounts*

| | |
|---|---|
| Branch Name | London Banking Center |
| Branch Number | 606-864-9500 |
| Address | 100 First Financial Drive<br>London, KY 40741 |
| Website | www.forchtbank.com |

Skip The Line and Get Your Balance
Now With Telephone Banking.
Do you need to check your account balance?
Skip the on-hold wait during busy times of the day and use our Telephone Banking service to quickly check your account balance, transfer funds, see if a check has cleared and more.
It's free, it's easy, it's quick.
Call toll free 1-866-544-5383,
24 hours a day, 7 days a week.

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS WORKS | ███3600 | $15.44 |



**Forcht Bank**

*Statement Ending 11/29/2024*

COWBOY CAPONE SMLLC

Customer Number: ████3600

Page 2 of 4



**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

In Case of Errors or Questions About Your Electronic Transfers: Please contact the Forcht Bank Customer Care Center at 1-844-436-7248 if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared. 1) Tell us your name and account number; 2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and 3) tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.



**CONSUMER REPORT DISPUTES**

We may report information about negative account activity on consumer and small business deposit accounts to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by writing to: Forcht Bank, Attn: Accounting, P.O. Box 55250, Lexington, KY 40555. In order to assist you with your dispute, you must provide: your name, address and phone number, the account number, the specific information you are disputing, the explanation of why it is incorrect, and any supporting documentation, if applicable.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between Forcht Bank, N.A. and/or all applicable rules and regulations governing such transactions, including rules of the National Automated Clearing House Association (NACHA Rules) and MasterCard rules. If you think this statement is wrong, please contact the Forcht Bank Customer Care Center at 1-844-436-7248.

**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**FORCHT BANK'S PRIVACY POLICY** Forcht Bank does share some personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. To learn more about Forcht Bank's Privacy Policy, or to view the most up to date policy, please visit www.forchtbank.com/privacy-policy.

**OUTSTANDING DEPOSITS**

| DATE | AMOUNT | |
|------|--------|--|
|      |        |  |
|      |        |  |
|      |        |  |
| TOTAL | $ |  |

**OUTSTANDING WITHDRAWALS**

| DATE | AMOUNT | |
|------|--------|--|
|      |        |  |
|      |        |  |
|      |        |  |
| TOTAL | $ |  |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section. Record the total at the left.

2. Check off in your checkbook register all checks, withdrawals (including debit card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section. Record the total at the left.

3. Enter the ending balance on this statement.  $ _____

4. Enter the TOTAL of Outstanding Deposits.  $ _____

5. Total lines 3 and 4.  $ _____

6. Enter TOTAL of Outstanding Withdrawals.  $ _____

7. Subtract line 6 from 5.  This is your balance.  $ _____

Member FDIC | forchtbank.com



Forcht Bank

## SMALL BUSINESS WORKS - ████3600

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **11/01/2024** | **Beginning Balance** | **$50.44** |
| | 2 Credit(s) This Period | $152.62 |
| | 3 Debit(s) This Period | $187.62 |
| **11/29/2024** | **Ending Balance** | **$15.44** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **11/01/2024** | **Beginning Balance** | | | **$50.44** |
| 11/18/2024 | ADT SECURITY SER ADTPAPACH XXXXX6431 | $76.31 | | -$25.87 |
| 11/19/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, ADT SECURITY SER ADTPAPACH XXXXX6431 | | $76.31 | $50.44 |
| 11/19/2024 | CHK# 00 AMT $76.31, NSF RETURNED ITEM(S) FEE | $35.00 | | $15.44 |
| 11/26/2024 | ADT SECURITY SER RETRY PYMT XXXXX6431 | $76.31 | | -$60.87 |
| 11/27/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, ADT SECURITY SER RETRY PYMT XXXXX6431 | | $76.31 | $15.44 |
| **11/29/2024** | **Ending Balance** | | | **$15.44** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/18/2024 | -$25.87 | 11/26/2024 | -$60.87 |
| 11/19/2024 | $15.44 | 11/27/2024 | $15.44 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

Forcht Bank

Statement Ending 11/29/2024

COWBOY CAPONE SMLLC

Page 4 of 4

Customer Number: [redacted]3600

This page left intentionally blank

**CERTIFICATE OF SERVICE**

This document has been electronically filed and served via the Court's ECF System on December 18, 2024.

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon

Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR