UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11

## ORDER AUTHORIZING PAYMENT OF PRIORITY CLAIMS

Came Michael Jason Williams (the "Debtor"), upon his Motion for an Order Authorizing Payment of Priority Claims; no creditor or other party in interest having filed any objection or any such objections being hereby overruled; it appearing that adequate notice of the Motion was given and that good cause has been established for the relief sought; and the Court being in all respects sufficiently advised;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED in all respects.

2. The Debtor is authorized to pay the priority portion of the claims filed on behalf of the Kentucky Department of Revenue [Claim No. 25] and the United States Internal Revenue Service [Claim No. 26]. Acceptance of such payments by said governmental units shall constitute full payment of the priority portion of their respective claims.

3. This Order shall remain binding and effective upon the parties in the event of the conversion or dismissal of this case.

4. This is a final order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, February 4, 2025**
(grs)