UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS                                      CASE NO. 24-60490
                                                                            CHAPTER 11 – Sub V

      DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the Order Authorizing Payment of Priority Claims [ECF No. 88] entered by the Court on February 4, 2025, was served via first-class U.S. mail, postage prepaid or electronic mail, on February 6, 2025, upon all non-ECF creditors and the following parties:

| | |
|---|---|
| Kentucky Dept. of Revenue<br>Attn: Jennifer L. Howard<br>P O Box 5222<br>Frankfort, KY 40602 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-0424 |
| Callie R. Owen<br>Assistant U.S. Attorney<br>260 W. Vine St., Ste. 300<br>Lexington, KY 40507 | Internal Revenue Service<br>Attn: Lisa Lunsford<br>550 Main St., RM 9010-A<br>Cincinnati, OH 45202 |

                                                   Respectfully submitted,

                                                   DELCOTTO LAW GROUP PLLC
                                                   /s/ *Dean A. Langdon*
                                                   Dean A. Langdon
                                                   KY Bar No. 40104
                                                   200 North Upper Street
                                                   Lexington, KY  40507
                                                   Telephone: (859) 231-5800
                                                   Facsimile: (859) 281-1179
                                                   dlangdon@dlgfirm.com
                                                   COUNSEL FOR DEBTOR