UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS                                   CASE NO. 24-60490
                                                                                                  CHAPTER 7

DEBTOR

## ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASE
## TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon the Motion of Michael Jason Williams (the "Debtor") for entry of an order converting the Debtors' Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, the Court, after review of the record in this case, finds that cause exists to convert the Debtors' case and finding that conversion is in the best interests of the Estate, and being in all respects sufficiently advised, and it is therefore ORDERED as follows:

1.     The Motion to Convert is hereby GRANTED.

2.     The Debtors' case is hereby CONVERTED to a case under Chapter 7 of the Bankruptcy Code, effective as of March 15, 2025, subject to the following provisions:

    a.     **Professional Fees**. All professionals shall submit final fee applications to the Court (the "**Final Fee Applications**") in accordance with the Bankruptcy Code, Bankruptcy Rules and Local Rules To the extent the Court approves a Final Fee Application, all approved amounts owed to such Professional shall be paid (x) first, from the Professional's retainer to the extent such retainer exists, and (y) next, from any assets of the Debtors' Chapter 7 estate in accordance with the priorities set forth in section 726(b) of the Bankruptcy Code. Debtors' existing counsel, DelCotto Law Group PLLC is hereby allowed to retain up to $5,000 of sale proceeds held in escrow pursuant to its possessory lien to pay for services rendered to the Debtor in connection with a Chapter 7 case.

    b.     **Books and Records**. As soon as reasonably practicable the Debtor shall turn over or provide access to the Chapter 7 trustee the books and records of the Debtor in

        its possession and control, as required by Bankruptcy Rule 1019(4). The Debtor may provide copies (including electronic copies) of such books and records to the Chapter 7 trustee, or instructions for locating and accessing such books and records and may retain copies of such books and records to the extent necessary to complete the reports required herein.

    c.    **Schedule of Unpaid Debts**. The Debtor shall file a schedule of unpaid debts incurred after commencement of the Debtors' Chapter 11 Case, including the name and address of each creditor, as required by Bankruptcy Rule 1019(5).

    d.    **Final report.** The Debtors shall file and transmit to the United States Trustee's Office for the Eastern District of Kentucky (the "U.S. Trustee") a final report and account in accordance with Bankruptcy Rule 1019(5)(A).

3.    This is a final order.

TENDERED BY:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
Email: dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

/Pleadings/Convert Order V2 20250317.doc