United States Bankruptcy Court

Eastern District of Kentucky

| | |
|---|---|
| In re: | Case No. 24-60490-grs |
| Michael Jason Williams | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0643-6 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: 309B | Total Noticed: 77 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Jason Williams, 7332 W 155th St, Orlando Park, IL 60462-4370 |
| aty | + | Brandon Edward Lira, Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |
| aty | | Callie R. Owen, 260 W. Vine St., Suite 300, Lexington, KY 40507-1612 |
| aty | + | Joseph H. Mattingly, III, 104 West Main Street, Box 678, Lebanon, KY 40033-1237 |
| aty | + | Martin B. Tucker, Dinsmore & Shohl LLP, Lexington Financial Center, 100 W. Main Street, Ste 900 Lexington, KY 40507-1839 |
| aty | + | Molly Slutsky Simons, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| aty | + | William G. Deck, Deck & Deck, 505 Fifth Street, Suite 635, Sioux City, IA 51101-1505 |
| cr | + | Anchor Acceptance Corporations, P.O. Box 860, North Sioux City, SD 57049-0860 |
| cr | + | Farm Credit Services of America, PCA, P.O. Box 678, 104 West Main Street, Lebanon, KY 40033, UNITED STATES 40033-1237 |
| 7194099 | + | AMERICAN WELDING & GAS, INC., 267 SOUTH LAUREL ROAD, LONDON KY 40744-7914 |
| 7194100 | + | ANCHOR ACCEPTANCE CORP, P O BOX 860, DAKOTA DUNES SD 57049-0860 |
| 7194101 | + | ANDERSON, JONATHAN C., 525 KELLER RD, SCIENCE HILL KY 42553-9014 |
| 7194103 | + | AUXILIOR CAPITAL PARTNERS, INC., 620 W GERMANTOWN PIKE, STE 450, PLYMOUTH MEETING PA 19462-1056 |
| 7194105 | | BLUE BEACON INTERNATIONAL, INC., C/O THE COMMERCIAL COLLECTION CORP OF NY, PO BOX 288, TONAWANDA NY 14151-0288 |
| 7194106 | | BUSINESSFIRST INSURANCE CO., P O BOX 988, LAKELAND FL 33802-0988 |
| 7194107 | + | C AND H AUTO PARTS, 1858 NORTH LAUREL RD, LONDON KY 40741-6053 |
| 7194111 | + | CUMBERLAND OIL CO., INC., P O BOX 430, SOMERSET KY 42502-0430 |
| 7194114 | + | ECO-TECH USA, LLC, 50 EASY STREET, LONDON KY 40741-7313 |
| 7209559 | + | FARM CREDIT SERVICES OF AMERICA, PCA, C/O JOSEPH H. MATTINGLY III, PLLC, P.O. BOX 678 - 104 WEST MAIN STREET, LEBANON, KENTUCKY 40033-0678 |
| 7194116 | + | FEDERAL MOTOR CARRIER SAFETY ADMIN., SOUTHERN SERVICE CENTER, 61 FORSYTH ST SW, STE 3M40, ATLANTA GA 30303-8839 |
| 7194118 | + | GREAT LAKES TRAILER WASH OUT, 8228 NEPTUNE DR, KALAMAZOO MI 49009-7011 |
| 7212619 | + | JONATHAN C. ANDERSON, 525 KELLER ROAD, SCIENCE HILL, KY 42553-9014 |
| 7194121 | + | JOSEPH B. VENTERS, ESQ., P O BOX 1749, SOMERSET KY 42502-1749 |
| 7194122 | + | JW LIVESTOCK, LLC, 145 SHELBY BROOKS LN, LONDON KY 40744-8199 |
| 7194124 | + | MARTIN B. TUCKER, ESQ., DINSMORE & SHOHL LLP, 100 WEST MAIN ST., STE. 900, LEXINGTON KY 40507-1839 |
| 7194125 | + | MARTINS PETERBILT, 174 OLD WHITLEY RD, LONDON KY 40744-8211 |
| 7194126 | + | MIDCOUNTRY EQUIPMENT FINANCE, 7825 WASHING AVE S, STE 120, MINNEAPOLIS MN 55439-2431 |
| 7194128 | + | MIDLAND STATES BANK, C/O ORION FIRST FINANCIAL, PO BOX 2149, GIG HARBOR WA 98335-4149 |
| 7194127 | + | MIDLAND STATES BANK, 1801 PARK 270 DR, STE 200, SAINT LOUIS MO 63146-4022 |
| 7221150 | + | NEXBANK. F/K/A NEXBANK, SSB, ATTENTION: BANKRUPTCY, 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945 |
| 7200319 | + | NORTHLAND CAPITAL FINANCIAL SERVICES, LLC, 333 33RD AVE S, ST. CLOUD, MN 56301-5495 |
| 7194129 | + | NORTHLAND CAPITAL FINANCIAL SVCS, 333 33RD AVENUE SOUTH, SAINT CLOUD MN 56301-5495 |
| 7194130 | + | PARSLEY GENERAL TIRE, INC., 2006 N MAIN STREET, LONDON KY 40741-1098 |
| 7194131 | + | PAUL W. DECK, JR., ESQ., DECK & DECK, LLLP, 505 5TH ST., STE. 635, SIOUX CITY IA 51101-1505 |
| 7194132 | | PENNSYLVANIA TURNPIKE COMMISSION, C/O HARRIS & HARRIS, LTD., 111 WEST JACKSON BLVD, STE 650, CHICAGO IL 60604-3589 |
| 7194134 | + | PREMIER ENERGY SOUTH, FORMERLY SOUTHERN PETROLEUM, PO BOX 803, SOMERSET KY 42502-0803 |
| 7194135 | + | RYSERS, INC., 555 WEST HIGHWAY 3094, EAST BERNSTADT KY 40729-6106 |
| 7194136 | | SISTER, 5362 SLATE LICK ROAD, LONDON KY 40741 |
| 7194137 | + | SUMITOMO MITSUI FINANCE & LEASING, 666 THIRD AVE, 8TH FLOOR, NEW YORK NY 10017-4033 |
| 7194138 | | SUMMIT CONSULTING, LLC, ATTN: SHELLEY PYLE, P O BOX 32034, LAKELAND FL 33802-2034 |
| 7194141 | + | SYNOVUS BANK/CAPITOL ONE, ATTN: BANKRUPTCY, 1111 BAY AVENUE, COLUMBUS GA 31901-5218 |
| 7219918 | | TRUIST BANK, C/O MARTIN B. TUCKER, ESQ., DINSMORE & SHOHL LLP, 100 WEST MAIN STREET, SUITE 900, LEXINGTON, KY 40507-1839 |

Case 24-60490-grs    Doc 99    Filed 03/20/25    Entered 03/21/25 00:09:26    Desc Imaged
                              Certificate of Notice    Page 2 of 6

| District/off: 0643-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 309B | Total Noticed: 77 |

| | | |
|---|---|---|
| 7194148 | | U.S. SMALL BUSINESS ADMINISTRATION, 2 NORTH STREET, SUITE 320, BIRMINGHAM AL 35203 |
| 7194150 | + | UMPQUA BANK, C/O KAMI E. GRIFFITH, MORGAN POTTINGER MCGARVEY, 401 S FOURTH ST, STE 1200, LOUISVILLE KY 40202-2976 |
| 7194151 | | VERIZON, 1701 GOLF RD, LA GRANGE IL 60525 |
| 7194153 | + | WILLIAMS & SON LIVESTOCK, LLC, 145 SHELBY BROOKS LN, LONDON KY 40744-8199 |
| 7194154 | | WILLIAMS CATTLE COMPANY, PO BOX 447, LONDON KY 40743-0447 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: dlangdon@dlgfirm.com | Mar 18 2025 22:39:00 | Dean A. Langdon, DelCotto Law Group PLLC, 200 N Upper St, Lexington, KY 40507 |
| aty | | Email/Text: amps@manleydeas.com | Mar 18 2025 22:40:00 | Adam B Hall, PO Box 165028, Columbus, OH 43216-5028 |
| tr | + | EDI: BJCEDWARDS | Mar 19 2025 02:36:00 | J. Clair Edwards, J. Clair Edwards, Trustee, PO Box 1779, Somerset, KY 42502-1779 |
| 7194102 | + | Email/Text: bknotices@acsrecovery.com | Mar 18 2025 22:40:00 | ASSOCIATED CREDIT SERVICES, P O BOX 1201, TEWKSBURY MA 01876-0901 |
| 7194104 | + | EDI: TSYS2 | Mar 19 2025 02:36:00 | BARCLAYS, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON DE 19899-8801 |
| 7194108 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 18 2025 22:40:00 | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 440609, KENNESAW GA 30160 |
| 7194109 | + | EDI: CITICORP | Mar 19 2025 02:36:00 | CITI CARD/BEST BUY, ATTN: CITICORP CR SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS MO 63179-0040 |
| 7194110 | + | EDI: WFNNB.COM | Mar 19 2025 02:36:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS OH 43218-2125 |
| 7194112 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Mar 18 2025 22:39:00 | DE LAGE LANDEN FINANCIAL SERVICES, 1111 OLD EAGLE SCHOOL RD, WAYNE PA 19087 |
| 7194113 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 18 2025 22:40:00 | DOVENMUEHLE MORTGAGE, ATTN: BANKRUPTCY, MAILSTOP 1290, 1 CORPORATE DR. ST 360, LAKE ZURICH IL 60047 |
| 7194115 | | Email/Text: CreditandResolutionsLitigation@fcsamerica.com | Mar 18 2025 22:39:00 | FARM CREDIT/AGDIRECT, PO BOX 2409, OMAHA NE 68103 |
| 7194117 | + | Email/Text: psadmin@finpac.com | Mar 18 2025 22:40:00 | FINANCIAL PACIFIC LEASING, PO BOX 4568, FEDERAL WAY WA 98063-4568 |
| 7215860 | + | Email/Text: psadmin@finpac.com | Mar 18 2025 22:40:00 | FINANCIAL PACIFIC LEASING INC, 3455 S 344TH WAY STE 300, FEDERAL WAY WA 98001-9546 |
| 7194119 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 18 2025 22:40:00 | HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY NV 89721-2048 |
| 7217628 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 18 2025 22:40:00 | HARLEY-DAVIDSON CREDIT CORP., PO BOX 9013, ADDISON, TEXAS 75001-9013 |
| 7194120 | | EDI: IRS.COM | Mar 19 2025 02:36:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA PA 19101-7346 |
| 7194123 | + | Email/Text: jenniferl.howard@ky.gov | Mar 18 2025 22:40:00 | KENTUCKY DEPARTMENT OF REVENUE, LEGAL BRANCH - BANKRUPTCY SECTION, P.O. BOX 5222, FRANKFORT KY 40602-5222 |
| 7194133 | ^ | MEBN | Mar 18 2025 22:38:41 | PNC EQUIPMENT FINANCE, 655 BUSINESS |

| District/off: 0643-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 309B | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | CENTER DR, STE 250, HORSHAM PA 19044-3448 |
| 7194139 | + | EDI: SYNC | Mar 19 2025 02:36:00 | SYNCHRONY BANK/MEN'S WEARHOUSE, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO FL 32896-5060 |
| 7194140 | + | EDI: SYNC | Mar 19 2025 02:36:00 | SYNCHRONY BANK/SELECT COMFORT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO FL 32896-5060 |
| 7194142 | ^ | MEBN | Mar 18 2025 22:38:37 | TCM BANK, ATTN: BANKRUPTCY, 3501 E FRONTAGE RD STE. 200, TAMPA FL 33607-1700 |
| 7194143 | + | Email/Text: bankruptcy@huntington.com | Mar 18 2025 22:40:00 | THE HUNTINGTON NATIONAL BANK, 1405 XENIUM LANE NORTH (PCC180), PLYMOUTH MN 55441-4408 |
| 7194146 | + | Email/Text: bankruptcy@bbandt.com | Mar 18 2025 22:40:00 | TRUIST BANK, PO BOX 85041, RICHMOND VA 23285-5041 |
| 7194144 | + | Email/Text: bankruptcy@bbandt.com | Mar 18 2025 22:40:00 | TRUIST BANK, ATTN: BANKRUPTCY, 200 PINE ST W, WILSON NC 27893-3288 |
| 7194145 | | Email/Text: bankruptcy@bbandt.com | Mar 18 2025 22:40:00 | TRUIST BANK, GREATER LEXINGTON-COMMERCIAL LOANS, 200 W. VINE ST, 2D FLOOR, LEXINGTON KY 40507-1662 |
| 7200578 | + | Email/Text: bankruptcy@bbandt.com | Mar 18 2025 22:40:00 | TRUIST BANK, SUPPORT SERVICES, PO BOX 85092, RICHMOND, VA 23285-5092 |
| 7194147 | + | Email/Text: bankruptcy@bbandt.com | Mar 18 2025 22:40:00 | TRUIST/BB&T, ATTN: BANKRUPTCY, 214 N TRYON ST, CHARLOTTE NC 28202-1078 |
| 7194149 | + | Email/Text: bankruptcies@Umpquabank.com | Mar 18 2025 22:40:00 | UMPQUA BANK, C/O FINANCIAL PACIFIC LEASING, 3455 S 344TH WAY, STE. 300, AUBURN WA 98001-9546 |
| 7194152 | + | EDI: G2RSVOLKSWGN | Mar 19 2025 02:36:00 | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLSBORO OR 97123-0003 |
| 7221170 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 18 2025 22:40:00 | VW CREDIT INC. DBA AUDI FINANCIAL SERVICES, C/O VW CREDIT, INC, PO BOX 9013, ADDISON, TEXAS 75001-9013 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2025          Signature:     /s/Gustava Winters

District/off: 0643-6   User: admin   Page 4 of 4
Date Rcvd: Mar 18, 2025   Form ID: 309B   Total Noticed: 77

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam B Hall | on behalf of Creditor NexBank amps@manleydeas.com |
| Bradley M. Nerderman | on behalf of U.S. Trustee U.S. Trustee Bradley.Nerderman@usdoj.gov |
| Brandon Edward Lira | on behalf of Creditor Truist Bank brandon.lira@dinsmore.com rosetta.mitchell@dinsmore.com;jennifer.pitcock@dinsmore.com |
| Callie R. Owen | on behalf of Creditor IRS Callie.R.Owen@usdoj.gov Angela.Ethington@usdoj.gov,USAKYE.ECFCivil@usdoj.gov,CaseView.ECF@usdoj.gov |
| Charity S Bird | cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;KY60@ecfcbis.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Charity S Bird | on behalf of Trustee Charity S Bird cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;KY60@ecfcbis.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Dean A. Langdon | on behalf of Debtor Michael Jason Williams dlangdon@dlgfirm.com dlgecf@dlgfirm.com;dlgecfs@gmail.com;langdondr64283@notify.bestcase.com |
| J. Clair Edwards | edwardstrustee@gmail.com cedwards@ecf.epiqsystems.com;KY56@ecfcbis.com;sarah.cress@outlook.com |
| Joseph H. Mattingly, III | on behalf of Creditor Farm Credit Services of America PCA joe@mattinglylawoffices.com |
| Martin B. Tucker | on behalf of Creditor Truist Bank martin.tucker@dinsmore.com sara.johnston@dinsmore.com;rosetta.mitchell@dinsmore.com;jennifer.pitcock@dinsmore.com;brandon.lira@dinsmore.com |
| Molly Slutsky Simons | on behalf of Creditor Harley-Davidson dba Eaglemark Savings Bank bankruptcy@sottileandbarile.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |
| William G. Deck | on behalf of Creditor Anchor Acceptance Corporations wdeck@deckanddeck.com |

TOTAL: 13

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Michael Jason Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7444 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Eastern District of Kentucky | Date case filed in chapter: | 11    5/24/24 |
| Case number: | 24–60490–grs | Date case converted to chapter: | 7    3/15/25 |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Jason Williams | |
| 2. | **All other names used in the last 8 years** | aka Jason Williams, aka Michael J. Williams | |
| 3. | **Address** | 7332 W 155th St<br>Orlando Park, IL 60462 | |
| 4. | **Debtor's attorney**<br>Name and address | Dean A. Langdon<br>DelCotto Law Group PLLC<br>200 N Upper St<br>Lexington, KY 40507 | Contact phone (859) 231–5800<br><br>Email: dlangdon@dlgfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | J. Clair Edwards<br>J. Clair Edwards, Trustee<br>PO Box 1779<br>Somerset, KY 42502 | Contact phone 859–559–9138<br><br>Email: edwardstrustee@gmail.com |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street Ste 200<br>Lexington, KY 40507–1430 | Hours open:<br>9:00am – 3:00pm, Monday – Friday<br><br>Contact phone (859) 233–2608<br><br>Date: 3/18/25 |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                    page 1

Debtor **Michael Jason Williams**                                                                                              Case number **24–60490–grs**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. For additional meeting information go to https://www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 642 031 5879, and Passcode 9286434587, OR call (859)347–3021** |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | **Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.** | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/16/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/27/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/11/25** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Options to Receive Notices served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for Debtor Electronic Bankruptcy Noticing (DeBN) by filing a local form with the Clerk of Court. DeBN information and local form are available at kyeb.uscourts.gov/debtor–electronic–bankruptcy–noticing–debn. Both options are FREE and allows the clerk to quickly send you court–issued notices and orders by email. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                  page **2**