United States Bankruptcy Court

Eastern District of Kentucky

In re:                                                                                          Case No. 24-60490-grs

Michael Jason Williams                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0643-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: od7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

**Recip ID                    Recipient Name and Address**
db                          +  Michael Jason Williams, 7332 W 155th St, Orlando Park, IL 60462-4370

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

**Name                                    Email Address**

Adam B Hall
                              on behalf of Creditor NexBank amps@manleydeas.com

Bradley M. Nerderman
                              on behalf of U.S. Trustee U.S. Trustee Bradley.Nerderman@usdoj.gov

Brandon Edward Lira
                              on behalf of Creditor Truist Bank brandon.lira@dinsmore.com  rosetta.mitchell@dinsmore.com;jennifer.pitcock@dinsmore.com

Callie R. Owen
                              on behalf of Creditor IRS Callie.R.Owen@usdoj.gov
                              Angela.Ethington@usdoj.gov,USAKYE.ECFCivil@usdoj.gov,CaseView.ECF@usdoj.gov

Charity S Bird
                              cbird@kaplanjohnsonlaw.com
                              hfrint@kaplanjohnsonlaw.com;KY60@ecfcbis.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

District/off: 0643-6                      User: admin                                    Page 2 of 2
Date Rcvd: Mar 18, 2025                   Form ID: od7                              Total Noticed: 1

Charity S Bird
                        on behalf of Trustee Charity S Bird cbird@kaplanjohnsonlaw.com
                        hfrint@kaplanjohnsonlaw.com;KY60@ecfcbis.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;ty
                        eager@kaplanjohnsonlaw.com

Dean A. Langdon
                        on behalf of Debtor Michael Jason Williams dlangdon@dlgfirm.com
                        dlgecf@dlgfirm.com;dlgecfs@gmail.com;langdondr64283@notify.bestcase.com

J. Clair Edwards
                        edwardstrustee@gmail.com  cedwards@ecf.epiqsystems.com;KY56@ecfcbis.com;sarah.cress@outlook.com

Joseph H. Mattingly, III
                        on behalf of Creditor Farm Credit Services of America  PCA joe@mattinglylawoffices.com

Martin B. Tucker
                        on behalf of Creditor Truist Bank martin.tucker@dinsmore.com
                        sara.johnston@dinsmore.com;rosetta.mitchell@dinsmore.com;jennifer.pitcock@dinsmore.com;brandon.lira@dinsmore.com

Molly Slutsky Simons
                        on behalf of Creditor Harley-Davidson dba Eaglemark Savings Bank bankruptcy@sottileandbarile.com

U.S. Trustee
                        ustpregion08.lx.ecf@usdoj.gov

William G. Deck
                        on behalf of Creditor Anchor Acceptance Corporations wdeck@deckanddeck.com


TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

---

In re  Michael Jason Williams

    7332 W 155th St
    Orlando Park, IL 60462

aka/dba: Jason Williams
      Michael J. Williams

Case No.       24−60490−grs

Chapter:      7

Debtor(s)

Trustee:

    J. Clair Edwards
    J. Clair Edwards, Trustee
    PO Box 1779
    Somerset, KY 42502
    859−559−9138

---

## CHAPTER 7 ORDER TO DEBTOR

Debtor(s) having requested and received relief pursuant to chapter 7 of title 11 of the United States Bankruptcy Code, it is ORDERED that, within 14 days from the filing of the Petition, Debtors(s) shall transmit to the trustee **legible copies** of the following:

1. All books, records of account, bank books, bank statements, and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The deed or contract under which Debtor(s) holds title to or any interest in real estate, and copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers, or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. The last two years state and federal income tax returns;

5. Contracts or title papers pertaining to any property and life or burial insurance;

6. All payment advices (such as pay stubs) or other evidence of income received within 60 days before the date of the filing of the Petition. These copies shall be transmitted to the trustee **and** emailed to the U.S. Trustee at **ustp.region08.lx.paystubs@usdoj.gov**;

7. Government−issued photo identification; and

8. Proof of social security number(s) (social security number card, W−2, or other evidence of social security number approved by the United States Trustee).

It is further ORDERED that the **original** certificates of stock, bonds, and keys to any safety deposit boxes shall be surrendered to the trustee.

Except for the aforementioned documents/items, Debtor(s) is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

*Failure to comply with this Order may result in the filing of a motion to dismiss the within case. Counsel for Debtor(s) is responsible for ensuring that Debtor(s) complies with this Order.*

DATED: March 18, 2025



By the Court –

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge

KYE_od7                                                                                                          97