UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

CASE NO. 24-60490

MICHAEL JASON WILLIAMS                                             CHAPTER 7

        DEBTOR

---

## SCHEDULE OF UNPAID DEBTS

---

Comes Michael Jason Williams (the "Debtor"), by counsel, and pursuant to Fed. R. Bankr. P. 1019(5)(A)(i), hereby certifies that the following creditors needs to be added to the mailing matrix upon conversion of this case from Chapter 11 to Chapter 7:

| | | |
|---|---|---|
| ADT Security Services<br>1501 Yamato Road<br>Boca Raton, FL 33431 | Account ending -6431 | $800.00 |
| Arthur J Gallagher Risk Management Services LLC<br>c/o Brown & Joseph, LLC    File No: -6249<br>One Pierce Place, Suite 700W<br>Itasca, Illinois 60143 | | $9,273.19 |

I, Michael Jason Williams, the Debtor named in the foregoing Schedule, certify under penalty of perjury that the information listed above is true and correct to the best of my knowledge and belief.

Dated: March 31, 2025                              /s/ Michael Jason Williams_____
                                                   Michael Jason Williams

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing, along with the Notice of Chapter 7 [ECF No. 96] were served by first class mail, postage prepaid, on March 31, 2025, upon all creditors and on the additional parties listed below:

ADT Security Services
1501 Yamato Road
Boca Raton, FL 33431

Arthur J Gallagher Risk Management Services LLC
c/o Brown & Joseph, LLC
One Pierce Place, Suite 700W
Itasca, Illinois 60143

/ s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTOR

/Pleadings/Unpaid Debts 20250325.doc

ADT Security Services
1501 Yamato Road
Boca Raton, FL 33431

Arthur J Gallagher Risk Management Services LLC
c/o Brown & Joseph, LLC
One Pierce Place, Suite 700W
Itasca, Illinois 60143