# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

March 25, 2025

Michael Jason Williams
7332 W. 155th Street
Orland Park, IL 60462

Inv. No: 23477
Matter: Williams, Jason and Carla
Postpetition
File No: 4058.2 CH 11 FA

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|

**Asset Disposition**

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/2024 | DAL | Review Slate Lick settlement statement, prepare report of sale | 0.30 | $130.50 |
| 11/07/2024 | TC | Attention to redaction of exhibit; finalize and file report of sale | 0.20 | $36.00 |
| 11/08/2024 | DAL | Review draft closing statement for Park Ave property, telephone call with client re same; email to servicer re Audi | 0.30 | $130.50 |
| 11/18/2024 | DAL | Review settlement statement, draft report of sale for Park Ave property | 0.20 | $87.00 |
| 11/18/2024 | TC | Filing of report of sale of Park Avenue and exhibit | 0.10 | $18.00 |
| 1/07/2025 | DAL | Telephone conference with agent for VW Credit re potential surrender of Audi, addressing deficiency | 0.10 | $43.50 |
| 3/04/2025 | DAL | Telephone call from client re status of vehicle | 0.10 | $43.50 |

Sub Total: Asset Disposition    $489.00

**Case Administration**

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/2024 | DAL | Drafting of October monthly report, supplement; email to client, M. Cheek re same | 0.20 | $87.00 |
| 11/18/2024 | DAL | Review October report, email to client for signature, paralegal for finalizing; finalize same | 0.30 | $130.50 |
| 11/18/2024 | TC | Attention to redaction of bank statements; prepare certificate of service; finalize and file October 2024 operating report | 0.30 | $54.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2024 | TC | Update service list per C. Owen notice of appearance for IRS | 0.10 | $18.00 |
| 12/09/2024 | DAL | Drafting of November monthly report, email to client re same | 0.10 | $43.50 |
| 12/12/2024 | DAL | Email exchange with B. Nerderman, client re case status, potential conversion, priority claims | 0.30 | $130.50 |
| 12/16/2024 | DAL | Review November monthly report, email exchange with client re same | 0.20 | $87.00 |
| 12/18/2024 | TC | Work on operating report and prepare certificate of service; email to D. Langdon; filing of operating report | 0.40 | $72.00 |
| 12/27/2024 | DAL | Analyze/research potential effects of request to convert to Chapter 7; extensive email to client re same (time reduced) | 1.50 | $652.50 |
| 1/07/2025 | DAL | Telephone conference with client re employment status, case status, options | 0.20 | $87.00 |
| 2/06/2025 | DAL | Telephone conference with client re employment status, option to convert; prepare motion/order to convert | 0.70 | $304.50 |
| 2/17/2025 | DAL | Revise motion to dismiss; email to client re same | 0.20 | $87.00 |
| 2/19/2025 | DAL | Telephone call from client re conversion, finalize motion/order to convert | 0.20 | $87.00 |
| 2/19/2025 | TC | Finalize and file motion to convert and proposed order; serve same | 0.40 | $72.00 |
| | | Sub Total: Case Administration | | $1,912.50 |

**Claims Administration and Objections**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/2024 | DAL | Email exchange with C. Owens, client, CPA re Williams & Son Livestock Q2 2024 941 return; review accountant response, email to C. Owen re same | 0.50 | $217.50 |
| 1/09/2025 | DAL | Drafting, research and revision of motion to pay priority claims | 1.80 | $783.00 |
| 1/10/2025 | DAL | Email from J. Howard re KDOR claims, finalize motion to pay priority claims | 0.20 | $87.00 |
| 1/10/2025 | TC | Finalize and file motion to pay priority claims; calendar deadlines | 0.40 | $72.00 |
| 1/14/2025 | DAL | Telephone call from client re communication with VW Financial re Audi | 0.10 | $43.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/14/2025 | DAL | Email exchange with C. Owen, accountant re payment of IRS claim | 0.20 | $87.00 |
| 2/05/2025 | DAL | Email from J. Mattingly re Farm Credit trailer; email client re same and payment of priority claims; arrange for payment of priority claims | 0.30 | $130.50 |
| 2/06/2025 | TC | Attention to adding parties on service list for service of order to pay priority claims and prepare certificate of service | 0.20 | $36.00 |
| 2/12/2025 | TC | Filing of certificate of service of order to pay priority claims | 0.10 | $18.00 |
| | | Sub Total: Claims Administration and Objections | | $1,474.50 |

**Fee/Employment Applications**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/2024 | TC | Prepare fee application, proposed order and notice | 1.20 | $216.00 |
| 11/10/2024 | DAL | Review/revise interim fee application, order; email to client re same | 0.30 | $130.50 |
| 11/11/2024 | TC | Filing of fee application and proposed order; finalize and file notice and serve same; calendar deadline | 0.30 | $54.00 |
| 12/11/2024 | TC | Serve order granting first interim fee application for DelCotto Law Group; prepare certificate of service | 0.10 | $18.00 |
| 12/12/2024 | TC | Filing of certificate of service of order granting DelCotto Law Group's first interim fee application | 0.10 | $18.00 |
| | | Sub Total: Fee/Employment Applications | | $436.50 |

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/2024 | DAL | Email from C. Owen re payroll taxes, deadline to object to plan; review proposed order; email to client, M. Cheek re tax returns | 0.20 | $87.00 |
| | | For Professional Services Rendered | 12.40 | $4,399.50 |

*Expenses*

| | |
|---|---|
| Certified mail | $9.64 |
| Copies | $0.80 |
| Electronic research | $84.22 |
| Filing fee(s) | $15.00 |
| Outsourced mailing services | $249.75 |
| Postage | $0.69 |

|  |  |
|---|---:|
| Total Expenses | $360.10 |
| Total Amount of This Invoice | $4,759.60 |
| Previous Balance | $0.00 |
| Balance Due | $4,759.60 |

## Phase Table

| Category | Hours | Fees |
|---|---:|---:|
| Asset Disposition | 1.30 | $489.00 |
| Case Administration | 5.10 | $1,912.50 |
| Claims Administration and Objections | 3.80 | $1,474.50 |
| Expense | 0.00 | $0.00 |
| Fee/Employment Applications | 2.00 | $436.50 |
| Plan and Disclosure Statement | 0.20 | $87.00 |

## Professional Summary

| Initials | Professional Name | Hours | Rate | Fees |
|---|---|---:|---:|---:|
| DAL | Dean A. Langdon | 8.50 | $435.00 | $3,697.50 |
| TC | Tresine Callahan | 3.90 | $180.00 | $702.00 |