UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

                                 CASE NO. 24-60490

MICHAEL JASON WILLIAMS             CHAPTER 7

      DEBTOR

---

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR APPROVAL
OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES
INCURRED BY DELCOTTO LAW GROUP PLLC AS COUNSEL FOR
DEBTOR FOR THE PERIOD NOVEMBER 1, 2024 THROUGH MARCH 15, 2025**

---

This matter having come before the Court upon the Second and Final Application for Approval of Compensation for Services Rendered and Expenses Incurred (the "Fee Application") by DelCotto Law Group PLLC (the "Applicant"), as counsel for Michael Jason Williams (the "Debtor") for the period November 1, 2024 through March 15, 2025 (the "Fee Period"); and the Court being sufficiently advised and having considered same, and it appearing that adequate notice of the Fee Application was given, and it further appearing that no objections having been filed or any timely objections being hereby overruled, and the Court being satisfied that: (1) the requested compensation is for actual, necessary services rendered and that the reimbursement of expenses is for actual, necessary expenses incurred; (2) the services were necessary to the administration of, and beneficial toward, the Estate and the completion of the case; (3) the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (4) the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases under this title; and (5) interim approval of all fees and expenses incurred during the Fee Period is warranted under the circumstances,

**IT IS HEREBY ORDERED** as follows:

1.      The Second and Final Fee Application is approved in the amount of $4,399.50 for fees and in the amount of $360.10 for expenses, for a total allowed compensation of $4,759.60 for the Fee Period.

2.      Fees and Expenses approved by the Interim Fee Order in the amount of $21,545.47 are hereby approved on a final basis.

3.      Applicant is authorized to pay the fees and expenses approved herein in the amount of $4,759.60 from sale proceeds held on behalf of the Debtor as an allowed administrative expense of the Estate.

4.      This is a final order.


Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, Kentucky 40507
Telephone:  (859) 231-5800
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR
\Fee App DLG 2nd and Final Order.doc