UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

CASE NO. 24-60490
CHAPTER 7

DEBTOR

**NOTICE OF FILING OF SECOND AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED BY DELCOTTO LAW GROUP PLLC AS COUNSEL FOR DEBTOR FOR THE PERIOD NOVEMBER 1, 2024 THROUGH MARCH 15, 2025**

Notice is hereby given that DelCotto Law Group PLLC, 200 North Upper Street, Lexington, Kentucky, 40507, has filed its Second and Final Fee Application for Approval of Compensation for Services Rendered and Reimbursement of Expenses Incurred as counsel for the Debtor for the period November 1, 2024 through March 15, 2025 (the "Fee Application") seeking approval and payment of professional fees and expenses in the total amount of $4,759.60 [ECF No. 103]. A copy of the Fee Application is on file with the Clerk of this Court and may be reviewed during regular Court hours, accessed electronically through the Court's Public Access to Court Electronic Records (PACER) system, or requested in writing from the undersigned counsel.

**PLEASE TAKE NOTICE THAT UNLESS AN OBJECTION TO THE FEE APPLICATION, PROPERLY NOTICED FOR HEARING, IS FILED WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF SERVICE OF THIS PLEADING, AN ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT A HEARING.**

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY  40507
Telephone: (859) 231-5800
dlangdon@dlgfirm.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or by first-class U.S. mail, postage prepaid, on March 31, 2025, on all non-ECF creditors and parties in interest.

/s/ *Dean A. Langdon*
COUNSEL FOR DEBTOR

Fee App DLG 2nd and Final Notice doc