## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | |
|---|---|
| In Re: | Case No. 24-60490 |
| Michael Jason Williams<br>*aka Jason Williams*<br>*aka Michael J. Williams* | Chapter 7 |
| Debtor | Judge Gregory R. Schaaf |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY KNOWN AS A 2023 AUDI RS Q8; VIN: WU1ARBF18PD034649

The Creditor, VW Credit, Inc., dba Audi Fnancial Services ("Movant"), hereby moves the Court, pursuant to 11 USC §362(d) and §554 to lift the automatic stay and direct the Trustee to abandon from the estate the personal property known as 2023 AUDI RS Q8; VIN:WU1ARBF18PD034649 so that Movant may enforce its lien against the Debtor as hereinafter described.

### MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND ABANDONMENT

1. The Debtor filed a Chapter 11 case on May 24, 2024, which was converted to a Chapter 7 case on March 15, 2025 – referred to as the 'Petition Date.'

2. The Trustee of the estate of the debtors in this case is J. Clair Edwards.

3. Movant has a claim in this case in the amount of $176,878.74 plus 8.49% interest per annum. This claim is secured by a security interest in the following collateral: 2023 AUDI RS Q8; VIN:WU1ARBF18PD034649 (the "Property"), which is more fully described in the contract and title which is attached to the Proof of Claim.

4. A copy of the Proof of Claim filed in this case by Movant, along with copies of all relevant supporting documents establishing the Movant's perfected security interest in the above-described collateral, is attached hereto.

5. The monthly payments due for June 28, 2024, through March 28, 2025, remain unpaid. There is currently due the unpaid principal balance of $186,224.40 plus interest, fees and other charges.

6. The value of the Property is $99,375.00 according to the NADA Official Used Car Guide.

7. The Property is burdensome to the estate or is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay since the interest of the Creditor is not being adequately protected. The Debtor has no equity in the collateral.

8. The Trustee will have 14 days from the conclusion of the Meeting of Creditors to object to abandonment of the Property of the estate that is the subject of the motion. If no objection or motion for extension of time is filed prior to the expiration of this 14-day period, then the Property will be deemed abandoned on the 15th day following the conclusion of the Meeting of Creditors, subject to FRBP 9006(a)(1).

**WHEREFORE**, Movant respectfully requests that this Court enter an Order terminating the Automatic Stay and granting Abandonment to permit Movant to enforce its rights on the property herein described and for other such relief as may be just.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## NOTICE

Please take notice that parties in interest, except for the Trustee as indicated in paragraph 8 of this Motion, shall have fourteen (14) days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the order filed contemporaneously with this motion may be entered by the Court without a hearing on the motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on April 1, 2025.

**By Notice of Electronic Filing to:**

    Dean A. Langdon, Debtor's Counsel at dlangdon@dlgfirm.com

    J. Clair Edwards, Trustee at edwardstrustee@gmail.com

    Office of the U.S. Trustee at ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

Michael Jason Williams
*aka* Jason Williams
*aka* Michael J. Williams, Debtor
7332 W 155th St.
Orland Park, IL 60462

Carla Williams
145 Shelby Brooks Ln.
London, KY 40741
Non-filing Co-Debtor

All Creditors on Attached Matrix

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (97962)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Movant