| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-6<br>Case 24-60490-grs<br>Eastern District of Kentucky<br>London<br>Tue Apr  1 14:59:25 EDT 2025 | Anchor Acceptance Corporations<br>P.O. Box 860<br>North Sioux City, SD 57049-0860 | Farm Credit Services of America, PCA<br>P.O. Box 678<br>104 West Main Street<br>Lebanon, KY 40033-1237 |
| United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street  Ste 200<br>Lexington, KY 40507-1430 | (p)ADT LLC<br>PAYROLL OPERATIONS<br>1501 YAMATO RD<br>BOCA RATON FL 33431-4438 | AMERICAN WELDING & GAS, INC.<br>267 SOUTH LAUREL ROAD<br>LONDON KY 40744-7914 |
| ANCHOR ACCEPTANCE CORP<br>P O BOX 860<br>DAKOTA DUNES SD 57049-0860 | ANDERSON, JONATHAN C.<br>525 KELLER RD<br>SCIENCE HILL KY 42553-9014 | ASSOCIATED CREDIT SERVICES<br>P O BOX 1201<br>TEWKSBURY MA 01876-0901 |
| AUXILIOR CAPITAL PARTNERS, INC.<br>620 W GERMANTOWN PIKE, STE 450<br>PLYMOUTH MEETING PA 19462-1056 | Arthur J Gallagher Risk Management Services<br>c/o Brown & Joseph, LLC<br>One Pierce Place, Suite 700W<br>Itasca, Illinois 60143-2606 | BARCLAYS<br>ATTN: BANKRUPTCY<br>P.O. BOX 8801<br>WILMINGTON DE 19899-8801 |
| BLUE BEACON INTERNATIONAL, INC.<br>C/O THE COMMERCIAL COLLECTION CORP OF NY<br>PO BOX 288<br>TONAWANDA NY 14151-0288 | BUSINESSFIRST INSURANCE CO.<br>P O BOX 988<br>LAKELAND FL 33802-0988 | C AND H AUTO PARTS<br>1858 NORTH LAUREL RD<br>LONDON KY 40741-6053 |
| (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS COURT SUITE 200<br>KENNESAW GA 30144-5938 | CITI CARD/BEST BUY<br>ATTN: CITICORP CR SRVS CENTRALIZED BANKR<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | COMENITY BANK/VICTORIA SECRET<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| CUMBERLAND OIL CO., INC.<br>P O BOX 430<br>SOMERSET KY 42502-0430 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 |
| ECO-TECH USA, LLC<br>50 EASY STREET<br>LONDON KY 40741-7313 | FARM CREDIT SERVICES OF AMERICA, PCA<br>C/O JOSEPH H. MATTINGLY III, PLLC<br>P.O. BOX 678 - 104 WEST MAIN STREET<br>LEBANON, KENTUCKY 40033-0678 | (p)FARM CREDIT SERVICES OF AMERICA<br>PO BOX 2409<br>OMAHA NE 68103-2409 |
| FEDERAL MOTOR CARRIER SAFETY ADMIN.<br>SOUTHERN SERVICE CENTER<br>61 FORSYTH ST SW, STE 3M40<br>ATLANTA GA 30303-8839 | FINANCIAL PACIFIC LEASING<br>PO BOX 4568<br>FEDERAL WAY WA 98063-4568 | FINANCIAL PACIFIC LEASING INC<br>3455 S 344TH WAY STE 300<br>FEDERAL WAY WA 98001-9546 |
| GREAT LAKES TRAILER WASH OUT<br>8228 NEPTUNE DR<br>KALAMAZOO MI 49009-7011 | HARLEY DAVIDSON FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY NV 89721-2048 | HARLEY-DAVIDSON CREDIT CORP.<br>PO BOX 9013<br>ADDISON, TEXAS 75001-9013 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JONATHAN C. ANDERSON<br>525 KELLER ROAD<br>SCIENCE HILL, KY 42553-9014 | JOSEPH B. VENTERS, ESQ.<br>P O BOX 1749<br>SOMERSET KY 42502-1749 |
| JW LIVESTOCK, LLC<br>145 SHELBY BROOKS LN<br>LONDON KY 40744-8199 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>P.O. BOX 5222<br>FRANKFORT KY 40602-5222 | MARTIN B. TUCKER, ESQ.<br>DINSMORE & SHOHL LLP<br>100 WEST MAIN ST., STE. 900<br>LEXINGTON KY 40507-1839 |
| MARTINS PETERBILT<br>174 OLD WHITLEY RD<br>LONDON KY 40744-8211 | MIDCOUNTRY EQUIPMENT FINANCE<br>7825 WASHING AVE S, STE 120<br>MINNEAPOLIS MN 55439-2431 | MIDLAND STATES BANK<br>1801 PARK 270 DR, STE 200<br>SAINT LOUIS MO 63146-4022 |
| MIDLAND STATES BANK<br>C/O ORION FIRST FINANCIAL<br>PO BOX 2149<br>GIG HARBOR WA 98335-4149 | NEXBANK. F/K/A NEXBANK, SSB<br>ATTENTION: BANKRUPTCY<br>1 CORPORATE DRIVE, SUITE 360<br>LAKE ZURICH, IL 60047-8945 | NORTHLAND CAPITAL FINANCIAL SERVICES, LLC<br>333 33RD AVE S<br>ST. CLOUD, MN 56301-5495 |
| NORTHLAND CAPITAL FINANCIAL SVCS<br>333 33RD AVENUE SOUTH<br>SAINT CLOUD MN 56301-5495 | PARSLEY GENERAL TIRE, INC.<br>2006 N MAIN STREET<br>LONDON KY 40741-1098 | PAUL W. DECK, JR., ESQ.<br>DECK & DECK, LLLP<br>505 5TH ST., STE. 635<br>SIOUX CITY IA 51101-1505 |
| PENNSYLVANIA TURNPIKE COMMISSION<br>C/O HARRIS & HARRIS, LTD.<br>111 WEST JACKSON BLVD, STE 650<br>CHICAGO IL 60604-3589 | PNC EQUIPMENT FINANCE<br>655 BUSINESS CENTER DR, STE 250<br>HORSHAM PA 19044-3448 | PREMIER ENERGY SOUTH<br>FORMERLY SOUTHERN PETROLEUM<br>PO BOX 803<br>SOMERSET KY 42502-0803 |
| RYSERS, INC.<br>555 WEST HIGHWAY 3094<br>EAST BERNSTADT KY 40729-6106 | SISTER<br>5362 SLATE LICK ROAD<br>LONDON KY 40741 | SUMITOMO MITSUI FINANCE & LEASING<br>666 THIRD AVE, 8TH FLOOR<br>NEW YORK NY 10017-4033 |
| SUMMIT CONSULTING, LLC<br>ATTN: SHELLEY PYLE<br>P O BOX 32034<br>LAKELAND FL 33802-2034 | SYNCHRONY BANK/MEN'S WEARHOUSE<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANK/SELECT COMFORT<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNOVUS BANK/CAPITOL ONE<br>ATTN: BANKRUPTCY<br>1111 BAY AVENUE<br>COLUMBUS GA 31901-5218 | TCM BANK<br>ATTN: BANKRUPTCY<br>3501 E FRONTAGE RD STE. 200<br>TAMPA FL 33607-1700 | THE HUNTINGTON NATIONAL BANK<br>1405 XENIUM LANE NORTH (PCC180)<br>PLYMOUTH MN 55441-4408 |
| TRUIST BANK<br>ATTN: BANKRUPTCY<br>200 PINE ST W<br>WILSON NC 27893-3288 | TRUIST BANK<br>C/O MARTIN B. TUCKER, ESQ.<br>DINSMORE & SHOHL LLP<br>100 WEST MAIN STREET, SUITE 900<br>LEXINGTON, KY 40507-1839 | TRUIST BANK<br>GREATER LEXINGTON-COMMERCIAL LOANS<br>200 W. VINE ST, 2D FLOOR<br>LEXINGTON KY 40507-1662 |

| | | |
|---|---|---|
| TRUIST BANK<br>PO BOX 85041<br>RICHMOND VA 23285-5041 | TRUIST BANK - SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND, VA 23285-5092 | TRUIST/BB&T<br>ATTN: BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 |
| U.S. SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET, SUITE 320<br>BIRMINGHAM AL 35203 | U.S. Trustee<br>100 E Vine St #500<br>Lexington, KY 40507-1441 | UMPQUA BANK<br>C/O FINANCIAL PACIFIC LEASING<br>3455 S 344TH WAY, STE. 300<br>AUBURN WA 98001-9546 |
| UMPQUA BANK<br>C/O KAMI E. GRIFFITH<br>MORGAN POTTINGER MCGARVEY<br>401 S FOURTH ST, STE 1200<br>LOUISVILLE KY 40202-2976 | VERIZON<br>1701 GOLF RD<br>LA GRANGE IL 60525 | VOLKSWAGEN CREDIT, INC<br>ATTN: BANKRUPTCY<br>PO BOX 3<br>HILLSBORO OR 97123-0003 |
| VW CREDIT INC. DBA AUDI FINANCIAL SERVICES<br>C/O VW CREDIT, INC<br>PO BOX 9013<br>ADDISON, TEXAS 75001-9013 | WILLIAMS & SON LIVESTOCK, LLC<br>145 SHELBY BROOKS LN<br>LONDON KY 40744-8199 | WILLIAMS CATTLE COMPANY<br>PO BOX 447<br>LONDON KY 40743-0447 |
| Dean A. Langdon<br>DelCotto Law Group PLLC<br>200 N Upper St<br>Lexington, KY 40507-1017 | J. Clair Edwards<br>J. Clair Edwards, Trustee<br>PO Box 1779<br>Somerset, KY 42502-1779 | Michael Jason Williams<br>7332 W 155th St<br>Orlando Park, IL 60462-4370 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ADT Security Services<br>1501 Yamato Road<br>Boca Raton, FL 33431 | CARMAX AUTO FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX 440609<br>KENNESAW GA 30160 | DE LAGE LANDEN FINANCIAL SERVICES<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 |
| DOVENMUEHLE MORTGAGE<br>ATTN: BANKRUPTCY<br>MAILSTOP 1290, 1 CORPORATE DR. ST 360<br>LAKE ZURICH IL 60047 | FARM CREDIT/AGDIRECT<br>PO BOX 2409<br>OMAHA NE 68103 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Harley-Davidson dba Eaglemark Savings Bank | (u)IRS | (u)NexBank |

(u)Truist Bank

End of Label Matrix
Mailable recipients    74
Bypassed recipients     4
Total                  78