UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

MICHAEL JASON WILLIAMS

DEBTOR

CASE NO. 24-60490
CHAPTER 11

## NOTICE OF WITHDRAWAL OF COUNSEL

Brandon E. Lira of the law firm of Dinsmore & Shohl LLP hereby gives notice of his withdrawal as counsel for Creditor, Truist Bank ("Truist") effective as of April 11, 2025. Martin B. Tucker with the firm of Dinsmore & Shohl LLP will continue as counsel of record for Truist. Any and all pleadings and/or correspondences should be sent to him at the address/email below.

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Brandon E. Lira
Martin B. Tucker, Esq. (KBA #89992)
Brandon E. Lira (KBA #100654)
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel: (859) 425-1000
Fax: (859) 425-1099
E-mail:  martin.tucker@dinsmore.com
E-mail:  brandon.lira@dinsmore.com
*Attorneys for Truist Bank*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of April, 2025, a true and accurate copy of the foregoing was served via this Court's CM/ECF noticing system upon all parties receiving notice in this case.

              /s/ Brandon E. Lira
              *Attorneys for Truist Bank*