UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| In Re: | Case No. 24-60490 |
| Michael Jason Williams<br>   *aka Jason Williams*<br>   *aka Michael J. Williams* | Chapter 7 |
| Debtor | Judge Gregory R. Schaaf |

**ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY KNOWN AS A 2023 AUDI RS Q8; VIN:WU1ARBF18PD034649**

For good cause shown, VW Credit, Inc., dba Audi Fnancial Services's ("Movant") Motion for Relief from Stay and Abandonment is hereby granted.

The Court finds that the Movant filed a motion that requested the trustee be ordered to abandon any interest in the Property described as 2023 AUDI RS Q8; VIN:WU1ARBF18PD034649 (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. §362 so that it could accelerate the debt owed by the Debtor herein and otherwise pursue Movant's contractual and state law remedies for the Property.

The Court further finds that the Debtor has not filed a timely written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to repossess the subject collateral, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Property.

The Trustee will have 14 days from the conclusion of the Meeting of Creditors to object to abandonment of the property of the estate that is the subject of the motion. If no objection or motion for extension of time is filed prior to the expiration of this 14-day period, then the property will be deemed abandoned on the 15th day following the conclusion of the Meeting of Creditors, subject to FRBP 9006(a)(1).

The stay shall remain terminated in the event the Debtor converts to a different chapter under the Bankruptcy Code.

IT IS HEREBY ORDERED that the Property described above is DEEMED ABANDONED.

This is a final and appealable order.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, April 21, 2025**
(grs)

**DISTRIBUTION LIST**
Dean A. Langdon, Debtors' Counsel at dlangdon@dlgfirm.com

J. Clair Edwards, Trustee at edwardstrustee@gmail.com

Office of the U.S. Trustee at ustpregion08.lx.ecf@usdoj.gov

Michael Jason Williams
*aka* Jason Williams
*aka* Michael J. Williams, Debtor
7332 W 155th St Orland Park, IL 60462

Carla Williams
145 Shelby Brooks Ln.
London, KY 40741
Non-filing Co-Debtor

All Creditors on Attached Matrix