# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507–1430

---

In re  Michael Jason Williams

7332 W 155th St
Orlando Park, IL 60462

aka/dba: Jason Williams
Michael J. Williams
SSN/TID: xxx–xx–7444

Case No. 24–60490–grs

Chapter: 7

Debtor(s)

---

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, individual debtors must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727) or Chapter 13 (11 U.S.C. § 1328). Pursuant to FED. R. BANKR. P. 1007 (b) (7), unless an approved provider has notified the court that the debtor(s) has completed a course in personal financial management after filing the petition, the debtor(s) must file a certificate of course completion issued by the provider.

Debtor(s) and counsel for the debtor(s) are hereby notified that a certificate of completion of personal financial management course must be filed before a discharge can be entered. In a Chapter 7 case, the debtor(s) must file a certificate within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341. In a Chapter 13 case, the debtor(s) must file a certificate no later than the last payment made by the debtor(s) as required by the plan, or the filing of a motion for entry of a discharge under 11 U.S.C. § 1328(b).

Failure to file a certificate will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a motion to reopen the case to allow for the filing of a certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 5/17/25

                                                        Nathan W. Lee
                                                        Clerk of Court

KYE_ntcflstm                                                                                                            114