Certificate Number: 15317-KYE-DE-039764708

Bankruptcy Case Number: 24-60490



15317-KYE-DE-039764708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 13, 2025, at 10:27 o'clock AM PDT, Michael Jason Williams completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Kentucky.

Date:   June 13, 2025                By:   /s/Philip Sta. Teresa

Name:  Philip Sta. Teresa

Title:  Certified Counselor